# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

BARRY LAMAR BONDS

E-filing

**CR 07 0732 WHA**

DEFENDANT.

---

## INDICTMENT

VIOLATIONS: 18 U.S.C. § 1623 (a) - Perjury; 18 U.S.C. § 1503 - Obstruction of Justice

---

FILED
NOV 15 2007
RICHARD W. WEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A true bill.

_____ Foreman

Filed in open court this _____ day of 11/15/2007
R. Scott
_____ Clerk

Bail, $ Summons for Dec 7, 2007 at 9:30 am