RICHARD R. WAITE (SBN 97942)
MARY M. BEST (SBN 110220)
**KEENEY WAITE & STEVENS**
A Professional Corporation
125 North Acacia Avenue, Suite 101
Solana Beach, CA 92075
Telephone: (858) 523-2130
Facsimile: (858) 523-2135

WILLIAM D. MARLER, WSBA #17233
**MARLER CLARK, LLP PS**
701 First Avenue, Suite 6600
Seattle, WA 98104
Telephone: (206) 346-1888
Facsimile: (206) 346-1898
(pending admission *pro hac vice*)

Attorneys for Plaintiffs DEREK TRONE and
CINDY TRONE, husband and wife,
Individually, and as Next Friends and
Natural Guardians of BRYSON TRONE, a minor

FILED
FEB 9 - 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK TRONE and CINDY TRONE, husband and wife, individually, and as Next Friends and Natural Guardians of BRYSON TRONE, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> PEANUT CORPORATION OF AMERICA, a Virginia corporation, and Does 1-20, inclusive, <br><br> Defendants. | Case No. CV 09-0418 JL <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** <br><br> Chief Magistrate Judge James Larson |

Plaintiffs DEREK TRONE and CINDY TRONE, husband and wife, individually, and as Next Friends and Natural Guardians of BRYSON TRONE, a minor hereby dismiss without prejudice the entirety of the complaint filed on January 29, 2009. No parties have been served or have answered the complaint.

///

---

1

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

| | | |
|---|---|---|
| 1 | Dated: February 9, 2009 | **KEENEY WAITE & STEVENS**<br>A Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: *Mary M. Best* |
| 5 | | Richard R. Waite, SBN 097942<br>Mary M. Best, SBN 110220 |
| 6 | | 125 North Acacia Avenue, Suite 101<br>Solana Beach, CA 92075 |
| 7 | | Tel: 858.523.2133<br>Fax: 858.523.2135 |
| 8 | | rwaite@keenlaw.com |
| 9 | | William D. Marler, WSBA #17233<br>MARLER CLARK, LLP PS |
| 10 | | 701 First Avenue, Suite 6600<br>Seattle, WA 98104 |
| 11 | | Tel. 206.346.1888<br>Fax: 206.346.1898 |
| 12 | | (pending admission *pro hac vice*)<br>bmarler@marlerclark.com |
| 13 | | |
| 14 | | Attorneys for Plaintiffs |