IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA, No. C 07-00732SI

        Plaintiff, **NOTICE**

  v.

BONDS,

        Defendant.

                                 /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the trial setting conference conducted by Judge Susan Illston will immediately follow Magistrate-Judge James' arraignment at 9:00 a.m. Please report to Courtroom #10, on the 19th Floor.

Dated: December 3, 2007                                            RICHARD W. WIEKING, Clerk

                                                                       Tracy Sutton
                                                                       Deputy Clerk