# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: 12/7/07

Case No.   CR-07-0732 SI            Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- BARRY L. BONDS (NC)(P)

Attorneys:   J. Nedro, M. Parella, J. Finigan, D. Wilson     A. Ruby, C. Arguedas, D. Riordan, D. Horgan, T. Cassman,

Deputy Clerk:   Tracy Sutton   Court Reporter: Connie Kuhl

## **PROCEEDINGS**

1)   Trial Setting/Status - HELD
2)
3)
Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                                    PART

Case continued to **2/7/08 @ 9:00 a.m.**   for Further Status/Trial Setting

Case continued to __ for Motions
(Motion due , Opposition  Reply )

Case continued to __ for Pretrial Conference

Case continued to __ for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Discovery/Effective Preparation
**Delay begins:   12/7/07        Delay ends: 2/7/08**
(     AUSA to draft order           )

ORDERED AFTER HEARING:
The defendant's appearance maybe waive at the next appearance.  The appropriate waivers shall be filed in advance of the next hearing.

The government indicated that there may be a conflict issue with certain defense counsel.  The government shall e.file a letter indicating the situation as they see it and the Court will determine if a hearing is necessary.  If the Court determines that a hearing is necessary, the defendant must be present.

Defendant indicated that they may file a motion to dismiss the indictment.