IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>  v.<br><br>BONDS,<br><br>        Defendant.<br>_____/ | No. C 07-00732SI<br><br>**NOTICE** |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the hearing re: attorney conflict will be held on Friday, December 21, 2007, at 11:00 a.m. in Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: 12/19/07December 19, 2007                              RICHARD W. WIEKING, Clerk

*Sutton*

Tracy Sutton
Deputy Clerk