## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 12/21/07

Case No.   CR-07-0732  SI             Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- BARRY L. BONDS (NC)(P)

Attorneys:  J. Nedro, M. Parella,  D. Wilson         A. Ruby, C. Arguedas,, M. Rains,  T. Cassman,

Deputy Clerk:  Tracy Sutton   Court Reporter: J. Columbini

## **PROCEEDINGS**

1)   Hrg Re: Conflict of Counsel - HELD

2) 
3) 

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN       ( ) SUBMITTED
                                                     PART

Case continued to **2/8/07 @ 11:00**   for Further Status/Trial Setting

Case continued to __ for Motions
(Motion due , Opposition  Reply )

Case continued to __ for Pretrial Conference

Case continued to __ for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: ___
**Delay begins:    12/7/07        Delay ends: 2/7/08**
(                  )

ORDERED AFTER HEARING:
Defense counsel and the defendant shall file declarations regarding the waiver of conflict by January 4, 2008.

The defendant was questioned as to his understanding of the conflict issues.  Mr. Bonds indicated that he understood the issues and wished to proceed with his current attorneys.