ALLEN RUBY, SB #47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1500
San Jose, CA 95113-2379
Telephone: 408 998-8500
Facsimile: 408-998-8503

CRISTINA C. ARGUEDAS, SB #87787
TED W. CASSMAN, SB #98932
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-845-3000
Facsimile: 510-845-3003

DENNIS P. RIORDAN, SB # 69320
DONALD M. HORGAN, SB #121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: 415-431-3472
Facsimile: 415-552-2703

MICHAEL RAINS, SB #91013
RAINS, LUCIA & WILKINSON, LLP
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Telephone: 925-609-1699
Facsimile: 925-609-1690

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> BARRY LAMAR BONDS, <br><br> Defendants | Case No.: CR 07-0732 SI <br><br> DECLARATION OF BARRY LAMAR BONDS RE INQUIRY INTO POTENTIAL CONFLICT OF INTEREST |

I, BARRY LAMAR BONDS, declare:

1. I am the defendant in this action.

2. I make this declaration from my personal knowledge.

3. Before retaining Mr. Allen Ruby as one of my attorneys, Mr. Ruby disclosed to me that he had previously represented Dr. Arthur Ting. Mr. Ruby also advised me of my right to seek independent legal counsel in respect to any conflict of interest issues.

4. Before I retained Ms. Cristina Arguedas as one of my attorneys, she advised me that she and her colleague, Mr. Ted Cassman, had previously represented Mr. Tim

Montgomery, Mr. Chris Cooper, Mr. Chris Heatherington, and Mr. Tyrone Wheatley. Ms. Arguedas also advised me of my right to seek independent legal advice concerning any conflict of interest issues.

5. I understand that Mr. Ruby has a continuing duty of loyalty to his former client, Dr. Ting, which could affect Mr. Ruby's ability to cross-examine Dr. Ting, and could possibly impair my defense in the present action.

6. I understand that Ms. Arguedas and Mr. Cassman have continuing duties of loyalty to their former clients, Mr. Tim Montgomery, Mr. Chris Cooper, Mr. Chris Heatherington, and Mr. Tyrone Wheatley, which could affect their ability to cross-examine them at trial, and could possibly impair my defense in the present action.

7. In connection with Mr. Ruby's prior representation of Dr. Ting, and Ms. Arguedas and Mr. Cassman's prior representation of Mr. Tim Montgomery, Mr. Chris Cooper, Mr. Chris Heatherington, and Mr. Tyrone Wheatley, I have received independent legal advice from Mr. Michael Rains, who has represented me for several years.

8. I choose to make a knowing and voluntary waiver of any conflict of interest arising from Mr. Ruby's prior representation of Dr. Ting, and I choose to have Mr. Ruby represent me in the present case.

9. I choose to make a knowing and voluntary waiver of any conflict of interest arising from Ms. Arguedas and Mr. Cassman's prior representation of Mr. Tim Montgomery, Mr. Chris Cooper, Mr. Chris Heatherington, and Mr. Tyrone Wheatley, and I choose to have Ms. Arguedas and Mr. Cassman represent me in the present case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this _31_ day of _Dec_ at _Colorado_, _____.

_[signature]_

**BARRY LAMAR BONDS**

I:\Bonds\P\Bonds Decl.doc

2