ALLEN RUBY, SB #47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1500
San Jose, CA 95113-2379
Telephone: 408 998-8500
Facsimile: 408-998-8503

CRISTINA C. ARGUEDAS, SB #87787
TED W. CASSMAN, SB #98932
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-845-3000
Facsimile: 510-845-3003

DENNIS P. RIORDAN, SB # 69320
DONALD M. HORGAN, SB #121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: 415-431-3472
Facsimile: 415-552-2703

MICHAEL RAINS, SB #91013
RAINS, LUCIA & WILKINSON, LLP
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Telephone: 925-609-1699
Facsimile: 925-609-1690

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>BARRY LAMAR BONDS,<br><br>Defendants | Case No.: CR 07-0732 SI<br><br>DECLARATION OF ALLEN RUBY CONCERNING INQUIRY INTO POTENTIAL CONFLICT OF INTEREST |

I, ALLEN RUBY, declare:

1. I am one of the attorneys of record for defendant Barry L. Bonds.

2. I make this declaration from my personal knowledge.

3. I previously represented Dr. Arthur Ting in connection with a subpoena served upon him in April, 2005. Since I returned Dr. Ting's file to him after my representation ended, I do not presently have a copy of the subpoena, but I believe that it called for him to produce certain medical records.

4. According to my billing records, my representation of Dr. Ting began on

approximately April 22, 2005, and continued through May 23, 2005. My records show that I performed no additional services for Dr. Ting after May 23, 2005, until April 13, 2006, when another subpoena was served on him. I may have accepted service of the subpoena on his behalf, but I am not sure. Thereafter Dr. Ting was represented solely by his long-time attorney, Mr. Dan Alberti, of McDermott, Will & Emery. My billing records show that the last services I performed for Dr. Ting were on April 14, 2006 when I talked to Mr. Alberti and sent a letter to Dr. Ting, which I believe confirmed that I would not be representing him going forward.

5. Before I was retained by Mr. Bonds in the present case, I informed him that I had previously represented Dr. Ting. I also informed Mr. Bonds of his right to seek independent legal advice in connection with any conflict of interest issues.

6. It is my understanding that Mr. Bonds has received independent legal advice from Mr. Michael Rains concerning my prior representation of Dr. Ting.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 2nd day of January at San Jose, California.

_____
ALLEN RUBY

I:\Bonds\P\Ruby Decl.doc

2