ALLEN RUBY, SB #47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1500
San Jose, CA 95113-2379
Telephone: 408 998-8500
Facsimile: 408-998-8503

CRISTINA C. ARGUEDAS, SB #87787
TED W. CASSMAN, SB #98932
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-845-3000
Facsimile: 510-845-3003

DENNIS P. RIORDAN, SB # 69320
DONALD M. HORGAN, SB #121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: 415-431-3472
Facsimile: 415-552-2703

MICHAEL RAINS, SB #91013
RAINS, LUCIA & WILKINSON, LLP
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Telephone: 925-609-1699
Facsimile: 925-609-1690

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>BARRY LAMAR BONDS,<br><br>Defendants | Case No.: CR 07-0732 SI<br><br>DECLARATION OF CRISTINA C. ARGUEDAS CONCERNING INQUIRY INTO POTENTIAL CONFLICT OF INTEREST |

I,      CRISTINA C. ARGUEDAS, declare:

1.      I am one of the attorneys of record for defendant Barry L. Bonds.

2.      I make this declaration from my personal knowledge.

3.      My partner, Ted W. Cassman, and I previously represented Timothy Montgomery in connection with matters arising from the BALCO investigation. We also represented Christopher Heatherington, Tyrone Wheatley and Christopher Cooper in connection with the government's BALCO investigation.

1

4.      Before Mr. Bonds retained us in the present case, Mr. Cassman and I informed him that we had previously represented the above-referenced individuals in matters arising from or related to the government's BALCO investigation.  We also informed Mr. Bonds of his right to seek independent legal advice in connection with any conflict of interest issues.

5.      It is my understanding that Mr. Bonds has received independent legal advice from Mr. Michael Rains concerning Mr. Cassman's and my prior representation of Messrs. Montgomery, Cooper, Heatherington and Wheatley.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this _3_ day of _Jan_ ²⁰⁰⁸ at _Bakely_ , California.

_____
CRISTINA C. ARGUEDAS