JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN #2040855)
JEFFREY D. NEDROW (CSBN #161299)
JEFFREY R. FINIGAN (CSBN #168285)
Assistant United States Attorneys

150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone: (408) 535-5045
Facsimile: (408) 535-5066
Email: jeff.nedrow@usdoj.gov
    Email: email address@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> BARRY BONDS, ) <br> ) <br>     Defendant. ) <br> _____) | No. CR 07-0732-SI <br><br> **NOTICE OF ADDITION OF COUNSEL** |

    The United States Attorney's Office hereby files this Notice of Addition of Counsel to advise the court and counsel that Assistant United States Attorney ("AUSA") Jeff Nedrow is also assigned to this case. Accordingly, the government respectfully requests that future ECF notices

//

//

//

NOTICE OF ADDITION OF COUNSEL
[CR 07-0732-SI]

be sent to AUSA Nedrow (as well as AUSA's Parrella and Finigan) at the email address of
jeff.nedrow@usdoj.gov.

DATED: January 8, 2008                    Respectfully submitted,

                                                   JOSEPH P. RUSSONIELLO
                                                 United States Attorney

                                                    /s/
                                                 JEFFREY R. FINIGAN
                                                 Assistant United States Attorney

NOTICE OF ADDITION OF COUNSEL
[CR 07-0732-SI]