| | |
|---|---|
| 1 | ALLEN RUBY, (SBN 47109) |
| | Law Offices of Alan Ruby |
| 2 | 125 S Market St #1001 |
| | San Jose, CA 95113-2285 |
| 3 | Phone: (408) 998-8500 |
| 4 | CRISTINA C. ARGUEDAS (SBN 87787) |
| | TED CASSMAN (SBN 98932) |
| 5 | ARGUEDAS, CASSMAN & HEADLEY, LLP |
| | 803 Hearst Avenue |
| 6 | Berkeley, CA 94710 |
| | Phone: 510.845.3000 |
| 7 | |
| 8 | DENNIS RIORDAN (SBN 69320) |
| | DONALD HORGAN (SBN 121547) |
| | RIORDAN & HORGAN |
| 9 | 523 Octavia St |
| | San Francisco, CA 94102 |
| 10 | Phone: (415) 431-3472 |
| 11 | Attorneys for Defendant |
| | BARRY LAMAR BONDS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | NO. CR 07-0732 SI |
| | Plaintiff, | |
| vs. | | STIPULATION TO VACATE STATUS CONFERENCE |
| BARRY LAMAR BONDS, | | |
| | Defendants. | |

It is hereby stipulated by and between the parties that the status conference currently scheduled for February 8, 2008, should be vacated and that the motions date, February 29, 2008 at 11:00 a.m. should also be on for status conference. The parties further agree that Mr. Bonds' presence should be excused pursuant to Rule 43(b)(3),

1

Fed. Rules Crim. Pro., upon the filing of a written waiver by Mr. Bonds, and that there is excludable time through February 29, 2008, pursuant to 18 U.S.C. § 3161(h)(1)(F), due to the pending motion.

DATED: February 5, 2008

          /s/
Allen Ruby, Attorney for
Defendant Bonds

DATED: February 5, 2008

          /s/
Matthew A. Parrella, Assistant
 U.S. Attorney