ALLEN RUBY, (SBN 47109)
Law Offices of Alan Ruby
125 S Market St #1001
San Jose, CA 95113-2285
Phone: (408) 998-8500

CRISTINA C. ARGUEDAS (SBN 87787)
TED CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510.845.3000

DENNIS RIORDAN (SBN 69320)
DONALD HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia St
San Francisco, CA 94102
Phone: (415) 431-3472

Attorneys for Defendant
BARRY LAMAR BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BARRY LAMAR BONDS,

        Defendants.

_____/

NO. CR 07-0732 SI

ORDER [PROPOSED]
VACATING STATUS
CONFERENCE

    Based upon the parties' stipulation and good cause appearing therefor, it is

ORDERED that the status conference on February 8, 2008 is vacated. It is further

ordered that the calendar reflect that the case is on for both motions hearing and status

conference on February 29, 2008, and that Mr. Bonds' presence is waived pursuant to

1

Rule 43(b)(3), Fed. Rules Crim. Pro. It is further ordered that, prior to the date of the motions hearing, the defense shall file a written waiver, executed by Mr. Bonds, of his right to be present at the motions hearing. It is further ordered that there is excludable time through February 29, 2008, pursuant to 18 U.S.C. § 3161(h)(1)(F) due to the pending motion.

DATED: February __, 2008

_____
Susan Illston, Judge
United States District Court