```
1  ALLEN RUBY, SB #47109
   LAW OFFICES OF ALLEN RUBY
2  125 South Market Street, Suite 1500
   San Jose, CA 95113-2379
3  Telephone: 408 998-8500
   Facsimile: 408-998-8503
4
   CRISTINA C. ARGUEDAS, SB #87787
5  TED W. CASSMAN, SB #98932
   ARGUEDAS, CASSMAN & HEADLEY
6  803 Hearst Avenue
   Berkeley, CA 94710
7  Telephone: 510-845-3000
   Facsimile: 510-845-3003
8
   DENNIS P. RIORDAN, SB # 69320
9  DONALD M. HORGAN, SB #121547
   RIORDAN & HORGAN
10 523 Octavia Street
   San Francisco, CA 94102
11 Telephone: 415-431-3472
   Facsimile: 415-552-2703
12
   Attorneys for Defendant
13 BARRY BONDS
```

14

15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCSICO DIVISION

19
    UNITED STATES OF AMERICA,        ) Case No.: CR 07-0732 SI
20                                   )
         Plaintiffs,                 ) WAIVER OF DEFENDANT'S RIGHT
21                                   ) TO BE PRESENT [Rule 43(b), Fed.
    vs.                              ) Rules Crim. Pro.]
22                                   )
    BARRY LAMAR BONDS,               )
23                                   )
         Defendants                  )
24  _____)

25

26      Pursuant to Rule 43(b)(3), Fed. Rules Crim. Pro., I hereby waive my right to be

27 present at any hearing involving only a conference or hearing on a question of law. This

28 waiver specifically includes the hearing currently scheduled for February 29, 2008, at 11:00

                                                                                            1

1  a.m., subject to any further order of the Court.
2  DATED: February 20, 2008

_____
Defendant Barry Lamar Bonds

Approved:

_____
Allen Ruby, Attorney for
Defendant Bonds

I:\Bonds\P\Appearance2 waiver.doc

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2