JOSPEH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CASBN 161299)
JEFFREY R. FINIGAN (CASBN 168285)
J. DOUGLAS WILSON (DCBN 412811)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
   Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0732 SI |
|    Plaintiff, ) | |
| v. ) | UNITED STATES' MOTION TO SEAL GRAND JURY TRANSCRIPT FILED WITH UNITED STATES' RESPONSE TO MOTION TO DISMISS |
| BARRY LAMAR BONDS, ) | |
|    Defendant. ) | |

     The government hereby moves the Court for an order sealing the transcript of defendant Barry L. Bonds's appearance before the grand jury. The government filed the transcript as an exhibit to its response to Defendant's Motion to Dismiss or Alternatively to Strike Portions of the Indictment. As a record of a matter occurring before the grand jury, the transcript must remain sealed under Federal Rule of Criminal Procedure 6(e)(2).

United States' Sealing Motion

| | | |
|---|---|---|
| 1 | DATED: February 19, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>J. DOUGLAS WILSON |
| 5 | | Assistant United States Attorney |

**1**                                                     **ORDER**

**2**     Based upon the foregoing request, the Court hereby **ORDERS** that the transcript of

**3** defendant Barry L. Bonds appearance before the grand jury, which was filed as an exhibit to the

**4** United States' Response to Defendant's Motion to Dismiss, shall be filed and kept under seal by

**5** the clerk of the Court until further order of the Court.

**6**

**7** DATED:                                    _____
                                                      SUSAN ILLSTON

**8**                                                       UNITED STATES DISTRICT JUDGE