JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CASBN 161299)
JEFFREY R. FINIGAN (CASBN 168285)
J. DOUGLAS WILSON (DCBN 412811)
Assistant United States Attorneys

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
   Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> BARRY LAMAR BONDS, ) <br> ) <br>     Defendant. ) <br> _____) | Criminal No. CR 07-0732 SI <br><br> **[PROPOSED] ORDER UNSEALING GRAND JURY TRANSCRIPT** |

Pursuant to the Court's *sua sponte* request of the parties at the hearing in this matter on today's date of February 29, 2008, to unseal certain material, and both parties consenting thereto, the Court hereby **ORDERS** the grand jury transcript of Barry Bonds's December 4, 2003,

///

///

[PROPOSED]ORDER
CR 07-0732 SI

testimony before the grand jury, which was attached under seal to the United States' Response to Defense Motion to Dismiss (PACER document #25), **UNSEALED**.

DATED: 2/29/08

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED]ORDER
CR 07-0732 SI                             2