| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | MATTHEW A. PARRELLA (NYSBN 2040855)<br>JEFFREY D. NEDROW (CASBN 161299) |
| 5 | JEFFREY R. FINIGAN (CASBN 168285)<br>J. DOUGLAS WILSON (DCBN 412811) |
| 6 | Assistant United States Attorneys |

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 07-0732 SI |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER UNSEALING GRAND JURY TRANSCRIPT** |
| BARRY LAMAR BONDS, | corrected |
| Defendant. | |

Pursuant to the Court's *sua sponte* request of the parties at the hearing in this matter on today's date of February 29, 2008, to unseal certain material, and both parties consenting thereto, the Court hereby **ORDERS** the grand jury transcript of Barry Bonds's December 4, 2003,

///

///

[PROPOSED]ORDER
CR 07-0732 SI

testimony before the grand jury, which was attached under seal to the United States' Response to Defense Motion to Dismiss (PACER document #25), **UNSEALED**.
#32

DATED: 2/29/09

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE