JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CASBN 161299)
JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorneys

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-7232
    Facsimile: (415) 436-7234
    Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BARRY LAMAR BONDS,<br><br>    Defendant. | Criminal No. CR 07-0732 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME** |

    The above-captioned matter came before the Court on February 29, 2008, for hearing on the defendant's Motion to Dismiss. The defendant was represented by Allen Ruby, Esq., and others, and the government was represented by Matthew Parrella, Assistant United States Attorney, and others. The matter was continued to March 21, 2008, at 11:00 a.m. in this Court for status.

    Although the Court did not make a finding on the record, the parties hereby stipulate that

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0732 SI

1 | the time from and including February 29, 2008, through March 21, 2008, should be excluded
2 | under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by
3 | taking such action outweigh the best interest of the public and the defendant in a speedy trial.
4 | This stipulation is based on the need for the defendant to have reasonable time necessary for
5 | effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C.
6 | § 3161(h)(8)(B)(iv).  The parties hereby agree to and request that the case be continued until
7 | March 21, 2008, and that the exclusion of time until then be granted.

DATED: March 3, 2008

/s/
ALLEN RUBY
Counsel for Barry L. Bonds

DATED: March 3, 2008

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0732 SI                    2