## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: 2/29/08

Case No.    CR-07-0732  SI                    Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- BARRY L. BONDS (NC)(P)

Attorneys:  J. Nedro, M. Parella,  D. Wilson, Finigan        A. Ruby, C. Arguedas,, M. Raines, T. Cassman, Riordan, Horgan

Deputy Clerk:  Tracy Sutton  Court Reporter: L. Zinn

### **PROCEEDINGS**

1) Defts. Motion to Dismiss - HELD

2) 
3) 
Order to be prepared by:  ( )Pltf   ( )Deft   ( x )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( x ) GRANTED/DENIED IN      ( ) SUBMITTED                                        PART

Case continued to **3/21/08 @ 11:00**  for Further Status/Trial Setting

Case continued to __  for Motions
(Motion due , Opposition  Reply )

Case continued to __ for Pretrial Conference

Case continued to __ for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: ____
**Delay begins:   12/7/07       Delay ends: 2/7/08**
(           )

ORDERED AFTER HEARING:
Defendant's appearance maybe waived at the next hearing.