| | |
|---|---|
| 1 | ALLEN RUBY, SB #47109 |
| | LAW OFFICES OF ALLEN RUBY |
| 2 | 125 South Market Street, Suite 1001 |
| | San Jose, CA 95113-2379 |
| 3 | Telephone: 408 998-8500 |
| | Facsimile: 408-998-8503 |
| 4 | |
| | CRISTINA C. ARGUEDAS, SB #87787 |
| 5 | TED W. CASSMAN, SB #98932 |
| | ARGUEDAS, CASSMAN & HEADLEY |
| 6 | 803 Hearst Avenue |
| | Berkeley, CA 94710 |
| 7 | Telephone: 510-845-3000 |
| | Facsimile: 510-845-3003 |
| 8 | |
| | DENNIS P. RIORDAN, SB # 69320 |
| 9 | DONALD M. HORGAN, SB #121547 |
| | RIORDAN & HORGAN |
| 10 | 523 Octavia Street |
| | San Francisco, CA 94102 |
| 11 | Telephone: 415-431-3472 |
| | Facsimile: 415-552-2703 |
| 12 | |
| | Attorneys for Defendant |
| 13 | BARRY BONDS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR 07-0732 SI |
| Plaintiffs, | ) | |
| | ) | WAIVER OF DEFENDANT'S RIGHT |
| vs. | ) | TO BE PRESENT [Rule 43(b), Fed. |
| | ) | Rules Crim. Pro.] |
| BARRY LAMAR BONDS, | ) | |
| Defendants | ) | |

Pursuant to Rule 43(b)(3), Fed. Rules Crim. Pro., I hereby waive my right to be present at any hearing involving only a conference or hearing on a question of law. This waiver specifically includes the hearing currently scheduled for March 21, 2008, at 11:00

1

1 | a.m., subject to any further order of the Court.
2 | DATED: March 7, 2008

_____
Defendant Barry Lamar Bonds

Approved: MARCH 10, 2008

_____
Allen Ruby, Attorney for
Defendant Bonds

I:\Bonds\P\Appearance3 waiver.doc

**IT IS SO ORDERED**
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA