

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*150 Almaden Boulevard, Suite 900*    *DD: (408) 535-5061*
*San Jose, California  95113*    *FAX:(408) 535-5066*

March 19, 2008

The Hon. Susan Illston
United States District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: Government's Intent To Seek Superseding Indictment in
      <u>United States v. Bonds</u>
      CR 07-00732-SI

Dear Judge Illston:

    Pursuant to the Court's written order of March 4, 2008, we write to inform the Court and counsel that the government intends to seek a superseding indictment in this case.

    Respectfully submitted,

    JOSEPH P. RUSSONIELLO
    United States Attorney

    _____/s/_____
    MATTHEW A. PARRELLA
    JEFFREY D. NEDROW
    JEFFREY R. FINIGAN
    J. DOUGLAS WILSON
    Assistant United States Attorneys

cc: Alan Ruby, Esq.