# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: 3/21/08

Case No.    CR-07-0732  SI                    Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- BARRY L. BONDS (NC)(P)

Attorneys:  J. Nedro, M. Parella,      A. Ruby, C. Arguedas,,

Deputy Clerk: Tracy Sutton  Court Reporter: K. Wyatt

## PROCEEDINGS

1) Status/Trial Setting - HELD

2) _____

3) _____

Order to be prepared by: ( )Pltf   ( )Deft   ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN       ( ) SUBMITTED
                                                PART

Case continued to 6/6/08 @ 11:00  for Further Status/Trial Setting

Case continued to __ for Motions
(Motion due , Opposition  Reply )

Case continued to __ for Pretrial Conference

Case continued to __ for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective Preparation
**Delay begins:  3/21/08      Delay ends: 6/6/08**
(    AUSA to draft Order            )

ORDERED AFTER HEARING:
The Govt. informed the Court that a superceding indictment has not been filed yet.