1  ALLEN RUBY, SB #47109
   LAW OFFICES OF ALLEN RUBY
2  125 South Market Street, Suite 1001
   San Jose, CA 95113-2379
3  Telephone: 408 998-8500
   Facsimile: 408-998-8503
4
   CRISTINA C. ARGUEDAS, SB #87787
5  TED W. CASSMAN, SB #98932
   ARGUEDAS, CASSMAN & HEADLEY
6  803 Hearst Avenue
   Berkeley, CA 94710
7  Telephone: 510-845-3000
   Facsimile: 510-845-3003
8
   DENNIS P. RIORDAN, SB # 69320
9  DONALD M. HORGAN, SB #121547
   RIORDAN & HORGAN
10 523 Octavia Street
   San Francisco, CA 94102
11 Telephone: 415-431-3472
   Facsimile: 415-552-2703
12
   Attorneys for Defendant
13 BARRY BONDS

14

15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                   SAN FRANCSICO DIVISION

19
   UNITED STATES OF AMERICA,        ) Case No.: CR 07-0732 SI
20                                  )
          Plaintiffs,                ) DECLARATION OF BERRY L. BONDS
21                                  ) IN ACCORDANCE WITH COURT
      vs.                           ) DIRECTION ON MARCH 21, 2008
22                                  )
   BARRY LAMAR BONDS,               )
23                                  )
          Defendants                )
24 _____  )

25

26     I, BARRY L. BONDS, declare:

27     1.    I am the defendant in this action.

28     2.    In accordance with the direction of the Court at the March 21, 2008, hearing, I

                                                                                    1

1 | affirm that I was fully aware prior to March 21, that (a) a court hearing was scheduled on
2 | March 21, 2008 and (b) my personal presence at the hearing was excused.
3 |     3.    I am also aware that the Court has scheduled another hearing date in this
4 | matter for June 6, 2008, at 11:00 a.m.
5 |     I declare under penalty of perjury that the foregoing is true and correct.
6 | DATED: May _14_, 2008

                                      Defendant Barry Lamar Bonds

I:\Bonds\P\Bonds Decl.doc