UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 6/6/08

Case No.   CR-07-0732 SI              Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- BARRY L. BONDS (NC)(P)

Attorneys:  M. Parella, Finigan, Nedro     A. Ruby, C. Arguedas, M. Raines,

Deputy Clerk:  Tracy Sutton   Court Reporter: Connie Kuhl

## PROCEEDINGS

1) Status/Trial Setting - HELD

2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                                          PART

Case continued to **7/11/08 @ 11:00**  for Further Status (this hearing may be vacated upon the filing of a stipulated scheduling order)(Bond's appearance is waived at this hearing)

Case continued to **8/29/08 @ 11:00 a.m.** for Further Status
(Bond's appearance may be waived if requested)

Case continued to __ for Motions
(Motion due , Opposition  Reply )

Case continued to **2/17/09 @ 3:30**  for Pretrial Conference

Case continued to **3/2/09 @ 8:30 .m.** for Trial (Jury: ___ Days)

Category of Excludable Delay: ___
**Delay begins:  3/21/08     Delay ends: 3/2/09**
(   AUSA to draft Order          )

ORDERED AFTER HEARING:
Counsel shall meet and confer re: motion briefing schedule and submit an agreed upon order setting a motion hearing date.