ALLEN RUBY (SBN 47109)
LAW OFFICES OF ALLEN RUBY
125 South Market Street #1001
San Jose, CA 95113
Telephone: (408) 998-8500 ext. 204
Facsimile: (408) 998-8503

CRISTINA C. ARGUEDAS (SBN 87787)
TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

Attorneys for Defendant
BARRY LAMAR BONDS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BARRY LAMAR BONDS,<br><br>　　　　　Defendant. | Case No. CR 07 0732 SI<br><br>**STIPULATION RE: BRIEFING SCHEDULE AND HEARING DATE; (PROPOSED) ORDER** |

　　　IT IS HEREBY STIPULATED by and between the parties that any motions of the defendant which challenge the validity of the indictment or seek dismissal on other grounds will be due August 25, 2008.

　　　The government's response to defendant's motions will be due September 24, 2008.

1

1  Defendant's replies will be due October 8, 2008.

2  The hearing will be scheduled for October 24, 2008 at 11:00 a.m. before the Honorable
3  Susan Illston.

5  Dated: July 3, 2008     /s/ Dennis P. Riordan
                           DENNIS P. RIORDAN
6                          Attorney for Defendant
                           BARRY BONDS

9  Dated: July 3, 2008     /s/ J. Douglas Wilson
                           J. DOUGLAS WILSON
10                         Assistant U.S. Attorney

12 IT IS SO ORDERED.

14 Dated: _____
                           _____
15                         SUSAN ILLSTON, Judge
                           United States District Court