ALLEN RUBY, SB #47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113-2379
Telephone: 408 998-8500
Facsimile: 408-998-8503

CRISTINA C. ARGUEDAS, SB #87787
TED W. CASSMAN, SB #98932
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-845-3000
Facsimile: 510-845-3003

DENNIS P. RIORDAN, SB # 69320
DONALD M. HORGAN, SB #121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: 415-431-3472
Facsimile: 415-552-2703

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>BARRY LAMAR BONDS,<br><br>Defendants | Case No.: CR 07-0732 SI<br><br>APPLICATION TO EXCUSE DEFENDANT'S PERSONAL PRESENCE AT CASE MANAGEMENT CONFERENCE<br><br>Date: August 29, 2008<br>Hon: Susan Illston |

Defendant, Barry Lamar Bonds respectfully asks the Court to excuse his personal presence at the Case Management Conference in this matter on August 29, 2008. A Waiver signed by Mr. Bonds and his attorney accompanies this Application, along with a proposed

1 | Order for the Court's consideration.
2 | Respectfully submitted,
3 | DATED: August 14, 2008      LAW OFFICES OF ALLEN RUBY
4 |
5 |                             _____
6 |                             Allen Ruby, Attorney for
                                Defendant Bonds
7 | I:\Bonds\P\Application re Appearance.doc
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |