| | |
|---|---|
| ALLEN RUBY (SBN 47109) | CRISTINA C. ARGUEDAS (SBN 87787) |
| LAW OFFICES OF ALLEN RUBY | TED W. CASSMAN (SBN 98932) |
| 125 South Market Street #1001 | ARGUEDAS, CASSMAN & HEADLEY, LLP |
| San Jose, CA 95113 | 803 Hearst Avenue |
| Telephone: (408) 998-8500 ext. 204 | Berkeley, CA 94710 |
| Facsimile: (408) 998-8503 | Telephone: (510) 845-3000 |
| | Facsimile: (510) 845-3003 |
| DENNIS P. RIORDAN (SBN 69320) | MICHAEL RAINS (SBN 91013) |
| DONALD M. HORGAN (SBN 121547) | RAINS, LUCIA & WILKINSON, LLP |
| RIORDAN & HORGAN | 2300 Contra Costa Blvd., Suite 230 |
| 523 Octavia Street | Pleasant Hill, CA 94523 |
| San Francisco, CA 94102 | Telephone: (925) 609-1699 |
| Telephone: (415) 431-3472 | Facsimile: (925) 609-1690 |
| Facsimile: (415) 552-2703 | |

Attorneys for Defendant
BARRY LAMAR BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

　　　　Plaintiff,

vs.

BARRY LAMAR BONDS,

　　　　Defendant.

) Case No. CR 07 0732 SI
)
) **DEFENDANT'S NOTICE OF MOTION**
) **AND MOTION TO DISMISS COUNTS I,**
) **II, V, VII, VIII, IX, XI, XII, XIV, AND XV**
) **OF THE SUPERSEDING INDICTMENT;**
) **AND SUPPORTING MEMORANDUM**
)
) Date: October 24, 2008
) Time: 11:00 a.m.
) Judge: The Honorable Susan Illston

TO: JOSEPH RUSSONIELLO, UNITED STATES ATTORNEY; MATTHEW PARRELLA, JEFFREY NEDROW, AND JEFFREY FINIGAN, ASSISTANT UNITED STATES ATTORNEYS; AND THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that on Friday, October 24, 2008, at 11 a.m. in the Courtroom of the Honorable Susan Illston, defendant BARRY LAMAR BONDS will move the Court for an order dismissing counts one, two, five, seven, eight, nine, eleven, twelve, fourteen, and fifteen of the superseding indictment filed on May 13, 2008.

//

This motion is founded on the present notice of motion; the accompanying memorandum of points and authorities; the papers and records on file in the action; and on such oral and documentary evidence as may be presented at the time of the hearing.

Dated: August 25, 2008

Respectfully submitted,

LAW OFFICES OF ALLEN RUBY

ARGUEDAS, CASSMAN & HEADLEY, LLP

RAINS, LUCIA & WILKINSON, LLP

RIORDAN & HORGAN

By /s/ Dennis P. Riordan
    Dennis P. Riordan

By /s/ Donald M. Horgan
    Donald M. Horgan

Counsel for Defendant
Barry Lamar Bonds