1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN 2040855)
   JEFFREY D. NEDROW (CASBN 161299)
5  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorneys
6

7     450 Golden Gate Avenue
      San Francisco, California  94102
8     Telephone: (415) 436-7232
      Facsimile: (415) 436-7234
9     Email: jeffrey.finigan@usdoj.gov

10 Attorneys for Plaintiff

11                    UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

15 UNITED STATES OF AMERICA,        )   Criminal No. CR 07-0732 SI
                                    )
16         Plaintiff,               )
                                    )
17                                  )
                                    )   **STIPULATION AND [PROPOSED]**
18    v.                            )   **ORDER VACATING AND RE-**
                                    )   **SETTING STATUS CONFERENCE**
19                                  )
   BARRY LAMAR BONDS,               )
20                                  )
           Defendant.               )
21 _____ )

22

23         The above-captioned matter is set for status conference before the Court on August 29,

24 2008.  The defendant recently filed a Motion to Dismiss related to the superseding indictment

25 and the hearing on that motion is set for October 24, 2008.  The parties do not have any other

26 issues at this point in time to raise before the Court.  Accordingly, the parties hereby agree and

27 respectfully request that the status conference on August 29, 2008, be vacated and re-set for

28 October 24, 2008.  The parties further agree and respectfully request that the Court excuse the

STIPULATION AND [PROPOSED]
ORDER RE STATUS CONFERENCE
CR 07-0732 SI

personal presence of the defendant for the hearing on October 24, 2008, provided that he files a declaration waiving his attendance.

DATED: 8/27/2008                                    /s/
                                        ALLEN RUBY
                                        Counsel for Barry L. Bonds


DATED: 8/27/2008                                    /s/
                                        JEFFREY FINIGAN
                                        Assistant U.S. Attorney


    Based upon the parties' stipulation and for the good cause stated herein, the Court hereby ORDERS the status conference set for August 29, 2008, is VACATED and re-set for October 24, 2008, at 11:00 a.m., and that the defendant's personal presence for the hearing on October 24, 2008, is excused provided that he files a declaration waiving his attendance prior ro October 24, 2008.


DATED:                                  _____
                                        SUSAN ILLSTON
                                        UNITED STATES DISTRICT COURT JUDGE