IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,                                          No. C 07-00732SI

                    Plaintiff,                **NOTICE**

        v.

BONDS,

                    Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion to dismiss and the further status conference has been continued to Wednesday, November 5, 2008, at 4:30 p.m.


Dated: September 26, 2008                     RICHARD W. WIEKING, Clerk


                                              _____
                                              Tracy Sutton
                                              Deputy Clerk