ALLEN RUBY, SB #47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113-2379
Telephone: 408 998-8500
Facsimile: 408-998-8503

CRISTINA C. ARGUEDAS, SB #87787
TED W. CASSMAN, SB #98932
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-845-3000
Facsimile: 510-845-3003

DENNIS P. RIORDAN, SB # 69320
DONALD M. HORGAN, SB #121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: 415-431-3472
Facsimile: 415-552-2703

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>BARRY LAMAR BONDS,<br><br>Defendants | Case No.: CR 07-0732 SI<br><br>APPLICATION TO EXCUSE DEFENDANT'S PERSONAL PRESENCE AT CASE MANAGEMENT CONFERENCE<br><br>Date: November 5, 2008<br>Hon: Susan Illston |

Defendant, Barry Lamar Bonds respectfully asks the Court to excuse his personal presence at the Status Conference in this matter on November 5, 2008. A Waiver signed by Mr. Bonds and his attorney accompanies this Application, along with a proposed Order for

1

1 | the Court's consideration.
2 | Respectfully submitted,
3 | DATED: October __, 2008    LAW OFFICES OF ALLEN RUBY

*[signature: Allen Ruby]*

Allen Ruby, Attorney for
Defendant Bonds

I:\Bonds\P\Application re Appearance 11 08.doc