ALLEN RUBY, SB #47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113-2379
Telephone: 408 998-8500
Facsimile: 408-998-8503

CRISTINA C. ARGUEDAS, SB #87787
TED W. CASSMAN, SB #98932
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-845-3000
Facsimile: 510-845-3003

DENNIS P. RIORDAN, SB # 69320
DONALD M. HORGAN, SB #121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: 415-431-3472
Facsimile: 415-552-2703

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>BARRY LAMAR BONDS,<br><br>Defendants | Case No.: CR 07-0732 SI<br><br>[PROPOSED] ORDER EXCUSING DEFENDANT'S PERSONAL PRESENCE AT STATUS CONFERENCE AND MOTION HEARING<br><br>Date: November 5, 2008<br>Hon: Susan Illston |

    Pursuant to the Waiver signed by defendant and his counsel, and good cause appearing,

    IT IS HEREBY ORDERED that defendant Barry Lamar Bonds need not be

1  personally present at the Status Conference and hearing on Defendant's Motion to Dismiss
2  currently scheduled for November 5, 2008, at 4:00 p.m. and 4:30 p.m. respectively.

DATED: 10/10/08 _____

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE