UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL MINUTES*

**Judge:** SUSAN ILLSTON

**Date**: November 5, 2008

**Case No:** CR 07-00732 SI

**Case Title**: UNITED STATES v. BARRY LAMAR BONDS (not present)

**Appearances:**

    For the Government: Douglas Wilson, Jeff Nedrow, Matthew Parrella, Jeff Finigan

    For Defendant(s): Dennis Riordan, Allen Ruby, Cris Arguedas, Ted Cassman

| **Interpreter:** | **Probation Officer:** |
|---|---|
| **Deputy Clerk**: Rowena B. Espinosa | **Court Reporter**: Jim Yeomans |

## *PROCEEDINGS*

1. Hearing on the Motion to Dismiss Counts I, II, V, VII, VIII, IX, XI, XII, XIV and XV of the Superseding Indictment - held

## *SUMMARY*

- The matter is taken under submission. The Court to issue order.
- Parties shall file a proposed briefing schedule by 11/21/08.