ALLEN RUBY, SB #47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113-2379
Telephone: 408 998-8500
Facsimile: 408-998-8503

CRISTINA C. ARGUEDAS, SB #87787
TED W. CASSMAN, SB #98932
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-845-3000
Facsimile: 510-845-3003

DENNIS P. RIORDAN, SB # 69320
DONALD M. HORGAN, SB #121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: 415-431-3472
Facsimile: 415-552-2703

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 07-0732 SI |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COUNSEL TO MEET & CONFER, AND SUBMIT LETTER BRIEFS IF NECESSARY, REGARDING A SCHEDULE FOR PRE-TRIAL HEARINGS |
| vs. | |
| BARRY LAMAR BONDS, | |
| Defendants | |

Because of defense counsel's unavailability to meet and confer due to an ongoing trial, the parties respectfully stipulate to an extension of time to December 1, 2008, to meet and confer, and if necessary file letter briefs regarding a schedule for pre-trial hearings.

1

| | | |
|---|---|---|
| 1 | DATED: November 20, 2008 | LAW OFFICES OF ALLEN RUBY |
| 2 | | *[signature]* |
| 3 | | ——————————————— |
| 4 | | Allen Ruby, Attorney for Defendant Bonds |
| 5 | DATED: November 20, 2008. | |
| 6 | | |
| 7 | | *[signature]* |
| 8 | | Jeffrey Finigan<br>Assistant United States Attorney |
| 9 | | |
| 10 | So Ordered | |
| 11 | DATED: November ___, 2008 | |
| 12 | | |
| 13 | | ——————————————— |
| 14 | | SUSAN ILLSTON<br>United States District Court Judge |
| 15 | I:\Bonds\P\Stipulation Re Time to M&C.doc | |