JOSEPH P. RUSSONIELLO (CABN 44332))
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CABN 161299)
JEFFREY R. FINIGAN (CABN 168285)
Assistant United States Attorneys

150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone: (408) 535-5045
Facsimile: (408) 535-5066
Email: jeff.nedrow@usdoj.gov

Attorneys For Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> BARRY BONDS, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CR No: 07-0732-SI <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COUNSEL TO MEET AND CONFER REGARDING A SCHEDULE FOR PRETRIAL HEARINGS <br><br> The Hon. Susan Illston |

The parties have reached an agreement in principle regarding a process for communicating and conferring about certain pretrial issues. However, additional time is needed to establish a time schedule for any necessary pretrial motions in limine and hearings, in part because of the unavailability of some counsel due to the Thanksgiving holiday. Accordingly, the parties respectfully stipulate to an extension of time to December 8, 2008 to meet and confer

//

//

//

regarding a schedule for pre-trial hearings.

DATED: December 1, 2008

                                                      /s/
MATTHEW A. PARRELLA
JEFFREY D. NEDROW
JEFFREY R. FINIGAN
Assistant United States Attorneys

DATED: December 1, 2008

                                                      /s/
ALLEN RUBY
Attorney For Defendant Bonds

IT IS SO ORDERED.

DATED: December _____, 2008

SUSAN ILLSTON
United States District Judge