JOSEPH P. RUSSONIELLO (CABN 44332))
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA  (NYSBN 2040855)
JEFFREY D. NEDROW (CABN 161299)
JEFFREY R. FINIGAN (CABN 168285)
Assistant United States Attorneys

150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone: (408) 535-5045
Facsimile:  (408) 535-5066
Email: jeff.nedrow@usdoj.gov

Attorneys For Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CR No: 07-0732-SI |
| ) | |
| Plaintiff,    ) | STIPULATION AND [PROPOSED] |
| ) | ORDER EXTENDING TIME FOR |
| ) | COUNSEL TO MEET AND CONFER |
| v.    ) | REGARDING A SCHEDULE FOR |
| ) | PRETRIAL HEARINGS |
| BARRY BONDS,    ) | |
| ) | The Hon. Susan Illston |
| Defendant.    ) | |
| ) | |
| _____) | |

The parties have reached an agreement in principle regarding a process for communicating and conferring about certain pretrial issues.  However, additional time is needed to establish a time schedule for any necessary pretrial motions in limine and hearings, in part because of the unavailability of some counsel due to the Thanksgiving holiday.  Accordingly, the parties respectfully stipulate to an extension of time to December 8, 2008 to meet and confer

//

//

//

1  regarding a schedule for pre-trial hearings.

2

3  DATED: December 1, 2008

4                                                        /s/
                                    MATTHEW A. PARRELLA
                                    JEFFREY D. NEDROW

5                                      JEFFREY R. FINIGAN
                                    Assistant United States Attorneys

6

7  DATED: December 1, 2008                     /s/
                                    ALLEN RUBY

8                                      Attorney For Defendant Bonds

9

10  IT IS SO ORDERED.

11  DATED: December _____, 2008

12

13                                      SUSAN ILLSTON
                                    United States District Judge