ALLEN RUBY, SB #47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113-2379
Telephone: 408 998-8500
Facsimile: 408-998-8503

CRISTINA C. ARGUEDAS, SB #87787
TED W. CASSMAN, SB #98932
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-845-3000
Facsimile: 510-845-3003

DENNIS P. RIORDAN, SB # 69320
DONALD M. HORGAN, SB #121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: 415-431-3472
Facsimile: 415-552-2703

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 07-0732 SI |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER FOR PRE-TRIAL DETERMINATION OF CERTAIN EVIDENTIARY ISSUES |
| vs. | |
| BARRY LAMAR BONDS, | |
| Defendants | |

WHEREAS, the parties believe that pre-trial determination of certain evidentiary issues will contribute to a just and orderly trial; and

WHEREAS, the parties believe that by proceeding cooperatively they can develop a

1

sufficient record for the Court to consider the admissibility of certain evidence; and

WHEREAS, the parties have extensively met and conferred to discuss a format and schedule for presentation of these matters to the Court;

NOW, THEREFORE, the parties respectfully submit the following stipulation for the Court's consideration:

1. On or before December 12, 2008, Defendant will advise the Government by letter whether Defendant will object to the admission at trial of particular evidence in the following categories:

    a. Laboratory and chemical tests;

    b. Documentary evidence; and

    c. Opinion evidence on the effects of anabolic steroids and human growth hormone.

If Defendant objects to items within these categories, which have been produced in discovery, Defendant will identify the objectionable item with reasonable particularity, and provide a brief statement (for example, "hearsay," or "no foundation to connect the evidence to the Defendant") stating the grounds for objection.

2. On or before December 26, 2008, the Government will advise Defendant in writing of whether or not it intends to offer the challenged items into evidence notwithstanding Defendant's objection. As to items which the Government intends to offer, the Government will provide an offer of proof as to how it intends to overcome the Defendant's objections.

3. If the Defendant believes that the Government's offer of proof does not provide a sufficient basis for admissibility, the Defendant will file a formal motion on or before January 15, 2009, asking the Court to exclude the evidence from the trial.

4. The Government will have 14 days to respond to the Defendant's motion papers. The parties will ask the Court for a hearing date in early February.

/////

/////

2

| | | |
|---|---|---|
| 1 | DATED: December 2, 2008 | LAW OFFICES OF ALLEN RUBY |
| 2 | | |
| 3 | | *[signature: Allen Ruby]* |
| | | Allen Ruby, Attorney for |
| 4 | | Defendant Bonds |
| 5 | DATED: December 2, 2008 | |
| 6 | | |
| 7 | | /s/ |
| | | Jeffrey Finigan |
| 8 | | Assistant United States Attorney |
| 9 | So Ordered | |
| 10 | DATED: December ___, 2008 | |
| 11 | | |
| 12 | | |
| 13 | | SUSAN ILLSTON |
| | | United States District Court Judge |
| 14 | | |
| 15 | I:\Bonds\P\Stipulation for Pretrial Determination.doc | |

3