| | |
|---|---|
| ALLEN RUBY (SBN 47109) | CRISTINA C. ARGUEDAS (SBN 87787) |
| LAW OFFICES OF ALLEN RUBY | TED W. CASSMAN (SBN 98932) |
| 125 South Market Street #1001 | ARGUEDAS, CASSMAN & HEADLEY, LLP |
| San Jose, CA 95113 | 803 Hearst Avenue |
| Telephone: (408) 998-8500 ext. 204 | Berkeley, CA 94710 |
| Facsimile: (408) 998-8503 | Telephone: (510) 845-3000 |
| | Facsimile: (510) 845-3003 |
| DENNIS P. RIORDAN (SBN 69320) | MICHAEL RAINS (SBN 91013) |
| DONALD M. HORGAN (SBN 121547) | RAINS, LUCIA & WILKINSON, LLP |
| RIORDAN & HORGAN | 2300 Contra Costa Blvd., Suite 230 |
| 523 Octavia Street | Pleasant Hill, CA 94523 |
| San Francisco, CA 94102 | Telephone: (925) 609-1699 |
| Telephone: (415) 431-3472 | Facsimile: (925) 609-1690 |
| Facsimile: (415) 552-2703 | |

Attorneys for Defendant
BARRY LAMAR BONDS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07 0732 SI |
| ) | |
| ) | **DEFENDANT'S NOTICE** |
| Plaintiff, ) | **OF MOTION AND MOTION** |
| ) | **TO EXCLUDE EVIDENCE** |
| ) | |
| vs. ) | |
| ) | |
| BARRY LAMAR BONDS, ) | Date: TBA |
| ) | Time: TBA |
| Defendant. ) | Judge: The Honorable Susan Illston |

**TO: JOSEPH RUSSONIELLO, UNITED STATES ATTORNEY; MATTHEW PARRELLA, JEFFREY NEDROW, AND JEFFREY FINIGAN, ASSISTANT UNITED STATES ATTORNEYS; AND THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that on a date and time to be announced by the Court, in the Courtroom of the Honorable Susan Ilston, defendant BARRY LAMAR BONDS will move for an order excluding certain items of evidence proffered by the prosecution in this matter.

Defendant respectfully requests that hearing on this motion be placed on calendar for February 6, 2009.

//

Defendant's Notice of Motion
and Motion to Exclude Evidence

-1-

This motion is founded on the present notice of motion; the accompanying memorandum of points and authorities; the papers and records on file in the action; and on such oral and documentary evidence as may be presented at the time of the hearing.

Dated: January 15, 2009

Respectfully submitted,

LAW OFFICES OF ALLEN RUBY

ARGUEDAS, CASSMAN & HEADLEY, LLP

RAINS, LUCIA & WILKINSON, LLP

RIORDAN & HORGAN

By /s/ Dennis P. Riordan
    Dennis P. Riordan

By /s/ Donald M. Horgan
    Donald M. Horgan

Counsel for Defendant
Barry Lamar Bonds