ALLEN RUBY (SBN 47109)
LAW OFFICES OF ALLEN RUBY
125 South Market Street #1001
San Jose, CA 95113
Telephone: (408) 998-8500 ext. 204
Facsimile: (408) 998-8503

CRISTINA C. ARGUEDAS (SBN 87787)
TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

MICHAEL RAINS (SBN 91013)
RAINS, LUCIA & WILKINSON, LLP
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Telephone: (925) 609-1699
Facsimile: (925) 609-1690

Attorneys for Defendant
BARRY LAMAR BONDS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARRY LAMAR BONDS,<br><br>Defendant. | Case No. CR 07 0732 SI<br><br>**DEFENDANT'S MOTION FOR LEAVE TO FILE OVERSIZED MEMORANDUM IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE EVIDENCE** |

Defendant Barry Bonds hereby moves this Court for an order granting him leave to file a memorandum in support of his accompanying motion in limine in excess of the 25 pages ordinarily permitted by Criminal Local Rule 47-2(b) and Civil Local Rule 7-2(b).

In support of this motion, Dennis P. Riordan declares under penalty of perjury that:

1. I am one of the attorneys for defendant Bonds in this matter.

2. Defendant's proposed memorandum in support of his accompanying motion in limine contains 26 pages, i.e., 1 page more than is ordinarily permitted under the local rules cited above.

3. The proposed memorandum addresses a host of evidentiary issues, some of which are unusually complex. Notwithstanding the number and nature of these issues, we have presented

**Motion for Leave to File
Oversized Memorandum**                           -1-

the arguments in our memorandum as concisely as possible without detracting from their substance.

    4.  For the foregoing reasons, I respectfully request that the Court permit the filing of defendant Bonds's memorandum in its present form.

Executed this 15th day of January, 2009, at San Francisco, California.


                            /s/ Dennis P. Riordan
                              Dennis P. Riordan