| | |
|---|---|
| ALLEN RUBY (SBN 47109) | CRISTINA C. ARGUEDAS (SBN 87787) |
| LAW OFFICES OF ALLEN RUBY | TED W. CASSMAN (SBN 98932) |
| 125 South Market Street #1001 | ARGUEDAS, CASSMAN & HEADLEY, LLP |
| San Jose, CA 95113 | 803 Hearst Avenue |
| Telephone: (408) 998-8500 ext. 204 | Berkeley, CA 94710 |
| Facsimile: (408) 998-8503 | Telephone: (510) 845-3000 |
| | Facsimile: (510) 845-3003 |
| DENNIS P. RIORDAN (SBN 69320) | MICHAEL RAINS (SBN 91013) |
| DONALD M. HORGAN (SBN 121547) | RAINS, LUCIA & WILKINSON, LLP |
| RIORDAN & HORGAN | 2300 Contra Costa Blvd., Suite 230 |
| 523 Octavia Street | Pleasant Hill, CA 94523 |
| San Francisco, CA 94102 | Telephone: (925) 609-1699 |
| Telephone: (415) 431-3472 | Facsimile: (925) 609-1690 |
| Facsimile: (415) 552-2703 | |

Attorneys for Defendant
BARRY LAMAR BONDS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07 0732 SI |
| Plaintiff, | **DEFENDANT'S MOTION TO SEAL EXHIBITS IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE EVIDENCE** |
| vs. | |
| BARRY LAMAR BONDS, | |
| Defendant. | |

Defendant Bonds hereby moves the Court for an order sealing the materials contained in Exhibits A, B, and C to his accompanying motion in limine to exclude evidence at the trial of this matter. Such materials should be sealed because they describe and/or contain matters submitted to, and considered by, the grand jury that issued the indictment pending against

/ /

/ /

/ /

/ /

**Defendant's Motion to Seal
Exhibits to Motion in Limine**           -1-

1 | defendant. Accordingly, public filing of the exhibits would violate the rules and requirements
2 | concerning disclosure as set forth by Federal Rule of Criminal Procedure 6(e).

Dated: January 15, 2009

Respectfully submitted,

RUBY & SCHOFIELD

ARGUEDAS, CASSMAN & HEADLEY

RAINS, LUCIA & WILKINSON, LLP

RIORDAN & HORGAN

By /s/ Dennis P. Riordan
    Dennis P. Riordan

Counsel for Defendant
Barry Lamar Bonds