ALLEN RUBY (SBN 47109)
LAW OFFICES OF ALLEN RUBY
125 South Market Street #1001
San Jose, CA 95113
Telephone: (408) 998-8500 ext. 204
Facsimile: (408) 998-8503

CRISTINA C. ARGUEDAS (SBN 87787)
TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

Attorneys for Defendant
BARRY LAMAR BONDS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARRY LAMAR BONDS,<br><br>Defendant. | Case No. CR 07 0732 SI<br><br>**DEFENDANT'S NOTICE OF TIME AND DATE FOR HEARING ON MOTION TO EXCLUDE EVIDENCE**<br><br>Date:  February 6, 2009<br>Time:  11 a.m.<br>Judge:  The Honorable Susan Illston |

**TO:**    **JOSEPH RUSSONIELLO, UNITED STATES ATTORNEY; MATTHEW PARRELLA, JEFFREY NEDROW, AND JEFFREY FINIGAN, ASSISTANT UNITED STATES ATTORNEYS:**

**PLEASE TAKE NOTICE** that, following consultation with the Courtroom Clerk, the

hearing on defendant's pending Motion In Limine to Exclude Evidence, filed on January 15,

**Defendant's Notice of Time and Date
for Hearing on Motion to Exclude Evidence**    -1-

2009, has been scheduled for February 6, 2009, at 11 a.m. in the Courtroom of the Honorable Susan Illston.

Dated: January 20, 2009       Respectfully submitted,

               LAW OFFICES OF ALLEN RUBY

               ARGUEDAS, CASSMAN & HEADLEY, LLP

               RIORDAN & HORGAN

               By /s/ Dennis P. Riordan
                  Dennis P. Riordan

               By /s/ Donald M. Horgan
                  Donald M. Horgan

               Counsel for Defendant
               Barry Lamar Bonds

**Defendant's Notice of Time and Date
for Hearing on Motion to Exclude Evidence**    -2-