IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

BONDS,

        Defendant.

No. C 07-00732SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motions previously noticed for argument on February 6, 2009, has been continued to Thursday, February 5, 2009, at 10:30 a.m.

Dated: January 22, 2009

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk