1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>BARRY LAMAR BONDS, )<br><br>Defendant. ) | Case No. CR 07 0732 SI<br><br>**[PROPOSED] ORDER SEALING EXHIBITS TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE** |

Based upon defendant's request, and for good cause shown, this Court hereby ORDERS that Exhibits A, B, and C to defendant's motion in limine to exclude evidence, filed on or about January 15, 2009, shall be filed and kept under seal by the Clerk until ~~further order of the Court.~~ 2/5/09 hearing

DATED:

_____

SUSAN ILLSTON

United States District Judge

-1-

Dockets.Justia.com