1  ALLEN RUBY (SBN 47109)               CRISTINA C. ARGUEDAS (SBN 87787)
   LAW OFFICES OF ALLEN RUBY           TED W. CASSMAN (SBN 98932)
2  125 South Market Street #1001       ARGUEDAS, CASSMAN & HEADLEY, LLP
   San Jose, CA 95113                  803 Hearst Avenue
3  Telephone: (408) 998-8500 ext. 204  Berkeley, CA 94710
   Facsimile: (408) 998-8503           Telephone: (510) 845-3000
4                                      Facsimile: (510) 845-3003

5  DENNIS P. RIORDAN (SBN 69320)       MICHAEL RAINS (SBN 91013)
   DONALD M. HORGAN (SBN 121547)       RAINS, LUCIA & WILKINSON, LLP
6  RIORDAN & HORGAN                    2300 Contra Costa Blvd., Suite 230
   523 Octavia Street                  Pleasant Hill, CA 94523
7  San Francisco, CA 94102             Telephone: (925) 609-1699
   Telephone: (415) 431-3472           Facsimile: (925) 609-1690
8  Facsimile: (415) 552-2703

9  Attorneys for Defendant
   BARRY LAMAR BONDS
10

11                 UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,          )  Case No. CR 07 0732 SI
15                                     )
                                       )  **EXHIBITS A, B, AND C TO**
16              Plaintiff,             )  **DEFENDANT'S MOTION IN**
                                       )  **LIMINE TO EXCLUDE EVIDENCE**
17                                     )
         vs.                           )
18                                     )
   BARRY LAMAR BONDS,                  )  Date:  TBA
19                                     )  Time:  TBA
                Defendant.             )  Judge: The Honorable Susan Illston
20

21

22

23

24

25

26

27              **EXHIBITS SUBMITTED**

28

**INDEX TO EXHIBITS PROFFERED
FOR FILING UNDER SEAL**

Exhibit A    December 12, 2008, correspondence from Allen Ruby to Jeffrey Finigan, Matthew Parella, and Jeffrey Nedrow

Exhibit B    December 26, 2008, correspondence from Jeffrey Finigan, Matthew Parella, and Jeffrey Nedrow to Allen Ruby

Exhibit C

    1.      Laboratory Tests

    2.a.   Calendars

    2.b.   BALCO Log Sheets

    2.c.   Handwritten Notes

# EXHIBIT A

LAW OFFICES OF

**ALLEN RUBY**

125 SOUTH MARKET STREET, SUITE 1001
SAN JOSE, CALIFORNIA 95113-2285

EMAIL: rubylaw@allenrubylaw.com
TELEPHONE: (408) 998-8500
FACSIMILE: (408) 998-8503

December 12, 2008

VIA EMAIL & HAND DELIVERY

Jeffrey R. Finigan, Esq.
Matthew A. Parrella, Esq.
Jeffrey D. Nedrow, Esq.
U.S. Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

### Re: United States v Barry Bonds, No. CR 07-0732 SI

Gentlemen:

Pursuant to Paragraph 1 of the "Stipulation and Order for Pre-Trial Determination of Certain Evidentiary Issues" ("the Stipulation") Defendant hereby identifies evidence to which he will object if offered at trial. Although the Stipulation speaks to three categories of evidence, in an effort to be as specific as possible under the circumstances, we have further subdivided these categories – for example, documentary evidence is broken out into calendars, BALCO log sheets and handwritten notes.

We have also tried to be comprehensive in our objections, but if an item of evidence within one of the subdivisions below has escaped our notice, we would respectfully ask the Government to consider such item as among those to which the defense will object at trial, and to identify it in its response to this letter.

As the Stipulation recognizes, we can only object at this point to evidence which has been provided to us in discovery. The parties reserve their rights as to evidence discovered after this date.

Here are the categories and items to which we will object.

### 1. Laboratory Tests.

All laboratory tests allegedly attributed to a urine or blood sample of Barry Bonds or to a sample from any client of Greg Anderson or BALCO. An example is a copy of a Quest Diagnostics Laboratory Test with I.D. No. 100121, appended as Exhibit A. Such tests include but are not limited to the following laboratory reports:

| Collection Date | Bates Stamp Number |
| --- | --- |
| February 25, 2000 | BB002898 |
| November 28, 2000 | BB000127 |
| January 19, 2001 | BB000145 |
| February 5, 2001 | BB000129 |
| February 19, 2001 | BB000131 |
| February 20, 2001 | BB002955 |
| July 7, 2001 | BB000133 |
| October 13, 2001 | BB000134 |
| November 8, 2001 | BB000135 |
| November 8, 2001 | BB000147 |
| November 8, 2001 | BB001585 |
| December 3, 2001 | BB001589 |
| January 8, 2002 | BB001593 |
| February 26, 2002 | BB002900 |
| April 12, 2002 | BB001595 |
| December 20, 2002 | BB000136 |
| February 6, 2003 | BB000138 |
| February 23, 2003 | BB002961 |
| Mary 28, 2003 | BB000753 - BB000815 |
| May 30, 2003 | BB000123 |
| June 4, 2003 | BB000712 - BB000723 |
| June 5, 2003 | BB000143 |
| August 31, 2003 | BB002047 |
| July 7, 2006 | BB001895 - BB001899 |

If the government seeks to admit any of these laboratory results into evidence we will object on grounds of relevancy (Rule 402), lack of foundation and lack of authentication (Rule 901), lack of chain of custody, hearsay (Rule 802), undue prejudice (Rule 403) and fundamental unreliability of the evidence under the Due Process Clause.

## 2. Documentary Evidence

### a. Calendars.

All calendars allegedly reflecting the activities of Barry Bonds or any client of Greg
Anderson or BALCO that were seized from BALCO or from Greg Anderson. An example is
appended as Exhibit B. These include but are not limited to the following items in discovery:

| Date | Bates Stamp Number |
|------|--------------------|
| December 2001 | BB000417, 12-246 |
| January 2002 | BB000418, 12-247 |
| January 2002 | BB000419, 12-248 |
| February 2002 | BB000420, 12-249 |
| February 2002 | BB000421, 12-250 |
| March 2002 | BB000422, 12-251 |
| April 2002 | 11-227 |
| May 2002 | 11-231 |
| June 2002 | 11-229 |
| September 2002 | BB000424 |
| November 2002 | BB000430 |
| November 2002 | BB000437 |
| December 2002 | BB000425 |
| December 2002 | BB000431 |
| December 2002 | BB000438 |
| January 2003 | BB000426 |
| January 2003 | BB000432 |
| January 2003 | BB000439 |
| January 2003 | BB000445 |
| February 2003 | BB000427 |
| February 2003 | BB000433 |
| February 2003 | BB000440 |
| February 2003 | BB000446 |
| April 2003 | BB000423, 12-252 |
| August 2003 | 11-223 |

Jeffrey R. Finigan, Esq.
Matthew A. Parrella, Esq.
Jeffrey D. Nedrow, Esq.
December 12, 2008
Page 4

If the government seeks to admit any of these calendars into evidence we will object on grounds of relevancy (Rule 402), lack of foundation and lack of authentication (Rule 901), hearsay (Rule 802), undue prejudice (Rule 403) and fundamental unreliability of the evidence under the Due Process Clause.

### b.     BALCO Log Sheets

All internal BALCO documents allegedly recording (1) the receipt and/or transfer of urine and/or blood samples and/or (2) the results of laboratory tests for urine or blood samples. An example is appended as Exhibit C. These include but are not limited to the following items in discovery:

Bates Stamp Numbers

BB000114-BB000118

If the government seeks to admit any of these internal BALCO documents into evidence we will object on grounds of relevancy (Rule 402), lack of foundation and lack of authentication (Rule 901), hearsay (Rule 802), undue prejudice (Rule 403) and fundamental unreliability of the evidence under the Due Process Clause.

### c.     Handwritten Notes

All handwritten notations allegedly referring to Barry Bonds or to a client of Greg Anderson or BALCO where the author (1) is unidentified and/or (2) is not expected to testify at trial. An example is appended as Exhibit D. Such handwritten notes include but are not limited to the following:

Bates Stamp Number

BB000113
23955 (11-202)
23826
23837
23844 (11-91)

4

If the government seeks to admit any of these handwritten notes into evidence we will object on grounds of relevancy (Rule 402), lack of foundation and lack of authentication (Rule 901), hearsay (Rule 802), undue prejudice (Rule 403) and fundamental unreliability of the evidence under the Due Process Clause.

## 3. Opinion Evidence On the Effects of Anabolic Steroids and Human Growth Hormone

### a. Opinion Evidence Concerning Steroids, THG, HGH, EPO, or Clomid

Any expert or lay opinion purporting to describe, whether as a general matter or as specifically attributable to Barry Bonds or another specific individual:

(A) the physical, mental, psychological, or emotional effects of anabolic steroids, tetrahydrogestrinone, human growth hormone, erythropoietin, methenolone, nandrolone, or clomiphene;

(B) the meaning or interpretation of any laboratory test on urine or blood; or

(C) the purpose or reason that a person or entity, such as BALCO, would request a particular laboratory test on a sample of urine or blood.

Examples are found in the grand jury testimony of Donald Catlin and Lawrence Bowers.

Additionally, any expert or lay opinion purporting to support or explain:

(D) entries made on the calendars described in Section 2 above;

(E) entries on the internal BALCO documents described in Section 3 above, or

(F) the handwritten notes described in Section 4 above.

If the government seeks any such opinion into evidence we will object on the grounds that the evidence is not admissible under Rules 701 and 702. Where expert opinion is at issue, we will request a *Daubert* hearing.

5

## b.     Witness Descriptions of Bonds' Physical, Behavioral and Emotional Characteristics

All testimony of percipient witnesses describing Barry Bonds' physical or emotional characteristics, or changes in his characteristics, (1) that the witness associates with the use of anabolic steroids or HGH and/or (2) that the government will argue was associated with the use of anabolic steroids or HGH.

This category includes but is not limited to a witness' alleged observation of acne on Bonds' back, testicle size or shrinkage, head size, hat size, hand size, foot size, sexual behavior, etc. Also included in this category are any alleged observations of angry or hostile behavior. Witnesses who have testified to or reported such observations include but are not limited to Kimberly Bell, Steven Hoskins and Stanley Conte.

If the government seeks to present testimony of a witness falling within this category, we will object on grounds of relevance (Rule 402), undue prejudice (Rule 403) lack of foundation and, where appropriate, improper opinion of a lay witness.

The following two categories of evidence are not specifically called out in the Stipulation. There are good arguments either way as to whether they should be addressed at this time. In the spirit of cooperation, we think the better course is to identify these items and apprise the Government of our objections, because we think the Court would appreciate an opportunity to have these issues briefed and heard well before trial.

## 4.     Recorded Conversations in which Barry Bonds is not a Participant.

The discovery includes several tape-recorded conversations allegedly involving Steven Hoskins and others. In addition, the press has reported other conversations, including an alleged tape-recording of a phone conversation between Greg Anderson and Bobby McKercher.

If the government seeks to admit any of these recorded conversations into evidence we will object on grounds of relevancy (Rule 402), lack of foundation and lack of authentication (Rule 901), hearsay (Rule 802), unduly prejudicial (Rule 403) a violation of Title III and fundamental unreliability of the evidence under the Due Process Clause.

6

### 5. Phone Messages To Kim Bell

The discovery includes numerous voice mail messages allegedly left by Barry Bonds on Kimberly Bell's phone line. These voice mail messages include but are not limited to recordings found on a CD marked with bate stamp number B0109-1.

If the government seeks to introduce any of these recordings into evidence, we will object on grounds that the recordings are irrelevant (Rule 402) and unduly prejudicial (Rule 403).

Thank you.

Very Truly Yours,

ALLEN RUBY

AR:mg

cc:     Cristina Arguedas, Esq.
        Dennis Riordan, Esq.

Enclosures

I:\Bonds\C\Finigan Dec 12 08.doc

# EXHIBIT A

BATCH: 1

Quest Diagnostics Incorporated
7470 Mission Valley Road
San Diego, CA 92108
619.685.3000

BALCO (14059)
BALCO, LABORATORY
ATTN: VICTOR CONTE
1520 GALBRETE RD
BURLINGAME, CA 94010

Donor Name/ID    100121
Accession #:    Y2455799
Donor ID/SSN:    NOT SPECIFIED
Other ID:    NS
Contact Name:
Specimen Type:    URINE
Employer: NS
Collection Site: NOT SPECIFIED

                                  Date     Time
Collected: 11/28/2000
Received: 12/02/2000 10:52AM
Reported: 12/06/2000 12:06 PM
Status:    Final Report
Request Type: Not Specified

ANABOLIC STEROID PANEL II

| | | |
|---|---|---|
| DHEA | 10 | ng/mL |
| TESTOSTERONE | 14.0 | ng/mL |
| EPITESTOSTERONE | 10.5 | ng/mL |
| T/E RATIO | 1.3 | |

T/E Ratio is considered positive at a value greater than 6. The following
anabolic agents were tested:

| | |
|---|---|
| Bolasterone | Methandienone |
| Boldenone | Mibolerone |
| Clenbuterol | Nandrolone |
| Clostebol | Norethandrolone/Ethylestrenol |
| Danazol | Oxandrolone |
| Dromostanolone | Oxymesterone |
| Dehydrochloromethyltestosterone | Oxymetholone |
| Dihydrotestosterone | Stanozolol |
| Fluoxymesterone | Stenbolone |
| Formebolone | Trenbolone |
| Furazabol | Probenecid (masking agent) |
| Masterclone | Methyltestosterone |
| Methandriol | Methenolone |

and related compounds

ANABOLIC STEROIDS II

| | |
|---|---|
| BOLASTERONE | Neg |
| BOLDENONE | Neg |
| CLOSTEBOL | Neg |

REPORT CONTINUED ON NEXT FORM/PAGE

CONTINUED REPORT                                     BATCH: 1

Quest Diagnostics Incorporated
7470 Mission Valley Road
San Diego, CA 92108
619.686.3000

BALCO (14059)
BALCO LABORATORY
ATTN: VICTOR CONTE
1520 GALBRETE RD
BURLINGAME, CA 94010

DPN00127

Donor Name/ID    100121
Accession #:     Y2455799
Donor ID/SSN:    NOT SPECIFIED
Other ID:        NS
Contact Name:
Specimen Type:   URINE
Employer: NS
Collection Site: NOT SPECIFIED

                                Date      Time
Collected: 11/28/2000
Received:  12/02/2000 10:52AM
Reported:  12/06/2000 12:08 PM
Status:    Final Report
Request Type: Not Specified

```
DEHYDROCHLOROMETHYLTESTOSTERONE  Neg
ETHYLESTRENOL                    Neg
FLUOXYMESTERONE                  Neg
MESTEROLONE                      Neg
METHENOLONE                   ** POSITIVE **
METHYLTESTOSTERONE/METHANDRIOL   Neg
METHANDIENONE                    Neg
NANDROLONE                    ** POSITIVE **
NORETHANDROLONE/ETHYLESTRENOL    Neg
OXANDROLONE                      Neg
OXYMESTERONE                     Neg
OXYMETHOLONE                     Neg
STANOZOLOL                       Neg
STENBOLONE                       Neg
TRENBOLONE                       Neg
PROBENECID (MASKING AGENT)       Neg
CLENBUTEROL                      Neg
DANAZOL                          Neg
DROMOSTANOLONE                   Neg
FORMEBOLONE                      Neg
FURAZABOL                        Neg
MIBOLERONE                       Neg
```

Accession #: Y2455799

3

DD000120

# EXHIBIT B

December 2001    5.3    SANDP BRUNICARDI

| SUN | MON | TUE | WED | THU | FRI | SAT |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     |     |     | 1 |
| 2 | 3 Icc T 200mg .25 G | 4 Clear | 5 | 6 Clear | 7 | 8 |
| 9 | 10 Icc T 200mg .25 G | 11 Clear | 12 .25 G | 13 Clear | 14 .25 G | 15 .25 G |
| 16 | 17 Icc T 200mg .25 G | 18 Clear | 19 .25 G | 20 Clear | 21 .25 G | 22 |
| 23 | 24 Icc T 200mg .25 G | 25 Clear | 26 .25 G | 27 Clear | 28 .25 G | 29 |
| 30 | 31 1 Clonal OFF .25 G |     |     |     |     |     |

BB000417

# EXHIBIT C

| | | Initials | Date |
|---|---|---|---|
| Prepared By | | | |
| Approved By | | | |

F. WILSON JONES    G7506 Column/With - 11

| | | | | | | Test | EPJ | Ratio |
|---|---|---|---|---|---|---|---|---|
| | Barry B. | | | | | | | |
| 1 1/26/0 | | 100 121 | | | | 14 0 | 10 5 | 1 3 |
| 2 4 01 | 5 Days on | 100 145 | Tren | .25 | | 0 | 0 | 0 |
| 4 2 2 | 5 - 5 ° on | 100 155 | | | | | | |
| | 17 Days off | 100 104 | | | | | | |
| 1 24 0 | Kevin T | 100 135 | Tren | .5 | | 82 | 26 | 3 2 |
| | 5 Days off three | | | | | | | |
| 5 8 6 1 | | 100 300 - | TOC | .6 | | | | |
| | | | | | | | | |
| | Charlie | | | | | | | |
| 1 19 0 | Pre | 100 137 | Tren | .5 | | 430 | 110 | 3 1 |
| 1 24 0 | Post 5 Days | 100 138 | Tren | .5 | | .7 | 0 0 | 8 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Alvin | | | | | | | |
| 2 1 0 | 4 Days on | 100 140 | Tren | .25 | | 3 7 | 2 6 | 1 4 |
| 3 5 0 | 1 Day on | 100 159 | Tren | 2 | | 24 | 0 | — |
| 3 26 0 | Pre | 100 165 | | | | 86 | 19 | 45 |
| 4 9 0 | Post 4 Days | 100 172 | TOC | .2 | | 16 3 | 69 | 2 4 |
| | Tim M | 100 179 | | | | | | |
| 2 1 0 | 5 Days off | 100 146 | Tren | .25 | | 100 7 | 19 6 | 5 1 |
| 2 16 0 | Four's on | 100 157 | | | | 11 8 | 3 5 | 3 0 |
| | 1 Day off | | | | | | | |
| | Tim | | | | | | | |
| 2 14 0 | Pre | 100 152 | Check | 5 | | 42 2 | 11 7 | 3 5 |
| 2 15 0 | 1 Day | 100 153 | Drops | 5 | | 57 5 | 30 4 | 2 8 |
| 2 18 0 | 4 Days on | 100 156 | | 5 | | 95 | 48 1 | 2 0 |
| | | | | | | | | |
| | | | | | | | | |
| 4 0 | Pre | 100 166 | | | | 85 | 33 | 65 |
| 3 24 1 | Post | 100 167 | 2 TOC | | | 44 | 11 | 40 |
| 4 5 01 | | 100 171 | | | | 53 | 14 | 3 8 |
| 4 11 01 | | 100 173 | 3 TOC | | | 3 1 | 00 | 10 |
| | | | | | | | | |
| | | | | | | | | |
| | Calvin | | | | | | | |
| 3 26 01 | Pre | 100 168 | | | | 33 7 | 15 4 | 2 2 |
| 4 16 0 | 9 Days Post | 100 176 | 2 TOC | | | 95 | 20 | 4 8 |
| 4 24 0 | 4 Doses | 100 181 | 22 TOC | | | 17 2 | 40 | 40 |

DD000114

# EXHIBIT D

BARRY

* BLOOD TEST NOV 29, FEB 14, MARCH 28.
  $450

* "G" 1 Box off season & 2 Box season
  $1500.00

* Depo test Cyp 3 Bottles off & Reg Season
  $450

* Clear & CREAM off & Reg Season $200

* Clomifeno off & Reg 100 pills
  $100

  TOTAL
  $2500

# EXHIBIT B



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

<table>
<tr><td><i>11th Floor, Federal Building</i><br><i>450 Golden Gate Avenue, Box 36055</i><br><i>San Francisco, California 94102</i></td><td><i>(415) 436-7200</i><br><br><i>FAX:(415) 436-7234</i></td></tr>
</table>

December 26, 2008

VIA EMAIL & MAIL
Allen Ruby, Esq.
Law Offices of Allen Ruby
125 South Market Street, Suite 1001
San Jose, CA 95113

      Re:   United States v. Barry L. Bonds
           CR 07-0732 SI

Dear Mr. Ruby,

      This responds to your letter of December 12, 2008. Preliminarily, we note that the Stipulation requires the defense to identify objectionable items of evidence with reasonable particularity. Accordingly, your request that the government, in its response, identify additional items that "escaped [your] notice" is inappropriate.

      This letter only addresses evidentiary issues related to the government's case-in-chief and the government's responses herein are therefore subject to change depending upon how the case develops from this point forward and during any defense cross-examination or the defense case-in-chief.

      We address your objections in the order you made them and reserve the right to make additional arguments and raise other bases for admissibility of the evidence identified in your letter. With respect to your boilerplate objection pursuant to FRE 403, the government's response is that none of the evidence in your letter is unduly prejudicial. All of the evidence is extremely probative and tends to prove guilt, which does not equate with undue prejudice.

      **1.**    **Laboratory Tests**

      The laboratory tests identified in your letter are relevant because they have a tendency to make facts of consequence, e.g. knowledgeable use of steroids and other substances, to the charges more probable than without the evidence. They also corroborate witnesses connected with the tests. The tests will be authenticated by employees from the various labs that conducted the tests. The chain of custody will also be established by the various labs that performed the tests, statements by individuals who submitted the samples, statements by individuals who assisted in obtaining the samples (e.g. Dr. Ting), and agents who transported the samples. Without conceding the existence of any missing links in the chain of custody, to the extent there are any at the time this evidence is offered, they would only effect the weight of the evidence, not

the admissibility. The lab tests are admissible as business records pursuant to FRE 803(6). Your objection based on "fundamental unreliability of the evidence under the Due Process Clause" is vague and fails to articulate a specific manner in which it is somehow different from or not encompassed within the other listed objections.

## 2. Documentary Evidence

### a. Calendars

The calendars are relevant because they have a tendency to make facts of consequence, e.g. knowledgeable use of steroids and other substances, to the charges more probable than without the evidence. They also corroborate witnesses connected with the calendars. The calendars will be authenticated by witness testimony, including, but not limited to, testimony by athletes who received hard copies of calendars from Anderson and testimony by agents related to where the calendars were found. The calendars are potentially admissible under four hearsay exceptions: (1) as statements against Greg Anderson's interests pursuant to FRE 804(b)(3); (2) as statements of a co-conspirator pursuant to FRE 801(d)(2)(E); (3) as business records pursuant to FRE 803(6); and (4) pursuant to the residual exception in FRE 807. Along these lines, please consider this notice of the government's intent to offer this evidence pursuant to FRE 807 on the grounds that the calendars are evidence of material facts, more probative than other evidence the government can procure, and the general purposes of the FRE and the interests of justice will best be served by admitting them. Your objection based on "fundamental unreliability of the evidence under the Due Process Clause" is vague and fails to articulate a specific manner in which it is somehow different from or not encompassed within the other listed objections.

