ALLEN RUBY (SBN 47109)
LAW OFFICES OF ALLEN RUBY
125 South Market Street #1001
San Jose, CA 95113
Telephone: (408) 998-8500 ext. 204
Facsimile: (408) 998-8503

CRISTINA C. ARGUEDAS (SBN 87787)
TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

Attorneys for Defendant
BARRY LAMAR BONDS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BARRY LAMAR BONDS, <br><br> Defendant. | Case No. CR 07 0732 SI <br><br> **MANUAL FILING NOTIFICATION** |

Regarding: Defendant's Reply to United States' Opposition to Motion in Limine to Exclude Evidence

    This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

//

//

//

1

This filing was not e-filed for the following reason(s): the item was under seal.

Dated: February 2, 2009				Respectfully submitted,

				 /s/ Dennis P. Riordan
				DENNIS P. RIORDAN

				Attorney for Defendant
				BARRY LAMAR BONDS