### b. BALCO Log Sheets

The log sheets are relevant because they have a tendency to make facts of consequence, e.g. knowledgeable use of steroids and other substances, to the charges more probable than without the evidence. They also corroborate witnesses connected with the log sheets. The log sheets will be authenticated by James Valente. The log sheets are potentially admissible under four hearsay exceptions: (1) as statements against James Valente's interests pursuant to FRE 804(b)(3); (2) as statements of a co-conspirator pursuant to FRE 801(d)(2)(E); (3) as business records pursuant to FRE 803(6); and (4) pursuant to the residual exception in FRE 807. Along these lines, please consider this notice of the government's intent to offer this evidence pursuant to FRE 807 on the grounds that the log sheets are evidence of material facts, more probative than other evidence the government can procure, and the general purposes of the FRE and the interests of justice will best be served by admitting them. Your objection based on "fundamental unreliability of the evidence under the Due Process Clause" is vague and fails to articulate a specific manner in which it is somehow different from or not encompassed within the other listed objections.

2

### c.    Handwritten Notes

Greg Anderson's handwritten notes are relevant because they have a tendency to make facts of consequence, e.g. knowledgeable use of steroids and other substances, to the charges more probable than without the evidence. Greg Anderson's handwritten notes will be authenticated by witness testimony, including, but not necessarily limited to, testimony related to where they were found. Greg Anderson's handwritten notes are potentially admissible under at least two hearsay exceptions: (1) as statements against Greg Anderson's interests pursuant to FRE 804(b)(3); and (2) as statements of a co-conspirator pursuant to FRE 801(d)(2)(E). Your objection based on "fundamental unreliability of the evidence under the Due Process Clause" is vague and fails to articulate a specific manner in which it is somehow different from or not encompassed within the other listed objections.

### 3.    Opinion Evidence re Anabolic Steroids and HGH

The parties have already discussed multiple times the fact that the government intends to offer testimony from Donald Catlin and Lawrence Bowers pursuant to FRE 702 and the government will provide notice of expert testimony in due course. Their qualifications and general substance of their testimonies are contained within their grand jury transcripts. The government's experts on the topics of steroid use, its effects, and the practices of labs that send out samples for steroid testing will testify based on specialized knowledge which is likely to assist the jury in understanding the evidence and determining facts at issue in the case. This evidence is reliable, relevant, and admissible. To the extent the aforementioned experts rely upon statements by any other witness related to the defendant's physical characteristics or changes thereto, those statements are relevant and admissible. Likewise, to the extent the aforementioned experts or any other witness provide testimony that makes any other witness' statement related to the defendant's physical characteristics or changes thereto relevant, those statements are admissible. For example, Lawrence Bowers may testify that one common effect of steroid use is increased muscle mass. Presumably he will not need to rely upon any statement from another witness to draw that conclusion. Nevertheless, if another witness can testify that the defendant experienced an increase in muscle mass during a relevant time period, that observation will be admissible.

You have not identified with any particularity any lay opinions you object to.

### 4.    Recorded Conversations

The recorded conversation between Greg Anderson and Steve Hoskins, wherein Anderson describes injecting the defendant, having the ability to obtain and utilize inside information about MLB's random drug testing to the defendant's benefit, and the undetectable nature of what Anderson had been doing for the defendant is undeniably relevant. Mr. Hoskins can authenticate the recording. The recording is potentially admissible under two hearsay exceptions: (1) as a statement against Greg Anderson's interests pursuant to FRE 804(b)(3); and

3

(2) pursuant to the residual exception in FRE 807. Along these lines, please consider this notice of the government's intent to offer this evidence (*i.e.*, the recording itself or Mr. Hoskins' testimony regarding the conversation in the event the Court rules the recording is inadmissible for any reason) pursuant to FRE 807 on the grounds that the recording is evidence of material facts, more probative than other evidence the government can procure, and the general purposes of the FRE and the interests of justice will best be served by admitting the recording. The recording does not violate Title III pursuant to 18 U.S.C. § 2511(2)(d). Furthermore, the defendant was not a party to the conversation and therefore is not an aggrieved party and the government played no role in the recording. Your objection based on "fundamental unreliability of the evidence under the Due Process Clause" is vague and fails to articulate a specific manner in which it is somehow different from or not encompassed within the other listed objections.

## 5. Phone Messages to Kim Bell

The government does not concede that the recorded messages the defendant left for Kimberly Bell, many of which were extremely hostile and threatening, are irrelevant or unduly prejudicial. Nevertheless, at this point in time, the government does not intend to offer those recordings into evidence during its case-in-chief. The government reserves its right to reconsider its position on this issue depending upon how the case develops from this point forward and, of course, in the event the defense opens the door to this evidence in any manner.

Sincerely,

JOSEPH P. RUSSONIELLO
United States Attorney

By: _____/s/_____

MATTHEW A. PARRELLA
JEFFREY D. NEDROW
JEFFREY R. FINIGAN
Assistant United States Attorneys

4

# EXHIBIT C



**LABORATORY DAILY SUMMARY**
MR : (0000)0106-82-47
ACCT: 71838991
NAME: BONDS, BARRY
AGE : 35 YRS          SEX : M
LOC : DIAG            ROOM :
PHYSICIAN: REFERRED OUT PT

02/26/00   0938
ADMIT: 02/25/00

---

## HEMATOLOGY

DATE: 02/25/00
TIME: 1420

| COMPLETE BLOOD COUNT | | REFERENCE | UNIT |
|---|---|---|---|
| PLATELET | 260 | 150-450 | TH/UL |
| WBC | 6.6 | 3.6-11.1 | TH/UL |
| RBC | 5.36 | 4.27-5.49 | MIL/UL |
| HEMOGLOBIN | 14.5 | 12.9-16.1 | GM/DL |
| HEMATOCRIT | 42.9 | 37.7-46.5 | % |
| MCV | 80 | 79-95 | FL |
| MCH | 27.1L | 28.0-32.0 | PG |
| MCHC | 33.8 | 32.0-36.0 | GM/DL |
| RDW | 14.6H | 11.5-14.5 | UNITS |
| POLYS % (AUTO) | 52L | 56-65 | % |
| LYMPHS % (AUTO) | 39H | 25-35 | % |
| MONO % (AUTO) | 7 | 1-10 | % |
| EOS % (AUTO) | 2 | 0-5 | % |
| BASOS % (AUTO) | 0 | 0-1 | % |
| POLYS ABS | 03.5 | 02.0-08.0 | TH/UL |
| LYMPHS ABS | 2.6 | 1.5-4.0 | TH/UL |
| MONOS ABS | 0.5 | 0.1-2.0 | TH/UL |
| EOS ABS | 0.1 | 0.0-0.7 | TH/UL |
| BASOS ABS | 0.0 | 0.0-0.2 | TH/UL |

## CHEMISTRY

DATE: 02/25/00
TIME: 1420

| CHEMISTRY PANELS | | REFERENCE | UNIT |
|---|---|---|---|
| SODIUM | 139 | 134-146 | MEQ/L |
| SODIUM (09/29/99 -- Current) | | | |
| NORMAL RANGE CHANGED 9/29/99. | | | |
| POTASSIUM | 4.4 | 3.6-5.1 | MEQ/L |
| CHLORIDE | 104 | 101-111 | MEQ/L |
| CO2 | 29 | 22-32 | MEQ/L |
| BUN | 20 | 8-20 | MG/DL |
| CREATININE | 1.8H | 0.7-1.2 | MG/DL |
| GLUCOSE | 94 | 74-118 | MG/DL |
| CALCIUM | 9.2 | 8.9-10.3 | MG/DL |
| TOTAL PROTEIN | 6.5 | 6.1-7.9 | G/DL |
| ALBUMIN | 3.7 | 3.5-4.8 | G/DL |
| ALK PHOS | 41 | 38-126 | U/L |
| BILIRUBIN TOTAL | 0.7 | 0.4-2.0 | MG/DL |
| SGOT | 48H | 15-41 | U/L |
| GENERAL CHEMISTRY | | | |
| PSA (ABBOTT AXS | 1.17 | 0.10-4.00 | NG/ML |

L = Low, H = High
MR-48C (10/98)                          CONTINUED
ROY IAN DAVIS, M.D.-MEDICAL DIRECTOR
CHAIRMAN OF DEPARTMENT OF PATHOLOGY

PAGE   1
E. SMITH COLLUM, M.D. - DIRECTOR
CLINICAL LABORATORY SERVICES

SFG (S.C.) 0821

BB002898

Quest Diagnostics Incorporated
7470 Mission Valley Road
San Diego, CA 92108
619.685.3000

BALCO (14059)
BALCO LABORATORY
ATTN: VICTOR CONTE
1520 GALBRETE RD
BURLINGAME, CA 94010

Donor Name/ID      100121
Accession #:       Y2455799
Donor ID/SSN:      NOT SPECIFIED
Other ID:          NS
Contact Name:
Specimen Type:     URINE
Employer: NS
Collection Site: NOT SPECIFIED

                              Date    Time
            Collected: 11/28/2000
            Received:  12/02/2000 10:52AM
            Reported:  12/06/2000 12:06 PM
            Status:    Final Report
            Request Type: Not Specified

ANABOLIC STEROID PANEL II
    DHEA                        10        ng/mL
    TESTOSTERONE                14.0      ng/mL
    EPITESTOSTERONE             10.5      ng/mL
    T/E RATIO                   1.3
---------------------------------------------------------------
T/E Ratio is considered positive at a value greater than 6.  The following
anabolic agents were tested:

Bolasterone                             Methandienone
Boldenone                               Mibolerone
Clenbuterol                             Nandrolone
Clostebol                               Norethandrolone/Ethylestrenol
Danazol                                 Oxandrolone
Dromostanolone                          Oxymesterone
Dehydrochloromethyltestosterone         Oxymetholone
Dihydrotestosterone                     Stanozolol
Fluoxymesterone                         Stenbolone
Formebolone                             Trenbolone
Furazabol                               Probenecid (masking agent)
Mesterclone                             Methyltestosterone
Methandriol                             Methenolone

    and related compounds

ANABOLIC STEROIDS II
    BOLASTERONE                Neg
    BOLDENONE                  Neg
    CLOSTEBOL                  Neg

REPORT CONTINUED ON NEXT FORM/PAGE

CONTINUED REPORT                                         BATCH: 1

Quest Diagnostics Incorporated
7470 Mission Valley Road
San Diego, CA 92108
619.685.3000

BALCO (14059)
BALCO LABORATORY
ATTN: VICTOR CONTE
1520 GALBRETE RD
BURLINGAME, CA 94010

2

BB000127

Donor Name/ID      100121
Accession #:       Y2455799
Donor ID/SSN:      NOT SPECIFIED
Other ID:          NS
Contact Name:
Specimen Type:     URINE
Employer: NS
Collection Site: NOT SPECIFIED

                                Date        Time
Collected:  11/28/2000
Received:   12/02/2000 10:52AM
Reported:   12/06/2000 12:08 PM
Status:     Final Report
Request Type: Not Specified

| | |
|---|---|
| DEHYDROCHLOROMETHYLTESTOSTERONE | Neg |
| ETHYLESTRENOL | Neg |
| FLUOXYMESTERONE | Neg |
| MESTEROLONE | Neg |
| METHENOLONE | ** POSITIVE ** |
| METHYLTESTOSTERONE/METHANDRIOL | Neg |
| METHANDIENONE | Neg |
| NANDROLONE | ** POSITIVE ** |
| NORETHANDROLONE/ETHYLESTRENOL | Neg |
| OXANDROLONE | Neg |
| OXYMESTERONE | Neg |
| OXYMETHOLONE | Neg |
| STANOZOLOL | Neg |
| STENBOLONE | Neg |
| TRENBOLONE | Neg |
| PROBENECID (MASKING AGENT) | Neg |
| CLENBUTEROL | Neg |
| DANAZOL | Neg |
| DROMOSTANOLONE | Neg |
| FORMEBOLONE | Neg |
| FURAZABOL | Neg |
| MIBOLERONE | Neg |

Accession #: Y2455799

3

BB000128



SPECIALTY LABORATORIES
2211 Michigan Avenue          310-828-6543
Santa Monica, CA 90404-3900          800-421-4449

SPECIALTY# 098-6186805
CLIENT #   44008

NAME:          B, B

PHYSICIAN: GOLDMAN, BRIAN H
NOTES:
PATIENT ID:  00216
SPECIMEN ID: 00216

BALCO LABS
ATTN: JIM VALENTE
1520 GILBREATH ROAD

BURLINGAME          CA   94010

DOB: 07/24/64    AGE: 36 Years
SEX: Male

DRAWN:             01/19/01 15:00
RECEIVED:          01/22/01 17:09
PRINTED:           01/26/01 08:40
FINAL REPORT:      01/26/01 08:40
                   FINAL

| TEST NAME | RESULTS | | REFERENCE RANGE |
| --------- | ------- | --- | --------------- |

TESTOSTERONE, FREE & TOTAL
---------------------------
Testosterone Total          730          ng/dL          (241-827)
Testosterone Free         > 5.00         ng/dL

    REFERENCE RANGES for Testosterone Free
        Males:
            20-49 yrs . . . . . 0.95-4.30 ng/dL
            > 50  yrs . . . . . 0.80-3.50 ng/dL
        Females:
            Ovulating . . . . Up to 0.38 ng/dL
            Postmenopausal . . Up to 0.13 ng/dL

    % Free Testosterone                    % of total (0.32-0.50)
    The percentage of total testosterone in unbound state (% free
    testosterone) cannot be calculated since the free testosterone level
    is greater than the highest detectable concentration.

COMPLETE BLOOD COUNT
--------------------
| | | | |
| --- | --- | --- | --- |
| WBC | 7.9 | | thou/cu mm (4.0-11.0) |
| RBC | 5.34 | | mil/cu mm (4.50-6.00) |
| Hgb | 14.0 | | g/dL (13.5-18.0) |
| Hct | 44.9 | | % (40.0-54.0) |
| MCV | 84 | | fL (80-96) |
| MCH | 26 | | pg (26-34) |
| MCHC | 31 | | g/dL (31-37) |
| Platelets | 388 | | thou/cu mm (150-400) |
| Segmented Neutrophils | 73 | H | % (50-70) |
| Basophils | 0 | | % (< 2) |
| Eosinophils | 3 | | % (< 6) |
| Lymphocytes | 23 | | % (20-40) |
| Monocytes | 0 | | % (< 8) |
| RBC Morphology | Normal | | |

F44008     19242     1
M5077-1(97) Page 2

Albert Rabinovitch, M.D. Ph.D

BB000145



SPECIALTY LABORATORIES
2211 Michigan Avenue        310-828-6543
Santa Monica, CA 90404-3900    800-421-4449

SPECIALTY# 098-6186805
CLIENT #    44008

NAME:        B, B

PHYSICIAN: GOLDMAN, BRIAN H
NOTES:
PATIENT ID:    00216
SPECIMEN ID:    00216

| BALCO LABS | | DOB: 07/24/64    AGE: 36 Years |
| ATTN: JIM VALENTE | | SEX: Male |
| 1520 GILBREATH ROAD | | |
| | | DRAWN:            01/19/01 15:00 |
| BURLINGAME | CA    94010 | RECEIVED:        01/22/01 17:09 |
| | | PRINTED:         01/26/01 08:40 |
| | | FINAL REPORT:    01/26/01 08:40 |
| | | FINAL |

| TEST NAME | RESULTS | REFERENCE RANGE |
| --------- | ------- | --------------- |

AUTOANTIBODY CONFIRMATION [IB]
-------------------------------

| U1 RNP/snRNP IgG Autoabs | Not detected | Not detected |
| Sm IgG Autoabs | Not detected | Not detected |
| Scl-70 IgG Autoabs | Not detected | Not detected |

This test result or one or more of its components was developed and
its performance characteristics determined by Specialty Laboratories.
It has not been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or approval
is not necessary.

LACTATE DEHYDROGENASE
---------------------

| Lactate Dehydrogenase (LDH) | 208 | U/L | (< 251) |

CHOLESTEROL EVALUATION
----------------------

| Triglycerides | 195 | | mg/dL | (< 200) |
| Cholesterol, Total | 178 | | mg/dL | (< 200) |
| HDL-C | < 20 | L | mg/dL | (> 34) |
| LDL-C (Calc) | < 132 | H | mg/dL | (< 130) |
| Cholesterol/HDL-C Ratio | > 25.43 | H | | (< 5.00) |

BB000146



Quest Diagnostics

7470 Mission Valley Road
San Diego, CA 92108
1 (800) 647-2827 Client Services
1 (800) 446-4728

BALCO LABORATORY
ATTN: VICTOR CONTE
1520 GILBRETH RD
BURLINGAME, CA 94010

| | | | Date | Time |
|---|---|---|---|---|
| Patient Name/Specimen I.D | Accession No. | Collected | | |
| Patient I.D./SSN: NOT SPECIFIED | Other I D | Received | | |
| Requesting Physician/Contact Name | Specimen Type | Reported | | |
| Employer: NS | | Status | FINAL REPORT | |
| Request Type: Not Specified | | | | |
| Collection Site (NOT SPECIFIED) | | | | |
| Remarks | | | | |

ANABOLIC STEROID PANEL II
DHEA                    41          ng/mL
TESTOSTERONE            0.0         ng/mL
EPITESTOSTERONE        0.0         ng/mL
T/E RATIO              0.0
   TESTOSTERONE AND EPITESTOSTERONE ARE NOT DETECTED

------------------------------------------------------------

T/E Ratio is considered positive at a value greater than 6. The following
anabolic agents were tested:
Bolasterone                       Methandienone
Boldenone                         Mibolerone
Clenbuterol                       Nandrolone
Clostebol                         Norethandrolone/Ethylestrenol
Danazol                           Oxandrolone
Dromostanolone                    Oxymesterone
Dehydrochloromethyltestosterone   Oxymetholone
Dihydrotestosterone               Stanozolol
Fluoxymesterone                   Stenbolone
Formebolone                       Trenbolone
Furazabol                         Probenecid (masking agent)
Mesterolone                       Methyltestosterone
Methandriol                       Methandolone

and related compounds

ANABOLIC STEROIDS II
BOLASTERONE                    Neg
BOLDENONE                      Neg
CLOSTEBOL                      Neg
DEHYDROCHLOROMETHYLTESTOSTERONE  Neg
ETHYLESTRENOL                  Neg
FLUOXYMESTERONE                Neg
MESTEROLONE                    Neg
METHENOLONE            ** POSITIVE **
METHYLTESTOSTERONE/METHANDRIOL  Neg
METHANDIENONE                  Neg
NANDROLONE                     Neg
NORETHANDROLONE/ETHYLESTRENOL  Neg
OXANDROLONE                    Neg
OXYMESTERONE                   Neg

CRITICAL REPORT


Quest Diagnostics

7470 Miss on Valley Road
San Diego, CA 92108
1 (800) 647-2827 Client Services
1 (800) 445-4728

SALTO LABORATORY
ATTN: VICTOR CONTE
1510 GILBRETH RD
BURLINGAME, CA 94010

| | | | Date | Time |
|---|---|---|---|---|
| Patient Name/Specimen I.D 100145 | Accession No. 11774115 | Collected: M | 01-05/2001 | |
| Patient I.D./SSN NOT SPECIFIED | Other I.D NS | Received: | 01-05-2001 1:44PM | |
| Requesting Physician/Contact Name | Specimen Type URINE | Reported | 01-11-2001 01:31 PM | |
| Request Type Employer: NS | | Status | FINAL REPORT | |
| Collection Site: Not Specified | | | | |
| Remarks (NOT SPECIFIED) | | | | |

| | |
|---|---|
| OXANDROLONE | Neg |
| STANOZOLOL | Neg |
| STENBOLONE | Neg |
| TRENBOLONE | Neg |
| PROBENECID (MASKING AGENT) | Neg |
| CLENBUTEROL | Neg |
| DANAZOL | Neg |
| DROMOSTANOLONE | Neg |
| FORMEBOLONE | Neg |
| FURAZABOL | Neg |
| MIBOLERONE | Neg |

BB000130

Quest Diagnostics Incorporated
7470 Mission Valley Road
San Diego, CA 92108
619.686.3800

BALCO (14059)
BALCO LABORATORY
ATTN: VICTOR CONTE
1520 GALBRETH RD
BURLINGAME, CA 94810

Donor Name/ID    100155
Accession #:     YZ537974
Donor ID/SSN:    NOT SPECIFIED
Other ID:        NS
Contact Name:
Specimen Type:   URINE
Employer: NS
Collection Site: NOT SPECIFIED

                                        Date       Time
                            Collected: 02/19/2001
                            Received:  02/23/2001 10:15AM
                            Reported:  02/23/2001 05:54 AM
                            Status:    Final Report
                            Request Type: Not Specified

ANABOLIC STEROID PANEL II
  DHEA                                10        ng/mL
  TESTOSTERONE                        0.0       ng/mL
  EPITESTOSTERONE                     0.0       ng/mL
     TESTOSTERONE AND EPITESTOSTERONE ARE NOT DETECTED.

------------------------------------------------------------------------
T/E Ratio is considered positive at a value greater than 6.  The following
anabolic agents were tested:
Bolasterone                          Methandienone
Boldenone                            Mibolerone
Clenbuterol                          Nandrolone
Clostebol                            Norethandrolone/Ethylestrenol
Danazol                              Oxandrolone
Dromostanolone                       Oxymesterone
Dehydrochloromethyltestosterone      Oxymetholone
Dihydrotestosterone                  Stanozolol
Fluoxymesterone                      Stenbolone
Formebolone                          Trenbolone
Furazabol                            Probenecid (masking agent)
Mesterolone                          Methyltestosterone
Methandriol                          Methenolone

and related compounds

ANABOLIC STEROIDS II
  BOLASTERONE                 Neg
  BOLDENONE                   Neg

REPORT CONTINUED ON NEXT FORM/PAGE

CONTINUED REPORT                                             BATCH: 1

Quest Diagnostics Incorporated       BALCO (14059)
7470 Mission Valley Road             BALCO LABORATORY
San Diego, CA 92108                  ATTN: VICTOR CONTE
619.686.3800                         1520 GALBRETH RD
                                     BURLINGAME, CA 94810

-18 6

BB000131

Donor Name/ID    180155
Accession #:    Y2537974
Donor ID/SSN:    NOT SPECIFIED
Other ID:    NS
Contact Name:
Specimen Type:    URINE
Employer: NS
Collection Site: NOT SPECIFIED

                                    Date        Time
Collected: 02/19.200!
Received:  02/20/200! 10:11AM
Reported:  02/23/2001 08:54 AM
Status;    Final Report
Request Type: Not Specified

    CLOSTEBOL                              Neg
    DEHYDROCHLOROMETHYLTESTOSTERONE   Neg
    ETHYLESTRENOL                         Neg
    FLUOXYMESTERONE                       Neg
    MESTEROLONE                           Neg
    METHENOLONE                      ** POSITIVE **
    METHYLTESTOSTERONE/METHANDRIOL   Neg
    METHANDIENONE                         Neg
    NANDROLONE                       ** POSITIVE **
    NORETHANDROLONE/ETHYLESTRENOL     Neg
    OXANDROLONE                           Neg
    OXYMESTERONE                          Neg
    OXYMETHOLONE                          Neg
    STANOZOLOL                            Neg
    STENBOLONE                            Neg
    TRENBOLONE                            Neg
    PROBENECID (MASKING AGENT)            Neg
    CLENBUTEROL                           Neg
    DANAZOL                               Neg
    DROMOSTANOLONE                        Neg
    FORMEBOLONE                           Neg
    FURAZABOL                             Neg
    MIBOLERONE                            Neg

Accession #: Y2537974

-X- 7

BB000132



**ST. JOSEPH'S HOSPITAL
& MEDICAL CENTER**
350 WEST THOMAS ROAD
Phoenix, AZ 85013
Phone: (602)406-3410

MR   : (0000)0104-82-47
ACCT: 73327892
NAME: **BONDS, BARRY**
AGE :    36 YRS           SEX  :  M
LOC  :    LABM            ROOM :
PHYSICIAN:  REFERRED OUT PT

02/26/01    0502
ADMIT:   02/20/01

## HEMATOLOGY

DATE:   02/24/01
TIME:  ___1328___

|  |  | REFERENCE | UNIT |
|---|---|---|---|
| **COMPLETE BLOOD COUNT** |  |  |  |
| PLATELET | 395 | 150-450 | TH/UL |
| WBC | 10.1 | 3.6-11.1 | TH/UL |
| RBC | **5.50**H | 4.27-5.49 | MIL/UL |
| HEMOGLOBIN | 14.2 | 12.9-16.1 | GM/DL |
| HEMATOCRIT | 42.1 | 37.7-46.5 | % |
| MCV | **77**L | 79-95 | FL |
| MCH | **25.9**L | 28.0-32.0 | PG |
| MCHC | 33.8 | 32.0-36.0 | GM/DL |
| RDW | **15.6**H | 11.5-14.5 | UNITS |
| POLYS % (AUTO) | 64 | 56-65 | % |
| LYMPHS % (AUTO) | 29 | 25-35 | % |
| MONO % (AUTO) | 6 | 1-10 | % |
| EOS % (AUTO) | 1 | 0-5 | % |
| BASOS % (AUTO) | 1 | 0-1 | % |
| POLYS ABS | 06.5 | 02.0-08.0 | TH/UL |
| LYMPHS ABS | 2.9 | 1.5-4.0 | TH/UL |
| MONOS ABS | 0.6 | 0.1-2.0 | TH/UL |
| EOS ABS | 0.1 | 0.0-0.7 | TH/UL |
| BASOS ABS | 0.0 | 0.0-0.2 | TH/UL |

## CHEMISTRY

DATE:   02/24/01
TIME:  ___1328___

|  |  | REFERENCE | UNIT |
|---|---|---|---|
| **CHEMISTRY PANELS** |  |  |  |
| SODIUM | 139 | 134-144 | MEQ/L |
| POTASSIUM | 4.3 | 3.6-5.1 | MEQ/L |
| CHLORIDE | 103 | 101-111 | MEQ/L |
| CO2 | 28 | 22-32 | MEQ/L |
| BUN | **26**H | 8-20 | MG/DL |
| CREATININE | **1.8**H | 0.7-1.2 | MG/DL |
| GLUCOSE | 87 | 74-118 | MG/DL |
| ANION GAP | 8 | 7-15 |  |
| CALCIUM | 9.7 | 8.9-10.3 | MG/DL |
| TOTAL PROTEIN | 7.5 | 6.1-7.9 | G/DL |
| ALBUMIN | 3.9 | 3.5-4.8 | G/DL |
| ALK PHOS | 48 | 38-126 | U/L |
| BILIRUBIN TOTAL | 1.0 | 0.4-2.0 | MG/DL |
| BILI DIRECT | .15 | .10-.50 | MG/DL |
| SGOT | **75**H | 15-41 | U/L |
| SGPT | **68**H | 17-63 | U/L |

**SFG (S.C.) 0877**

BB002955

Quest Diagnostics Incorporated
7470 Mission Valley Road
San Diego, CA 92108
619.855.3800

BALCO (14059)
BALCO LABORATORY
ATTN: VICTOR CONTE
1520 GALBRETH RD
BURLINGAME, CA 94010

Donor Name/ID    190321                                          Date       Time
Accession #:     Y273316                        Collected: 07/08/200?
Donor ID/SSN:    NOT SPECIFIED                  Received: 07/09/200? 4:05pm
Other ID:        NS                             Reported: 07/17/200? 08:55 AM
Contact Name:                                   Status:    Final Report
Specimen Type:   URINE                          Request Type: Not Specified
Employer: NS
Collection Site: NOT SPECIFIED


ANABOLIC STEROID PANEL II
   ANABOLIC STEROIDS              Negative
   DHEA                            12        ng/mL
   TESTOSTERONE                   16.6       ng/mL
   EPITESTOSTERONE                5.5        ng/mL
   T/E RATIO                      3.0
--------------------------------------------------------------------------
T/E Ratio is considered positive at a value greater than 6.  The following
anabolic agents were tested:
   Bolasterone                            Methandienone
   Boldenone                              Mibolerone
   Clenbuterol                            Nandrolone
   Clostebol                              Norethandrolone/Ethylestrenol
   Danazol                                Oxandrolone
   Dromostanolone                         Oxymesterone
   Dehydrochloromethyltestosterone        Oxymetholone
   Dihydrotestosterone                    Stanozolol
   Fluoxymesterone                        Stenbolone
   Formebolone                            Trenbolone
   Furazabol                              Probenecid (masking agent)
   Mesterolone                            Methyltestosterone
   Methandriol                            Methenolone

and related compounds


Accession #: Y273316

-12- B

BATCH: I

Quest Diagnostics Incorporated  
7470 Mission Valley Road  
San Diego, CA 92108  
619.555.3000

SALCO (14055)  
BALCO LABORATORY  
ATTN: VICTOR CONTE  
1520 GILBRETH RD  
BURLINGAME, CA 94010

Donor Name ID:  160404  
Accession #:  Y0993085  
Donor ID/SSN:  NOT SPECIFIED  
Other ID:  NS  
Contact Name:  
Specimen Type:  URINE  
Employer: NS  
Collection Site: NOT SPECIFIED

Date     Time  
Collected: 10/15/2001 09:00  
Received:  10/25/2001 10:30AM  
Reported:  10/25/2001 07:30 PM  
Status:  / Final Report  
Request Type: Not Specified

ANABOLIC STEROID PANEL II  
| ANABOLIC STEROIDS | Negative | |
|---|---|---|
| DHEA | 5 | ng/mL |
| TESTOSTERONE | 15.0 | ng/mL |
| EPITESTOSTERONE | 6.0 | ng/mL |
| NOT DETECTED | | |

----------------------------------------------------------------

T/E Ratio is considered positive at a value greater than 6.  The following  
anabolic agents were tested:

Bolasterone                           Methandienone  
Boldenone                             Mibolerone  
Clenbuterol                           Nandrolone  
Clostebol                             Norethandrolone/Ethylestrenol  
Danazol                               Oxandrolone  
Dromostanolone                        Oxymesterone  
Dehydrochloromethyltestosterone      Oxymetholone  
Dihydrotestosterone                   Stanozolol  
Fluoxymesterone                       Stenbolone  
Formebolone                           Trenbolone  
Furazabol                             Probenecid (masking agent)  
Mesterolone                           Methyltestosterone  
Methandriol                           Methenolone

and related compounds

Accession #: Y0993085

-12⁄ 9

BB000134

BATCH: I

Quest Diagnostics Incorporated
7470 Mission Valley Road
San Diego, CA 92108
619.686.3900

SALOG (14059)
SALOG LABORATORY
ATTN: VICTOR CONTE
1520 GALSFETH RD
BURLINGAME CA 94010

Donor Name/ID     130404                          Date      Time
Accession #:      Y2920569                  Collected: 11/09 2001
Donor ID/SSN.     NOT SPECIFIED             Received:  11/09 2001 11:45AM
Other ID:         NS                        Reported:  11/11 2001 02:58 PM
Contact Name:                               Status:    Final Report
Specimen Type:    URINE                     Request Type: Not Specified
Employer: NS
Collection Site: NOT SPECIFIED

ANABOLIC STEROID PANEL II
  ANABOLIC STEROIDS                Negative
  DHEA                             17        ng/mL
  TESTOSTERONE                     15.0      ng/mL
  EPITESTOSTERONE                  6.8       ng/mL
  T/E RATIO                        1.8
-----------------------------------------------------------------------
T/E Ratio is considered positive at a value greater than 6.  The following
anabolic agents were tested:
  Bolasterone                        Methandienone
  Boldenone                          Mibolerone
  Clenbuterol                        Nandrolone
  Clostebol                          Norethandrolone/Ethylestrenol
  Danazol                            Oxandrolone
  Dromostanolone                     Oxymesterone
  Dehydrochloromethyltestosterone   Oxymetholone
  Dihydrotestosterone               Stanozolol
  Fluoxymesterone                    Stenbolone
  Formebolone                        Trenbolone
  Furazabol                          Probenecid (masking agent)
  Mesterolone                        Methyltestosterone
  Methandriol                        Methenolone

  and related compounds

Accession #: Y1920569

-14- 10

BB000135



10101 Renner Boulevard
Lenexa, KS 66219

*For Customer Service, call 1-800-646-7788*

Site #: 0100105395     Report: 1/1      Distribute to: .

```
    PATIENT: BONDS, BARRY                          ACCOUNT: J9R3
    CLIENT PATIENT ID: ?                           REF DR: UNKNOWN
    REQ NUMBER:70146002-16
    ID OR ROOM NO: UNKNOWN
PAGE 008/AGE: Jul 24 1964/37 YEARS
  2 SEX: M    FASTING: YES      HRS: 12
    DATE/TIME COLL: Nov 08 2001 00:00
    DATE RECEIVED:  Nov 09 2001 06:50 AM    BALCO LABS
    DATE COMPLETED: Nov 13 2001             1520 GILBRETH ROAD
    DATE REPORTED:  Nov 13 2001             BURLINGAME, CA 94010
    REPORT STATUS:  FINAL REPORT
```

RESULT NAME                   IN RANGE    OUT OF RANGE       REFERENCE  UNITS
---------------------------------------------------------------------------------
SEND OUT TESTS PERFORMED AT:
AMERICAN MEDICAL LAB, INC
14225 NEWBROOK DRIVE
P.O. BOX 10841
CHANTILLY, VA 20153-0841
---------------------------------------------------------------------------------
Free and Total Testosterone

Free and Total Testosterone

Free Testosterone          11 2                          9.5-29.7 pg/mL

Total Testosterone         336                           240-950 ng/dL

% Free Tastosterone        0.3                           0.2-0.7 %
=================================================================================
SEND OUT TESTS PERFORMED AT:
ARUP LABORATORIES
500 CHIPETA WAY
SALT LAKE CITY, UT 84108
---------------------------------------------------------------------------------
IGF-1 (INSULIN-LIKE GROWTH I)
FROZEN AT LABONE.

IGF-1 (INSULIN-LIKE GROWTH I)
                                              100         114-492 ng/mL
REFERENCE INTERVAL: IGF-1 (Insulin-Like Growth I)

```
        AGE                MALE                 FEMALE
   2 mos-5 yrs        17-248 ng/mL         17-248 ng/mL
   6-8 yrs            88-474 ng/mL         88-474 ng/mL
   9-11 yrs          110-565 ng/mL        117-771 ng/mL
   12-15 yrs         202-957 ng/mL        261-1096 ng/mL
   16-24 yrs         182-780 ng/mL        182-780 ng/mL
   25-39 yrs         114-492 ng/mL        114-492 ng/mL
   40-54 yrs          90-360 ng/mL         90-360 ng/mL
   55 yrs and over    71-290 ng/mL         71-290 ng/mL
```

Values by Tanner Stage:

```
   TANNER STAGE         MALE                 FEMALE
   I                109-485 ng/mL        128-470 ng/mL
   II               174-512 ng/mL        186-895 ng/mL
   III              230-818 ng/mL        292-883 ng/mL
   IV               386-776 ng/mL        394-920 ng/mL
   V                402-839 ng/mL        308-1138 ng/mL
```

- REPORT CONTINUED ON NEXT PAGE -

LabOne    10101 Renner Boulevard        *For Customer Service, call 1-800-646-7783*
          Lenexa, KS 66219

Site #: 0100105395        Report: 1/1      Distribute to: .

PATIENT: BONDS, BARRY                          ACCOUNT: J9R3
CLIENT PATIENT ID: ?                           REF DR: UNKNOWN
REQ NUMBER: 70148002-16
ID OR ROOM NO: UNKNOWN
PAGE DOB/AGE: Jul 24 1964/37 YEARS
 3 SEX: M     FASTING: YES          HRS: 12
    DATE/TIME COLL: Nov 08 2001 00:00
    DATE RECEIVED: Nov 09 2001 06:50 AM        BALCO LABS
    DATE COMPLETED: Nov 13 2001                1520 GILBRETH ROAD
    DATE REPORTED: Nov 13 2001                 BURLINGAME, CA 94010
    REPORT STATUS: FINAL REPORT

RESULT NAME                  IN RANGE    OUT OF RANGE      REFERENCE  UNITS.
                      END OF REPORT FOR BONDS, BARRY

BB000148



LabOne
now a part of Quest Diagnostics

1010\_ \_nner Boulevard
Lenexa, KS 66219-9752
(800) 646-7788

PATIENT: BONDS, BARRY
CLIENT PATIENT ID: ?
REQ NUMBER: 70146002-16
ID OR ROOM NO: UNKNOWN
PAGE DOB/AGE: Jul 24 1964/37 YEARS
  1 SEX: M    FASTING: YES      HRS: 12
    DATE/TIME COLL: Nov 08 2001 00:00
    DATE RECEIVED:  Nov 09 2001 06:50 AM
    DATE REPORTED:  Nov 13 2001
    DATE RE-SENT:   Nov 28 2006
    REPORT STATUS:  RESEND REPORT

ACCOUNT: J9R3
REF DR: UNKNOWN

BRIAN GOLDMAN, MD
1520 GILBRETH ROAD
BURLINGAME, CA 94010

| RESULT NAME | IN RANGE | OUT OF RANGE | REFERENCE | UNITS |
|---|---|---|---|---|
| **BLOOD CHEMISTRY** | | | | |
| NO HEMOLYSIS DETECTED | | | | |
| NO LIPEMIA DETECTED | | | | |
| NO ICTERUS DETECTED | | | | |
| SODIUM | 140 | | 136 - 146 | MEQ/L |
| POTASSIUM | 4.4 | | 3.6 - 5.1 | MEQ/L |
| CHLORIDE | 102 | | 98 - 109 | MEQ/L |
| GLUCOSE | 75 | | 60 - 109 | MG/DL |
| CALCIUM | 9.4 | | 8.5 - 10.5 | MG/DL |
| BUN | 20 | | 6 - 23 | MG/DL |
| CREATININE | | 1.6 | 0.3 - 1.5 | MG/DL |
| BUN/CREAT RATIO | 12.5 | | 10 - 22 | |
| TOTAL BILIRUBIN | 0.5 | | 0.2 - 1.3 | MG/DL |
| AST (SGOT) | | 67 | 10 - 45 | U/L |
| ALT (SGPT) | | 177 | 11 - 45 | U/L |
| ALKALINE PHOSPHATASE | 79 | | 40 - 115 | U/L |
| TOTAL PROTEIN | 7.5 | | 6.3 - 7.8 | G/DL |
| ALBUMIN | 4.3 | | 3.90 - 5.20 | G/DL |
| GLOBULIN | 3.2 | | 1.8 - 3.5 | G/DL |
| A/G RATIO | 1.3 | | 1 - 2.5 | |
| TRIGLYCERIDES | 102 | | 10 - 150 | MG/DL |
| CHOLESTEROL | | 222 | 140 - 199 | MG/DL |
| | | BORDERLINE HIGH CHOL | 200 - 239 | MG/DL |
| | | HIGH CHOLESTEROL | >= 240 | MG/DL |
| HDL CHOLESTEROL | 40 | | 27 - 75 | MG/DL |
| CHOL/HDL RATIO | | 5.6 | 0 - 5 | |
| LDL CHOLESTEROL, CALC | | 161 | 0 - 129 | MG/DL |
| VLDL, CALCULATED | 20 | | 5 - 35 | MG/DL |
| LDL/HDL RATIO | 4.04 | | 1.52 - 5.52 | |
| BICARBONATE | 26 | | 21 - 30 | MEQ/L |
| **HEMATOLOGY** | | | | |
| HGB | 15.4 | | 14.0 - 18.0 | G/DL |
| HCT | 46.4 | | 44.0 - 54.0 | % |
| RBC | 5.70 | | 4.70 - 6.10 | MILLION/MCL |
| MCV | | 81 | 83 - 103 | FL |
| MCH | 26.9 | | 26.0 - 35.0 | PG |
| MCHC | 33.2 | | 30.0 - 37.0 | G/DL |
| RDW | | 15.1 | 11.5 - 14.5 | % |
| WBC | 5.7 | | 4.0 - 11.0 | K/MCL |
| NEUTROPHILS | 48 | | 42 - 77 | % |
| LYMPHOCYTES | 43 | | 16 - 43 | % |
| MONOCYTES | 6 | | 4 - 12 | % |
| EOSINOPHILS | 3 | | 0 - 8 | % |
| BASOPHILS | 0 | | 0 - 3 | % |
| PLATELET COUNT | 231 | | 130 - 400 | K/MCL |

- REPORT CONTINUED ON NEXT PAGE -

**CONFIDENTIAL**

**LABONE_00087**

BB001585



PATIENT: BONDS, BARRY
CLIENT PATIENT ID: ?
REQ NUMBER:70146002-16
ID OR ROOM NO: UNKNOWN
PAGE DOB/AGE: Jul 24 1964/37 YEARS
2 SEX: M    FASTING: YES     HRS: 12
DATE/TIME COLL: Nov 08 2001 00:00
DATE RECEIVED:  Nov 09 2001 06:50 AM
DATE REPORTED:  Nov 13 2001
DATE RE-SENT:   Nov 28 2006
REPORT STATUS:  RESEND REPORT

ACCOUNT: J9R3
REF DR: UNKNOWN

BRIAN GOLDMAN, MD
1520 GILBRETH ROAD
BURLINGAME, CA 94010

| RESULT NAME | IN RANGE | OUT OF RANGE | REFERENCE | UNITS |
|---|---|---|---|---|

SEND OUT TESTS PERFORMED AT:
QUEST DIAGNOSTICS AMD
14225 NEWBROOK DRIVE
NICHOLS INSTITUTE                 800-336-3718
CHANTILLY, VA 20153
-----------------------------------------------------------------
Free and Total Testosterone

Free and Total Testosterone

| Free Testosterone | 11.2 | | 9.5-29.7 pg/mL |
| Total Testosterone | 336 | | 240-980 ng/dL |
| % Free Testosterone | 0.3 | | 0.2-0.7 % |

SEND OUT TESTS PERFORMED AT:
ARUP LABORATORIES
500 CHIPETA WAY
                                 800-522-2787
SALT LAKE CITY, UT 84108
-----------------------------------------------------------------
IGF-1 (INSULIN-LIKE GROWTH I)
FROZEN AT LABONE.

IGF-1 (INSULIN-LIKE GROWTH I)
                                 100    114-492 ng/mL
REFERENCE INTERVAL: IGF-1 (Insulin-Like Growth I)

| AGE | MALE | FEMALE |
|---|---|---|
| 2 mos-5 yrs | 17-248 ng/mL | 17-248 ng/mL |
| 6-8 yrs | 88-474 ng/mL | 88-474 ng/mL |
| 9-11 yrs | 110-565 ng/mL | 117-771 ng/mL |
| 12-15 yrs | 202-957 ng/mL | 261-1096 ng/mL |
| 16-24 yrs | 182-780 ng/mL | 182-780 ng/mL |
| 25-39 yrs | 114-492 ng/mL | 114-492 ng/mL |
| 40-54 yrs | 90-360 ng/mL | 90-360 ng/mL |
| 55 yrs and over | 71-290 ng/mL | 71-290 ng/mL |

Values by Tanner Stage:

| TANNER STAGE | MALE | FEMALE |
|---|---|---|
| I | 109-485 ng/mL | 128-470 ng/mL |
| II | 174-512 ng/mL | 186-695 ng/mL |
| III | 230-818 ng/mL | 292-883 ng/mL |
| IV | 396-776 ng/mL | 394-920 ng/mL |
| V | 402-839 ng/mL | 308-1138 ng/mL |

**CONFIDENTIAL**

**LABONE_00088**



now a part of Quest Diagnostics

1010. .ner Boulevard
Lenexa, KS 66219-9752
(800) 646-7788

PATIENT: BONDS, BARRY
CLIENT PATIENT ID: ?
REQ NUMBER: 69552984-16
ID OR ROOM NO: UNKNOWN
PAGE DOB/AGE: Jul 24 1964/37 YEARS
1 SEX: M    FASTING: YES    HRS: 09
    DATE/TIME COLL: Dec 03 2001 01:00 PM
    DATE RECEIVED:  Dec 05 2001 08:30 AM
    DATE REPORTED:  Dec 05 2001
    DATE RE-SENT:   Nov 28 2006
    REPORT STATUS:  RESEND REPORT

ACCOUNT: J9R3
REF DR: GOLDMAN

BRIAN GOLDMAN, MD
1520 GILBRETH ROAD
BURLINGAME, CA 94010

| RESULT NAME | IN RANGE | OUT OF RANGE | REFERENCE | UNITS |
|-------------|----------|--------------|-----------|-------|
| BLOOD CHEMISTRY | | | | |
| NO HEMOLYSIS DETECTED | | | | |
| NO LIPEMIA DETECTED | | | | |
| NO ICTERUS DETECTED | | | | |
| SODIUM | 140 | | 136 - 146 | MEQ/L |
| POTASSIUM | 4.5 | | 3.6 - 5.1 | MEQ/L |
| CHLORIDE | 102 | | 98 - 109 | MEQ/L |
| GLUCOSE | 95 | | 60 - 109 | MG/DL |
| CALCIUM | 9.3 | | 8.5 - 10.5 | MG/DL |
| BUN | 17 | | 6 - 23 | MG/DL |
| CREATININE | | 1.6 | 0.3 - 1.5 | MG/DL |
| BUN/CREAT RATIO | 10.6 | | 10 - 22 | |
| TOTAL BILIRUBIN | 0.6 | | 0.2 - 1.3 | MG/DL |
| AST (SGOT) | | 74 | 10 - 45 | U/L |
| ALT (SGPT) | | 165 | 11 - 45 | U/L |
| ALKALINE PHOSPHATASE | 84 | | 40 - 115 | U/L |
| TOTAL PROTEIN | 7.1 | | 6.3 - 7.8 | G/DL |
| ALBUMIN | 4.1 | | 3.90 - 5.20 | G/DL |
| GLOBULIN | 3.0 | | 1.8 - 3.5 | G/DL |
| A/G RATIO | 1.4 | | 1 - 2.5 | |
| BICARBONATE | 28 | | 21 - 30 | MEQ/L |

END OF REPORT FOR BONDS, BARRY

**CONFIDENTIAL**

**LABONE_00091**

BB001589



now a part of Quest Diagnostics

1010. ...ner Boulevard
Lenexa, KS 66219-9752
(800) 646-7788

PATIENT: BONDS, BARRY
CLIENT PATIENT ID: ?
REQ NUMBER:70145995-16
ID OR ROOM NO: UNKNOWN
PAGE DOB/AGE: Jul 24 1964/37 YEARS
1 SEX: M   FASTING: YES   HRS:
DATE/TIME COLL: Jan 08 2002 10:00 AM
DATE RECEIVED: Jan 10 2002 09:05 AM
DATE REPORTED: Jan 10 2002
DATE RE-SENT: Nov 28 2006
REPORT STATUS: RESEND REPORT

ACCOUNT: J9R3
REF DR: GOLDMAN

BRIAN GOLDMAN, MD
1520 GILBRETH ROAD
BURLINGAME, CA 94010

| RESULT NAME | IN RANGE | OUT OF RANGE | REFERENCE | UNITS |
|---|---|---|---|---|
| BLOOD CHEMISTRY | | | | |
| NO HEMOLYSIS DETECTED | | | | |
| NO LIPEMIA DETECTED | | | | |
| NO ICTERUS DETECTED | | | | |
| SODIUM | 138 | | 136 - 146 | MEQ/L |
| POTASSIUM | 4.4 | | 3.6 - 5.1 | MEQ/L |
| CHLORIDE | 104 | | 98 - 109 | MEQ/L |
| GLUCOSE | 97 | | 60 - 109 | MG/DL |
| CALCIUM | 8.7 | | 8.5 - 10.5 | MG/DL |
| BUN | | 28 | 6 - 23 | MG/DL |
| CREATININE | | 1.8 | 0.3 - 1.5 | MG/DL |
| BUN/CREAT RATIO | 15.6 | | 10 - 22 | |
| TOTAL BILIRUBIN | 0.6 | | 0.2 - 1.3 | MG/DL |
| AST (SGOT) | 34 | | 10 - 45 | U/L |
| ALT (SGPT) | 37 | | 11 - 45 | U/L |
| ALKALINE PHOSPHATASE | 75 | | 40 - 115 | U/L |
| TOTAL PROTEIN | 6.7 | | 6.3 - 7.8 | G/DL |
| ALBUMIN | 4.0 | | 3.90 - 5.20 | G/DL |
| GLOBULIN | 2.7 | | 1.8 - 3.5 | G/DL |
| A/G RATIO | 1.5 | | 1 - 2.5 | |
| BICARBONATE | 25 | | 21 - 30 | MEQ/L |

END OF REPORT FOR BONDS, BARRY

CONFIDENTIAL



## St. Joseph's Hospital and Medical Center
### CHW

350 WEST THOMAS ROAD
Phoenix, AZ 85013
Phone: (602)406-3410

02/25/02    0500
ADMIT:  02/16/02

**LABORATORY REPORT**

MR  : (0000)0104-82-47
ACCT: 75037069
NAME: BONDS, BARRY
AGE :    37 YRS          SEX  :  M
LOC :    LABO           ROOM :
PHYSICIAN:  REFERRED OUT PT

---

## HEMATOLOGY

DATE:  02/24/02
TIME:   1328

|  |  | REFERENCE | UNIT |
|---|---|---|---|
| **COMPLETE BLOOD COUNT** | | | |
| PLATELET | 305 | 150-450 | TH/UL |
| WBC | 7.6 | 3.6-11.1 | TH/UL |
| RBC | 5.44 | 4.27-5.49 | MIL/UL |
| HEMOGLOBIN | 15.2 | 12.9-16.1 | GM/DL |
| HEMATOCRIT | 45.6 | 37.7-46.5 | % |
| MCV | 84 | 79-95 | FL |
| MCH | 27.9L | 28.0-32.0 | PG |
| MCHC | 33.3 | 32.0-36.0 | GM/DL |
| RDW | 14.5 | 11.5-14.5 | UNITS |
| POLYS % (AUTO) | 52.5 | 46.0-65.0 | % |
| LYMPHS % (AUTO) | 39.1H | 25.0-35.0 | % |
| MONO % (AUTO) | 5.9 | 1.0-10.0 | % |
| EOS % (AUTO) | 2.0 | 0.0-5.0 | % |
| BASOS % (AUTO) | 0.5 | 0.0-1.0 | % |
| POLYS ABS | 04.0 | 02.0-08.0 | TH/UL |
| LYMPHS ABS | 3.0 | 1.5-4.0 | TH/UL |
| MONOS ABS | 0.4 | 0.1-2.0 | TH/UL |
| EOS ABS | 0.2 | 0.0-0.7 | TH/UL |
| BASOS ABS | 0.0 | 0.0-0.2 | TH/UL |
| SLIDE REVIEWED | NONE | | |

---

## CHEMISTRY

DATE:  02/24/02
TIME:   1328

|  |  | REFERENCE | UNIT |
|---|---|---|---|
| **CHEMISTRY PANELS** | | | |
| SODIUM | 140 | 134-144 | MEQ/L |
| POTASSIUM | 4.2 | 3.6-5.1 | MEQ/L |
| CHLORIDE | 102 | 101-111 | MEQ/L |
| CO2 | 27 | 22-32 | MEQ/L |
| BUN | 21H | 8-20 | MG/DL |
| CREATININE | 1.8H | 0.7-1.2 | MG/DL |
| GLUCOSE | 84 | 74-118 | MG/DL |
| ANION GAP | 11 | 7-15 | |
| CALCIUM | 9.6 | 8.9-10.3 | MG/DL |
| CHOLESTEROL | 211H | 50-200 | MG/DL |
| TRIGLYCERIDES | 154 | 20-190 | MG/DL |
| HDL CHOLESTEROL | 19L | 29-71 | MG/DL |

L = Low, H = High

---

PAGE   1 (CONTINUED...)

---

**DELIVER TO:**
REFERRED OUT PT

**LABORATORY DIRECTORS**
ROY IAN DAVIS, M.D.          E. SMITH COLLUM, M.D.
MEDICAL DIRECTOR             DIRECTOR
CHAIRMAN-DEPARTMENT          CLINICAL LABORATORY
OF PATHOLOGY                 SERVICES
                             MR-48C (10/98)

**SFG (S.C.) 0823**

BB002900



# St. Joseph's Hospital and Medical Center
## CHW

**LABORATORY REPORT**

350 WEST THOMAS ROAD
Phoenix, AZ 85013
Phone: (602)406-3410

02/25/02    0500
ADMIT: 02/16/02

MR  : (0000)0104-82-47
ACCT: 75037069
NAME: **BONDS, BARRY**
AGE :    37 YRS              SEX  :  M
LOC :    LABO               ROOM :
PHYSICIAN:  REFERRED OUT PT

---

## CHEMISTRY

HDL CHOLESTEROL (Initial -- Current)
DECREASED RISK    >35
INCREASED RISK    <35

            DATE:    02/24/02
            TIME:    1328
                                                    REFERENCE        UNIT
**CHEMISTRY PANELS**
LDL-CALCULATED          **161H**                      0-130          MG/DL
LDL-CALCULATED (Initial -- Current)
DESIRABLE    < 130
BORDERLINE   130-160
HIGH         > 160

---

## CANCELLED TEST SUMMARY

CANCELLED TEST               ORDER DATE    TIME          REASON

COMPREHENSIVE METABOLIC PANEL 24FEB02 1328  Test ordered in error.

H = High

**DELIVER TO:**
REFERRED OUT PT

**LABORATORY DIRECTORS**
ROY IAN DAVIS, M.D.          E. SMITH COLLUM, M.D.
MEDICAL DIRECTOR            DIRECTOR
CHAIRMAN-DEPARTMENT         CLINICAL LABORATORY
OF PATHOLOGY               SERVICES
                           MR-48C (10/98)

SFG (S.C.) 0824

BB002901



LabOne
1010) .ner Boulevard
Lenexa, KS 66219-9752
(800) 646-7788

now a part of Quest Diagnostics

PATIENT: BONDS, BARRY
CLIENT PATIENT ID: ?
REQ NUMBER: 70145977-16
ID OR ROOM NO: UNKNOWN
PAGE DOB/AGE: Jul 24 1964/37 YEARS
1 SEX: M    FASTING: YES    HRS:
DATE/TIME COLL: Apr 12 2002 10:00 AM
DATE RECEIVED: Apr 15 2002 06:05 AM
DATE REPORTED: Apr 15 2002
DATE RE-SENT: Nov 28 2006
REPORT STATUS: RESEND REPORT

ACCOUNT: J9R3
REF DR: UNKNOWN

BRIAN GOLDMAN, MD
1520 GILBRETH ROAD
BURLINGAME, CA 94010

| RESULT NAME | IN RANGE | OUT OF RANGE | REFERENCE | UNITS |
|-------------|----------|--------------|-----------|-------|
| BLOOD CHEMISTRY | | | | |
| NO HEMOLYSIS DETECTED | | | | |
| NO LIPEMIA DETECTED | | | | |
| NO ICTERUS DETECTED | | | | |
| SODIUM | 139 | | 136 - 146 | MEQ/L |
| POTASSIUM | 4.1 | | 3.6 - 5.1 | MEQ/L |
| CHLORIDE | 105 | | 98 - 109 | MEQ/L |
| GLUCOSE | 104 | | 60 - 109 | MG/DL |
| CALCIUM | 9.1 | | 8.5 - 10.5 | MG/DL |
| BUN | | 26 | 6 - 23 | MG/DL |
| CREATININE | | 1.7 | 0.3 - 1.5 | MG/DL |
| BUN/CREAT RATIO | 15.3 | | 10 - 22 | |
| TOTAL BILIRUBIN | 0.3 | | 0.2 - 1.3 | MG/DL |
| AST (SGOT) | | 51 | 10 - 45 | U/L |
| ALT (SGPT) | | 57 | 11 - 45 | U/L |
| ALKALINE PHOSPHATASE | 84 | | 40 - 115 | U/L |
| TOTAL PROTEIN | 6.5 | | 6.3 - 7.8 | G/DL |
| ALBUMIN | | 3.8 | 3.90 - 5.20 | G/DL |
| GLOBULIN | 2.7 | | 1.8 - 3.5 | G/DL |
| A/G RATIO | 1.4 | | 1 - 2.5 | |
| BICARBONATE | 23 | | 21 - 30 | MEQ/L |
| HEMATOLOGY | | | | |
| HGB | 14.6 | | 14.0 - 18.0 | G/DL |
| HCT | 49.1 | | 44.0 - 54.0 | % |
| RBC | 5.40 | | 4.70 - 6.10 | MILLION/MCL |
| MCV | 91 | | 83 - 103 | FL |
| MCH | 27.1 | | 26.0 - 35.0 | PG |
| MCHC | | 29.7 | 30.0 - 37.0 | G/DL |
| RDW | | 16.4 | 11.5 - 14.5 | % |
| WBC | 7.6 | | 4.0 - 11.0 | K/MCL |
| NEUTROPHILS | 60 | | 42 - 77 | % |
| LYMPHOCYTES | 36 | | 16 - 43 | % |
| MONOCYTES | | 3 | 4 - 12 | % |
| EOSINOPHILS | 1 | | 0 - 8 | % |
| BASOPHILS | 1 | | 0 - 3 | % |
| PLATELET COUNT | 239 | | 130 - 400 | K/MCL |

REMARKS: RESULTS MAY BE AFFECTED BY SPECIMEN AGE.

END OF REPORT FOR BONDS, BARRY

**CONFIDENTIAL**

MEDICARE #9004083 * CLIA #17D0648226

LABONE_00120

BB001595



FAX
LABORATORY REPORT

Quest
Diagnostics



41125218 AREA/ROUTE/STOP: XXXXXXX
BALCO LABORATORY
ATTN: VICTOR CONTE
1520 GALBRETH RD
BURLINGAME, CA 94010

| PARTICIPANT NAME | PARTICIPANT ID | ROOM NO | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| 100545 | | | | | |

| PAGE | REQUISITION NO | ACCESSION NO | LAB REF # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | 1# TIME |
|---|---|---|---|---|---|---|---|
| 1 | 0100545 | 069048A | | 12202002 | 12232002 | 12242002 | 2:50PM |

REMARKS: Client Site Location:
REASON FOR TEST: UNKNOWN
DONOR ID VERIFIED:

| REPORT STATUS | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | IN RANGE | OUT OF RANGE | | | |

REPORT FOR: BALCO LABORATORY - 41125218
ATTN: VICTOR CONTE
1520 GALBRETH RD
BURLINGAME, CA 94010

Tests Ordered: 38292N (STEROID PANEL 2)

Anabolic Agents

ANABOLIC AGENTS      Negative

Masking Agents

MASKING AGENTS      Negative

Drug Class Tested

Anabolic Agents:

Bolasterone Metabolite, Boldenone Metabolite, Clenbuterol,
Clostebol Metabolite, Danazol &/or Metabolite, DHCMT
(Dehydrochloromethyltestosterone) Metabolite,
Dihydrotestosterone, Dromostanolone &/or Metabolite,
Ethylestrenol/Norethandrolone Metabolite, Fluoxymesterone
Metabolite, Formebolone Metabolite, Furazabol Metabolite,
Mesterolone &/or Metabolite, Methandienone (Dianabol,
Methandrostenolone) Metabolite, Methandriol &/or
Metabolite, Methenolone &/or Metabolite, Methyltestosterone
Metabolite, Mibolerone Metabolite, Nandrolone/
Norandrostendione/Norandrostendiol Metabolite, Oxandrolone
&/or Metabolite, Oxymesterone, Oxymetholone Metabolite,
Stanozolol Metabolite, Testosterone/Androstendione/
Androstendiol/DHEA (T/E Ratio > 6), Trenbolone Metabolite

Masking Agents:
>> REPORT CONTINUED ON NEXT PAGE <<

BB000136



FAX
LABORATORY REPORT

Quest
Diagnostics
CONTINUED REPORT



41125218 AREA/ROUTE/STOP: XXXXXXXX
BALCO LABORATORY
ATTN: VICTOR CONTE
1520 GALBRETH RD
BURLINGAME, CA 94010

| PARTICIPANT NAME | | PARTICIPANT ID | | ROOM NO | AGE | SEX | PHYSICIAN | |
|---|---|---|---|---|---|---|---|---|
| 100545 | | | | | | | | |
| PAGE | REQUISITION NO | ACCESSION NO | LAB REF # | COLLECTION DATE & TIME | | LOG-IN-DATE | REPORT DATE | # TIME |
| 2 | 0100545 | 069048A | | 12202002 | | 12232002 | 12262002 | 2:50PM |

REMARKS: Client Site Location:
REASON FOR TEST: UNKNOWN
DONOR ID VERIFIED:

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |

REPORT FOR:  BALCO LABORATORY - 41125218
ATTN: VICTOR CONTE
1520 GALBRETH RD
BURLINGAME, CA 94010

Drug Class Tested

Probenecid, Epitestosterone (> 200 ng/mL)

CERTIFYING SCIENTIST: CAROL PENNOYER

SPECIMEN RECEIVED AND PROCESSED IN THE SAN DIEGO FORENSIC TOXICOLOGY LABORATORY

LAB:  Quest Diagnostics
7470 Mission Valley Road
San Diego CA 92108

>> END OF REPORT <<

BB000137




FAX
LABORATORY REPORT

Quest Diagnostics

41125218 AREA/ROUTE/STOP: XXXXXXX
BALCO LABORATORY
ATTN:  VICTOR CONTE
1520 GILBRETH RD
BURLINGAME, CA  94010

| PARTICIPANT NAME | | PARTICIPANT ID | | ROOM NO | AGE | SEX | PHYSICIAN | | |
|---|---|---|---|---|---|---|---|---|---|
| 100552 | | 100552 | | | | | | | |
| PAGE | REQUISITION NO | ACCESSION NO. | LAB REF # | COLLECTION DATE & TIME | | LOG-IN-DATE | REPORT DATE | | & TIME |
| 1 | 9006665 | 009194H | | 02062003 | | 02152003 | 02202003 | | 9:27AM |

REMARKS Client Site Location:
REASON FOR TEST: NOT GIVEN
DONOR ID VERIFIED:

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |

REPORT FOR:

BALCO LABORATORY - 41125218
ATTN:  VICTOR CONTE
1520 GILBRETH RD
BURLINGAME, CA  94010

Tests Ordered: 39289N (STEROID 1 W/NIT)

Integrity Checks                                        Acceptable Range

CREATININE              215.3 mg/dL                     >20 mg/dL
NITRITES               Negative
pH                      7.1                              4.5-9.0

Anabolic Agents

ANABOLIC AGENTS        Negative

Masking Agents

MASKING AGENTS         Negative

Drug Class Tested

   Anabolic Agents:

      Bolasterone Metabolite, Boldenone Metabolite, Clenbuterol,
      Clostebol Metabolite, Danazol &/or Metabolite, DHCMT
      (Dehydrochloromethyltestosterone) Metabolite,
      Dihydrotestosterone, Dromostanolone &/or Metabolite,
      Ethylestrenol/Norethandrolone Metabolite, Fluoxymesterone
      Metabolite, Formebolone Metabolite, Furazabol Metabolite,
      Mesterolone &/or Metabolite, Methandienone (Dianabol,
      Methandrostenolone) Metabolite, Methandriol &/or
      Metabolite, Methenolone &/or Metabolite, Methyltestosterone
      Metabolite, Mibolerone Metabolite, Nandrolone/
      Norandrostendione/Norandrostendiol Metabolite, Oxandrolone
      &/or Metabolite, Oxymesterone, Oxymetholone Metabolite,
      Stanozolol Metabolite, Testosterone/Androstendione/
         >> REPORT CONTINUED ON NEXT PAGE <<

BB000138




FAX
LABORATORY REPORT
Quest
Diagnostics
CONTINUED REPORT

41125218  AREA/ROUTE/STOP:  XXXXXXX
BALCO LABORATORY
ATTN:  VICTOR CONTE
1520 GILBRETH RD
BURLINGAME, CA  94010

| PARTICIPANT NAME | PARTICIPANT ID | | ROOM NO. | AGE | SEX | PHYSICIAN | | |
|---|---|---|---|---|---|---|---|---|
| 100552 | 100552 | | | | | | | |

| AGE | REQUISITION NO | ACCESSION NO. | LAB REF # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 2 | 9006665 | 008194H | | 02062003 | 02152003 | 02202003 | 9:27AM |

REMARKS Client Site Location:
        REASON FOR TEST: NOT GIVEN
        DONOR ID VERIFIED:

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |

REPORT FOR:                   BALCO LABORATORY - 41125218
                     ATTN:  VICTOR CONTE
                     1520 GILBRETH RD
                     BURLINGAME, CA  94010


Drug Class Tested

     Androstendiol/DHEA (T/E Ratio > 6), Trenbolone Metabolite

     Masking Agents:
     Probenecid, Epitestosterone (> 200 ng/mL)

         CERTIFYING SCIENTIST: MOHAMMAD GHAZIZADEH

SPECIMEN RECEIVED AND PROCESSED IN THE LAS VEGAS DHHS CERTIFIED LABORATORY.

LAB:        Quest Diagnostics Inc-Las Vegas
            4230 South Burnham
            Las Vegas NV 89119

                       >> END OF REPORT <<

BB000139

RUN DATE: 02/26/03      Chandler Regional Laboratory **LIVE**      PAGE 1
RUN TIME: 1113               Specimen Inquiry
RUN USER: LAB.BEA

TIENT: SFG BONDS,BARRY      ACCT #: V1518087    LOC: LAB      U #:
                      AGE/SX: 38/M       ROOM:         REG: 02/23/03
REG DR: UNKNOWN, D         DOB: 07/24/64     BED:          DIS:
                      STATUS: REG REF     TLOC:

SPEC #: 0223:H00152R      COLL: 02/23/03-1340     STATUS: COMP       REQ #: 01021891
                      RECD: 02/23/03-1548     SUBM DR: UNKNOWN, D

ENTERED: 02/23/03-1548
ORDERED: CBC, MAN DIFF                  OTHR DR:

| Test | Result | Flag | Reference |
|---|---|---|---|
| CBC | | | |
| WBC | 7.5 | | (4.8-10.8) 10x3/ul |
| RBC | 5.51 | | (4.70-6.10) 10x6/ul |
| HGB | 14.6 | | (13.5-18.0) gm/dl |
| HCT | 43.2 | | (40.0-52.0) % |
| MCV | 78.3 | L | (80.0-99.0) fl |
| MCH | 26.5 | L | (27.0-34.0) pg |
| MCHC | 33.8 | | (32.0-37.0) gm/dl |
| RDW | 15.1 | | (11.5-14.0) % |
| PLT | 355 | | (130-400) 10x3/ul |
| %LYMPH | 56.2 | H | (10.0-55.0) % |
| %MONOS | 7.3 | | (0.0-15.0) % |
| %GRAN | 35.2 | | (35.0-80.0) % |
| %EOS | 0.9 | | (0.0-11.0) % |
| %BASO | 0.4 | | (0.0-3.0) % |
| ABS LYMPH | 4.2 | | (0.8-5.0) 10x3/ul |
| ABS MONO | 0.5 | | (0.0-1.5) 10x3/ul |
| ABS GRAN | 2.6 | | (1.4-12.0) 10x3/ul |
| ABS EOS | 0.1 | | (0.0-1.2) 10x3/ul |
| ABS BASO | 0.0 | | (0.0-0.3) 10x3/ul |
| MAN DIFF | | | |
| LYMPH | 58 | H | (25-45) % |
| MONOS | 8 | | (2-8) % |
| POLY | 30 | L | (45-75) % |
| BAND | 4 | | (0-5) % |
| PLT ESTIMATE | ADEQ | | (ADEQ) |

** END OF REPORT **

BB002961


Quest Diagnostics
800-877-7484



5101 5032    0085197 SPECIMEN ID NO.

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**     LAB ACCESSION NO.

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone and Fax No.

C. Donor SSN or Employee I.D. No. _____

D. Donor Name: Last: _____ First: _____

E. Donor ID Verified: ☐ Photo ID ☑ Emp. Rep. _____

F. Reason for Test: ☐ Pre-employment (1) ☐ Random (3) ☐ Reasonable Suspicion/Cause (5) ☐ Post-Accident (2) ☐ Promotion (22) ☐ Return to Duty (6) ☐ Follow-up (23) ☐ Other (specify) (99) _____

G. Drug Tests to be Performed:

H. Collection Site Name: _____     Collection Site Code: _____
Address: _____     Collector Phone No.: _____
City, State and Zip: _____     Collector Fax No.: _____

**STEP 2: COMPLETED BY COLLECTOR**

Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☑ Yes ☐ No, Enter Remark

Specimen Collection: ☑ Split ☐ Single ☐ None Provided (Enter Remark) ☑ Observed (Enter Remark)

REMARKS

**STEP 3:** Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 6 on copy 2.
**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

I certify that the specimen given to me by the donor identified in the certification section on Copy 1 of this form was collected, labeled, sealed, and released to the Delivery Service noted in accordance with applicable requirements

X _____     Time of Collection _____ ☐ AM ☑ PM

Signature of Collector

_____ (Print) Collector's Name (First, MI, Last)     Date (Mo./Day/Yr.)

**SPECIMEN BOTTLE(S) RELEASED TO:**
☐ Quest Diagnostics Courier ☑ FedEx
☐ Airborne ☐ Other _____
Name of Delivery Service Transferring Specimen to Lab

**RECEIVED AT LAB:** X _____
Signature of Accessioner
_____ (Print) Accessioner's Name (First, MI, Last)     Date (Mo./Day/Yr.)

**Primary Specimen Bottle Seal Intact**     **SPECIMEN BOTTLE(S) RELEASED TO:**
☐ Yes
☐ No, Enter Remark Below

**STEP 5: COMPLETED BY MEDICAL REVIEW OFFICER (IF REQUIRED)**

I have reviewed the laboratory results for the specimen identified by this form in accordance with applicable requirements. My determination/verification is:
☐ Negative ☐ Positive ☐ Test Not Performed ☐ Test Cancelled     REMARKS _____

_____ (PRINT) Medical Review Officer's Name (First, MI, Last)     Signature of Medical Review Officer     Date (Mo. / Day / Yr.)

**STEP 6: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information and numbers provided on this form and on the label affixed to each specimen bottle is correct.

X _____     Darry Dords     05/28/03
Signature of Donor     (PRINT) Donor's Name (First, MI, Last)     Date (Mo./Day/Yr.)

Daytime Phone No. (4/5) 972-1631     Evening Phone No. (___)     Date of Birth 12/14/__
Mo. Day Yr.

BB000753

COPY FROM CDT BOS    - 51015032
40020341 AREA/ROUTE/STOP: XXXXXXX
CDT

PO BOX 3247
LONG BEACH, CA  90803



## LABORATORY REPORT

REPRINT

Quest
Diagnostics ®

| PATIENT NAME | | PATIENT ID | | | ROOM NO. | AGE | SEX | PHYSICIAN | |
|---|---|---|---|---|---|---|---|---|---|
| 2552259 | | | | | | | | | |
| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | | LOG-IN-DATE | | REPORT DATE | & TIME |
| 1 | 0065189 | 047425H | | 05282003 04:03PM | | 05292003 | | 06012003 | 6:10AM |

REMARKS    Client Site Location:
           REASON FOR TEST: NOT SPECIFIED
           DONOR ID VERIFIED: EMPLOYER REPRESENTATIVE

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE | SITE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | RANGE | CODE |

REPORT FOR:              CDT BOS - 51015032

                         PO BOX 3247
                         LONG BEACH, CA  90803


Tests Ordered:  39434N (BOS PROFILE I W/HIT)

Integrity Checks                                    Acceptable Range

 CREATININE                  206.3 mg/dL               >20 mg/dL
 NITRITES                    Negative
 pH                          6.6                       4.5-8.9

Anabolic Agents

 ANABOLIC AGENTS             Negative

Masking Agents

 MASKING AGENTS              Negative

Drug Class Tested


   Anabolic Agents:

   Bolasterone Metabolite, Boldenone Metabolite, Clenbuterol,
   Clostebol Metabolite, DHCMT
   (Dehydrochloromethyltestosterone) Metabolite,
   Dihydrotestosterone, Dromostanolone &/or Metabolite,
   Ethylestrenol/Norethandrolone Metabolite, Fluoxymesterone
   Metabolite, Formebolone Metabolite, Furazabol Metabolite,
   Mesterolone &/or Metabolite, Methandienone (Dianabol,
   Methandrostenolone) Metabolite, Methandriol &/or
   Metabolite, Methenolone &/or Metabolite, Methyltestosterone
   Metabolite, Mibolerone Metabolite, Nandrolone/
   Norandrostendione/Norandrostendiol Metabolite, Oxandrolone
   &/or Metabolite, Oxymesterone, Oxymetholone Metabolite,
        >> REPORT CONTINUED ON NEXT PAGE <<

BB000755

CONFIDENTIAL REPORT
COPY FROM CDT BOS   -  51015032
51015032 AREA/ROUTE/STOP: XXXXXXX
CDT

PO BOX 3247
LONG BEACH, CA  90803

LABORATORY REPORT                REPRINT




Quest
Diagnostics

| PATIENT NAME | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN | |
|---|---|---|---|---|---|---|---|---|
| 2552259 | | | | | | | | |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 3085189 | 047425H | | 05262003 04:03PM | 05292003 | 06012003 | 6:10AM |

REMARKS   Client Site Location:
REASON FOR TEST: NOT SPECIFIED
DONOR ID VERIFIED: EMPLOYER REPRESENTATIVE

| REPORT STATUS | LNM | TEST | RESULT IN RANGE / OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|

REPORT FOR:            CDT BOS - 51015032

                       PO BOX 3247
                       LONG BEACH, CA  90803


Drug Class Tested

     Stanozolol Metabolite, Testosterone/Androstendione/
     Androstendiol/DHEA (T/E Ratio > 6), Trenbolone Metabolite

  Masking Agents:
  Probenecid

       CERTIFYING SCIENTIST: MOHAMMAD GHAZIZADEH

SPECIMEN RECEIVED AND PROCESSED IN THE LAS VEGAS DHHS CERTIFIED LABORATORY.

LAB:     Quest Diagnostics Inc-Las Vegas
         4230 South Burnham
         Las Vegas NV 89119

                   >> END OF REPORT <<

BB000756

Specimen Acc. # 047425H

BB000757

QuantProfile Report

```
Data File : D:\MSDCHEM\1\DATA\0530HP4\047425H.D          Vial: 75
Acq On    : 31 May 2003   5:16 am                        Operator: ds
Sample    :                                              Inst    : GCMS # 12
Misc      :                                              Multiplr: 1.00
MS Integration Params: NA

Quant Method :  (RTE Integrator)
```



QuantProfile Report

Data File : D:\MSDCHEM\1\DATA\0530HP4\047425H.D          Vial: 75
Acq On    : 31 May 2003   5:16 am                        Operator: ds
Sample    :                                              Inst    : GCMS # 12
Misc      :                                              Multiplr: 1.00
MS Integration Params: NA

Quant Method : (RTE Integrator)



BB000759

QuantProfile Report

Data File : D:\MSDCHEM\1\DATA\0530HP4\047425H.D          Vial: 75
Acq On    : 31 May 2003   5:16 am                        Operator: ds
Sample    :                                              Inst    : GCMS # 12
Misc      :                                              Multiplr: 1.00
MS Integration Params: NA

Quant Method : (RTE Integrator)



BB000760

QuantProfile Report

Data File : D:\MSDCHEM\1\DATA\0530HP4\047425H.D
Acq On    : 31 May 2003   5:16 am
Sample    :
Misc      :
MS Integration Params: NA

Vial: 75
Operator: ds
Inst    : GCMS # 12
Multiplr: 1.00

Quant Method : (RTE Integrator)

'OH-Stanozolol metabs.   Stanozolol metabolite



BB000761

Laboratory Report

Acc. # 047425H
Spec. I.D. # 0085189
Donor I.D. 2552259

BB000762

ST01503Z AREA/ROUTE/STOP: XXXXXXX
CDT 805
PO BOX 3247
LONG BEACH, CA 90803

2552259

0085187 04747SN
Client Site Location:
REASON FOR TEST: NOT SPECIFIED
DONOR ID VERIFIED: EMPLOYER REPRESENTATIVE

05282003 04:03PM 01292003 05312003 G:44PM

FINAL

Tests Ordered: STANDARD (BUS PROFILE I W/RATIO)

| Integrity Checks | | Acceptable Range |
|---|---|---|
| CREATININE | 286.3 mg/dL | 20 mg/dL |
| NITRITES | Negative | |
| PH | 6.5 | 4.5-8.9 |

| Anabolic Agents | |
|---|---|
| ANABOLIC AGENTS | Negative |

| Masking Agents | |
|---|---|
| MASKING AGENTS | Negative |

Drug Class Tested

Anabolic Agents:

Boisterone Metabolite, Boldenone Metabolite, Clenbuterol,
Clostebol Metabolite, DHCH,
Dehydrochloromethyltestosterone Metabolite,
Dihydrotestosterone, Dronostanolone &/or Metabolite,
Ethylestrenol/Norethandrolone Metabolite, Fluoxymesterone,
Metabolite, Formebolone Metabolite, Furazabol Metabolite,
Mesterolone &/or Metabolite, Methandienone (Dianabol),
Methandriol/Methandienone/Methyltestosterone,
Metabolite, Methenolone &/or Metabolite, Methyltestosterone
Metabolite, Mibolerone Metabolite, Nandrolone
Norandrostenediol/Norandrostenediol Metabolite, Oxandrolone
&/or Metabolite, Oxymesterone Metabolite, Oxymetholone
Metabolite, Testosterone/Epitestosterone Ratio > 6:1, Trenbolone Metabolite

CERTIFYING SCIENTIST: MOHAMMAD GHAZIZADEH

>> REPORT CONTINUED ON NEXT PAGE <<

BB000763

CONTINUED REPORT

SIOI5512 MRENJROUTE/STOP: XXXXXXX
CDT BOS

PO BOX 2247
LONG BEACH, CA 90803

2555259

2 DOBSTOY QY742XH          05282003 04:03PM 05292003 05312003 6:44PM
DONOR TO VERIFIED: EMPLOYER REPRESENTATIVE
REASON FOR TEST: NOT SPECIFIED

FINAL

SPECIMEN RECEIVED AND PROCESSED IN THE LAS VEGAS DHHS CERTIFIED LABORATORY.

LAB:    Quest Diagnostics Inc-Las Vegas
        4230 South Burnham
        Las Vegas NV 89119

                >> END OF REPORT <<

BB000764

# DOCUMENTATION PACKAGE COVER SHEET

Attached is a summary and copies of laboratory documents related to the analysis of Donor ID # 2552259, Specimen ID# 0085189 with accession number 047425H. The following 26 pages are true and accurate copies of the original documents that were generated during the normal course of business by Quest Diagnostics Incorporated. The original documents were generated at or near the time of each process.

The specimen (047425H) screened negative for steroids by GC/MS. The validity of the specimen was assessed by pH, creatinine and nitrates and was determined to be acceptable. Following review of the analytical data, and chain of custody documentation, a negative result was reported.

**Documentation Package Reviewed by:**

| | | |
|---|---|---|
| Victor Uralets, Ph.D. | Technical Director | 01/30/2004 |
| **Printed Name**    Signature | **Title** | **Date** |

# Table of Contents

1.    General Overview of Laboratory Procedures
2.    External Chain of Custody Form
3.    Pull List
4.    Screening Aliquot Chain of Custody
5.    Screening Test Results
6.    Laboratory Internal Chain of Custody (Worklist TXHP4, Steroids)
7.    GC/MS Autotune
8.    Steroid Positive Control
9.    Steroid Negative Control
10.   Steroid Water Control
11.   Specimen Acc. # 047425H
12.   Laboratory Report, Specimen Acc. # 047425H
13.   Certifying Scientist Resume
14.   Responsible Person Resume

General Overview of Laboratory Procedures

BB000767

# GENERAL OVERVIEW OF LABORATORY PROCEDURES

## Specimen Receipt

The laboratory acknowledges receipt of the specimen(s), verifies ID, and verifies that there is no evidence of tampering by examining the tamper-evident bag and specimen security seal. The external Custody and Control form (CCF) is completed and the internal laboratory Chain of Custody (COC) is initiated. All specimen and subsequent aliquot handling is carefully documented via internal COC.

## Order Entry/Log-In

Client account number, specimen identification number, donor identification and testing information are logged into the specimen tracking computer system. A unique accession number is assigned to the specimen and an accession barcode label is affixed to the specimen container and accompanying CCF.

## Aliquot for Screening Test

The specimen container is opened (breaking the seal) and a small portion of the sample is removed for the initial screening tests. The aliquot is transferred to the testing laboratory and the original specimen is placed in temporary secured storage. The handling of the specimen and the aliquot is documented on internal chain of custody form (CCF).

## Specimen Validity Test

In order to assess the validity of specimens, the laboratory conducts tests for pH, creatinine and nitrates using enzyme immunoassay procedures on Olympus analyzers. Specific gravity testing is performed on all specimens that have a creatinine concentration that is less than 20 mg/dL. If specimen adulteration is suspected, the laboratory performs a confirmation test on the specimen. The confirmation test is performed on a second aliquot of the specimen that is obtained from the original specimen container.

## Anabolic Steroid Screening Test

The specimen aliquot(s) along with calibration standard and controls are extracted for anabolic agents GC/MS screening. Procedure includes enzymatic hydrolysis of steroid conjugates, solid phase extraction of free steroids and their derivatization. The final extract is separated by capillary gas chromatography. Target components, anabolic steroids and/or their metabolites, are detected and identified by mass spectrometry.

## Verification

The specimen identification number on the tamper evident seal is inspected a second time and verified as accurate.

## Confirmation Test for Steroids

If the initial test result is positive, a second aliquot, obtained from the original specimen container, is tested by gas chromatography/ mass spectrometry. Confirmation procedures are specific for each individual steroid. If specimen was screened positive for multiple steroids, confirmation will be set up for each of them.

## Certification

All data goes through a two-tier review process: initial review and certification. During the initial review process, the analyst reviews all analytical data. During the certification process, a certifying scientist reviews all analytical data and evaluates all documentation for acceptability and adherence to laboratory standard operating procedures.

PRESS HARD — YOU ARE MAKING MULTIPLE COPIES

**F. Reason for Test:** ☐ Pre-employment (1) ☐ Random (3) ☐ Reasonable Suspicion/Cause (5) ☐ Post-Accident (2) ☐ Promotion (22) ☐ Return to Duty (6) ☐ Follow-up (23) ☒ Other (specify) (99) _____

**G. Drug Tests to be Performed:**

☒ 39434N EOS PROFILE I U/NIT

SG: 1.005

**H. Collection Site Name:** _PAC BELL PARK_  Collection Site Code: _____
Address: _____  Collector Phone No. _510 652 8960_
City, State and Zip _SAN FRANCISCO, CA_  Collector Fax No. _510 652 8966_

**STEP 2: COMPLETED BY COLLECTOR**

| Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☒ Yes ☐ No, Enter Remark | Specimen Collection: ☒ Split ☐ Single ☐ None Provided (Enter Remark) | ☒ Observed (Enter Remark) |

REMARKS

**STEP 3:** Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 6 on copy 2.

**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed, and released to the Delivery Service noted in accordance with applicable requirements.

X _signature_  Time of Collection _4:04_ PM

_Signature of Collector_

_ELY SULT KENNEDY_  Date (Mo./Day/Yr.) _Oct 28, 03_

(Print) Collector's Name (First, MI, Last)

**SPECIMEN BOTTLE(S) RELEASED TO:**
☐ Quest Diagnostics Courier  ☒ FedEx
☐ Airborne  ☐ Other _Internal chain of custody_
Name of Delivery Service Transferring Specimen to Lab

**RECEIVED AT LAB:** X _Ellen Wall_

_Signature of Accessioner_

_ELLEN WALL_  Date (Mo./Day/Yr.)

(Print) Accessioner's Name (First, MI, Last)

| **Primary Specimen Bottle Seal Intact** ☒ Yes ☐ No, Enter Remark Below | **SPECIMEN BOTTLE(S) RELEASED TO:** |

**STEP 5: COMPLETED BY MEDICAL REVIEW OFFICER (IF REQUIRED)**

I have reviewed the laboratory results for the specimen identified by this form in accordance with applicable requirements. My determination/verification is:

☐ Negative ☐ Positive ☐ Test Not Performed ☐ Test Cancelled  REMARKS _____

(PRINT) Medical Review Officer's Name (First, MI, Last)  Signature of Medical Review Officer  Date (Mo. / Day / Yr.)

TRACKING LABEL
51015032 - 0085189

Pull List

BB000772

## CHAIN OF CUSTODY LOG

| DATE | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|
| 05/29/2003 | Name Temporary Storage | Sign. Name MOORE, KIM | Aliquotting |
| 5·29·3 Sign. Name | *Kimberly Moore* | Sign. Name STORAGE | STORAGE |
| Sign. Name | | Sign. Name | |
| Sign. Name | | Sign. Name | |
| Sign. Name | | Sign. Name | |
| Sign. Name | | Sign. Name | |
| Sign. Name | | Sign. Name | |
| Sign. Name | | Sign. Name | |
| Sign. Name | | Sign. Name | |
| Sign. Name | | Sign. Name | |

WORKLIST : TXHP4

| ACCESSION | PARTICIPANT | UNIT | CODE | STORAGE BOX/ROW/COL |
|---|---|---|---|---|

BB000773

WORKLIST : TXHP4

                                        STORAGE
ACCESSION    PARTICIPANT    UNIT CODE    BOX/ROW/COL

047425H       2552259    /   39433N          Z000366/A/1     Split Received

Screening Aliquot Chain of Custody

BB000775

TOTE: 01850                    CHAIN OF CUSTODY LOG                    PAGE:  2

| DATE | RELEASED BY | RECEIVED BY | PURPOSE/AMT ALIQ |
|------|-------------|-------------|------------------|
| 5/29/13 Sign. | ECOC | Sign. _Ellen Wall_ | MICROLOG |
| Name | | Name _Ellen Wall_ | |
| 5/29/13 Sign. | _Ellen Wall_ | Sign. | |
| Name | _Ellen Wall_ | Name | STORAGE | STORAGE |
| 5.29.3 Sign. | | Sign. _ClDavis_ | |
| Name | STORAGE | Name  Elizabeth Davis | ALIQUOT |
| 5.29.3 Sign. | _ClDavis_ | Sign. | |
| Name  Elizabeth Davis | | Name | STORAGE | STORAGE |
| Sign. | | Sign. | QUEST DIAGNOSTICS | |
| Name | | Name | MAY 2 5 2003 | |
| Sign. | | Sign. | Mohammad Ghazizadeh | |
| Name | | Name | | |
| Sign. | | Sign. | | |
| Name | | Name | | |
| Sign. | | Sign. | | |
| Name | | Name | | |
| Sign. | | Sign. | | |
| Name | | Name | | |
| Sign. | | Sign. | | |
| Name | | Name | | |
| Sign. | | Sign. | | |
| Name | | Name | | |

BB000776

29 2003

DATE: 01850

| SEQ NUM | CLIENT NUM | REQ NUM | BATCH NUM | DATE REC'D | TIME REC'D | REC CODE | |
|---------|------------|---------|-----------|------------|------------|----------|--|
| 1 | 51015032 | 0085189 | 05290202 | 05/29/2003 | 9:00 AM | LVNWE01 | 047425H |

BB000777

# Screening Test Results

BB000778

ENT BY: _____ REL BY: _____

INTERPRETED BY: _____          PRINTED NAME              DATE
REVIEWED/                               Sakri Karim              5/29/03
RELEASED BY: _____          Mohammad Ghazizadeh      5/29/03

ALIQUOT CHAIN OF CUSTODY LOG

| DATE | RELEASED BY | RECEIVED BY | PURPOSE |
|------|-------------|-------------|---------|
| 5/29/03 | SIGN. _____ NAME DAVIS, ELIZABETH | SIGN. _____ NAME Sakri Karim | Transfer |
| 5/29/03 | SIGN. _____ NAME Sakri Karim | SIGN. _____ NAME Olympus Sol | Screen On Olympus Perform Additiona |
| 5/29/3 | SIGN. _____ NAME Olympus Sol | SIGN. _____ NAME Sakri Karim | Validity Checks |
| 5/29/3 | SIGN. _____ NAME Sakri Karim | SIGN. TRASH _____ NAME | To Discard Aliquots |
| _____ | SIGN. _____ NAME | SIGN. _____ NAME | |
| _____ | SIGN. _____ NAME | SIGN. _____ NAME | |
| _____ | SIGN. _____ NAME | SIGN. _____ NAME | |
| _____ | SIGN. _____ NAME | SIGN. _____ NAME | |
| _____ | SIGN. _____ NAME | SIGN. _____ NAME | |
| _____ | SIGN. _____ NAME | SIGN. _____ NAME | |
| _____ | SIGN. _____ NAME | SIGN. _____ NAME | |
| _____ | SIGN. _____ NAME | SIGN. _____ NAME | |
| _____ | SIGN. _____ NAME | SIGN. _____ NAME | |
| _____ | SIGN. _____ NAME | SIGN. _____ NAME | |
| _____ | SIGN. _____ NAME | SIGN. _____ NAME | |

BB000779

ENT BY:_____ REL BY:_____

| SEQ | INSTR ID | ACN | PARTICIPANT | UC ORDERED |
|-----|----------|-----|-------------|------------|
| 47  | 2317     | 047425H | 2552259 | 39434N |

BB000780

BB000781

INSTRUMENT: 501    WORKLIST: TXRSAP2 Load:/0529007    05/29/2003 1 59.30 PM
    All calibrator absorbance values are in Range.
    Open QC OK
    Blind QC OK

Reviewed and Verified by _____    Date 5/29/03.

CUP ACCESSION    PART-ID    INST-ID                                                COMMENTS

    1 >BELOW THRESHOLD        AMP      = (0.500) DARB     = (0.595) BENZ    = (0.718)    QC ID = 0B2L
                              COC      = (0.819) T50      = (0.758) T20     = (2.175)
                              METD     = (0.796) META     = (0.865) OPI2K   = (0.923)
                              PCP      = (0.746) PROP     = (0.607) CREA    = (14.0)
                              CREAR    = (14.0) PH        = (6.90) PHE      = (6.90)
                              NITHROX  =  (0)

INSTRUMENT: 501    WORKLIST: TXHSAP2 Load: 0529007    05/29/2003 5:55:30 PM
        All calibrator absorbance values are in Range.
        Open AC OK
        Blind RC OK

Reviewed and Verified by _____    Date: ___/___/_____

CUP ACCESSION    PART-ID  INST-ID                                                    COMMENTS
--- ---------    -------- --------                                                    --------
                              BARB    = (0.000) BENZ    = (-0.031) CDC    = (0.028) :   AC ID = ACH
                              T20     = (2.324) METD    = (-0.013) METQ   = (-0.028)
                              OPI     = (0.902) PCP     = (0.049) PROP    = (-0.022)

  47    047425H   2552259 2317    MITRAL = (NEGATIVE) :

Laboratory Internal Chain of Custody

Worklist TXHP4

(Steroids)

BB000783

| SIGN. | SIGN. |
|---|---|
| NAME | NAME |
| SIGN. | SIGN. |
| NAME | NAME |
| SIGN. | SIGN. |
| NAME | NAME |

VICTOR URALETS

MAY 3 1 2003

BB000784

HRAMP4    RAM       T/E QUANT    DNR

NO COLLECTION SITE INFO GIVEN

29                    047425H    2552259                    51015032              0085189.
WS Not Defined  ____

                RT  _____       IR#1  _____       IR#2  _____       QUANT  ____

    ANABOL    _____        MASK    _____        CLEN    DNR          PRO    DNR

    NANM    DNR             BOLDM    DNR          DIANM    DNR       METENM    DNR

    FLUOXM    DNR            MESTM    DNR          METHYM    DNR       TRENM    DNR


^NDATWP06
WORKLIST: TXHP4     LOAD: 0529001 PROCEDURE IV - ANABOLIC AGENTS SCREEN 05/29/2003
5:48P PAGE: 16

SEQ      DEPT ID   ACCESSION PATIENT NAME                      CLIENT #           REQ #
    EMIT 2ND SCRN   DIL   ORD UC
================  ===========  ==========  ====================================  ==================  ===============
==  ======  ==========  ======  =======

29                    047425H    2552259                    51015032              0085189
    WS Not Defined  ____

                RT  _____       IR#1  _____       IR#2  _____       QUANT  ____

    ANABOL    _____        MASK    _____        CLEN    DNR          PRO    DNR

    NANM    DNR             BOLDM    DNR          DIANM    DNR       METENM    DNR

    FLUOXM    DNR            MESTM    DNR          METHYM    DNR       TRENM    DNR

    MIBOLM    DNR            METANM    DNR          DROSM    DNR       BOLAM    DNR

    CLOSTM    DNR            OXANM    DNR          NORETM    DNR       OXMTM    DNR

    OXYMES    DNR           DHCMTM    DNR          FORMM    DNR      FURAZM    DNR

    STANM    DNR          T/E RATIO    DNR          DHT    DNR         REM1    DNR

    HRAMP4    RAM         TYE QUANT    DNR

    CONTINUED
                                                    T/E QUANT    DNR

30                    047434H    2551643                    51015032              0085425
    WS Not Defined  ____

                RT  _____       IR#1  _____       IR#2  _____       QUANT  ____

    ANABOL    _____        MASK    _____        CLEN    DNR          PRO    DNR

    NANM    DNR             BOLDM    DNR          DIANM    DNR       METENM    DNR

BB000785

# GC/MS Autotune

BB000786

Instrument: GCMS # 12
Fri May 30 14:35:42 2003

D:\MSDCHEM\1\5973N\ATUNE.U



| Mass | 69.00 | Mass | 219.00 | Mass | 502.00 |
|---|---|---|---|---|---|
| Ab | 494738 | Ab | 230564 | Ab | 25308 |
| Pw50 | 0.61 | Pw50 | 0.62 | Pw50 | 0.62 |

| | | | |
|---|---|---|---|
| Ion Pol | POS | MassGain | 490 |
| | | MassOffs | -8 |
| Emission | 34.6 | AmuGain | 2415 |
| EleEnergy | 69.9 | AmuOffs | 133 |
| Filament | 2 | Wid219 | 0.002 |
| | | DC Pol | NEG |
| Repeller | 34.81 | | |
| IonFocus | 90.2 | HED | ON |
| EntLens | 14.0 | EMVolts | 1212 |
| EntOffs | 19.07 | | |
| | | Samples | 8 |
| PFTBA | OPEN | Averages | 3 |
| | | StepSize | 0.10 |
| Zones: | | | |
| MS Source | 230 | Foreline | 74 |
| MS Quad | 150 | | |

66    71    216    221    500    505

Scan: 10.00 - 700.00 Samples: 8 Thresh: 100 Step: 0.10
200 peaks  Base: 69.00  Abundance: 431360

| Mass | Abund | Rel Abund | Iso Mass | Iso Abund | Iso Ratio |
|---|---|---|---|---|---|
| 69.00 | 431360 | 100.00 | 70.00 | 5822 | 1.35 |
| 219.00 | 211200 | 48.96 | 220.00 | 9120 | 4.32 |
| 502.00 | 22408 | 5.19 | 503.00 | 2408 | 10.75 |

Steroid Positive Control

BB000788

## QuantProfile Report

```
Data File : D:\MSDCHEM\1\DATA\0530HP4\STERSTD2.D          Vial: 44
Acq On    : 31 May 2003  12:01 am                        Operator: ds
Sample    : STD 0529001                                  Inst    : GCMS # 12
Misc      :                                              Multiplr: 1.00
MS Integration Params: NA
```

Quant Method :  (RTE Integrator)



STERSTD2.D   TXH P4.M        Sat May 31 00:09:27 2003            Page 1

BB000789

Data File : D:\MSDCHEM\1\DATA\0530HP4\STERSTD2.D     Vial: 44
Acq On    : 31 May 2003  12:01 am                   Operator: ds
Sample    : STD 0529001                             Inst    : GCMS # 12
Misc      :                                         Multiplr: 1.00
MS Integration Params: NA

Quant Method :  (RTE Integrator)



BB000790

## QuantProfile Report

Data File : D:\MSDCHEM\1\DATA\0530HP4\STERSTD2.D          Vial: 44
Acq On    : 31 May 2003  12:01 am                        Operator: ds
Sample    : STD 0529001                                  Inst    : GCMS # 12
Misc      :                                              Multiplr: 1.00
MS Integration Params: NA

Quant Method : (RTE Integrator)



BB000791

QuantProfile Report

Data File : D:\MSDCHEM\1\DATA\0530HP4\STERSTD2.D
Acq On    : 31 May 2003  12:01 am
Sample    : STD 0529001
Misc      :
MS Integration Params: NA

Vial: 44
Operator: ds
Inst    : GCMS # 12
Multiplr: 1.00

Quant Method :  (RTE Integrator)

'OH-Stanozolol metabs.   Stanozolol metabolite



STERSTD2.D  TXH_P4.M     Sat May 31 00:09:28 2003              Page 4

BB000792

Steroid Negative Control

BB000793



| Time--> | 3.90 4.00 4.10 4.20 4.30 4.40 | Time--> | 3.90 4.00 4.10 4.20 4.30 4.40 | Time--> | 3.80 | 4.00 | 4.20 | 4.40 |

| DHA, Boldenone M | Androsterone/ Etiochol. | Drostanolone metabolite |

Abundance
432/275/290
4000
2000
0
Time-->  4.40  4.60  4.80

Abundance
434/432/256
100000
50000
0
Time-->  4.40  4.60  4.80  5.00

Abundance
448/343
6000
4000
2000
0
Time-->  4.70 4.80 4.90 5.00 5.10 5.20

NEG2.D   TXH P4.M       Sat May 31 00:19:33 2003                    Page 1

BB000794

QuantProfile Report

Data File : D:\MSDCHEM\1\DATA\0530HP4\NEG2.D                Vial: 45
Acq On    : 31 May 2003  12:11 am                           Operator: ds
Sample    :                                                 Inst  : GCMS # 12
Misc      :                                                 Multiplr: 1.00
MS Integration Params: NA

Quant Method :  (RTE Integrator)



BB000795

QuantProfile Report

Data File : D:\MSDCHEM\1\DATA\0530HP4\NEG2.D          Vial: 45
Acq On    : 31 May 2003  12:11 am                    Operator: ds
Sample    :                                          Inst    : GCMS # 12
Misc      :                                          Multiplr: 1.00
MS Integration Params: NA

Quant Method :   (RTE Integrator)



NEG2.D   TXH P4.M          Sat May 31 00:19:34 2003                    Page 3

BB000796

QuantProfile Report

Data File : D:\MSDCHEM\1\DATA\0530HP4\NEG2.D          Vial: 45
Acq On    : 31 May 2003  12:11 am                    Operator: ds
Sample    :                                          Inst    : GCMS # 12
Misc      :                                          Multiplr: 1.00
MS Integration Params: NA

Quant Method : (RTE Integrator)

'OH-Stanozolol metabs.  Stanozolol metabolite



BB000797

# Steroid Water Control

BB000798

QuantProfile Report

Data File : D:\MSDCHEM\1\DATA\0530HP4\WATER2.D          Vial: 46
Acq On    : 31 May 2003  12:21 am                       Operator: ds
Sample    :                                             Inst    : GCMS # 12
Misc      :                                             Multiplr: 1.00
MS Integration Params: NA

Quant Method :  (RTE Integrator)



WATER2.D   TXH_P4.M        Sat May 31 00:29:41 2003          Page 1

BB000799

QuantProfile Report

Data File : D:\MSDCHEM\1\DATA\0530HP4\WATER2.D          Vial: 46
Acq On    : 31 May 2003  12:21 am                      Operator: ds
Sample    :                                            Inst   : GCMS # 12
Misc      :                                            Multiplr: 1.00
MS Integration Params: NA

Quant Method :  (RTE Integrator)



BB000800

BB000801

QuantProfile Report

Data File : D:\MSDCHEM\1\DATA\0530HP4\WATER2.D
Acq On    : 31 May 2003  12:21 am
Sample    :
Misc      :
MS Integration Params: NA

Vial: 46
Operator: ds
Inst    : GCMS # 12
Multiplr: 1.00

Quant Method : (RTE Integrator)

'OH-Stanozolol metabs.   Stanozolol metabolite



BB000802

Specimen Acc. # 047425H

BB000803

QuantProfile Report

Data File : D:\MSDCHEM\1\DATA\0530HP4\047425H.D          Vial: 75
Acq On    : 31 May 2003   5:16 am                        Operator: ds
Sample    :                                              Inst    : GCMS # 12
Misc      :                                              Multiplr: 1.00
MS Integration Params: NA

Quant Method :  (RTE Integrator)



047425H.D   TXH P4.M          Sat May 31 05:24:54 2003                    Page 1

BB000804

Quant Profile Report

Data File : D:\MSDCHEM\1\DATA\0530HP4\047425H.D          Vial: 75
Acq On    : 31 May 2003   5:16 am                       Operator: ds
Sample    :                                              Inst   : GCMS # 12
Misc      :                                              Multiplr: 1.00
MS Integration Params: NA

Quant Method :  (RTE Integrator)



BB000805

QuantProfile Report

Data File : D:\MSDCHEM\1\DATA\0530HP4\047425H.D          Vial: 75
Acq On    : 31 May 2003   5:16 am                        Operator: ds
Sample    :                                              Inst    : GCMS # 12
Misc      :                                              Multiplr: 1.00
MS Integration Params: NA

Quant Method :  (RTE Integrator)



BB000806

Quant Profile Report

Data File : D:\MSDCHEM\1\DATA\0530HP4\047425H.D          Vial: 75
Acq On    : 31 May 2003   5:16 am                        Operator: ds
Sample    :                                              Inst    : GCMS # 12
Misc      :                                              Multiplr: 1.00
MS Integration Params: NA

Quant Method : (RTE Integrator)

'OH-Stanozolol metabs.   Stanozolol metabolite



BB000807

Laboratory Report

Acc. # 047425H
Spec. I.D. # 0085189
Donor I.D. 2552259

BB000808

5101502Z HARCHROBITE/STOP: XXXXXXX
COT BOS

PO BOX 3247
LONG BEACH, CA  90803

2552259

0085ID7 0474Z5M
Client Site Location:
REASON FOR TEST: NOT SPECIFIED
DONOR ID VERIFIED: EMPLOYER REPRESENTATIVE

05282003 04:05PM 05292003 05:3I2003 6:14PM MAR

FINAL

| Tests Ordered: | 39VJNR (DUS PROFILE I W/RIT) | |
|---|---|---|
| Integrity Checks | | Acceptable Range |
| CREATININE | 286.3 mg/dL | >20 mg/dL |
| NITRITES | Negative | |
| pH | 6.6 | 4.5-8.9 |
| Anabolic Agents | | |
| ANABOLIC AGENTS | Negative | |
| Masking Agents | | |
| MASKING AGENTS | Negative | |
| Drug Class Tested | | |

Anabolic Agents:

Anabolic Agents:
Boldesterone Metabolite, Boldenone Metabolite, Clenbuterol,
Clostebol Metabolite, DHCCT
Dehydrochloromethyltestosterone) Metabolite,
Dihydrotestosterone, Drostanolone &/or Metabolite,
Ethisterone/Norethandrolone Metabolite, Fluoxymesterone
Metabolite, Formebolone Metabolite, Furazabol Metabolite,
Mesterolone &/or Metabolite, Methandienone (Dianabol,
Methandrostenolone) Metabolite, Methandriol &/or
Metabolite, Methenolone &/or Metabolite, Methyltestosterone
Norandrostendion (Norandrostenediol) Metabolite, Nandrolone?
&/or Metabolite, Mibolerone Metabolite, Oxandrolone,
Stanozolol Metabolite, Oxymestrerone, Oxandrolone Metabolite,
Androstendiol/DHEA ((/: Ratio) &/, Trenbolone Metabolite,
Androstendiol/DHEA ((/: Ratio) &/, Trenbolone Metabolite

Masking Agents:
Problematic

CERTIFYING SCIENTIST: MOHAMMAD CHAZIZADEH
>> REPORT CONTINUED ON NEXT PAGE <<

BB000809

CONTINUED REPORT

110TS012 RREN/ROUTE/STOP: XXXXXXX
CDT BOS

PO BOX 3247
LONG BEACH, CA  90803

2552259

2   0081189  0X7X2SH   05282003 04:03PM 05292003  05312003 6:44PM
Client Site Location:
REASON FOR TEST: NOT SPECIFIED
DONOR ID VERIFIED: EMPLOYER REPRESENTATIVE

FINAL

SPECIMEN RECEIVED AND PROCESSED IN THE LAS VEGAS DHHS CERTIFIED LABORATORY.

LAB:
Quest Diagnostics Inc-Las Vegas
4230 South Burnham
Las Vegas NV 89119

>> END OF REPORT <<

BB000810

Certifying Scientist Resume

BB000811

# MOHAMMAD R GHAZIZADEH

225 S Stephanie St                                                  (702) 492-6080 (H)
Henderson, Nevada 89012

### Objective:

A challenging position in an analytical/or research laboratory.

### SUMMARY:

- Over 15 years Clinical Laboratories / Toxicology experience
- Master degree in Science/ Analytical Chemistry
- Bachelors degree in Science/ Pharmacy
- Comprehensive background in all phases of Clinical Laboratories
- Experienced with a variety of Toxicology devices such as GC/MS, TDX, Hitachi, Cobas
- Able to thoroughly research and review analytical data
- Bring projects to completion under budget deadlines

### Employment:

SmithKline Beecham Clinical Laboratories / Quest Diagnostics, Dallas, Texas
October 1988-July 2001.
Quest Diagnostics, Las Vegas, Nevada    January 2003-Present .

### GC/MS Analyst/ Lead Technologist:

Forensic Toxicology. Responsible for operation and maintenance of Hewlett-Packard GC/MS system. Duties included data analysis, method development, quality assurance/ quality control, standard operating procedures, and training personnel.

### Lead Certifying Scientist, Forensic Toxicology:

Responsible for Certification of Positive and Negative Forensic drug screens. Duties included review of analytical data, assure compliance with standard operating procedures, answer technical questions for clients and Medical Review Officers, and help in revision of SOP. I serve as an expert witness and technical resource for SBCL/ Quest Diagnostics external customers.

BB000812

Teaching Assistant, University of Louisiana, Monroe, Louisiana    September 1986-
December 1988

Supervised undergraduate students with AA, HPLC, and Thermospray LC/MS/MS in
Chemistry Lab.


Education:

Northeast Louisiana University
Master of Science/ Analytical Chemistry, 1990

Thesis Title: Solid –Phase Extraction and Thermospray LC/MS/MS for the detection of
Marihuana and its Major Metabolite.

Northeast Louisiana University
Bachelors of Science / Pharmacy, 1984

Certified Toxicological Chemist
National Registry in Clinical Chemistry, certification No.2289, 1992.

Athletic Scholarship for Soccer,  1980-1984.

BB000813

Responsible Person Resume

BB000814

# Victor Uralets, Ph.D.

Dr. Uralets received a Doctorate Degree in Organic Chemistry from The Institute of Organoelement Compounds of the Academy of Sciences of the USSR in 1972. He completed a Post Doctoral Fellowship in Analytical Instrumental Analysis at the Eindhoven Technical University in the Netherlands in 1978.

Following graduation from the Moscow University Victor Uralets was engaged in a project on "synthetic food" as a research scientist in the Institute of Organoelement compounds and was particularly focused on detection and identification of volatile food flavor components.

Since 1980 Dr. Uralets has held positions as a Senior Analyst and Scientific Director in the Olympic laboratory Moscow (Anti-Doping Center), which provided full range of athletic drug testing mandated by the International Olympic Committee.

Since 1992 Dr. Uralets is a Director of Sports Testing in San Diego, CA, laboratory for Nichols Institute and its successor companies: Corning Clinical Laboratories and Quest Diagnostics Incorporated.

Dr. Uralets is currently (since February 2003) a Technical Director in the Las Vegas Quest Diagnostics CHW laboratory and is responsible for Sports and HPP drug testing.

BB000815



**FAX**
**LABORATORY REPORT**
**Quest Diagnostics**

```
41125218 AREA/ROUTE/STOP: XXXXXXX
BALCO LABORATORY
ATTN:   VICTOR CONTE
1520 GILBRETH RD
BURLINGAME, CA  94010
```

| PARTICIPANT NAME | | PARTICIPANT ID | | ROOM NO. | | AGE | SEX | PHYSICIAN | |
|---|---|---|---|---|---|---|---|---|---|
| 100572 | | | | | | | | | |

| PAGE | REQUISITION NO | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|---|
| 1 | 9009147 | 048757H | | 05302003 | | 06022003 | 06062003 | 3:15PM |

REMARKS Client Site Location:
    REASON FOR TEST: NOT GIVEN
    DONOR ID VERIFIED:

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |

REPORT FOR:             BALCO LABORATORY - 41125218
                      ATTN:  VICTOR CONTE
                      1520 GILBRETH RD
                      BURLINGAME, CA  94010

Tests Ordered:  38289N (STEROID 1 W/NIT)

Integrity Checks                            Acceptable Range

CREATININE             223.7 mg/dL               >20 mg/dL
NITRITES              Negative
pH                  6.7                  4.5-8.9

Anabolic Agents                            T E

ANABOLIC AGENTS       Negative                  7 Z

Masking Agents

MASKING AGENTS        Negative

Drug Class Tested

      Anabolic Agents:

      Bolasterone Metabolite, Boldenone Metabolite, Clenbuterol,
      Clostebol Metabolite, Danazol &/or Metabolite, DHCMT
      (Dehydrochloromethyltestosterone) Metabolite,
      Dihydrotestosterone, Dromostanolone &/or Metabolite,
      Ethylestrenol/Norethandrolone Metabolite, Fluoxymesterone
      Metabolite, Formebolone Metabolite, Furazabol Metabolite,
      Mesterolone &/or Metabolite, Methandienone (Dianabol,
      Methandrostenolone) Metabolite, Methandriol &/or
      Metabolite, Methenolone &/or Metabolite, Methyltestosterone
      Metabolite, Mibolerone Metabolite, Nandrolone/
      Norandrostendione/Norandrostendiol Metabolite, Oxandrolone
      &/or Metabolite, Oxymesterone, Oxymetholone Metabolite,
      Stanozolol Metabolite, Testosterone/Androstendione/
           >> REPORT CONTINUED ON NEXT PAGE <<

BB000123

41125218 AREA/ROUTE/STOP: XXXXXXX
BALCO LABORATORY
ATTN: VICTOR CONTE
1520 GILBRETH RD
BURLINGAME, CA 94010



**FAX**
**LABORATORY REPORT**
Quest
Diagnostics
CONTINUED REPORT

| PARTICIPANT NAME | PARTICIPANT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| 100572 | | | | | |

| PAGE | REQUISITION NO | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 2 | 9009147 | 048757H | | 05302003 | 06022003 | 06062003 | 3:15PM |

REMARKS Client Site Location:
REASON FOR TEST: NOT GIVEN
DONOR ID VERIFIED:

| REPORT STATUS | FINAL | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|

REPORT FOR:

BALCO LABORATORY - 41125218
ATTN: VICTOR CONTE
1520 GILBRETH RD
BURLINGAME, CA 94010

Drug Class Tested

Androstendiol/DHEA (T/E Ratio > 6), Trenbolone Metabolite

Masking Agents:
Probenecid, Epitestosterone (> 200 ng/mL)

CERTIFYING SCIENTIST: CAROL ANDERSON

SPECIMEN RECEIVED AND PROCESSED IN THE LAS VEGAS DHHS CERTIFIED LABORATORY.

LAB: Quest Diagnostics Inc-Las Vegas
4230 South Burnham
Las Vegas NV 89119

>> END OF REPORT <<

7-4112

BB000124

GROUP COLLECTION LOG

MAJOR LEAGUE BASEBALL'S
JOINT DRUG PREVENTION AND TREATMENT PROGRAM

Page 1 of

Testing Site: _Turner Field_

Date: _6/3/03_   Team: _Atlanta Braves_

The following individuals have consented to the request for collection of a urine specimen on the ___3___ day of ___June___, 2003, and by their signature below hereby acknowledge that they have been advised of the requirement that they be tested for prohibited substances pursuant to the MLB Joint Drug Prevention and Treatment Program, and that if they fail without good cause to give a specimen, they will be treated as if their specimen had tested positive.

| Sheffield, Gary | 2560895 | | | | | | | |

I certify that I have witnessed the above signatures:

SIGNATURE OF TEAM REPRESENTATIVE

I have obtained the copies of the foregoing:

SIGNATURE OF COLLECTOR

BB000712




**WADA Accredited**

**UCLA Olympic Analytical Laboratory**
**UCLA School of Medicine**
2122 Granville Ave Los Angeles CA 90025
Phone (310) 825-2635   FAX (310) 206-9077

**ISO/IEC 17025**
**Biological Testing**
**Certificate: 1420-01**

**CONFIDENTIAL**
**DRUG TESTING REPORT ZZ2315(7H406)**

May 11, 2006

IRS-CI
Attn: Special Agent Jeff Novitzky
55 South Market Street, Suite 815
San Jose, CA 95113

**UCLA CODE: ZZ2315 7H406**
**Specimen Number: 052517**

The laboratory analyzed the urine specimen listed above for anabolic androgenic steroids, masking agents, and anti-estrogenic compounds.

**ANALYTICAL FINDINGS:** The urine sample identified above contains clomiphene and tetrahydrogestrinone(THG). The screen TE ratio of the urine sample is approximately 2.7. The IRMS measurements of 5β-androstanediol, 5α-androstanediol, and 5β-pregnanediol are -26.4, -26.8, and -21.2‰ (per mil) respectively; these IRMS data are outside of our normal ranges.

Please let us know if we may be of further service to you on this matter or any related issue.

Don H. Catlin, M.D
Director

This report shall not be reproduced except in full, without the written approval of the laboratory.

Page 1 of 1

BB000713

FORENSIC DRUG TESTING CUSTODY AND CONTROL FORM



Quest
Diagnostics
800-877-7484

5101502    0085157 SPECIMEN ID NO.

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**    LAB ACCESSION NO.

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone and Fax No.

C. Donor SSN or Employee I.D. No.

D. Donor Name:    Last:                                     First:

E. Donor ID Verified:    ☐ Photo ID    ☒ Emp. Rep.

F. Reason for Test:    ☐ Pre-employment (1) ☐ Random (3) ☐ Reasonable Suspicion/Cause (5) ☐ Post-Accident (2) ☐ Promotion (22)
☐ Return to Duty (6)    ☐ Follow-up (23)    ☒ Other (specify) (99) _____

G. Drug Tests to be Performed:

H. Collection Site Name: _____    Collection Site Code: _____
Address: _____                    Collector Phone No.: _____
City, State and Zip: _____        Collector Fax No.: _____

**STEP 2: COMPLETED BY COLLECTOR**

Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☒ Yes ☐ No, Enter Remark | Specimen Collection:
☒ Split ☐ Single ☐ None Provided (Enter Remark) | ☒ Observed (Enter Remark)

REMARKS

**STEP 3: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**
**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed, and released to the Delivery Service noted in accordance with applicable requirements.

X _____    _____ AM/PM
Signature of Collector    Time of Collection

_____
(Print) Collector's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**SPECIMEN BOTTLE(S) RELEASED TO:**
☐ Quest Diagnostics Courier    ☒ FedEx
☐ Airborne    ☐ Other _____
Name of Delivery Service Transferring Specimen to Lab

**RECEIVED AT LAB:** X _____
Signature of Accessioner

_____
(Print) Accessioner's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**Primary Specimen Bottle Seal Intact**
☐ Yes
☐ No, Enter Remark Below

**SPECIMEN BOTTLE(S) RELEASED TO:**

**STEP 5: COMPLETED BY MEDICAL REVIEW OFFICER (IF REQUIRED)**
I have reviewed the laboratory results for the specimen identified by this form in accordance with applicable requirements. My determination/verification is:
☐ Negative ☐ Positive ☐ Test Not Performed ☐ Test Cancelled    REMARKS _____

_____
(PRINT) Medical Review Officer's Name (First, MI, Last)    Signature of Medical Review Officer    Date (Mo. / Day / Yr.)

**STEP 6: COMPLETED BY DONOR**
I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information and numbers provided on this form and on the label affixed to each specimen bottle is correct.

X _____    _____    6/4/03
Signature of Donor    (PRINT) Donor's Name (First, MI, Last)    Date (Mo./Day/Yr.)

Daytime Phone No.    Evening Phone No.    Date of Birth 0/24/64
Mo.  Day  Yr.

BB000715

For record, the samples from UCLA folder number ZZ 2040 lab code 2FT were hand delivered to UCLA Olympic Laboratory on 5/5/04 and were received by Brian Bishop. The samples were received at room temperature.

Brian Bishop

*B Bish*

BB000720

# RECEIVING CHECKLIST

The samples are from (circle): DOD*    NCDFS    NFL    UCLA    UNIV*

                                    USADA   (OTHER)   INTERNAL   SPEC*
UCLA Code: __2FT__                          *DETAIL Goverment
                                    Client Folder#: ZZ 2040
                                    Sport: Subject

Check ALIQUOT.SOP appendix A for MENU: (circle)

  I    EMIT    II    CF    SMART    DIU    COC    COC      THC    THC      OPI
                                                 ONTRAK          ONTRAK   ONTRAK

  AMPH    B-BLOCKERS    BBII    B2AG    HCG    HRMS    THG    EPO

SP: _____
(TRIAGE,BLOOD,PILL,etc.)

See ALIQUOT.SOP for a description of what to aliquot based on the menu.
Total number of samples: ___5___    circle type of kits used  Berlinger  Versapak
                                    NCDF (1999 type); USADA (1999 type,
                                    versakit)  DOD type(plastic bottle
                                    with a white screw cap and an intact
                                    red tape over the cap)
                                    (Other) Mini - NCDF Hpac bottles

Total number of QC's:        __—__    (if needed, **add 1 for HQC**)

Total number of Cal's:       __—__    (if FULL IOC menu, USADA (OOC & IC).

If batched, Group Code: _____    Client, Folder #: _____
Email all parties concerned.

Initial the items below as they are completed.

____ ____  Pos HCG QC added. **Check HCG QC log.**

____ ____  HQC added and e-mailed all parties concerned.

____ ____  Manifest, if there is one, folder # in upper right corner, lab
           code #'s blank rows crossed out.

           Folder preparation (shipping air bill, Batch Chain of Custody
           form, Receiving Checklist, Sample Custody-Documentation of Seal
           Integrity form, (**ASF's/Official Record's**) QC forms , and other
  _BB_     paperwork included).

           DDIMS STEP 7 corrected. Menu double checked. Samples not
           aliquotted are entered as "X" in all assays. SPECIAL ALIQUOT
____ ____  FORM is double checked against DDIMS STEP 7 entries.

____ ____  Receiving group folder data-entry completed.

           "A" and "B" samples stored. Describe (circle): COLDROOM
____ ____  POS FREEZER. Other:_____ FRIDGE #16,#17,#18,#19,29.

form approved _An 3/31/04_                                    PAGE 1 OF 2

UCLA OLYMPIC ANALYTICAL LABORATORY

## SAMPLE CUSTODY - DOCUMENTATION OF SEAL INTEGRITY
(IRS-CID BAG)

FOLDER ZZ2040

| UCLA CODE | BOTTLE NUMBER | A * | B * | If not intact, describe below |
|-----------|---------------|-----|-----|-------------------------------|
| 2FT01 | 0 | O | O | |
| 2FT02 | 0 | O | O | |
| 2FT03 | 0085174 | X | X | |
| 2FT04 | 0085159 | X | X | |
| 2FT05 | 0113293 | X | X | |
| 2FT06 | 0085157 | X | X | |
| 2FT07 | 0085418 | X | X | |
| 2FT08 | 0 | O | O | |

* Instructions: Verify by "X" that the custody of each specimen is intact.
If not intact, record "NO" and describe in the space provided.
Note: Entries for internal QC are listed as "O".

The above samples were received in the condition stated above.

Signature _____ Date 5/7/04

Print_____ **Brian Bishop** _____ Time 5:11 pm

Verified by (initials and date) _AJJ_ 5/7/04

BB000722

## Sample Identification and Chain of Custody

| Bottle Number | Original Code |
|---------------|---------------|
| 52511 | QCN237 |
| 52512 | 2FT03 |
| 52513 | QCN224 |
| 52517 | 2FT06 |
| 52524 | 2FT04 |
| 52525 | 2FT05 |
| 52526 | QCN235 |
| 52527 | 2FT07 |

Each 2FT sample consisted of an A and B container, the contents of which were transferred to an A and B bottle, respectively. Each QCN was poured into an A and B bottle.

Yvonne Chambers transferred the samples and verified each Bottle Number and corresponding Original Code and then passed custody to Paul Scott.

Paul Scott witnessed the transfer and independently verified each Bottle Number and corresponding Original Code and then took custody of the bottles.

Yvonne Chambers
March 1, 2006

Paul Scott
March 1, 2006

BB000723

FAXED: QUEST DIAGNOSTICS AT 06-JUN-2003 15:51 Page 1

41125218 AREA/ROUTE/STOP: XXXXXXX
BALCO LABORATORY
ATTN: VICTOR CONTE
1520 GILBRETH RD
BURLINGAME, CA 94010


FAX
LABORATORY REPORT
Quest
Diagnostics



| PARTICIPANT NAME | | PARTICIPANT ID | | ROOM NO | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|
| 100573 | | | | | | | |

| PAGE | REQUISITION NO | ACCESSION NO | LAB REF # | | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|---|
| 1 | 9006589 | 050715H | | | 06052003 | 06062003 | 06102003 | 2:47PM |

REMARKS Client Site Location:
REASON FOR TEST: UNKNOWN
DONOR ID VERIFIED: UNKNOWN

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |

REPORT FOR:
BALCO LABORATORY - 41125218
ATTN: VICTOR CONTE
1520 GILBRETH RD
BURLINGAME, CA 94010

Tests Ordered: 39289N (STEROID 1 W/NIT)

Integrity Checks                                     Acceptable Range

CREATININE              125.7 mg/dL                    >20 mg/dL
NITRITES               Negative
pH                      5.3                             4.5-8.9

Anabolic Agents

ANABOLIC AGENTS         Negative

Masking Agents

MASKING AGENTS          Negative

Drug Class Tested

Anabolic Agents:

Bolasterone Metabolite, Boldenone Metabolite, Clenbuterol,
Clostebol Metabolite, Danazol &/or Metabolite, DHCMT
(Dehydrochloromethyltestosterone) Metabolite,
Dihydrotestosterone, Dromostanolone &/or Metabolite,
Ethylestrenol/Norethandrolone Metabolite, Fluoxymesterone
Metabolite, Formebolone Metabolite, Furazabol Metabolite,
Mesterolone &/or Metabolite, Methandienone (Dianabol,
Methandrostenolone) Metabolite, Methandriol &/or
Metabolite, Methenolone &/or Metabolite, Methyltestosterone
Metabolite, Mibolerone Metabolite, Nandrolone/
Norandrostendione/Norandrostendidi Metabolite, Oxandrolone
&/or Metabolite, Oxymesterone, Oxymetholone Metabolite,
Stanozolol Metabolite, Testosterone/Androstendione/
>> REPORT CONTINUED ON NEXT PAGE <<

-28- 26

BB000143



FAX
LABORATORY REPORT

Quest
Diagnostics
CONTINUED REPORT

41125218 AREA/ROUTE/STOP: XXXXXXX
BALCO LABORATORY
ATTN: VICTOR CONTE
1520 GILBRETH RD
BURLINGAME, CA 94010

| PARTICIPANT NAME | | PARTICIPANT ID | | ROOM NO | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|
| 100573 | | | | | | | |

| PAGE | REQUISITION NO | ACCESSION NO. | LAB REF # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | I& TIME |
|---|---|---|---|---|---|---|---|
| 2 | 9008599 | 050715H | | 06052003 | 06062003 | 06102003 | 2:47PM |

REMARKS Client Site Location:
REASON FOR TEST: UNKNOWN
DONOR ID VERIFIED: UNKNOWN

| REPORT STATUS | FINAL | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|

REPORT FOR: BALCO LABORATORY - 41125218
ATTN: VICTOR CONTE
1520 GILBRETH RD
BURLINGAME, CA 94010

Drug Class Tested

Androstendiol/DHEA (T/E Ratio > 6), Trenbolone Metabolite

Masking Agents:
Probenecid, Epitestosterone (> 200 ng/mL)

CERTIFYING SCIENTIST: CAROL ANDERSON

SPECIMEN RECEIVED AND PROCESSED IN THE LAS VEGAS DHHS CERTIFIED LABORATORY.

LAB: Quest Diagnostics Inc-Las Vegas
4230 South Burnham
Las Vegas NV 89119

>> END OF REPORT <<

-2⅄- 27

BB000144



# St. Joseph's Hospital and Medical Center CHW

350 WEST THOMAS ROAD
Phoenix, AZ 85013
Phone: (602)406-3410

**LABORATORY DISCHARGE REPORT**
(Discard daily and weekly reports)

MR  : (0000)0104-82-47
ACCT: 77572238
NAME: **BONDS, BARRY**
AGE :   39 YRS          SEX : M
LOC :                   ROOM : 2T22
PHYSICIAN: FITZGERALD, JOHN W

09/23/03    0022
ADMIT: 08/31/03                    DISCHARGED: 09/01/2003

## H E M A T O L O G Y

DATE:   08/31/03
TIME:    1830

|  |  | REFERENCE | UNIT |
|---|---|---|---|
| **COMPLETE BLOOD COUNT** | | | |
| PLATELET | 308 | 150-450 | TH/UL |
| WBC | **12.3**H | 3.6-11.1 | TH/UL |
| RBC | 5.23 | 4.27-5.73 | MIL/UL |
| RBC (06/04/03 -- Current) | | | |
| HEMOGLOBIN | 14.0 | 12.9-16.1 | GM/DL |
| HEMATOCRIT | 41.4 | 37.7-51.3 | % |
| MCV | 79 | 79-95 | FL |
| MCH | **26.7**L | 28.0-32.0 | PG |
| MCHC | 33.8 | 32.0-36.0 | GM/DL |
| RDW | **15.6**H | 11.5-14.5 | UNITS |
| POLYS % (AUTO) | 54.2 | 46.0-65.0 | % |
| LYMPHS % (AUTO) | **39.3**H | 25.0-35.0 | % |
| MONO % (AUTO) | 5.4 | 1.0-10.0 | % |
| EOS % (AUTO) | 0.7 | 0.0-5.0 | % |
| BASOS % (AUTO) | 0.4 | 0.0-1.0 | % |
| POLYS ABS | 06.7 | 02.0-08.0 | TH/UL |
| LYMPHS ABS | **4.8**H | 1.5-4.0 | TH/UL |
| MONOS ABS | 0.7 | 0.1-2.0 | TH/UL |
| EOS ABS | 0.1 | 0.0-0.7 | TH/UL |
| BASOS ABS | 0.0 | 0.0-0.2 | TH/UL |
| SLIDE REVIEWED | SCANDONE | | |

## C H E M I S T R Y

DATE:   08/31/03
TIME:    1830

|  |  | REFERENCE | UNIT |
|---|---|---|---|
| **CHEMISTRY PANELS** | | | |
| SODIUM | 139 | 134-144 | MEQ/L |
| POTASSIUM | 3.8 | 3.6-5.1 | MEQ/L |
| CHLORIDE | **112**H | 101-111 | MEQ/L |
| CO2 | 23f | 22-32 | MEQ/L |
| BUN | 22 | 8-24 | MG/DL |
| BUN (03/18/03 -- Current) | | | |

PLEASE NOTE NORMAL RANGE CHANGED FOR AGES > 5 YEARS OLD ON 03-18-2003.

|  |  | REFERENCE | UNIT |
|---|---|---|---|
| CREATININE | **1.6**H | 0.7-1.2 | MG/DL |
| GLUCOSE | 93 | 74-118 | MG/DL |
| ANION GAP | **4**Lf | 7-15 | |

L = Low, H = High, f = Footnote
CO2............ 08/31/03 1830 CORRECTED FROM    28 ON 08/31/03   AT 2000 BY CGUNNING
ANION GAP...... 08/31/03 1830 CORRECTED FROM    -1 ON 08/31/03   AT 2000 BY CGUNNING
MR-48C (10/98)                    CONTINUED                              PAGE     1
ROY IAN DAVIS, M.D.-MEDICAL DIRECTOR            E. SMITH COLLUM, M.D. - DIRE(
CHAIRMAN OF DEPARTMENT OF PATHOLOGY                CLINICAL LABORATORY SERVI

BB002047



St. Joseph's Hospital
and Medical Center
CHW

**LABORATORY DISCHARGE REPORT**
(Discard daily and weekly reports)

350 WEST THOMAS ROAD
Phoenix, AZ 85013
Phone: (602)406-3410

MR  : (0000)0104-82-47
ACCT: 77572238
NAME: **BONDS, BARRY**
AGE :   39 YRS              SEX  :   M
LOC :                       ROOM :   2T22
PHYSICIAN:  FITZGERALD, JOHN W

09/23/03    0022
ADMIT:  08/31/03                            DISCHARGED:  09/01/2003

## CHEMISTRY

DATE:  08/31/03
TIME:   1830

|  | | REFERENCE | UNIT |
|---|---|---|---|
| **CHEMISTRY PANELS** | | | |
| CALCIUM | **8.0L** | 8.9-10.3 | MG/DL |
| TOTAL PROTEIN | **5.6L** | 6.1-7.9 | G/DL |
| ALBUMIN | **2.9L** | 3.5-4.8 | G/DL |
| ALK PHOS | 44 | 38-126 | U/L |
| BILIRUBIN TOTAL | 0.7 | 0.4-2.0 | MG/DL |
| SGOT | 33 | 15-41 | U/L |
| SGPT | 38 | 17-63 | U/L |
| CPK | **963H** | 49-397 | U/L |
| **GENERAL CHEMISTRY** | | | |
| THYROXINE, FREE | .70L | .71-1.85 | NG/DL |
| TSH | 2.647 | .490-4.700 | UIU/ML |
| CPK TOTAL | **963H** | 49-397 | U/L |
| CPK-MB | 2.8 | < 5.0 | NG/ML |
| CPK-MB INDEX | NA | < 4.0 | |
| TROPONIN I | <0.3 | < 0.4 | NG/ML |
| TROPONIN I (03/17/01 -- Current) | | | |

       < 0.5    NG/ML        NEGATIVE
     0.5 -2.0   NG/ML        INDETERMINATE
       > 2.0    NG/ML    SUGGESTIVE OF MYOCARDIAL INJURY

L = Low, H = High

MR-48C (10/98)                          END OF REPORT                          PAGE     2
ROY IAN DAVIS, M.D.-MEDICAL DIRECTOR                        E. SMITH COLLUM, M.D. - DIREC
CHAIRMAN OF DEPARTMENT OF PATHOLOGY                           CLINICAL LABORATORY SERVIC

BB002048



BB002049

Laboratoire de contrôle du dopage
INRS - Institut Armand-Frappier
245 boul Hymus
Pointe-Claire (Québec) H9R 1G6
Téléphone: 514 630-8808
Télécopieur: 514 630-8799
Courriel: christiane.ayotte@iaf.inrs.ca

**Certificate of analysis**

**Confidential**

Testing Authority
Dr. Jean Joseph
Chief Operating Officer
4510 E. Pacific Coast Highway
Suite 320
Long Beach, CA 90804

## Testing event information

| Collection date | | Reception date | Reporting date |
|---|---|---|---|
| 7 July 2006 | | 11 July 2006 | 24 July 2006 |
| Event | | | Sport |
| N/A | | | N/A |
| Collection site | | | Reference number |
| N/A | | | 10001 |
| Doping control officer | | Delivery | Tracking number |
| N/A | | Fedex | 8546 6487 4128 |
| Number of samples | Sample type | Analysis performed | |
| 10 | Urine | Anabolic steroids, masking agents and stimulants | |

| Sample Code | Results |
|---|---|
| 113781 | D-amphetamine; estimated at 278 ng/mL. |

Danielle Goudreault, M. Sc.
Senior Analyst

Certificate number 06-1653AA

Accredited by the World Anti-Doping Agency as compliant with the requirements of the World Anti-Doping Code.
Accredited by the Standards Council of Canada as compliant with the requirements of ISO/CEI 17025 (laboratory no 413).
Results solely and only relate to the samples submitted for analysis. This certificate of analysis shall not be reproduced except in full without written approval of the laboratory.

Page 3 of 4

BB001895

DRUG TESTING CUSTODY AND CONTROL FORM

CCOUNT NO. 10001    SPECIMEN ID NO. 113781

**COMPLETED BY COLLECTOR (Green Sections 1, 2, 3, 4 and 6)**

ACCOUNT NAME

CDT, Inc.
P.O. Box 3247
Long Beach, CA 90803
Ph:  562-986-4200
Fax: 562-986-1207

1. TEST TYPE:  ☒ STANDARD    ☐ HPAC

2. SITE OF COLLECTION: _____

3. REMARKS

4. VALIDITY TESTS

pH [5].[5]    Specific Gravity [1].[0][2][5]    Final Readings for pH and Specific Gravity determined by the WADA Accredited Laboratory

**6. CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

*I personally observed the donor identified in the certification section on Copy 2 of this form produce a urine specimen. I initialed and dated the security seals in the donor's presence and provided the donor with the opportunity to observe while I affixed the security seals to the specimen bottles.*

| X _____ | 710 AM/PM | SPECIMEN BOTTLE(S) RELEASED TO: |
|---|---|---|
| Signature of Collector | Time of Collection ▶ | ☒ FedEx          ☐ DHL / Airborne |
| _____ | 7/7/06 | ☐ Other _____ |
| (Print) Collector's Name (First, MI, Last) | Date (Mo./Day/Yr.) ▶ | Name of Delivery Service Transferring Specimen to Lab |

| RECEIVED AT LAB: X _____ ▶ | Specimen Bottle Seals Intact | SPECIMEN BOTTLE(S) RELEASED TO: |
|---|---|---|
| Signature of Accessioner | ☐ Yes | |
| (Print) Accessioner's Name (First, MI, Last)    Date (Mo./Day/Yr.) ▶ | ☐ No, Enter Remark Below | |

**5. DONOR CERTIFICATION (Pink section 5 to be completed by Donor)**

*I certify that I produced the attached urine specimen under observation; that it consists entirely of my own urine; that my specimen bottles were capped and sealed in my presence; that the Specimen Identification Number on both specimen bottles was the same as the Specimen Identification Number appearing on this form and that I observed the collector placing his initials on the seal.*

| X _____ | Barry L. Bonds | 7/7/06 |
|---|---|---|
| Signature of Donor | (PRINT) Donor's Name (First, MI, Last) | Date (Mo./Day/Yr.) |

COPY 2

BB001896





July 27, 2006

Report of Positive Test Result

Barry Bonds has been brought to my attention as having tested positive for a prohibited

substance under Major League Baseball's Joint Drug Prevention and Treatment Program.

This document constitutes formal notification to the Health Policy Advisory Committee

of the above named positive test result. The prohibited substance is D-amphetamine. The

collection date was July 7, 2006. The certificate of analysis was sent to HPAC on July 26,

2006.

Bryan W. Smith, M.D., Ph.D.
Independent Program Administrator
Major League Baseball Joint Drug Prevention and Treatment Program

113781  Barry Bonds

BB001898



*Office of the Commissioner*
## MAJOR LEAGUE BASEBALL

ALLAN H. (BUD) SELIG
*Commissioner of Baseball*

**CONFIDENTIAL**

August 1, 2006

**By Fax**
**(Original by Overnight Mail)**

Barry Bonds
c/o Major League Baseball Players Association
12 East 49th Street
New York, NY 10017

      Re:    Notice of Positive Test

Dear Barry:

     This letter is to inform you that on July 7, 2006, you tested positive for a Stimulant. As a result, and pursuant to Articles 4 and 5 of Major League Baseball's Joint Drug Prevention and Treatment Program (the "Program"), you have been placed on the Administrative Track and you will be subject to six unannounced tests over a twelve-month period expiring on July 6, 2007. These six tests will be in addition to the regular testing prescribed under Section 3.A of the Program. In the event you test positive for a Stimulant in a future test, you will next be subject to a 25-game suspension.

                        Sincerely,

                        *Allan H. Selig*

                        Commissioner Allan H. Selig

cc:    Eugene Orza
       Michael Weiner
       Bryan Smith

BB001899



# December 2001

S.B

| SUN | MON | TUE | WED | THU | FRI | SAT |
|-----|-----|-----|-----|-----|-----|-----|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| | 1cc T 200mg | Clear | | Clear | | |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | 1cc T 200mg | 1cc T 200mg | .25 G | Clear | .25 G | |
| | .25 G | Clear | | | | |
| | .25 G | | | | | |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| | 1cc T 200mg | Clear | .25 G | Clear | .25 G | |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| | 1cc T 200mg | Clear | .25 G | Clear | .25 G | |
| | .25 G | | | | | |
| 30 | 31 | | | | | |
| | 1 clean | | | | | |
| | OFF | | | | | |
| | .25 G | | | | | |

SANDY
BRUNICARDI



# January 2002

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

Sandy BRUNICARDI

12-247

BB000418



BB000419



February 2002

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| | | | | | 1 50mT .25G | 2 |
| 3 | 4 Clear .30 | 5 EXTERN Beads | 6 | 7 Clear.30 Cream Off Beads | 8 | 9 1 Clow 1 Clow |
| 10 1 Clow .2 | 11 .25 G | 12 Clear.30 Cream | 13 .25 G | 14 Clear 30 Cream | 15 .25G | 16 PEG TEST |
| 17 | 18 Blood TEST OFF .25 G | 19 | 20 .25 G Clow Off | 21 | 22 .25 G Clow | 23 Clow TEST |
| 24 1 Clow | 25 1 Clow | 26 Off Clow | 27 Off 1 Clow | 28 1 Clow 1 Clow 1 Clow | | |

SANDY
BRUNICARDI

12-249

BB000420

# February 2002

| SUN | MON | TUE | WED | THU | FRI | SAT |
|-----|-----|-----|-----|-----|-----|-----|
| | | | | | 1 | 2 |
| 3 | 4 Clear | 5 Cream | 6 Clear | 7 Cream | 8 .25G | 9 |
| 10 .25G | 11 off | 12 1Clow | 13 off 1Clow | 14 BlooD TEST ★ | 15 .25G off | 16 1Clow |
| 17 1Clow | 18 1Clow | 19 1Clow | 20 off | 21 1Clow | 22 1Clow off | 23 1Clow |
| 24 1Clow | 25 off 1Clow 1Clow | 26 1Cuw | 27 off 1Clow | 28 | | |

SANDY
BRUNICARDI

12-250

BB000421

# March 2002

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| | | | | | 1 *off* | 2 *1 Claw* |
| 3 *1 Claw* | 4 *START* | 5 | 6 | 7 | 8 *1 Claw* | 9 *1 Claw* |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 *BLOOD TEST* | 29 | 30 |
| 31 | | | | | | |

*SANDY*
BRUNICARDI

12-251

BB000422

# April 2002

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | PHI-A **1** LA-A **2** G.S | LA-A **2** B-B | LA-A **3** B-B | LA-A **4** B-B | SD-N **5** B-B | SD-N **6** B-B |
| SD-N **7** B-B G.S | OFF-BB **8** All Fools' Day | LA-A **9** B-B | LA-N **10** B-B | LA-N **11** B-B | MZL-N **12** B-B | MZL-N **13** B-B |
| MZL-N **14** B-B Daylight Saving Time Begins | SD-N **15** G.S | SD-N **16** B-B | SD-N **17** B-B | SD-N **18** B-B | HOU-A **19** G.S | HOU-A **20** G.S |
| HOU-A **21** B-B | CHC-N **22** B-B | CHC-N **23** B-B | CHC-N **24** B-B | CHC-N **25** B-B Revolutionary War Began, 1775 | CHC-N **26** B-B | CHC-N **27** B-B |
| CEN-A **28** B-B G.S | PHI-N **29** B-B G.S | PHI-N **30** B-B G.S | | | | |

KAEI

# May 2002

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | PHI–H BB 1 | off–A BB 2 | CIN–A 3 | CIN–A 4 |
| | | | MIL–H 1 | MIL–H 2 | STL–H BB 3 | STL–H+ 4 |
| CIN–H 5 | off–A 6 | NYM–A 7 | MIL–H 1 | MIL–H 2 | CIN–A 3 | CIN–A 4 |
| BB 5 | BB 6 | BB 7 | NYM–A 8 | NYM–A 9 | MON–A 10 | MON–A 11 |
| STL–H | off–A | 31 in out 3 | G.S. | G.S. | G.S. | STL–H+ |
| Cinco de Mayo (Mexico) | G.S. | 12 in 16 out | Loyalty Day | National Day of Prayer | | Last Quarter |
| MON–A 12 | SF–H 13 | SF–H 14 | SF–H 15 | SF–H 16 | FLA 17 | SD–A |
| BB | BB | G.S. | BB | BB | BB | BB |
| G.S. | BB | BB | LA–A | LA–A | COL–H | SD–A |
| FLA 19 | off–A 20 | ARI–A 21 | ARI–A 22 | COL–A 23 | COL–A 24 | COL–A 28 |
| BB | off–A | G.S. | SF–H | G.S. | COL–H | G.S. |
| COL–H | BB | MON–H | BB | BB | COL+ 24 | COL+ 28 |
| COL 26 | BB 27 | ARI 28 | ARI 29 | COL 30 | COL 31 | CIN–H |
| 3B | G.S. | BB | BB | BB | BB | BB |
| CIN–A | MON–A | MON–A | MON–A | MON–A | CIN–A | G.S. |
| G.S. | G.S. | G.S. | G.S. | G.S. | G.S. | |

KAEL FOODS

11-230

# June 2002

May
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

July
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | COL-A **1** BB CIN-G.S |
| COL-A **2** BB | SD-A **3** BB | SD-A **4** BB G.S | SD-A **5** G.S | COL-A **6** BB NYM-A | NYM-A **7** BB | NYM-A **8** BB G.S |
| CIN-G.S | NYM-A BB | NYM-A BB G.S | NYM-A G.S | NYM-A BB | BB **14** BB G.S | TEX-H BB |
| NYM-A **9** G.S | TOR-A **10** BB | BAL-A **11** BB G.S | TOR-A **12** BB G.S | OFF **13** BB | OAK **14** BB BOS-A | OAK **14** BB G.S |
| TEX-H | MIN-A-H | MIN-H-H | MIN-H-H | OFF-A | BOS-A G.S | BOS-H |
| G.S | BB | BB | BB | BB | BAL-A **21** BB | G.S |
| OAK-A **16** BB | OAK-A **17** BB | TB-A **18** BB | TB-A **19** BB | TB **20** BB | BB | BAL-A **21** BB |
| BOS-H | BB-A | BB | G.S | G.S | | BB |
| BOS-A | G.S | | | OFF-A | | |
| BAL-A **23** BB | SD-A **24** | SD-A **25** | SD-A **26** | SD-A **27** | OAK-A **28** | OAK-A **29** |
| | | | | | | 1-225 |

KAEL FOODS

23982

# September 2002

Autumn Stories

### August
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### October
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **1** World War II Began, 1939 | **2** Labor Day V-J Day, 1945 | **3** | **4** | **5** | **6** | **7** Rosh Hashana New Moon |
| **8** Grandparents' Day | **9** | **10** 30-G 1cc-T | **11** 30-G | **12** 30-G | **13** | **14** 30-G Star-Spangled Banner Written, 1814  12:53 |
| **15** | **16** 30-G 1cc-T | **17** 30-G | **18** | **19** 30-G | **20** 30-G First Quarter | **21** Full Moon |
| **22** 30-G | **23** 1cc-T Yom Kippur | **24** 1cc-T Citizenship Day | **25** | **26** 30-G | **27** | **28** 30-G |
| **29** 30-G 1cc-T Last Quarter | **30** 30-G 1cc-T Fall Begins Autumnal Equinox | | | | | |

# November 2002

MRS. TELL

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 1cc T | 5 | 6 .25·G Night | 7 | 8 .25·G Night | 9 |
| 10 | 11 1cc T .25-G | 12 | 13 .25·G | 14 | 15 .25·G Night | 16 |
| 17 | 18 1cc T .25-G | 19 | 20 .25·G | 21 | 22 .25·G | 23 |
| 24 | 25 1cc T .25-G | 26 | 27 .25·G | 28 | 29 .25·G | 30 |

BB000430

# November 2002

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 1cc T .25·G Night | 5 | 6 .25·G Night | 7 | 8 .25·G Night | 9 |
| 10 | 11 1cc T .25-G | 12 | 13 .25·G | 14 | 15 .25·G Night | 16 |
| 17 | 18 1cc T .25-G | 19 | 20 .25·G | 21 | 22 .25·G | 23 |
| 24 | 25 1cc T .25·G | 26 | 27 .25·G | 28 | 29 .25·G | 30 |

BB000437

# December 2002

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 1 | 2 <br> ICC T <br> .25 G NIGHT | 3 | 4 <br> .25 G NIGHT | 5 | 6 <br> .25 G NIGHT | 7 |
| 8 | 9 <br> ICC T <br> .25 G NIGHT | 10 | 11 <br> .25 G NIGHT | 12 | 13 <br> .25 G NIGHT | 14 |
| 15 | 16 <br> ICC T <br> .25 G NIGHT | 17 | 18 <br> .25 G NIGHT | 19 | 20 <br> .25 G NIGHT | 21 |
| 22 | 23 <br> ICC T <br> .25 G NIGHT | 24 | 25 <br> .25 G NIGHT | 26 | 27 <br> .25 G NIGHT | 28 |
| 29 | 30 | 31 | | | | |

12-254

BB000425

# December

2002

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 \`LLT\` `.25-G` | 17 | 18 `.25-G` | 19 | 20 `.25-G` | 21 |
| 22 | 23 \`LLT\` `.25-G` | 24 | 25 `.25-G` | 26 | 27 `.25-G` | 28 |
| 29 | 30 \`LLT\` `.25-G` | 31 | | | | |

BB000431

# December

2002

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 ℓcc⊤ ·25·G | 17 | 18 ·25·G | 19 | 20 ·25·G | 21 |
| 22 | 23 ℓcc⊤ ·25·G | 24 | 25 ·25·G | 26 | 27 ·25·G | 28 |
| 29 | 30 ℓcc⊤ ·25·G | 31 | | | | |

BB000438

# January 2003

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13<br>ICC ST<br>.25 G NIGHT | 14 | 15<br>.25 G NIGHT | 16 | 17<br>.25 G NIGHT | 18 |
| 19 | 20<br>.25 G NIGHT | 21 | 22<br>.25 G NIGHT | 23 | 24<br>.25 G NIGHT | 25 |
| 26 | 27<br>CLEAR<br>.25 G C 40 | 28<br>C 1"cf<br>CLEAR | 29<br>CLEAR C 40<br>.25 G | 30<br>C 1"p<br>CLEAR | 31<br>.25 G |  |

12-255

2003

BB000426

# January

**2003**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     | 1 .25-G | 2 | 3 .25-G | 4 |
| 5 | 6 lcc⊤ .25-G | 7 | 8 .25-G | 9 | 10 .25-G | 11 |
| 12 | 13 lcc⊤ .25-G | 14 | 15 .25-G | 16 | 17 .25-G | 18 |
| 19 | 20 .25-G | 21 | 22 .25-G | 23 | 24 .25-G | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

12-22

BB000432

# January

2003

12-29

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  | 1 .25-G | 2 | 3 .25-G | 4 |
| 5 | 6 kcT .25-G | 7 | 8 .25-G | 9 | 10 .25-G | 11 |
| 12 | 13 kcT .25-G | 14 | 15 .25-G | 16 | 17 .25-G | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 .25-G | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |  |

BB000439

# January 2003

12-67

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 ½ W Am | 27 Clear .35 | 28 CREAm 2 sp | 29 Clear .35 | 30 CREAm 2 sp | 31 ½ W Am | |

Clear .35 (27)  CREAm 2 sp (28)  Clear .35 (29)  CREAm 2 sp (30)  ½ W Am (31)

½ W Am (25)

BB000445

# February    2003

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | **1** |
| **2** | **3** CLEAR .25 G | **4** CREAM | **5** CLEAR .25 G | **6** CREAM | **7** .25 G | **8** |
| **9** | **10** | **11** | **12** | **13** | **14** | **15** |
| **16** | **17** | **18** | **19** | **20** | **21** | **22** |
| **23** | **24** New ovjl | **25** | **26** | **27** | **28** | MARCH 1 |
| 2 | 3 CLEAR .25 G | 4 CREAM | 5 CLEAR .25 G | 6 CREAM | 7 .25 G | 8 |

12-256

BB000427

## February 2003

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 CLEAR | 4 CLEAR | 5 CLEAR | 6 CLEAR | 7 | 8 |
| 9 | 10 CL | 11 CR | 12 CL | 13 CR | 14 | 15 |
| 16 | 17 CL | 18 CR | 19 CL | 20 CR | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | |

12-23

BB000433

# February 2003

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| | | | | | | 1 |
| 2 | 3 CLEAR | 4 | 5 CLEAR | 6 CLEAR | 7 | 8 |
| 9 | 10 CL | 11 CL | 12 CL | 13 CL | 14 | 15 |
| 16 | 17 CL | 18 CL | 19 CL | 20 CL | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | |

12-30

BB000440

# February

## 2003

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| | | | | | | 1 /w |
| 2 /w | 3 PEE SEND OVER NIGHT CLEAR | 4 CREAM 2sp | 5 CLEAR | 6 COFFEE CREAM 2sp | 7 /w | 8 /w |
| 9 /w | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 CLEAR | 25 CREAM 2sp | 26 CLEAR | 27 CREAM 1sp | 28 | |

12-68

BB000446

# April   2003

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| | | | | | | |
| **6** 25-G 25-L Night | **7** SD | **31** SD | **1** SD | **2** SD | 25·G L-20 | 25·G L-20 |
| **MTL** CREAM Grand | **14** House SD .25 nightly L·40 | **8** .5-I 8:00m AT Pacific Cream SD .25-G Night | **9** House SD | **10** 40-L Gym .5-I .25 Cream Night House LA | **11** M3L | **12** MTL .25 Night |
| **13** House LA | **15** House bW L·40 | **House bW** | **16** Light L·40 Game House bW To LA flight | **17** off | **18** House LA | **19** House LA |
| **20** | **21** | **22** | **23** | **24** P8T | **25** LA | **26** LA |
| **27** LA | **28** off L·40 off | **29** P8T Cream Game | **30** P8T .26 L·40 | **P8T** House | Play .26 L·40 | P8T Cream Game House LA |
| House Cr2N .25 Y L·40 off | off | 6 | CHF2 House 6 | House off2 | House Cr2N 2 | House CH4 3 |

12-252

BB000423

# August 2003

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 1cc-Test 40 Flac T3 (27) | (28) | (29) 40 Flac | (30) | (31) 1cc Test 40 Flac (7) | 40 Flac T3 (25) | 40 Flac (19) |
| 3 | 4 | 5 1cc Test 2 T3 .25 G | 6 40 Flac 2 T3 | 7 2 T3 .25 G | 8 40 Flac 2 T3 | 9 2 T3 .25 G |
| 10 40 Flac 2 T3 | 11 | 12 | 13 | 14 | 15 2 T3 | 16 |
| 17 | 18 | 19 40 Flac 2 T3 1cc Test 4 ATP 200m, 50 mg T3 .25 G | 20 | 21 40 Flac 1cc Test 25 G | 22 | 23 40 Flac |
| 24 1cc Test 25 | 25 40 Flac | 26 1cc Test .25 | 27 40 Flac .25 | 28 .25 1cc 40 Flac | 29 40 Flac 1cc Test .25 | 30 .25 |
| 31 .25 | | | | | | |

11-223

2003



| | | | | | | Test | LPI | Ratio |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Barry B. | | | | | | | | | 1 |
| 2 | 11/26/... | 100/21 | | | | 14.0 | 10.5 | 1.3 | | 2 |
| 3 | 2/4/01 | 5 Days on | 100/45 | Tren | .25 | 0 | 0 | 0 | | 3 |
| 4 | 4/2/21 | 5-6 on | 100/55 | | | | | | | 4 |
| 5 | 17 Days off | 00/404 | | | | | | | | 5 |
| 6 | 1/24/01 | Kevin T | 100/35 | Tren | .5 | 8.2 | 2.6 | 3.2 | | 6 |
| 7 | 5 Days off three | | | | | | | | | 7 |
| 8 | 5/8/01 | 100/000- | IOC | .6 | | | | | | 8 |
| 9 | | | | | | | | | | 9 |
| 10 | Charlie | | | | | | | | | 10 |
| 11 | 1/19/01 | Pre | 100/37 | Tren | .5 | 43.0 | 11.0 | 3.1 | | 11 |
| 12 | 1/24/01 | Post 50ays | 100/38 | Tren | .5 | .7 | 0.0 | 0 | | 12 |
| 13 | | | | | | | | | | 13 |
| 14 | | | | | | | | | | 14 |
| 15 | | | | | | | | | | 15 |
| 16 | Fluin | | | | | | | | | 16 |
| 17 | 2/1/01 | 4Days on | 100/40 | Teen | .25 | 3.7 | 2.6 | 1.4 | | 17 |
| 18 | 3/5/01 | 1Day on | 100/59 | Tren | 2 | 2.4 | 0 | — | | 18 |
| 19 | 3/12/01 | Pre  ord | 100/65 | | | 8.6 | 19 | 4.5 | | 19 |
| 20 | 4/9/01 | Post 4 Days | 100/72 | IOC | .2 | 16.3 | 49 | 2.4 | | 20 |
| 21 | Tim M  onedays on | | | | | | | | | 21 |
| 22 | 2/1/01 | 5 Days off | 100/46 | Tren | .25 | 110.7 | 19.6 | 5.1 | | 22 |
| 23 | 2/16/01 | Fours on on | 100/57 | | | 11.8 | 3.9 | 3.0 | | 23 |
| 24 | 1 Day off | | | | | | | | | 24 |
| 25 | Tom | | | | | | | | | 25 |
| 26 | 2/14/01 | Pre | 100/52 | Check Drops | .5 | 69.2 | 19.0 | 3.5 | | 26 |
| 27 | 2/15/01 | 1 Day | 100/52 | | .5 | 57.5 | 20.4 | 2.8 | | 27 |
| 28 | 2/19/01 | 4 Days on | 11.56 | | .5 | 9.5 | 48.1 | 2.0 | | 28 |
| 29 | | | | | | | | | | 29 |
| 30 | | | | | | | | | | 30 |
| 31 | | | | | | | | | | 31 |
| 32 | 2/... 0 | Pre | 100/66 | | | 8.5 | 3.3 | 2.5 | | 32 |
| 33 | 3/24/01 | Post | 100/67 | .2 IOC | | 44 | 1.7 | 4.0 | | 33 |
| 34 | 4/5/01 | | 100/71 | | | 5.3 | 1.4 | 3.8 | | 34 |
| 35 | 4/11/01 | | 100/73 | 3 IOC | | 3.1 | 0.0 | 0.0 | | 35 |
| 36 | | | | | | | | | | 36 |
| 37 | | | | | | | | | | 37 |
| 38 | Calvin | | | | | | | | | 38 |
| 39 | 3/26/01 | doses Pre | 100/68 | | | 33.7 | 15.4 | 2.2 | | 39 |
| 40 | 4/6/01 | Post | 100/76 | 12 IOC | | 9.5 | 2.0 | 4.8 | | 40 |
| 41 | 4/24/01 | 4 Doses | 100/81 | 22 IOC | | 17.2 | 4.0 | 4.0 | | 41 |

BB000114

| | | | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|
| | | | | | T | E | | |
| 1 | JU | | | | | | | |
| 2 | mon | 1 clear Two creme | | | | | | |
| 3 | Tues | Two creme 1/2 gr | | 100359 | 10/2/01 | | | |
| 4 | | | | | 1.7 | .3 | | 39.0 |
| 5 | 10/5/01 | | | 100369 | 17.8 | .6 | | 29.7 |
| 6 | | | | | | | | |
| 7 | 10/7/01 | | | | | | | |
| 8 | Pre TIE (Printed) | | | 100400 | 143 | 0 | | 0 |
| 9 | 1 Dose 1/2g weds | 1 clear | | | | | | |
| 10 | Thue 1g | | | | | | | |
| 11 | Fri 1g | | | | | | | |
| 12 | 10/22 mon 1g TIE 1clear | | | 100402 | 2.6 | 1.9 | | 1.4 |
| 13 | 10/23 Thur | | | 100410 | 10.2 | 0.0 | | 0 |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | 11/8/01 BB | | | 100404 | 16.2 | 8.0 | | 5.0 |
| 17 | B | | | | | | | |
| 18 | oujed 130.06 | | | | | | | |
| 19 | | | | | | | | |
| 20 | 13D | | | | | | | |
| 21 | 11/1/01 Baseline | | | 100417 | 114.0 | 46.0 | | 5.3 |
| 22 | | | | | | | | |
| 23 | AR | | | | | | | |
| 24 | 11/2/01 BASE | | | 100425- | 2.3 | 2.2 | | 0.9 |
| 25 | | | | | | | | |
| 26 | Romo | | | | | | | |
| 27 | 10/4/01 | | | | | | | |
| 28 | 2weeks of Clear | | | 100360 | 56.7 | 2.3 | | 24.6 |
| 29 | 12/03/01 | | | 100456 | 7.2 | 4.1 | | 18 |
| 30 | | | | | | | | |
| 31 | Keli W | | | | | | | |
| 32 | 11/26/01 Pre | | | 100421 | 6.9 | 14.5 | | 5 |
| 33 | 12/14/01 | | | 100467 | 9.0 | 17.0 | | 5 |
| 34 | | | | | 100487 | 9.8 | 3.2 | 1.5 |
| 35 | 10/25 DG | | | 100413 | 43 | 320.2 | | 1 |
| 36 | 2/4/02 | | | 100507 | 2.1 | 8.2 | | 3 |
| 37 | | | | | | | | |
| 38 | C Graves | | | | | | | |
| 39 | 11/8/01 Baseline | | | 100423 | 0 | 0 | | 0 |
| 40 | 12/14/01 | | 7-2992 | 100475 | | 30.6 | | 5.1 |
| | | | | 100481 | 2.2 | 2.6 | | 4.8 |

BB000115

| | | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BHLf | | .T | | |
| 1 | M Collins | 100540 | 50 | 18 | 17 | 1/2 | |
| 2 | 1/22 | 100551 | 10 | 11 | 0 | 11 | |
| 6 | ZAHANA | 100541 | 16 | 20 | 25 | 08 | |
| 7 | 1/22 | 100550 | 250 | 28 | 33 | 08 | |
| 11 | Jeremy | 100547 | | | | | |
| 12 | neg | 100556 | | 25 | 0 | | |
| 16 | 12/12/02 Dwain C | 100542 | 600 | 15 | 15 | 110 | |
| 21 | GARY S. | 100543 | 15 | 35 | 22 | 11 | |
| 22 | | 100557 | | 3 | 0 | | |
| 26 | Keven Toth | 100544 | 25 | 25 | 6 | 42 | |
| 27 | 3/5/03 | 100561 | | | | | |
| 31 | Barry B | 100545 | 7 | 10 | 4 | 25 | |
| 32 | 2/14/03 | 100552 | | 5 | 0 | - | |
| 36 | Sason | 100546 | 10 | 5 | 3 | 1.3 | |
| 37 | moderate | | | | | | |
| 38 | nandrolone | | | | | | |
| 39 | neg | 100555 | | 5 | 5 | | |
| 40 | | | 7-3026 | 40 | | | |

BB000116

G. WILSON JONES          G7506 Column(Wide Itr)

| | | | | Oxy | Metn ono | | Anadrol | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Tom Tognetti | | 100548 | | 260 | 54 | 49 | 1.1 | |
| | | | | | | | | |
| | | | | | | | | |
| Almando Ríos | | | | | | | | |
| normal | 102553 | | | | 3 | 3 | 1.0 | |
| | | | | | | | | |
| Marilyn B | | | | | | | | |
| normal | 102554 | | | 0 | 5 | 5 | 1 | |
| | | | | men 40 | 40 | | | |
| Benito | 100558 | | | | | | | |
| 28 | | | | | | | | |
| | | | | | | | | |
| mike Mai | 100559 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Bobby E | | | | | | | | |
| Rosentte Rios | 100560 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 20. | | | 7-3027 | | | | | |
| creatinine above | | | | | | | | |
| 100 | | | | | | | | |

BB000117

| | | Initials | Date |
|---|---|---|---|
| Prepared By | | | |
| Approved By | | | |

© WILSON JONES  G7506 Columnwriter 6

| | | | 2 | | 3 | 4 | 5 | 6 | |
|---|---|---|---|---|---|---|---|---|---|

Marvin B.
4/23/01 Pre | 100177 | | 4 | 4120 | 27.4 | 44.7 | 6

Dury G.
Pre 4/26/01 | 100186 | | | | 0.0 | 00 | 00
6/7/01 | 100305 | | | | 10.4 | 96.9 | 1
10/25/01 | 100413 | | | | 43 | 300.2 | 1

CJ
Pre 88/13 | 100190 | | | | 56.0 | 23 | 243
76/17 | 100205 | | | 48.0 | 37.6 | 98 | 38
11/28/01 | 100452 | | | 808 | 30.8 | 87 | 3.5

Romo
Pre | 100193 | IOC | | | 9.0 | 7.5 | 1.2

Chrystie G.
5/8/01 | 100202 | IOC | | | 15 | 9.8 | 2

Ramon C.
5/31/01 Two doses | 100203 | IOC | .2 | | 105.3 | 40.1 | 27
6/1/01 in Person | 100307 | | | | 1165 | 69.0 | 17
8/1/01 16 days off | 100334 | | | | 1516 | 141.4 | 24

Barry
6/27 | 100331 | | | | 16.6 | 5.5 | 30
17 Days off | 100404 | | | | 19 | 0.0

7-3043

BB000118

M J                100109
                   100112

Chrystie Gaines        100113

Tim Montgomery      100114
    100125 10 Days off  100120      Baseline    100122  21 on Days
Latasha                100115

Barry Bond        100121

Bob      Three Days   100127  A    1/5/01   Tren
                      100128  B    1/8/01

Paul  Three Days   100129    1/5/01    Tren
                   100130    1/8/01

Mary's Friend   100131    Three days
                100132    1/5/00
                          1/8/00

BB000113

## BARRY

* BLOOD TEST NOV 29, FEB 14, MARCH 28.
$450

* "G" 1 Box off season & 2 Box season
$ 1500.00

* Depo test Cyp 3 Bottles off & Reg Season
$ 450

* Clear & CREAM off & Reg Season $200

* Clomifeno off & Reg 100 pills
$ 100

TOTAL
$ 2000

23955

Citation number: _____

_____

_____

_____

_____

PLACE
STAMP
HERE

2 3 8 2 6

FARGO
WELLS FARGO W
WELLS FARGO WELLS FA
FARGO WELLS FARGO FA
LS FARGO WELLS FARGO FA
LLS FARGO WELLS FARGO FA
.N.

SL-4R (5/98)

Please be sure to place a postage stamp and write your return address on the face of this envelope. Because of a change in Postal Regulations, letters mailed without a stamp will not be forwarded to Wells Fargo Bank.

Thank You.

♻ Printed on Recycled Paper

12-24-99

$9000

SANDY
FACE
X-mas

$500  BARRY
STUFF

$500  TAXS

23837

GARY/11-27 - Ree
11-28 - C- 40 little one
11-28 - T.S. 1cc
11-30 -02  40 C little one
K -
12-2-02  1cc T / 40-G little one

Barry

12-2-02
T- 1cc  C- 30  little
Ree