1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4   MATTHEW A. PARRELLA (NYSBN #2040855)
    JEFFREY D. NEDROW (CSBN #161299)
5   JEFFREY R. FINIGAN (CSBN #168285)
    J. DOUGLAS WILSON (DCBN #412811)
6   Assistant United States Attorneys

7   150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
8   Telephone: (408) 535-5045
    Facsimile: (408) 535-5066
9   Email: jeff.nedrow@usdoj.gov

10
    Attorneys for Plaintiff
11

12                         UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14                             SAN FRANCISCO DIVISION

15   UNITED STATES OF AMERICA,              )    No. CR 07-0732-SI
                                            )
16          Plaintiff,                      )    **EXHIBITS TO UNITED STATES'**
                                            )    **OPPOSITION TO DEFENDANT'S**
17     v.                                   )    **MOTION IN LIMINE TO EXCLUDE**
                                            )    **EVIDENCE**
18   BARRY BONDS,                           )
                                            )    Date: February 5, 2009
19          Defendant.                      )    Time: 10:30 a.m.
     _____)    Judge: Honorable Susan Illston

20

21

22

23

24

25

26

27

28

    EXHIBITS TO U.S. OPPOSITION
    TO DEFENSE MOTION IN LIMINE
    [CR 07-0732-SI]

# EXHIBIT 1

# EXHIBIT 1

The following table tracks documents referred to in the defendant's motion by collection

date. The ID/donor number comes from the document itself.

| Collection Date | ID/Donor # on report | Description | Bates Stamp |
|---|---|---|---|
| 2/25/2000 | Barry Bonds | St. Joseph's Hospital and Medical Center - blood test result | BB02898 |
| 11/28/2000 | 100121 (identified as the defendant on log[1] seized from Balco) | Quest Diagnostics, Inc. - urine test result - Anabolic Steroid Panel II requested (Positive: Methenolone and Nandrolone) | BB000127 |
| 01/19/2001 | B, B DOB: 07/24/64 | Specialty Lab blood test - Testosterone, Free & Total requested | BB000145 |
| 02/05/2001 | 100145 (identified as the defendant on log seized from Balco) | Quest Diagnostics, Inc. urine test result- Anabolic Steroid Panel II requested (Positive: Methenolone) | BB000129 |
| 02/19/2001 | 100155 (identified as the defendant on log seized from Balco) | Quest Diagnostics, Inc. urine test result- Anabolic Steroid Panel II requested (Positive: Methenolone and Nandrolone) | BB000131 |
| 02/20/2001 | Barry Bonds | St. Joseph's Hospital and Medical Center -blood test result | BB02955 |

---

[1]The admissibility of the log is treated separately under a separate section of this
opposition.

1

| | | | |
|---|---|---|---|
| 07/06/2001 | 100321<br>(identified as the<br>defendant on log<br>seized from<br>Balco) | Quest Diagnostics, Inc.<br>urine test result-<br>Anabolic Steroid Panel II requested | BB000133 |
| 10/13/2001 | 100404<br>(identified as the<br>defendant on log<br>seized from<br>Balco) | Quest Diagnostics, Inc.<br>urine test result-<br>Anabolic Steroid Panel II requested | BB000134 |
| 11/08/2001 | 100424<br>(identified as the<br>defendant on log<br>seized from<br>Balco) | Quest Diagnostics, Inc.<br>urine test result-<br>Anabolic Steroid Panel II requested | BB000135 |
| 11/08/2001 | Barry Bonds | Lab One blood test result-<br>Free & Total Testosterone requested | BB000147 |
| 11/08/2001 | Barry Bonds | Lab One blood test result<br>(same test as above) | BB001585 |
| 12/03/2001 | Barry Bonds | Lab One blood test result-<br>Blood Chemistry requested | BB001589 |
| 01/08/2002 | Barry Bonds | Lab One blood test result-<br>Blood Chemistry requested | BB001593 |
| 02/26/2002 | Barry Bonds | St. Joseph's Hospital and Medical<br>Center -blood test result | BB002900 |
| 04/12/2002 | Barry Bonds | Lab One blood test result-<br>Blood Chemistry requested | BB001595 |
| 12/20/2002 | 100545<br>(identified as the<br>defendant on log<br>seized from<br>Balco) | Quest Diagnostics, Inc.<br>-urine test result-<br>Steroid Panel 2 requested | BB000136 |
| 02/06/2003 | 100552<br>(identified as the<br>defendant on log<br>seized from<br>Balco) | Quest Diagnostics, Inc.<br>-urine test result-<br>Steroid Panel 1 w/nit requested | BB000138 |

| 02/23/2003 | Barry Bonds | Chandler Regional Lab -blood test result | BB02961 |
|---|---|---|---|
| 05/28/2003 | Barry Bonds | Quest Diagnostics, Inc. urine collection form | BB000753 |
| 05/28/2003 | Barry Bonds | Quest Diagnostics, Inc. urine test result - BOS Profile I w/nit requested (same test as above) | BB000755 |
| 05/28/2003 | Barry Bonds | Quest Diagnostics, Inc. urine test result (same test as above) | BB000757-815 |
| 05/30/2003 | 100572 (identified as the defendant on letter seized from Balco) | Quest Diagnostics, Inc. urine test result- Steroid Panel 1 w/nit requested | BB000123 |
| 06/04/2003 | Barry Bonds | Group Collection Log | BB000712 |
| 06/04/2003 | Barry Bonds/ Specimen Number 052517, UCLA Code ZZ2315 7H406 | MLB/UCLA urine test result (Positive: THG, Clomiphene, exogenous testosterone) (same test as above) | BB000713-23 |
| 06/05/2003 | 100573 (identified as the defendant on letter seized from Balco) | Quest Diagnostics, Inc. urine test result- Steroid Panel 1 w/nit requested | BB000143 |
| 08/31/2003 | Barry Bonds | St. Joseph's Hospital and Medical Center -blood test result | BB002047 |
| 07/07/2006 | 10001/ Barry Bonds | CDT/INRS urine test result (Positive: D-amphetamine) | BB001895 |

# EXHIBIT 2

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

      150 Almaden Boulevard, Suite 900
      San Jose, California 95113
      Telephone: (408) 535-5045
      Facsimile: (408) 535-5066
      E-Mail: jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 07–00732-SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DECLARATION OF LARRY BOWERS** |
| | ) | |
| | ) | |
| BARRY BONDS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

I, LARRY BOWERS, declare:

    1. I am employed as the Chief Science Officer by the United States Anti-Doping

Agency (USADA). USADA is a non-profit organization in the United States dedicated to using

testing, adjudication, education, and research to deter the use of performance-enhancing drugs in

Olympic, Paralympic, and Pan American sport. Among other duties, I am involved in

1

overseeing the education and research mission of USADA. I have served in this position since approximately September 2000. I was one of the first employees to join USADA following its creation in 2000.

2. By training, I am a chemist. I obtained a bachelor's degree in chemistry in 1972, and a Ph.D. in chemistry in 1975. A copy of my curriculum vitae is attached as an exhibit to this declaration.

3. Prior to working at USADA, I held a position as a professor in the Department of Pathology and Laboratory Medicine at Indiana University Purdue University at Indianapolis (IUPUI) from 1992-2000. In that capacity, I was the director of athletic drug testing and the toxicology laboratory. Prior to my position at IUPUI, I held a position as a professor in the Department of Laboratory Medicine and Pathology at the University of Minnesota from 1978-1992, during which time I also was associate director of the clinical chemistry laboratory for the University of Minnesota Hospitals. I also worked for two years at a postdoctoral fellow at the University of Oregon Health Sciences Center, where I worked in a clinical laboratory. I was certified by the American Board of Clinical Chemistry in the areas of clinical chemistry and toxicology.

4. During my career in academia and while at USADA, I have conducted or overseen research on performance-enhancing drugs, including testosterone, human growth hormone, erythropoietin, and other drugs, and the way the body metabolizes drugs. Through my research and experience, I have become familiar with the physiological results of taking anabolic steroids and other performance-enhancing drugs in terms of their impact on a person's physique, blood, and urine. I have become familiar with the phenomena of testosterone/epitestosterone suppression.

2

5. As a part of my position at USADA, I routinely attend conferences on the latest developments in the field of detecting, deterring, and researching performance-enhancing drugs in sport. To my best ability, I review current scientific literature and publications in the field of performance-enhancing drugs and efforts to keep them out of sport. I have testified on behalf of USADA as an expert on many occasions at disciplinary hearings for athletes suspected of using performance-enhancing drugs. I also have been qualified in federal court as an expert in the area of performance-enhancing drugs, and testified pursuant to that qualification in a federal criminal trial in 2008. The case was *United States v. Graham*, CR 06-0725-SI.

6. Based upon my experience and training, my review of peer-reviewed scientific literature, my ongoing professional communications with scientists in the anti-doping community, and my own research, the following statements are accepted tenets of anti-doping science which are based on reliable scientific principles:

a.   Testosterone, human growth hormone (HGH), insulin, and erythropoietin (EPO), are performance-enhancing substances.

b.   Testosterone is a chemical that causes muscle growth and retention of muscle. It can make a person stronger and it can benefit a person's ability to recover, i.e. it can enable a person to work muscles more often and harder than without the assistance of testosterone. Exogenous, or foreign testosterone, can cause a variety of physiological effects in a person, including acne, physiological effects to the genitalia, an ability to rapidly increase muscle mass, and other effects.

c.   HGH can cause changes to the body by itself or, in connection with other substances, e.g. anabolic steroids and insulin, that can be responsible for the growth of a large number of bodily systems, e.g. muscles and bones. Similar to testosterone, HGH can enhance

3

athletic performance by promoting muscle growth and speeding recovery time for muscles after they have been utilized.

      d.     Insulin is a chemical that assists the body to get sugar and other constituents into the cell. As a performance-enhancing substance, insulin is used to regenerate energy stores in the cell and to prevent muscle breakdown. Insulin is frequently used in conjunction with another substance, such as HGH. HGH increases muscle growth while insulin decreases muscle breakdown, resulting in faster recovery and more muscle accumulation than either substance alone.

      e.     EPO is a hormone that regulates the number of red blood cells in the blood system. If EPO in addition to the amount naturally produced by the body is administered into the body, it can increase the number of red blood cells in a body's blood system. The performance-enhancing aspect of such an effect is that a body is thereafter able to better transport oxygen to muscles, which can make the muscles more effective in making energy. The benefits of EPO are that a person may experience improved endurance and energy. EPO can enhance a person's ability to train for athletic performances and to perform in athletic competitions.

7. In addition, I am aware from my experience at USADA that it is illegal to distribute and obtain the substances identified herein for performance-enhancement and without a legitimate medical condition requiring such a substance and a prescription from a physician. Examples of legitimate medical conditions related to each substance are as follows: muscle-wasting conditions associated with AIDS (testosterone); growth deficiencies in children (HGH); Type I diabetes (insulin); and anemia-related conditions associated with cancer (EPO). The substances are also illegal in that they are contained on the list of drugs banned in sport, such as the World Anti Doping Agency prohibited list.

4

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge at Colorado Springs, Colorado on January 26, 2009.

Larry D. Bowers
Chief Science Officer
United States Anti-Doping Agency

**Larry D. Bowers, Ph.D., DABCC**
Senior Managing Director
United States Anti-Doping Agency
Colorado Springs, CO 80906
(719)-785-2003

## Education:

Franklin and Marshall College, Lancaster, PA. B.A. (Chemistry), 1972.

University of Georgia, Athens, GA. Ph.D. (Chemistry), 1975.

University of Oregon Health Sciences Center, Portland, OR. Postdoctoral study, 1975-1977.

## Experience:

United States Anti-Doping Agency
 SENIOR MANAGING DIRECTOR, TECHNICAL AND INFORMATION RESOURCES, September, 2000.

Indiana University Purdue University at Indianapolis
 PROFESSOR, Department of Pathology and Laboratory Medicine, 1992-2000.
 DIRECTOR, Athletic Drug Testing and Toxicology Laboratory, 1992-2000.
 PROFESSOR, Department of Chemistry, Purdue University School of Science at Indianapolis, 1993-2000.

Visiting Associate Professor, Cornell University, Equine Drug Testing and Toxicology Mass Spectrometry Facility, March - June, 1987.

University of Minnesota, 1978-1992.
 PROFESSOR, Department of Laboratory Medicine and Pathology, 1988 - 1992.
 ADJUNCT PROFESSOR, Department of Chemistry, 1984-1992
 Facility manager, Health Sciences Mass Spectrometry Resource, 1981-1992
 Member, University of Minnesota University-Industry Cooperative Research Center for Biocatalytic Process Technologies, 1984-1992

Postdoctoral Training, University of Oregon Health Sciences Center (1975 - 1977).

## Service Responsibilities:

Director, Athletic Drug Testing and Toxicology Laboratory, Indiana University (1992-2000).

Assistant Director, Clinical Chemistry Section, University of Minnesota (1988-1992)

Director, Drug Analysis Laboratory, Clinical Chemistry Section, University of Minnesota (1980-92).

## Distinctions:

World Anti-Doping Agency
 Member, Independent Observer team, Sydney Olympic Games, 2000
 Member, Standards and Harmonization Committee, 2000 – present
 Chairman, Laboratory Accreditation Subcommittee, 2001 – present

Member, Working Group on Identification of Substances by GC/MS, LC/MS, and MS/MS. US Substance Abuse and Mental Health Services Administration (SAMHSA), September, 2000.

Consultant, US Food and Drug Administration, Medical Devices Advisory Committee, 2000–present.

Chairman, Subcommittee on GC/MS Standards, National Committee for Clinical Laboratory Standards, 1995–present

Deputy Director, Anti-Doping Laboratory, Pan American Games, Montreal, Quebec, Canada, July 1999.

Deputy Director, Athletic Drug Testing Laboratory, XXV Olympic Games, Atlanta, GA, July 1996.

American Board of Clinical Chemistry – Certificate in Toxicological Chemistry #101, 1994; Certificate in Clinical Chemistry #562, 1979.

Laboratory Director Certificate of Qualification (#B10438), New York State Department of Health, 1994.

### *Clinical Chemistry*
Associate Editor, Toxicology/Therapeutic Drug Monitoring, 1994-2000
Board of Editors, 1988-1994, 2000-present

Faculty, Advanced Analytical Techniques, Advanced Toxicology Workshop, American Association for Clinical Chemistry, Baltimore, MD, June, 1998; Alexandria, VA, 2000.

Chairman, Midwest Association of Toxicology and Therapeutic Drug Monitoring (MATT) annual meeting, Indianapolis, IN, April, 1997.

Chairman, 18th International Symposium on Column Liquid Chromatography, Minneapolis, MN, May, 1994.

Associate member, Commission on Nomenclature, Properties, and Units, International Union of Pure and Applied Chemistry, 1995 - present.

Representative, Joint Committee on Education in Toxicology (AACC; SOFT; CAT), 1996-1999.

Award for Outstanding Contributions to Clinical Chemistry in a Selected Area of Research, American Association for Clinical Chemistry, 1990.

Board of Editors, *Therapeutic Drug Monitoring,* 1992-present.

Faculty Member, AACC course *Professional Practice in Toxicology: A Review,* Cincinatti, OH, June 21-25, 1992; June 21-25, 1993; June 20-24 1994; and June 23-26, 1996.

Board of Directors, American Association for Clinical Chemistry, 1989-1991.

Board of Directors, American Board of Clinical Chemistry, 1985-91.

Co-chairman, Selected Topics, AACC/CSCC/IFCC International Meeting. San Francisco, CA, July,1990.

National Science Foundation Special Molecular Sciences Review Panel, NSF Science and Technology Center Initiative, April, 1988.

Leroy Sheldon Palmer Award in Chromatography, Minnesota Chromatography Forum, 1985.

## SELECTED RESEARCH PUBLICATIONS,
### REVIEWS, AND CHAPTERS
#### (of 114 Total Publications)

L.D. Bowers, "Abuse of performance enhancing drugs in sport." Ther. Drug Monit. 2002; 24: 178-81.

L.D. Bowers and D.J. Borts, "Direct measurement of testosterone and epitestosterone conjugates in urine with HPLC/MS/MS." *J. Mass Spectrom.* 2000; **35**: 50-61.

L.D. Bowers, R.S. Black, and D.J. Borts, "Athletic Drug Testing: An Analyst's View of Science and the Law." Ther. Drug Monit. 2000; 22: 98-102.

R.S. Black and L.D. Bowers, Mass spectrometric characterization of the $\beta$ -subunit of human chorionic gonadotropin," in *Protein and Peptide Analysis: New Mass Spectrometric Applications,* J.R. Chapman, ed., (Humana Press, Towanda, NJ, 2000) 337-54.

L.D. Bowers, "Oral dehydroepiandrosterone supplementation can increase the testosterone/epitestosterone ratio." Clin Chem 1999; 45: 295-297.

L.D. Bowers, "Anabolic agents and sports."*Therapeutic Drug Monitoring and Toxicology* 1998; 19: 303-19. (American Association for Clinical Chemistry continuing education peer-reviewed publication).

L.D. Bowers, "Athletic Drug Testing,"*Clinics in Sports Medicine* 1998; 17: 299-318.

D.A. Ullman, L.D. Bowers, and C.A. Burtis, "Chromatography," in *Teitz Textbook of Clinical Chemistry, 3rd ed,* C.A. Burtis and E. Ashwood, eds., (Saunders, Philadelphia, 1998) 164-204.

L.D. Bowers, "Analytical goals in therapeutic drug monitoring." *Clin. Chem.* 1998; **44**: 375-80.

L.D. Bowers, "Analytical advances in detection of performance-enhancing compounds." *Clin. Chem.* 1997; **43**: 1299-1307.

C. Liu and L.D. Bowers, "Mass spectrometric characterization of nicked fragments of the $\beta$-subunit of human chorionic gonadotropin" *Clin. Chem.* 1997; **43**: 1172-81.

L.D. Bowers and D.J. Borts, "Evaluation of selected ion storage ion trap mass spectrometry for detection of urinary anabolic agents." *Clin. Chem.* 1997; **43**: 1033-40

C. Liu and L.D. Bowers, "Mass spectrometric characterization of the $\beta$-subunit of human chorionic gonadotropin" *J. Mass Spectrom.* 1997; **32**: 33-42.

L.D. Bowers and D.J. Borts, "Separation and confirmation of anabolic steroids with quadrupole ion trap tandem mass spectrometry."*J. Chromatogr.* 1996; **687**: 69-78.

C. Liu and L.D. Bowers, "Immunoaffinity trapping of urinary human chorionic gonadotropin and its high-performance liquid chromatographic-mass spectrometric confirmation."*J. Chromatogr.* 1996; **687**: 213-220.

L.D. Bowers, and Sanaullah, "Direct measurement of steroid sulfate and glucuronide conjugates with high-performance liquid chromatography-mass spectrometry." *J. Chromatogr.* 1996; **687**: 61-68.

Sanaullah and L.D. Bowers, "Facile synthesis of [16,16,17-$^2$H$_3$]-testosterone and -epitestosterone and their glucuronides and sulfates." *J. Steroid Biochem. Molec. Biol*. 1996; **58**: 225-34.

L.D. Bowers, "Coupled Mass Spectrometric-Chromatographic Systems," in *Handbook of Analytical Toxicology*, S. Wong and I. Sunshine, eds., (CRC Press, Boca Raton, 1996), 173-199.

D.A. Ullman, L.D. Bowers, and C.A. Burtis, "Chromatography," in *Teitz Fundamentals of Clinical Chemistry, 4th ed,* C.A. Burtis and E. Ashwood, eds., (Saunders, Philadelphia, 1996), 105-123.

W.C. Buss and L.D. Bowers, "The dose-dependent inhibition of rat renal translation elongation seen after *in vivo* cyclosporin A is not caused by cyclosporin metabolites." *Toxicology* 1995; **100**: 17-25.

S. Weisdorf, K. Hendrich, H. Liu, J. Wike, H. Merkle, L. Bowers, K. Ugurbil, " An *in vivo* $^{31}$P magnetic resonance scpectroscopy study of uridine excess in rats fed orotic acid." *Biochem. Molec. Med.* 1995; **54**: 43-52.

M.A. Lacerda, L.D. Bowers, D.C. Snover, W.D. Payne, and J.R. Bloomer, "Hepatic levels of Cyclosporine and metabolites in patients after liver transplantation." *Clin Transplantation* 1995; **9**: 35-38.

S.A. Gruber, J. Hewitt, A.L. Sorenson, D.L. Barber, L.D. Bowers, G. Rynders, L. Arrazola, A.J. Matas, M.E. Rosenberg, and D.M. Canafax, "Pharmacokinetics of FK-506 following intravenous and oral administration in patients awaiting renal transplantation." *J. Clin. Pharmcol.* 1994; **34**: 859-64.

D.A. Whitman, V. Abbott , K. Fregien, and L.D.Bowers, "Recent advances in HPLC/MS and HPLC/MS/MS: Detection of Cyclosporine and metabolites in kidney and liver tissue." *Ther Drug Monit* 1993; **15**: 552-6.

W.D. Branton, M.S. Rudnick, Y. Zhou, E.D. Ecleston, G.B. Fields, L.D. Bowers, "Fatty acylated toxin structure" *Nature* 1993; **365**: 496-7.

D.J. Waters, L.D. Bowers, R.J. Cipolle, D.D. Caywood, R.L. Bill, "Plasma salicylate concentrations in immature dogs following aspirin administration: Comparison with adult dogs." *J Vet Pharmacol Ther*. 1993; **16**: 275-82.

L.D. Bowers, D.A. Ullman, and C.A. Burtis, "Chromatography," in *Teitz Textbook of Clinical Chemistry, 2nd ed,* C.A. Burtis and E. Ashwood, eds., (Saunders, Philadelphia, 1993), 206-255.

I. Fu and L.D. Bowers, "Micro-quantitation of Cyclosporine and its metabolites and determination of their spectral absorptivities." *Clin. Chem.* 1991; **37**: 1185-1190.

J.A. Halikas, R.D. Crosby, G.A. Carlson, F. Crea, N.M. Graves, and L.D. Bowers, "Cocaine reduction in unmotivated crack users using carbamazepine versus placebo in a short term, double-blind crossover design." *Clin. Pharm. Ther.* 1991; **50**: 81-95.

L.D. Bowers, "Therapeutic monitoring of cyclosporine: Difficulties in establishing a therapeutic window." *Clin. Biochem.* 1991; **24**: 81-8.

R. Yatscoff, T.G. Rosano, and L.D. Bowers, "Clinical significance of cyclosporine metabolites." *Clin. Biochem.* 1991; **24**: 23-36.

L.D. Bowers, "Cyclosporine analysis by HPLC: Precision, accuracy, and minimum detectable quantity." Transpl. Proc. 1990; **22**: 1150-1154.

L.D. Bowers, D.D. Norman, X.-x. Yan, D. Scheeler, and K.L. Carlson, "Isolation and structural identification of $^9$hydroxy- $^9$desmethyl-cyclosporine." Clin. Chem. 1990; **36**: 1875-1879.

S. Pedigo and L.D. Bowers, "Solvatochromic comparison of alkyl-silica-based and polystyrene-divinylbenzene reversed phase columns." J. Chromatogr., 1990; **499**: 279-290.

P.O. Edlund, L.D. Bowers, T. Covey, and J.D. Henion, "Rapid determination of dianabol in equine urine by isotope dilution liquid chromatography tandem mass spectrometry." J. Chromatogr., 1989; **497**: 49-57.

L.D. Bowers, "High performance liquid chromatography/mass spectrometry: State of the art for the drug analysis laboratory." Clin. Chem. 1989; **35**: 1282-1287.

P. O. Edlund, L.D. Bowers, and J.D. Henion, "Determination of dianabol and its metabolites in equine plasma and urine by coupled-column liquid chromatography and tandem mass spectrometry," J. Chromatogr., 1989; **487**: 341-356.

P.W. Carr and L.D. Bowers, *Immobilized Enzymes in Analytical and Clinical Chemistry: Applications and Fundamentals* (Wiley-Interscience, New York, 1980), 1-460.

R.S. Black and L.D. Bowers, Evidence for partial glycosylation of O-linked sites in the $\beta$-subunit of human chorionic gonadotropin. *J. Mass Spectrom.* 1999; In preparation.

## SELECTED PRESENTATIONS
## AT SCIENTIFIC MEETINGS

*L.D. Bowers,* "Mass Spectrometry in Clinical Diagnosis of Disease," American Association for Clinical Chemistry, San Francisco, CA, July, 2000.

*L.D. Bowers,* "Testing for Performance Enhancing Drugs in Sports," American Society of Clinical Laboratory Scientists, San Francisco, CA, July, 2000.

*L.D. Bowers,* "Analytical Toxicology Issues in the Fight Against Drugs in Athletics" University of Utah, Salt Lake City, UT, May, 2000.

*L.D. Bowers,* "LC/MS/MS in Clinical Toxicology," Analytica Congress, Munich, Germany, April, 2000.

*L.D. Bowers,* "Detection of Performance-enhancing Drugs in Athletics: An Analytical Adventure" University of Saarland, Homburg/Saar, Germany April, 2000.

*L.D. Bowers,* "Dietary Supplements: What's Going on Out There?" Indiana Athletic Trainers Association, Indianapolis, IN, October, 1999.

*L.D. Bowers,* "Athletic Drug Testing - An Analysts View of Science and the Law", 6th International Congress of Therapeutic Drug Monitoring and Clinical Toxicology, Cairns, Australia, September, 1999

*L.D. Bowers,* HPLC/MS/MS Workshop, 6th International Congress of Therapeutic Drug Monitoring and Clinical Toxicology, Cairns, Australia, September, 1999

*L.D. Bowers,* "Detection of Performance-enhancing Drugs in Athletics: An Analytical Adventure" Miami University (Ohio), OH, February, 1999.

*L.D. Bowers,* "" Plenary lecture; Mass Spectrometry in Clinical Diagnosis of Disease, 11th American Society for Mass Spectrometry Sanibel Conference, Sanibel Island, FL, January, 1999.

*L.D. Bowers,* "Athletes, Drugs and the Courts: An Analyst's Perspective" Ball State University, February, 1998.

*L.D. Bowers,* "Athletes, Drugs and the Courts: An Analyst's Perspective" Indiana Section, American Chemical Society, Indianapolis, IN February, 1998.

*L.D. Bowers,* "Drug Testing and the Elite Athlete" New York State Academy of Family Physicians Annual Meeting, Lake Placid, NY, January, 1998.

*L.D. Bowers,* "Applications of Chromatography/MS/MS in Toxicology." 5th International Congress of Therpaeutic Drug Monitoring and Clinical Toxicology, Vancouver, BC, Canada, November, 1997.

*L.D. Bowers,* "Why Sample Spectra and Library Spectra Don't Match: An Overview of Mass Spectral Interpretation and Library Searching" (Workshop) Society of Forensic Toxicologists Meeting, Salt Lake City, UT, October, 1997.

Larry D. Bowers, Ph.D., DABCC

Curriculum vitae

*L.D. Bowers,* "Studying Phase II Metabolism of Steroids with HPLC/MS/MS" (Workshop) Society of Forensic Toxicologists Meeting, Salt Lake City, UT, October, 1997.

*L.D. Bowers,* "Analytical Goals in Therapeutic Drug Monitoring" American Association for Clinical Chemistry Annual Meeting, Atlanta, GA, July, 1997.

*L.D. Bowers,* "Forensic Urine Drug Testing/Doping Control in Sports Medicine: Tandem Mass Spectrometry for Steroid Drug Analysis." Pittsburgh Conference, Atlanta, GA, March, 1997.

*L.D. Bowers* and Sanaullah, "Direct Measurement of Testosterone and Epitestosterone Glucuronides and Sulfates by HPLC/MS/MS." Society of Forensic Toxicologists, Denver, CO, October, 1996.

*L.D. Bowers,* "Decreasing the Detection Threshold: Application of GC/ and HPLC/Mass Spectrometric Techniques." International Federation of Clinical Chemistry, London, England, July, 1996.

*L.D. Bowers,* "Endocrine System Manipulation in Athletes." 31st Academy of Clinical Laboratory Physicians and Scientists meeting, St. Louis, MO, June, 1996

*L.D. Bowers,* "Detection of Endocrine System Manipulation in Athletes." Medical College of Virginia, Richmond, VA, April, 1996.

*L.D. Bowers,* "Detection of Endocrine System Manipulation in Athletes." University of Utah, Salt Lake City, UT, April, 1996.

*L.D. Bowers,* "Analytical Challenges in Athletic Drug Testing for International Competition," (Keynote Speaker), Minnesota Chromatography Forum, Minneapolis, MN, April, 1996.

*L.D. Bowers* "Fundamentals of Quadrupole Ion Traps" 14th Cologne Workshop of Doping in Sport, Cologne, Germany, March, 1996.

*L.D. Bowers* "Ion Trap MS/MS for Confirmation of Anabolic Steroids" 14th Cologne Workshop of Doping in Sport, Cologne, Germany, March, 1996.

*L.D. Bowers* "Confirmation of hCG in Urine using Imumunoaffinity Extraction and HPLC/MS" 14th Cologne Workshop of Doping in Sport, Cologne, Germany, March, 1996.

*L.D. Bowers,* Sanaullah, "HPLC/MS Measurement of Steroid Sulfates and Glucuronates", 4th International Congress of Therapeutic Drug Monitoring and Clinical Toxicology, Vienna, Austria, September, 1995.

*L.D. Bowers,* C. Lui, "An HPLC/Mass Spectrometric Method for Confirmation of HCG in Urine", Third IOC World Congress on Sport Sciences, Atlanta, GA., September 1995.

*L.D. Bowers,* Sanaullah, "Direct Measurement of Testosterone and Epitestosterone Glucuronate and Sulfate with HPLC/MS", Third IOC World Congress on Sport Sciences, Atlanta, GA, September 1995.

*L.D. Bowers*, "Ion Trap MS and MS/MS in Toxicological Analysis", 4th International Congress of Therapeutic Drug Monitoring and Clinical Toxicology, Vienna, Austria, September, 1995.

*L.D. Bowers*, "Selected Ion Storage and Tandem Mass Spectrometry for the Analysis of Anabolic Steroids.", 1995 Annual Meeting of the American Association for Clinical Chemistry, Anaheim, CA, July, 1995.

*L.D. Bowers*, "Methods for Detection of Endocrine Manipulation in Athletes." Clinical Chemistry Visiting Professor Program, Washington University, St. Louis, MO, June, 1995.

*L.D. Bowers*, "Beating a Urine Drug Test: From Aspirin to Urinaid." National Athletic Trainers Association National meeting, Indianapolis, IN, June, 1995.

*L.D. Bowers*, "Characteristics of a Good Drug Testing Program: From Collection to Interpretation." NCAA Crew Chiefs meeting, Bar Harbor, ME, June, 1995.

*L.D. Bowers*, "Detection of Endocrine System Manipulation in Athletes." Pathology Department Laboratory Rounds, University of Wisconsin, Madison, WI, May, 1995.

*L.D. Bowers*, "Characterization of human Chorionic Gonadotropin Using HPLC/MS" 43rd ASMS Conference, American Society for Mass Spectrometry, Atlanta, GA, May, 1995.

*L.D. Bowers*, and Sanaullah "Direct Measurement of Steroid Glucuronides and Sulfates with HPLC/MS", 43rd ASMS Conference, American Society for Mass Spectrometry, Atlanta, GA, May, 1995.

*L.D. Bowers*, "Selected Ion Storage and Tandem Mass Spectrometry of Anabolic Steroids", 43rd ASMS Conference, American Society for Mass Spectrometry, Atlanta, GA, May 1995.

*L.D.Bowers*, "Ion Trap GC/MS and GC/MS/MS Measurement of Cocaine and its Metabolites", 43rd ASMS Conference, American Society for Mass Spectrometry, Atlanta, GA, May, 1995.

*L.D. Bowers*, "Drug analysis in athletics: Pushing the limits of LC and CE/MS." Perkin Elmer Symposia, April 1995.

Sanaullah and *L.D. Bowers*, "Direct measurement of testosterone and epitestosterone glucuronate and sulfate." 13th Cologne Workshop of Doping in Sport, Cologne, Germany, March, 1995.

*L.D. Bowers* and J. Baenziger, "Systematic investigation of urine manipulation agents: Aspirin, phenylbutazone, penicillin and ampicillin." 13th Cologne Workshop of Doping in Sport, Cologne, Germany, March, 1995.

*L.D. Bowers* "Analysis of anabolic steroids on the ion trap: Selected ion storage and non-resonant and resonant MS/MS" 13th Cologne Workshop of Doping in Sport, Cologne, Germany, March, 1995.

# EXHIBIT 3

# DON H. CATLIN, M.D.

## COMMUNICATIONS:

| | |
|---|---|
| Telephone: | ADR 310-482-6925 (messages taken at UCLA 310-825-2635) |
| Facsimile: | ADR 310-482-6929 |
| Emails: | dcatlin@antidopingresearch.org or dcatlin@ucla.edu |
| Web site | www.antidopingresearch.org |
| Address: | Anti-Doping Research<br>3873 Grand View Blvd.<br>Los Angeles, Ca. 90066 |

## PERSONAL HISTORY:

| | |
|---|---|
| Address: | 12415 Rochedale Lane, Los Angeles, CA. 90049 |
| Date of Birth: | June 4, 1938   Connecticut |
| Marital status: | Widowed, 1989 |
| Children: | Bryce 1974, Oliver 1976 |

## EDUCATION and TRAINING:

| | | |
|---|---|---|
| Yale University | B.A. | 1960 |
| University of Rochester<br>School of Medicine | M.D. | 1965 |
| University of California<br>Los Angeles<br>Department of Medicine | I Internship<br>II Residency | 1965-1966<br>1966-1967 |
| University of Vermont<br>Department of Medicine | III Residency | 1967-1968 |

## EDUCATION and TRAINING: (continued)

| University of California, | IV Residency | 1968-1969 |
| Los Angeles | Chief Resident | |
| Department of Medicine | | |

## PRESENT POSITIONS: UNIVERSITY OF CALIFORNIA, LOS ANGELES

| Professor of Molecular and Medical Pharmacology | 2002 - 2007 - |
| Professor Emeritus of Molecular and Medical Pharmacology | 2007 - |
| Founder and Director, UCLA Olympic Analytical Laboratory | 1982 - 2007 |

## PRESENT POSITIONS: LOCAL, NATIONAL AND INTERNATIONAL

Anti-Doping Research Institute (Not for Profit)
   President                                                    2006

International Olympic Committee (IOC)
   Member, Medical Commission               1989 -
   Chair, Science and Medicine Committee      2003 -

World Anti-Doping Agency (WADA)
   Laboratory Director                         2000 - 2007
   Member Medicine and Science Committee   2006 - 2008

Los Angeles Sheriffs Department, Medical Review Officer   1991 -

## CERTIFICATION:

| License to Practice Medicine: | California | 1965- |
| | Vermont | 1967 - 1990 |
| | District of Columbia | 1968 - 1980 |

Diplomate: American Board of Internal Medicine          1970
          Board Certified, Internal Medicine

## UCLA OLYMPIC ANALYTICAL LABORATORY CERTIFICATION:

| The International Olympic Committee | 1983 - |
| College of American Pathologists | 1993-2001 |
| International Organization for Standardization (ISO) | 1999 - |

## UCLA OLYMPIC ANALYTICAL LABORATORY CERTIFICATION: (continued)

| | |
|---|---|
| U.S. Department of Defense | 2000 - |
| World Anti-Doping Agency (WADA) | 2004 - |

## PAST ACADEMIC POSITIONS:

University of California, Los Angeles

Department of Medicine
    Assistant Professor      1972-1979
    Associate Professor      1979-2001

Department of Pharmacology
    Assistant Professor      1972-1979
    Associate Professor      1979-2001

## PAST POSITIONS:

United States Army Medical Corps      1969-1972

    Walter Reed Army Institute of Research, Washington, D.C.,
    Captain 1969-1970,   Major (retired, 1972)
    Department of Medicine, Gastroenterology

District of Columbia, Department of Health

    Director, Substance Treatment Clinic      1971-1972

University Committees

    Physicians Health Committee, UCLA Medical Center      1991 - 2007

International Federation of Clinical Chemistry:

    Committee on Laboratory Analysis of Drugs of Abuse, Chairman      1988-1996

International Olympic Committee

    Subcommission on Out-of-Competition Testing.      1991-1999
    Various working groups

## PAST POSITIONS (continued):

United States Olympic Committee

| Committee on Substance Abuse, Research and Education | |
| --- | --- |
| Founding Chairman | 1985-1989 |
| Member | 1989-2000 |

International Doping Control Working Group, U.S. representative. 1987-1999

Soviet-American Joint Drug Education & Anti-doping Commission 1988-1992

National Collegiate Athletic Association:

| Various committees | 1985-2001 |
| --- | --- |

| Council of Europe, Invited Delegate: | 1987-1994 |
| --- | --- |

## PROFESSIONAL ACTIVITIES:  PAST MEMBERSHIP

The Androgen Society

California Medical Association

Western Society for Clinical Research

American Association for the Advancement of Science

American Chemical Society

International Federation of Clinical Chemistry

American Association for Clinical Chemistry

U.S. Pharmacopeial Convention

## PROFESSIONAL ACTIVITIES: ad hoc CONSULTANT

| Editorial Service: | Various scientific journals including: JAMA, Nature, Steroids, J Clinical Endocrinology and Metabolism, and J Mass Spectrometry |
| --- | --- |
| Editorial Board: | The Georgia Tech Sports Medicine and Performance Newsletter Drugs and sport reviewer for Clinical Chemistry, Nature and others |

## PROFESSIONAL ACTIVITIES: ad hoc CONSULTANT (continued)

National Institute on Substance Abuse
Health and Human Services
Food and Drug Administration
Office of National Drug Control Policy
Drug Enforcement Agency
Department of Justice
Armed Forces Institute of Pathology

State of California: Department of Alcohol and Drug Programs, Health and Welfare Agency
Department of Health Services, Board of Medical Quality Assurance
California Horse Racing Board
State Compensation Insurance Fund, Department of Justice
Department of Education
Lawrence Livermore Laboratories

City of Los Angeles: Chief Medical Examiner-Coroner
City Attorney's Office
Los Angeles Police Commission

Sport Organizations: National Collegiate Athletic Association

United States Olympic Committee and all USOC National Sport
Governing Bodies such as USA Track and Field

International Sport Federations, various and including: International
Amateur Athletic Federation, Cycling (UCI), soccer (FIFA)

National Football League

National Strength and Conditioning Association

Various colleges and universities

Major Media Consultant on Drugs and Sport:

New York Times; Washington Post; Los Angeles Times; British Broadcasting
Corporation; London Times; Sports Illustrated; ABC, CBS, and NBC Sports;
Turner Sports; ESPN Sports; Time, National Public Radio, and others.

## HONORS AND SPECIAL AWARDS:

Alpha Omega Alpha Honor Medical Society                    1965

## HONORS AND SPECIAL AWARDS: (continued)

International Olympic Committee:

    Distinguished Sports Medicine Physician Award       1989

National Strength and Conditioning Association:

    Presidents Award       1990

Los Angeles Times

    100 Most Influential Persons in Sport       1990

American Society of Mass Spectrometry

    Plenary Speaker       1995
    Plenary Speaker       2005

Sportsman of the Year, 2003
    Chicago Tribune       2003

## INVITED LECTURES: INTERNATIONAL AND NATIONAL, since 1990

Main Topics: 1. Clinical Uses of Anabolic Androgenic Steroids; 2. Adverse Effects of Anabolic Steroids; 3. Testing for Anabolic Steroids; 4. Antidoping Activities in the U.S.; 5. Carbon Isotope Ratio Techniques; 6) Pharmacology of Drugs of Abuse; 7) Tetrahydrogestrinone.

American Society of Addiction Medicine, Annual Meeting. Boston, MA    November, 1990.

Council of Europe, U.S. delegate. Anti-doping Convention. Strasbourg, France.    June, 1991.

National Collegiate Athletic Association (NCAA). Annual Conference for Physicians.
    Sun Valley, Idaho.    June 24, 1991.

U.S. Drug Enforcement Agency - Symposium on Anabolic steroids. Boston, MA. July 1991.

Surgeon General: U.S. Department of Defense. Fort Sam Houston, Texas.   August, 1991.

Third Permanent World Conference on Drugs in Sport. Bergen, Norway.   September, 1991.

American Society of Addiction Medicine. Cleveland, Ohio. April, 1991.

Keynote Speaker: Analytical Considerations in doping Control in Olympic and Sports Medicine.
Federation for Analytical Chemistry and Spectroscopy Society. Anaheim, CA. October, 1991.

## INVITED LECTURES: INTERNATIONAL AND NATIONAL, since 1990 (continued)

United States Olympic Committee: Olympic Congress of the USA. Colorado Springs, Co. November, 1991.

Soviet Sportsmedicine in cooperation with Soviet-American Joint Commission on Drug Abuse. Moscow, Soviet Union    December 1991.

Pittsburgh Conference. (GC-MS of Anabolic Steroids) New Orleans, LA. March, 1992.

National Football League. Washington, D.C. and Denver, CO. May, 1992.

Federal Bureau of Investigation. Toxicology Symposium. Quantico, VA. June, 1992.

Council of Europe, Anti-Doping Convention. Strasbourg, France. December, 1992.

Central American Caribbean Scientific Congress. San Juan, Puerto Rico. March, 1993.

Symposium: Control of Doping with Anabolic Steroids. London, U.K. September, 1993.

Fourth Permanent World Conference on Anti-doping in Sport. London, UK. September, 1993.

Centenial of the International Olympic Committee. Paris, France. August, 1994.

Royal Pharmaceutical Society of Great Britain. 131st British Pharmaceutical Conference. London, England. September, 1994.

Second International Androgen Workshop. Agency for International Development. Long Beach. February 1995.

XIIth Doping Control Seminar. Cologne, Germany    March, 1995.

Plenary Speaker: American Society of Mass Spectrometry. Atlanta, Georgia. May, 1995.

Seminar, Hewlett Packard. Palo Alto, CA. May, 1995.

National Association of Athletic Trainers. Indianapolis, In. June, 1995.

University of Oregon. Ashland, Oregon    August, 1995.

Australian Society of Mass Spectrometry. University of New South Wales, Sidney, Australia September, 1995.

World Congress of Sports Medicine. Atlanta, Georgia. September, 1995.

## INVITED LECTURES: INTERNATIONAL AND NATIONAL, since 1990 (continued)

University of Rochester, October, 1995.

HPLC Annual Meeting, keynote speaker, May, 1996.

XVIth World Congress of Clinical Chemistry. London, UK. July, 1996.

American College of Sports Medicine, June, Orlando, June, 1998.

USOC Olympic Congress, Phoenix, Arizona. November, 1998.

Australian International Symposium on Analytical Science. Melbourne, Australia. July, 1999.

Australian Sports Medicine Association, Sydney, Australia. July, 1999.

American Medical Society for Sports Medicine, San Diego, March, 2000.

American College of Sports Medicine, Indianapolis, May, 2000.

The Endocrine Society, Toronto, Canada, June, 2000.

American Orthopedic Society for Sports Medicine, Los Angeles, March, 2002.

British Medical Association, London, UK, April, 2002.

American Association for the Advancement of Science (AAAS) Current Pharmacological
Doping Methods and Banned Substances. Seattle, WA, February 2004.

International Association of Horseracing Chemists and Veterinarians, Dubai, UAR March, 2004.

American Society of Andrology. Use, Abuse, and Addiction to Anabolic Steroids. Baltimore,
MD, April 2004.

American College of Sports Medicine. Indianapolis, IN, June 2004.

The Endocrine Society - Science Writers Conference. New York, NY, December 2005.

Neutracon Supplement Meeting. February 2006

Annual Meeting of American Society of Clinical Pathologists, Las Vegas, Nevada, October 2006

World Boxing Council - April, 2007 Cancun Mexico.
    Title: Use, Abuse, and Addiction to Anabolic Steroids.
    Title 2: Role of blood doping and erythropoietins in sport.

**INVITED LECTURES: INTERNATIONAL AND NATIONAL, since 1990 (continued)**

Saratoga Institute on Racing and Gaming Law, Albany Law School, August 7, 2007
Title: The Human Testing Experience Applied to Testing Race Horses.

## INVITED LECTURES: UCLA AND CALIFORNIA, since 1990

California State Department of Health Services: Public Health Grand Rounds. March, 1990.

UCLA Neuropsychiatric Institute: Substance Abuse Focus Group. UCLA. May, 1990.

Symposium: Sports Alcohol and Other Drugs. Oakland, CA.   October, 1990.

Grand Rounds. Childrens Hospital, Oakland, CA. August, 1990.

Pacific Interurban Clinical Club. Los Angeles, CA.   November 3, 1990.

Obstretrics and Gynecology Endocrinology Seminar. UCLA.   January, 1991.

California Society of Addiction Medicine. San Francisco, CA.   October, 1991.

Los Angeles Police Commission. Los Angeles, CA.   March, 1992.

Saint John's Hospital and Health Center. Santa Monica, CA.   September, 1992.

California Society of Addiction Medicine. Anaheim, CA.   November, 1992.

Obstretrics and Gynecology Assembly of Southern California. Los Angeles, CA. February, 1993.

World Cup Soccer, Federation International Football Association. Los Angeles, CA.   April 1994.

UCLA School of Medicine - Interdepartmental Conference. UCLA. May, 1994.

Grand Rounds, Hoag Memorial Hospital, September, 1995.

Harbor-UCLA Endrocrine Grand Rounds, October, 1995.

Wadsworth Veterans Administration, Endocrinology Grand Rounds, March, 1996.

Division of Family Practice, UCLA, October, 1996.

Harbor-UCLA Endocrine Grand Rounds, April, 1998.

## INVITED LECTURES:  UCLA AND CALIFORNIA, since 1990 (continued)

UCLA School of Medicine, Grand Rounds, June, 2002.

Solvay Course on Androgens Manhatten Beach, April, 2003.

American Association for the Advancement of Science, Seattle, February, 2004.

UCLA Department of Pediatrics, Endocrinology, Grand Rounds, October, 2004.

UCLA-Wadsworth, Department of Endocrinology, Grand Rounds, January, 2005.

Amgen, Thousand Oaks, CA. Drugs and Sports, Special Seminar, Internal video to all Amgen sites. December 2006

California Society of Addiction Medicine, State of the Art Conference, October, 2007
    Title: The Pharmacology and Testing of Enhanced Athletic Performance.

California Los Verdes Mens Club, October, 2007.
    Title: Can cheaters be stopped?

Manatt Law Firm. CLE: Drugs, Sport, and the Law. Internal video to all Manatt offices.
    January 11, 2008

## SEMINARS & SYMPOSIA ORGANIZED AND PRESENTED, since 1989

Chairperson and Principal Speaker: CME Course on Drugs in Sport for Physicians associated with United States Olympic Committee.
UCLA Medical Center, Los Angeles, CA. May 1989.

Second Permanent World Conference on Drugs in Sport.
Member of Organizing Committee
Moscow, USSR. September, 1989.

Department of Defense
Two day seminar on Anabolic steroids.
The Pentagon, November 16-17, 1990.

United States Olympic Committee (USOC).
Chair UCLA CME Course on Drugs in Sport for Physicians.
Colorado Springs, Colorado. May 18-20, 1991.

Third Permanent World Conference on Drugs in Sport.
Member of Organizing Committee and Speaker
Bergen, Norway. September 20-26, 1991.

## SEMINARS & SYMPOSIA ORGANIZED AND PRESENTED, since 1989

United States Olympic Committee.
Co-Chair UCLA CME course on Drugs, Athletes, and Testing.
Colorado Springs, CO. March 10-12, 1993.

Fourth Permanent World Conference on Drugs in Sport.
Member of Organizing Committee and Speaker
London, England. September 4-8, 1991.

United States Olympic Committee.
Co-Chair CME course on Drugs, Athletes, and Testing.
Colorado Springs, CO. June 3-5, 1994.

United States Anti-Doping Agency.
Co-Sponsor Conference on Carbon Isotope Ratio Techniques
Los Angeles, CA. August, 2003.

## PRINCIPAL CONSULTANT TO MAJOR SPORT EVENTS:

Summer Olympic Games of Los Angeles, 1984
Director of Laboratory

World University Games.
Buffalo, NY. 1991-1993.

Goodwill Games, Member of Medical Commission
Seattle, Washington 1990.
Director of Laboratory

Summer Olympic Games of Seoul, 1988
Pan American Games, Member of Medical Commission
Havana, Cuba July 1991.

Winter Olympic Games of Albertville, 1992.
Member of Medical Commission
Albertville, France. 1991-1992.

Summer Olympic Games of Barcelona, 1992.
Member of Medical Commission
Barcelona, Spain. 1990-1992.

Americas Cup Race, 1992, San Diego, CA. 1992.

## PRINCIPAL CONSULTANT TO MAJOR SPORT EVENTS (continued):

Central American and Caribbean Games
Member of Medical Commission
Director of Laboratory/Transfer of Accreditation
San Juan, Puerto Rico 1992-1993.

Winter Olympic Games of Lillehammer, 1994
Member of Medical Commission
Lillehammer, Norway. 1991-1992.

World Cup Soccer, FIFA, Director of Laboratory
United States, 1991-1994.

Goodwill Games, St. Petersberg, Russia 1994.

Olympic Games of Atlanta, 1996
Atlanta, Georgia. 1992-1996.
Director of Steroid Testing Laboratory

Winter Olympic Games of Nagano, 1998
Member of IOC Medical Commission
Nagano, Japan

Summer Olympic Games of Sydney, 2000
Member of IOC Medical Commission
Sydney, Australia

Winter Olympic Games of Salt Lake, 2002
Member of IOC Medical Commission
Director of Laboratory

Summer Olympic Games of Athens, 2004
Member of IOC Medical Commission

Winter Olympic Games of Torino, 2006
Member of IOC Medical Commission

Summer Olympic Games of Beijing, 2008
Member of IOC Medical Commission

## SPORT CONSULTATIONS ON LEGAL MATTERS

## CASES INVOLVE TESTING AND MEDICINE, since 1990 (continued)

United States Olympic Committee National Governing Sport Bodies: 1984-2001.

Principal consultant from 1984 - 1999
Examples:
Slaney vs IAAF

United States Anti-Doping Agency
Principal consultant from inception of Agency in 2000 until 2007
Examples:
USADA v. Gatlin
USADA v. Tammy Thomas
USADA v. Jovanovich
USADA v. Chamber
USADA v. Landis

International Olympic Committee, Court of Arbitration for Sport

Arbitral Award: CAS 2002/A/370 LAZUTINA v/ IOC
Arbitral Award: CAS 2002/A/374 MUEHLEGG v/ IOC
Arbitral Award: CAS 2002/A/376 BAXTER v/ IOC
Arbitral Award: CAS 2002/A/389-393 Austrian Ski Team v/ IOC
Arbitral Award: CAS 2004/xxxxx ZACHARY LUND v/ IOC
Arbitral Award: CAS 2007/A/1286/ JOHANNES EDER v/ IOC
Arbitral Award: CAS 2007/A/1288/ MARTIN TAUBER v/ IOC
Arbitral Award: CAS 2007/A/1289/ JURGEN PINTER v/ IOC

United States Department of Justice

Balco cases: two Grand Jury appearances
Performed chemistry analysis for several cases
Known pending case: United States v Thomas, Case 06-0803 SI

Chambers vs. UK Athletics: Tetrahydrogestrinone, 2004.

National Football League, various, 1989 - 2006

National Collegiate Athletic Association 1986-2006

Supplement Superdrol (methasterone) causes severe hepatic & renal failure in two young men
Att: Lawrence Cook

Supplement 5HTP alleged to contain peak X, a toxins.        Maker: Neutraceutical Corporation

## PUBLICATIONS:

1.     Powell DW, Plotkin GR, Maenza RM, Solberg LI, Catlin DH, Formal SB.  Experimental diarrhea I. Intestinal water and electrolyte transport in rat salmonella enterocolitis. Gastroenterology 1971;60:1053-1064.

2.     Powell DW, Plotkin GR, Solberg LI, Catlin DH, Maenza RM, Formal SB.  Experimental diarrhea II. Glucose-stimulated sodium and water transport in rat salmonella enterocolitis. Gastroenterology 1971;60:1065-1075.

3.     Powell DW, Solberg LI, Plotkin GR, Catlin DH, Maenza RM, Formal SB.  Experimental diarrhea III. Bicarbonate transport in rat salmonella enterocolitis. Gastroenterology 1971; 60:1076-1086.

4.     Adler FL, Liu CT, Catlin DH.  A rapid serological screening test for morphine.  Abstracts of Federation Proceedings, 1972.

5.     Catlin DH, Cleeland R, Craves F, Grunberg E.  A rapid and sensitive radioimmunoassay for detection of morphine in urine and serum.  Abstracts of the American Public Health Association Meeting, 1972.

6.     Adler FL, Liu CT, Catlin DH.  Immunological studies on heroin addiction I. Methodology and application of a hemagglutin-ation inhibition test for detection of morphine. Clin Immununol Immunopathol 1972;1:53-68.

7.     Catlin DH, Cleeland R, Grunberg E.  A sensitive, rapid radioimmunoassay for morphine and immunologically related substances in urine and serum.  Clin Chem 1973;19:216-220.

8.     Catlin DH, Adler FL, Liu CT.  Immunological studies on heroin addiction II. Applications of a sensitive hemagglutination-inhibition test for detecting morphine to diagnostic problems in chronic heroin addiction.  Clin Immunol Immunopathol 1973;1:446-455.

9.     Catlin DH.  Urine testing: A comparison of five current methods for detecting morphine. Am J Clin Pathol 1973; 60:719-728.

10.    Catlin DH.  A Guide to Urine Testing for Drugs of Abuse.  Washington, DC: U.S. Government Printing Office, 1973.

11.    Catlin DH.  Evaluation and clinical application of the immunoassays for morphine.  In: Sunshine I, Mule SJ, Braude MC, eds. Immunoasssays for Drugs Subject to Abuse.  Cleveland: CRC Press, 1974.

## PUBLICATIONS (Continued):

12. Gorodetsky CW, Angel CR, Beach DJ, Catlin DH, Yeh S. Validity of screening methods for drugs of abuse in biological fluids. I. Heroin in urine. Clin Pharmacol Ther 1974; 15:461-472.

13. Catlin DH, Jenden DJ. Estimation of morphine in biological samples by immunoextraction and GC/MS. Abstracts International Congress of Pharmacology, 6th Proceeding, Helsinki, Finland, 1975.

14. Catlin DH, Schaeffer JC, Fischer JF. Production and characterization of antibodies to meperidine. Res Commun Chem Path Pharmacol 1975;11:245-256.

15. Clausen JL, Hill RN, Liewen MB, Catlin DH. Arterial and venous lidocaine levels during anesthesia of upper and lower airways. Clin Res 1976; 24:159A.

16. Catlin DH, Schaeffer JC, Liewen MB. 2-Diazomorphine directed anti-serum: Determination of morphine in brain after naloxone challenge in morphine pellet implantation in mice. Life Sci 1977;20:123-132.

17. Catlin DH, Liewen MB, Schaeffer JC. Brain levels of morphine in mice following removal of a morphine pellet and naloxone challenge: No evidence for displacement. Life Sci 1977; 20:133-139.

18. Catlin DH. Pharmacokinetics of morphine by radioimmunoassay: The influence of immunochemical factors. J Pharmacol Exp Ther 1977;200:224-235.

19. Dum J, Meyer G, Hollt V, Herz A, Catlin DH. Inability of naloxone to change morphine brain levels in tolerant mice. Eur J Pharmacol 1977;46:165-170.

20. Catlin DH, Hui KK, Loh HH, Li CH. Pharmacologic activity of beta-endorphin in man. Commun Psychopharmacol 1977;1:493-500.

21. Catlin DH, Hui KK, Loh HH, Li CH. Beta-endorphin: Subjective and objective effects during acute narcotic abstinence in man. Adv Biochem Psychopharmacol 1978;18:341-350.
22. Catlin DH, George R, Li CH. Beta-endorphin: Pharmacologic and behavioral activity in cats after low intravenous doses. Life Sci 1978;23:2147-2154.

23. Gorelick DA, Catlin DH, George R, Li CH. Beta-endorphin is behaviorally active in rats after chronic intravenous administration. Pharmacol Biochem Behav 1978;9:385-386.

24. Catlin DH, Hui KK, Loh HH, Li CH. Beta-endorphin: Initial clinical studies. In: Usdin E, Kline NS, Bunney WE Jr, eds. Endorphins in Mental Health Research. New York: MacMillan Press, 1979, pp. 535-544.

**PUBLICATIONS (Continued):**

25.     Hui KK, Catlin DH, Conolly ME, Li CH. Human beta-endorphin, cyclic AMP and the human lymphocyte beta-adreno-receptor. World Conference on Clinical Pharmacology and Therapeutics, London, August 3-9, 1980. (Abstract)

26.     Catlin DH, Gorelick DA, Gerner RH, Hui KK, Li CH. Clinical studies with human beta-endorphin. In: Beers RF, Bassett EG, eds. Polypeptide Hormones, No. 12. New York: Raven Press, 1980:337-346.

27.     Catlin DH, Gorelick DA, Gerner RH, Hui KK, Li CH. Clinical effects of beta-endorphin infusions. Adv Biochem Psychopharmacol 1980;22:465-472.

28.     Catlin DH, Poland RE, Gorelick DA, Gerner RH, Hui KK, Rubin RT, Li CH. Intravenous infusion of beta-endorphin increases serum prolactin, but not growth hormone or cortisol in depressed subjects and withdrawing methadone addicts. J Clin Endocrinol Metab 1980; 50:1021-1025.

29.     Bajorek JC, Catlin DH, Lomax P. Anticonvulsant activity of beta-endorphin in the seizure sensitive mongolian gerbil. Society for Neurosciences, Cincinnati, Ohio. November, 1980. (Abstract)

30.     Gerner RH, Catlin DH, Gorelick DA, Hui KK, Li CH. Beta-endorphin: Intravenous infusion causes behavioral change in psychiatric in-patients. Arch Gen Psychiatry 1980;37:642-647.

31.     Catlin DH, Smith RA, Samuels AI. $^{14}$C-Ribavirin: Distribution and pharmacokinetic studies in rats, baboons, and man. In: Smith RA, Kirkpatrick W, eds. Ribavirin: A Broad Spectrum Antiviral Agent. New York: Academic Press, 1980, pp. 83-98.

32.     Robinson JS, Catlin DH, Barrett CT. Withdrawal from methadone by breast feeding. In: Stern L, ed. Intensive Care in the Newborn. New York: Masson Publishers, 1980, pp. 213-218.

33.     Gerner RH, Gorelick DA, Catlin DH, Li CH. Behavioral effects of beta-endorphin in depression and schizophrenia. In: Shah NS, Donald AG, eds. Endorphins and Opiate Antagonists in Psychiatric Research: Clinical Implications. New York: Plenum Press, 1980.

34.     Catlin DH, Gerner RH, Gorelick DA. Beta-endorphin: Behavioral effects of single and multiple infusions - Measurement of CSF levels. Third World Congress of Biological Psychiatry, Stockholm, Sweden, 1980; S56 (Abstract).

35.     Gorelick DA, Catlin DH, Gerner RH. Beta-endorphin studies in psychiatric patients. In: Emrich HM, ed. Modern Problems in Pharmacopsychiatry, Vol 17. Basel, Switzerland: S. Karger, 1981:236-245.

**PUBLICATIONS (Continued):**

36. Catlin DH, Gorelick DA, Gerner RH. Studies of beta-endorphin in patients with pain and drug addiction. In: Li CH, ed. Hormonal Proteins and Peptides, Vol 10. New York: Academic Press, 1981:311-338.

37. Bajorek JG, Lee RJ, Catlin DH, Lomax R. Effects of beta-endorphin on experimentally induced seizures in mice. Proc West Pharmacol Soc 1981;24:315-317.

38. Catlin DH, Gorelick DA, Gerner DH. Clinical pharmacology of beta-endorphin in depression and schizophrenia. In: Verebey K, ed. Annals of the New York Academy of Sciences. New York: Academy of Sciences, 1982:434-447.

39. Gerner RH, Gorelick DA, Catlin DH, Sharp B. Endorphins: CSF levels and multidose studies in psychiatric subjects. In: Perris C, Struwe G, Jansson B, eds. Biological Psychiatry 1981. Elsevier: North Holland Biomedical Press, 1981:386-389.

40. Gerner RH, Sharp B, Catlin DH. Peripherally administered beta-endorphin increases cerebrospinal fluid endorphin immunoreactivity. J Clin Endocrinol Metab 1982;55:358-360.

41. Catlin DH. Pharmacokinetics. In: Bevan JA, Thompson JH, eds. Essentials of Pharmacology, 3rd ed. New York: Harper and Row, 1983:46-61.

42. Catlin DH. Opioids: Agonists, antagonists, and mixed antagonist-agonists. In: Bevan JA, Thompson JH, eds. Essentials of Pharmacology, 3rd ed. New York: Harper and Row, 1983:318-330.

43. Strauss RH, Wright JE, Finerman GAM, Catlin DH. Side effects of anabolic steroids in weight-trained men. Physician and Sports Medicine 1983; 11:87-96.

44. Batzdorf U, Catlin DH. Pain syndromes in malignant disease. In: Haskell CM, ed. Cancer Treatment, 2nd ed. New York: W.B. Saunders, 1985:928-940.

45. Wright J, Bahrke M, Strauss R, Catlin DH. Psychological states, behavioral changes and somatic perception accompanying anabolic steroid usage. American College of Sports Medicine, 1985. (Abstract).

46. Strauss RH, Catlin DH, Morgan JP, Murphy RJ, Murray TH, Puffer JC, Voy RO. Drug testing in sports: A round table. Physician and Sports Medicine 1985;13:69-82.

47. Catlin DH. Detection of drug use by athletes. In: Strauss R, ed. Drugs and Performance in Sports. New York: W.B. Saunders, 1987:103-120.

**PUBLICATIONS (Continued):**

48.     Catlin DH, Hatton CK. Clinical pharmacology of androgenic anabolic steroids (AAS) in sport. Acta Pharmacol et Toxicol 1986 (Suppl V)(Abstract 16).

49.     Catlin DH, Hatton CK. Identification of boldenone, a veterinarian androgenic anabolic steroid, in the urine of bodybuilders. Acta Pharmacol et Toxicol 1986 (Suppl V) (Abstract 349).

50.     Kammerer RC, Merdink J, Jagels M, Hui K, Catlin DH. Fluoxymesterone metabolism in man. 192nd American Chemical Society Meeting, Anaheim, California, September, 1986. (Abstract).

51.     Catlin DH. Adverse effects of blood transfusions. Olympic Review 1987; 231:37-41.

52.     Catlin DH, Kammerer RC, Hatton CK, Sekera MH, Merdink JM. Analytical chemistry at the Games of the XXIIIrd Olympiad in Los Angeles, 1984. Clin Chem 1987;33:319-327.

53.     Hatton CK, Catlin DH. Detection of androgenic anabolic steroids in urine. Clinics in Laboratory Medicine 1987;7:655-668.

54.     Elliot DL, Goldberg L, Kuehl KS, Catlin DH. Characteristics of anabolic-androgenic steroid-free competitive male and female bodybuilders. Physician and Sports Med 1987; 15:169-179.

55.     Hatton CK, Catlin DH. Urinary steroid profiles of athletes. 35th American Society Mass Spectrometry, Denver Colorado, May 24-29, 1987. (Abstract).

56.     Barriere SL, Orlando PL, Catlin DH. Pharmacokinetic disposition and pharmacodynamic effects of IV Ciprofloxacin (C) and Azlocillin (A) given alone and in combination to healthy subjects. Abstracts of the 1988 ICAAC, 1988:245 (Abstract 768).

57.     Catlin DH and Hatton CK. Introduction to and use of frequency distributions to distinguish between urinary 19-norandrosterone arising from the administration of norethisterone or that of 19-norestosterone. First International Symposium on Drugs in Competitive Athletics, Brioni, May 29-June 2, 1988. (Abstract).

58.     Catlin DH. Drugs in competitive athletics. First International Symposium on Drugs in Competitive Athletics, Brioni, May 29-June 2, 1988. (Abstract).

59.     Brower KJ, Eliopulos GA, Blow FC, Catlin DH, Beresford TP. Evidence for physical and psychological dependence on anabolic-androgenic steroids in eight weight lifters. Am J Psychiat 1990;147:510-512.

60.     Batzdorf U, Catlin DH. Pain syndromes in malignant disease. In: Haskell CM, ed. Cancer Treatments, 3rd ed. New York: W.B. Saunders, 1990:874-883.

**PUBLICATIONS (Continued):**

61.    Barriere SL, Catlin DH, Orlando PL, Hindler JA, Noe A, Frost RW. Alteration in the pharmacokinetic disposition of ciprofloxacin by simultaneous administration of azlocillin. Antimicrobial Agents and Chemotherapy 1990;34:823-826.

62.    Edmond JE, Korsak RA, Morrow JW, Torok-Both G, Catlin DH. The origin of cholesterol in brain of the developing rat. Fed Am Soc Exp Biol 1990. (Abstract).

63.    Catlin DH, Hatton CK. Use and abuse of anabolic and other drugs for athletic enhancement. Adv Int Med 1991;36:399-424.

64.    Catlin DH. Pharmacokinetics and interpretation of test results. Fresenius J Anal Chem 1990; 337:50.

65.    Bahrke MS, Wright JE, O'Connor JS, Strauss RH, Catlin DH. Selected psychological characteristics of anabolic-androgenic steroid users (Letter to the Editor). N Engl J Med 1990;323:834-835.

66.    Kammerer RC, Merdink J, Jagels M, Catlin DH, Hui, KK. Testing for fluoxymesterone (Halotestin) administration to man: Identification of urinary metabolites by gas chromatography-mass spectrometry. J Steroid Biochem 1990;36:659-666.

67.    Brower KJ, Catlin DH, Blow FC, Eliopulos GA, Beresford TP. Clinical assessment and urine testing for anabolic androgenic steroid abuse and dependence. Am J Drug Alcohol Abuse 1991;17:161-172.

68.    Catlin DH, Starcevic B. HPLC method for the assay of creatinine in urine. J Liquid Chromatog 1991;14:2399-2408.

69.    Hatton CK, Catlin DH, Straus PW, Starcevic SH. Urinary steroid profiles: A longitudinal study. 38th ASMS Conference on Mass Spectrometry and Allied Topics, Tucson, Arizona, June 3-8, 1990. (Extended Abstract)

70.    Edmond J, Korsak RA, Morrow JW, Torok-Both G, Catlin DH. Dietary cholesterol and the origin of cholesterol in the brain of developing rats. J Nutr 1991;121:1323-1330.

71.    Thompson PD, Sadaniantz A, Cullinane MS, Bodziony KS, Catlin DH, Torok-Both GT, Douglas PS. Left ventricular function is not impaired in weightlifters using anabolic steroids. J Am Coll Cardiol 1992;19:278-282.

72.    Bahrke MS, Wright JE, Strauss RH, Catlin DH. Psychological moods and subjectively perceived behavioral and somatic changes accompanying anabolic-androgenic steroid usage. Am J Sports Med 1992;20:717-724.


**PUBLICATIONS (Continued):**

73. Catlin DH. Anabolic steroids monitoring - Clinical interpretation and analytical challenges. 1992 Pittsburgh Conference and Exposition, New Orleans, March 9-12, 1992. (Abstract 026).

74. Catlin D, Cowan D, Donike M, Fraisse D, Oftebro H, Rendic S. Testing urine for drugs (Position paper of the International Federation of Clinical Chemistry). Clinica Chimica Acta 1992;207:S13-S26.

74a. Catlin D, Cowan D, Donike M, Fraisse D, Oftebro H, Rendic S. Testing urine for drugs (Position paper of the International Federation of Clinical Chemistry, reprinted). J Auto Chem 1992;14:85-92.

74b. Catlin D, Cowan D, Donike M, Fraisse D, Oftebro H, Rendic S. Testing urine for drugs (Position paper of the International Federation of Clinical Chemistry, reprinted). Ann Biol Clin 1992;50:359-366.

74c. Catlin D, Cowan D, Donike M, Fraisse D, Oftebro H, Rendic S. Testing urine for drugs (Position paper of the International Federation of Clinical Chemistry, reprinted). Europ J Clin Chem Clin Biochem. 1993;41-49.

74d. Catlin D, Cowan D, Donike M, Fraisse D, Oftebro H, Rendic S. Testing urine for drugs (Position paper of the International Federation of Clinical Chemistry, reprinted). J Internat Fed Clin Chem. 1993

75. Catlin DH. Analytical consideration in doping control in Olympic sports medicine - Challenges for the 90's. Federation of Analytical Chemistry and Spectroscopy Studies' Eighteenth Annual Meeting, Anaheim, California, October 6-11, 1991. (Abstract 20).

76. Catlin DH, Cowan DA. Detecting testosterone administration. Clin Chem 1992;38:1685-1686. (Editorial)

77. Thompson PD, Zmuda JM, Catlin DH. Use of anabolic steroids among adolescents. N Engl J Med 1993;329:888-889. (Letter to the editor)

78. Catlin DH, Wright J, Pope H Jr, Liggett M. Assessing the threat of anabolic steroids. Discussion. Ed: Strauss RH. Phys and Sportsmed 1993;21:37-44.

78a. Catlin DH, Wright J, Pope H Jr, Liggett M. Assessing the threat of anabolic steroids. Discussion. Ed: Strauss RH. Reprinted in Muscle and Fitness. April, 1994. (Reprint)

79. Zmuda JM, Fahrenbach MC, Younkin BT, Bausserman LL, Terry RB, Catlin DH, Thompson PD. The effect of testosterone aromatization on high-density lipoprotein cholesterol and postheparin lipolytic activity. J Clin Endocrinol Metab 1993;42:446-450.

**PUBLICATIONS (Continued):**

80.    Catlin DH, Sekera M, Adelman DC. Exfoliative dermatitis associated with ingestion of an herbal product. Western J Med 1993;159:491-493.

81.    Catlin DH, Salehian B, Boghosian T, Swerdloff RS, Wang C. Changes in urinary testosterone and epitestosterone after sublingual testosterone cyclodextrin administration. Clinical Research, 1993; vol 42. (Abstract).

82.    Catlin DH. Testing succeeds in keeping sports clean. Editorial in USA Today. October 12, 1994 p8C.

83.    Catlin DH. Anabolic steroids. In DeGroot LJ, ed. Endocrinology, 3rd ed. Orlando, Florida: W.B. Saunders Co. 1995:2362-2376.

84.    Catlin DH. Ratio of testosterone to epitestosterone in urine: Clinical and analytical considerations in the context of doping control. In: Cowan DA, Kicman AT, eds. Control of Doping with Anabolic Agents: Proceedings of the Scientific Meeting of the 4th Permanent World Conference on Antidoping in Sport, London. Caligraving Limited, Thetford, Norfolk, Great Britain. 1994:2-8.

85.    Catlin DH. Androgen abuse by athletes. In: Bhasin S, Gabelnick HL, Spieler JM, Swerdloff RS, Wang C. Kelly C, eds. International Androgen Workshop (2nd): Pharmacology, Biology, and Clinical Applications of Androgens: current status and future prospects. Wiley-Liss, Inc., New York, 1995:289-300.

86.    Aguilera R, Becchi M, Casabianca H, Hatton CK, Catlin DH, Starcevic B, Pope HG. Improved method of detection of testosterone abuse by gas chromatography/ combustion/isotope ratio mass spectrometry analysis of urinary steroids. J Mass Spectrometry 1996;31:169-176.

87.    Catlin DH, Cowan DA, de la Torre R, Donike M, Fraisse D, Oftebro H, Hatton CK, Starcevic B, de la Torre X, Norli H, Geyer H, Walker CJ. Urinary testosterone (T) to epitestosterone (E) ratios by GC/MS. I. Initial comparison of uncorrected T/E in six international laboratories. J Mass Spectrometry 1996;31:397-402.

88.    Catlin DH, Murray TH. Performance Enhancing Drugs, Fair Competition, and Olympic Sport. JAMA 1996;276:231-237.

89.    Catlin DH, Murray TH. Response to: Performance Enhancing Drugs, Fair Competition, and Olympic Sport. JAMA 1996;276:1471. (Letter to Editor)

90.    Catlin DH, Hatton CK, Starcevic S. Issues in detecting xenobiotic anabolic steroids and testosterone by analysis of athletes' urine. Clin Chem 1997;43:1280-1288.


**PUBLICATIONS (Continued):**

91.     Olesen H, Cowan D, Klempel K, Bruunshuus I, Hill G. International Federation of Clinical Chemistry: Committee on Laboratory Assessment on Drugs of Abuse (DH Catlin, Chairman) and Committee on Quantities and Units, and International Union of Pure and Applied Chemistry. Properties and units in drugs of abuse. (Committee work product, Chairperson of committee, 1997)

92.     Catlin, DH. Effects and complications of anabolic androgenic steroids. In: Karch, SB, ed. Handbook on Drug Abuse. CRC Press LLC, 1998:653-662..

93.     Starcevic B, Catlin DH, Di Stefano E, Luo W. Quantitative determination of anabolic steroid conjugates in human urine by LC-MS-MS. Proceedings of the 46th ASMS Conference on Mass Spectrometry and Allied Topics, Orlando, Florida, May 31-June 4, 1998. (Extended abstract).

94.     Starcevic B, Di Stefano E, Catlin DH,, Luo W, Tabuchi R, Ghoborah H. Assay of Oxandrolone in Plasma and Urine. Proceedings of the 45th ASMS Conference on Mass Spectrometry and Allied Topics, Palm Springs, California, June 1-5, 1997. (Extended abstract).

95.     Vihil DV, Puffer JC, Catlin, DH, Johnson TW, Jung ME, Starcevic B. Thermoprotective effect of bromantan administered to rats before aerobic exercise. Am College of Sports Medicine, June, 1998. (Abstract)

96.     Lee EK, Starcevic S, Catlin DH. Effects of dietary supplements, 19-norandrostenedione, androstenediol and androstenedione on the profile of urine steroids. Western Society of Clinical Investigation. Carmel, Ca. January, 1999. (Abstract)

97.     Catlin DH. Androgen abuse in sport: International and national anti-androgen programs. In: Wang C, Swerdloff R, eds. Male Reproduction Function. Kluwer Academic Publishers, 1999.

98.     Longman J. Getting the chemical edge. [Catlin DH, Graphic text/illustration] New York Times, December 26, 1998. p A1 and p B6-B7.

99.     Aguilera R, Catlin DH, Becchi M, Phillips A, Wang C, Swerdloff RS, Pope HG, Hatton CK. Screening urine for exogenous testosterone by isotope ratio mass spectrometric analysis of one pregnanediol and two androstanediols. J Chromatog B 1999;727:95-105.

100.    Catlin DH. Doping. International Olympic Committee; 1999:1-40.

101.    Sheffield-Moore M, Ferrando AA, Urban RJ, Wolf SE, Jiang J, Catlin DH, Herndon DH, Wolfe RR. Short-term oxandrolone administration stimulates net muscle protein synthesis in young men. Endocrine Society, 1999 (Abstract)


**PUBLICATIONS (Continued):**

102. Wang C, Catlin DH, Ambler C, Berman N, Lucas G, Leung A, Lee P, Starcevic B, Schramm KM, Swerdloff RS. Dietary fat modulation of androgen metabolism in normal men. Endocrine Society, 1999 (Abstract)

103. Leder BZ, Longcope C, Catlin DH, Ahrens B, Schoenfeld DA, Finkelstein JS. Oral androstenedione administration increases serum testosterone concentrations in young men. Endocrine Society, 1999 (Abstract)

104. Strawford A, Barbieri T, Van Loan M, Park E, Catlin DH Barton N, Neese R, Crristiansen M, King J, Hellerstein M. Effects of resistance exercise combined with supraphysiologic androgen therapy, including an anabolic steroid, oxandrolone, on lean tissue accrual and muscle strength in eugonadal men with HIV-related weight loss. A randomized, placebo-controlled trial. JAMA 1999;281:1282-1290.

105. Moore MS, Urban RJ, Wolf SE, Jiang J, Catlin DH, Herndon DN, Wolfe RR, Ferrando AA. Short-term oxandrolone administration stimulates net muscle protein synthesis in young men. J Clin Endocrinol Metab 1999;84:2705-2711.

106. Shipley A. With drug tests, answers are few. [Catlin, DH. Graphics, photos, text] Washington Post. September 22, 1999 p D1, D6-7, and September 23, 1999 p D1, D10-11.

107. Leder BZ, Longcope C, Catlin DH, Ahrens B, Schoenfeld DA, Finkelstein JS. Oral androstenedione administration increases serum testosterone concentrations in young men. JAMA 2000;283:779-782.

108. Starcevic B, Di Stefano E, Catlin DH. LC/MS/MS screening for beta-blockers and beta-2 agonists in urine with automated sample preparation. Proceedings of the 45th ASMS Conference on Mass Spectrometry and Allied Topics, Anaheim, California, June, 2000. (Extended abstract)

109. Aguilera R, Chapman TE, Catlin DH. Fast screening method for the detection of exogenous anabolic steroids in urine by gas chromatography / combustion / isotope ratio mass spectrometry. Proceedings of the 45th ASMS Conference on Mass Spectrometry and Allied Topics, Anaheim, California, June, 2000. (Extended abstract 1535)

110. Catlin DH. Use and abuse of anabolic steroids. In DeGroot LJ, ed. Endocrinology, 4th ed. Orlando, Florida: W.B. Saunders Co. 2000:2243-2256.

111. Aguilera R, Chapman TE, Catlin DH. A rapid screening assay for measuring urinary androsterone and etiocholanolone $\delta^{13}(^{0}/_{00})$ values by gas chromatography/combustion /isotope ratio mass spectrometry. Rapid Comm Mass Spec 2000;14:2294-2299.

**PUBLICATIONS (Continued):**

112. Catlin DH, Leder BZ, Ahrens B, Starcevic B, Hatton CK, Green GA, Finkelstein JS. Trace contamination of over-the-counter androstenedione and positive urine test results for a nandrolone metabolite. JAMA 2000;284:2618-2621.

113. Aguilera R, Chapman TE, Catlin DH. Performance characteristics of a carbon isotope ratio method for detecting doping with testosterone based on urine diols: controls and athletes with elevated testosterone/epitestosterone ratios. Clin Chem 2001;47:292-300.

114. Catlin, DH, Jackson R.. Doping Control. In: Jackson R, ed. IOC Sport Medicine Manual, 2000 Hurford Enterprises Ltd., Calgary, Canada. 2000:332-343.

115. Catlin, DH. Hatch does not have all the facts. Salt Lake City Tribune, December 29, 2000. (Editorial)

116. Leder BZ, Catlin DH, Longcope C, Ahrens B, Schoenfeld DA, Finkelstein JS. Metabolism of orally administered androstenedione in young men. J Clin Endocrinol Metab 2001; 86:3654-3658.

117. Breidbach A, Catlin DH. RSR13, A potential athletic performance enhancement agent: detection in urine by GC-MS. Rapid Commun Mass Spectrom 2001;15:2379-82.

118. Green GA, Starcevic B, and Catlin DH. Analysis of over-the-counter steroid supplements. Clin J Sports Med 2001;11:254-259.

119. Catlin, DH, Leder BZ, Ahrens BD, Hatton CK, Finkelstein JS. Epitestosterone: precursor, metabolites, and effect of androstenedione administration. Steroids 2002;67:559-564.

120. Aguilera R, Hatton CK, Catlin DH. Detection of doping with epitestosterone by isotope ratio mass spectrometry. Clin Chem 2002;48:629-636.

121. Catlin DH, Ahrens BD, Kucherova Y. Detection of norbolethone, an anabolic steroid never marketed, in athletes' urines. Rapid Commun Mass Spectrom 2002;16:1273-1275.

122. Catlin DH, Breidbach A, Elliott S, Glaspy J. Comparison of the isoelectric focusing patterns of darbepoetin alfa, recombinant human erythropoietin, and endogenous erythropoietin from human urine. Clin Chem 2002;48:2057-2059.

123. Leder BZ, Leblanc KM, Longcope C, Lee H, Catlin DH, Finkelstein JS. Effects of oral androstenedione administration on serum testosterone and estradiol levels in postmenopausal women. J Clin Endocrinol Metab 2002;87:5449-5454.

124. Starcevic B, DiStefano E, Wang C, Catlin DH. Liquid chromatographic-tandem mass spectrometric assay for human testosterone and deuterated testosterone. Journal of Chromatography B 2003;792:197-204.

**PUBLICATIONS (Continued):**

125.    Breidbach A, Catlin DH, Green GA, Tregub I, Truong H. Gorzek J.  Detection of rHuEPO in urine by isoelectric focusing. Clin Chem 2003;49:901-907.

126.    Catlin DH, Hatton CK, Lasne F. Abuse of Recombinant Erythropoietins by Athletes. In: Molineux G, Foote MA, Elliott S, eds. Erythropoietins and erythropoiesis: Molecular, Cellular, Preclinical, and Clinical Biology. Birkhäuser Verlag, 2003:205-227.

127.    Wang C, Catlin DH, Demers LM, Starcevic B, Swerdloff RS. Measurement of total serum testosterone in adult men: Comparison of current laboratory methods *versus* liquid chromatography-tandem mass spectrometry. J Clin Endocrin Metab 2004;89:534-543.

128.    Wang C, Catlin DH, Starcevic B, Leung A, DiStefano E, Lucas G, Hull L, Swerdloff RS. Testosterone metabolic clearance and production rates determined by stable isotope dilution/tandem mass spectrometry in normal men: Influence of ethnicity and age. J Clin Endocrin Metab 2004;89:2936-2941.

129.    Jasuja R, Catlin DH, Miller A, Chang Y-C, Singh R, Starcevic B, Artaza J, Ramaraj P, Bhasin S.  Tetrahydrogestrinone (THG) binds to androgen receptor (AR) and activates AR-mediated signaling pathway.  Endocrine Society, 2004 (Abstract)

130.    Catlin DH, Sekera, MH, Ahrens BD, Starcevic B, Chang Y-C, Hatton CK. Tetrahydrogestrinone: discovery, synthesis, and detection in urine.  Rapid Commun Mass Spectrom 2004;18:1245-1249.

131.    Sekera MH, Ahrens BD, Chang Y-C, Starcevic B, Georgakopoulos C, Catlin DH. Another designer steroid:  discovery, synthesis, and detection of 'madol' in urine.  Rapid Commun Mass Spectrom 2005;19:781-784.

132.    Wang C, Catlin DH, Starcevic B, Heber D, Ambler C, Berman N, Lucas G, Leung A, Schramm, Lee PWN, Hull L, Swerdloff RS.  Low fat high fiber diet decreased serum and urine androgens in men. J Clin Endocrin Metab 2005;90:3550-3559.

133.    Chang Y-C, Starcevic B, Ahrens BD, Strouse JM, Catlin DH.  Identification of a urinary metabolite of the designer steroid tetrahydrogestrinone.  53rd Amer Soc Mass Spec Conference, San Antonio, 2005 (lognumber 1980).

134.    Jasuja R, Catlin DH, Miller A, Chang Y-C, Herbst KL, Starcevic B, Artaza JN, Singh R, Datta D, Sarkissian A, Chandsawangbhuwana C, Baker M, Bhasin S.  Tetrahydro-gestrinone is an androgenic steroid that stimulates androgen receptor-mediated, myogenic differentiation in C3H10T1/2 multipotent mesenchymal cells and promotes muscle accretion in orchidectomized male rats. Endocrinology. 2005;146:4472-4478.

**PUBLICATIONS (Continued):**

135.    Catlin DH, Chang YC, Starcevic B, Hatton CK. LC-MS measurement of anabolic steroids. In Chromatographic methods in clinical chemistry and toxicology. Eds Bertholf RL and Winecker RE. Chichester, U.K.: John Wiley & Sons. (In press, 2006)

136.    Catlin DH, Starcevic B, Chang YC, Hatton CK. Sports doping analysis using LC-MS. In:

Gross ML and Caprioli RM. Eds. Vol 8, Encyclopedia of Mass Spectrometry. Oxford, UK: Elsevier.2006;879-887.

137.    Catlin DH. Use and abuse of anabolic steroids. In: DeGroot LJ, and Jameson JL eds. Endocrinology, 5th ed. Orlando, Florida: W.B. Saunders Co. 2006:2243-2256.

138.    Catlin DH, Green G, Sekera MH, Scott P, Starcevic B. False positive EPO test concerns unfounded. Blood 2006;108:1778. (Letter to the editor)

139.    Jeong, J-Y, Changmin C, Davis KL, Breidbach A, Catlin DH, Sytkowski, AJ. Erythropoietin Fusion Proteins Comprised of Identical Head-to-Tail Repeats with Enhanced Biological Activity. (Abstract, 2006)

140.    Catlin DH, Green GG, Hatton CK. Drugs in Sport. In The Olympic book of Medicine in Sport. Ed. Schwellnus M. Blackwell Publishing Ltd. (In press, 2008)

141.    Green G, Aguilera R, Ahrens B, Starcevic B, Kurtzman F, Su J, Catlin DH.   The Influence of Diet on Isotope Ratio Mass Spectrometry Values. Clin J Sports Med. (in Press 2009).

## NEWSPAPER ARTICLES BASED ON ANALYTICAL WORK OF CATLIN, DH AND OTHERS AT THE UCLA OLYMPIC ANALYTICAL LABORATORY

1.    Shipley A. Chemists Stay a Step Ahead of Drug Testers. Washington Post. October 18, 2005;p E01

2.    Shipley A. Chemist's New Product Contains Hidden Substance. Washington Post. May 8, 2006, p E01

3.    ESPN Sports. Results of supplement analyses.

## FILM

1.    Doping: The battle for the soul of Sport. Hilton Cordell Productions for Discovery Times Channel in Association with the Canadian Broadcasting corporation and the Australian Broadcasting Corporation, 2004. (http://www.hiltoncordell.com/)

## MEDIA ARTICLES FOCUSED ON CATLIN (Partial listing since 6/2005)

Outside Magazine Feature       July 2005       Brian Alexander
    Topic: Profile of Catlin's Volunteer Program

Reuters       Jul 16, 2005   Gene Cherry
    Topic: Doping-More scandals possible after BALCO, key scientist says

Associated Press Feature       January 25, 2007       Paul Elias and David Kravets
    Topic: Steroid scientist dogs athletes, is key BALCO witness

Los Angeles Magazine       June 2007
    Topic: Profile of Catlin

USA Today    Jill Lieber       June 2007
    Topic: Profile of Catlin

HBO Costas Now       July 2007       Bob Costas       Brief appearance
    Topics: Drugs in baseball, Bonds, testing, Selig, Schilling, Patrick Arnold

New York Times       29 July 2007       Author: Juliet Macur
    Topic: why do athletes dope?

Science Journal:Analytical Chemistry       August 2007       Raj Mukhopadhyay
    Topic: Analytical Chemistry plays a key role in Unmasking Athletes who take Performance-Enhancing Drugs (Catlin and others).

Kansas City Star       July 31, 2007       Interviewer: Sam Mellinger
    Topic: Bonds, Baseball, Selig, and our grant for hGH

University of Rochester Review       Fall 2007
    Topic: in depth personal interview on Catlin career future plans and aspirations.

National Public Radio Morning Edition       December 19, 2007       Tom Goldman
    Tom Goldman   Listen http://www.npr.org/templates/story/story.php?storyId=17390477
    Topic: Mitchell Report

Washington Post       12/20/2007       Amy Shipley
    Topic WADA and hGH

Radio24-IlSole24Ore, An italian national news radio broadcast. Milano, Italy
    January 3, 2008 Dario Ricci
    Topic: Update on Drugs and Sport

## MEDIA ARTICLES FOCUSED ON CATLIN (Partial listing since 6/2005)

XM Radio        January 18, 2008        Brent Gambill
    Topic: The latest on Anti-Doping Research

National Public Radio, New York        February 15, 2008        Leonard Lopate
    Topic: human Growth Hormone and other drugs

# EXHIBIT 4

ORIGINAL

1    GRAND JURY 03-1

2    NORTHERN DISTRICT OF CALIFORNIA

3

4

5    GJ INVESTIGATION NO. 2020R01596          )

6    DCN: NO. 411-4013                        )

7

8    CONFIDENTIAL

9

10              REPORTER'S TRANSCRIPT OF PROCEEDINGS

11                 TESTIMONY OF DON H. CATLIN, M.D.

12                 AT UNITED STATES DISTRICT COURT

13                      450 GOLDEN GATE AVENUE

14                 SAN FRANCISCO, CALIFORNIA 94102

15                 THURSDAY, OCTOBER 23, 2003, 2:00 PM

16

17

18   FOR THE GOVERNMENT:

19   KEVIN V. RYAN

20   UNITED STATES ATTORNEY

21   BY: JEFFREY NEDROW

22   ASSISTANT U.S. ATTORNEY

23   U.S. DEPARTMENT OF JUSTICE

24   450 GOLDEN GATE AVENUE

25   SAN FRANCISCO, CALIFORNIA 94102

000136

**THURSDAY, OCTOBER 23, 2003, 2:00 PM**

**DON H. CATLIN, M.D.,**

**having been duly sworn, testified as follows:**

**EXAMINATION**

**BY JEFF NEDROW:**

Q.    **Sir, please have a seat.  And if you could**

**state your name and spell your last name for the record,**

**please.**

A.    **I am Don H. Catlin, C-a-t-l-i-n.**

Q.    **Dr. Catlin, good afternoon, sir.  For whom do**

**you work?**

A.    **I work for the University of California Los**

**Angeles, UCLA.**

Q.    **And what is it that you do at UCLA?**

A.    **My formal university title is Professor of**

**Molecular Medical Pharmacology.  I am a member of that**

**department at UCLA.  And I am also director of the UCLA**

**Olympic Analytical Laboratory, which is a laboratory that I**

**operate at UCLA.**

Q.    **Dr. Catlin, please describe your educational**

                                                                3

1  background that led to this position at UCLA?

2       A.    I went to Yale University, graduated in 1960.
3  And then -- then I went to the University of Rochester
4  Medical School. And then I had a tour of duty and was a
5  major in the armed forces. And then I started training --
6  see, I am a little bit off. I did my medical training and
7  internship and residency at UCLA and Vermont. One year at
8  University of Vermont. And then I had three years at Walter
9  Reed in Washington, D.C. And then I took a formal job as an
10  assistant professor at UCLA Los Angeles, where I have been
11  ever since. That was 1972.

12       Q.    And that was an assistant professorship in the
13  medical school at UCLA?

14       A.    Yes.

15       Q.    Since then, you are, in addition to directing
16  the drug lab, a full professor at the UCLA medical school
17  now; correct?

18       A.    That's correct.

19       Q.    In the 1980s -- well, prior to 1982,
20  approximately, what kind of areas did you pursue as a part of
21  your medical career? What areas were you involved with?

22       A.    When I was at Walter Reed I was interested --
23  involved in some drug research. I was interested in people
24  who were taking heroin, methadone and those kind of things.
25  I was living in Washington, D.C., so I learned a fair amount

4

000139

1   about the epidemic of hard drug abuse in the inner city, and
2   I got interested in that.

3              When I left Walter Reed and came to UCLA, I
4   started a research program in that area.  And at that time I
5   was also appointed in the Department of Medicine.  I have an
6   M.D., a practicing physician, so I was seeing patients.  And
7   that went along for about 10 years.

8              And Mr. Uberrothe and the Olympics came to Los
9   Angeles, so they were coming, and they were looking for a
10  laboratory to do drugs and sport testing.  And they came to
11  me, I suppose, because I had been writing some papers about
12  testing urine for drugs, and publishing them.  And the
13  Olympic people were looking for a university laboratory to
14  set up a testing lab, so they came to me.

15       Q.    And what happened in connection with their
16  request?

17       A.    A real long story short is, we took it.  But at
18  first I said no.  They showed me this list of drugs, and
19  although I was a practicing physician, I had never used many
20  of them.  They were things like stenozolol, and steroids, and
21  things that we don't use in everyday conventional medicine.
22  And I was particularly interested in this long list of drugs,
23  because I should know about them, being a physician.  But I
24  really didn't.  And what bothered me was that this was on an
25  IOC list of banned substances.  Athletes were not to take

1    them.

2              And so, I set out to educate myself on what
3    they were and why athletes would take them.  It just didn't
4    make any sense to me that an athlete, who is at the peak of
5    their career, if you will, in a sport, would take a drug.
6    Why?  Well, I learned.

7         Q.   And we are going to talk about that, but let me
8    clarify a couple of things.  What does IOC stand for?

9         A.   IOC, it stands for the International Olympic
10   Committee.  Their headquarters is in Switzerland.  They are
11   the mother Olympic committee, if you will; and all national
12   Olympic committees relate to them.  In the United States we
13   have the United States Olympic Committee and in Canada it
14   would be the Canadian, and so forth.  And the IOC is the
15   committee that covers all of them.  And all the national
16   Olympic committees have to obey the rules of the
17   International Olympic Committee.

18        Q.   What year was this approximately that you were
19   approached by Mr. Uberrothe and the Olympic people to start
20   this drug lab?

21        A.   I remember quite well.  It was December '81.
22   And actually, it wasn't Mr. Uberrothe, it was an IOC person
23   came to me.  And they were looking for somebody to set up a
24   lab.

25        Q.   What made you change your mind and say yes, to

                                                              6

1  take on this assignment?

2  A.  Well, I was a struggling young professor and I
3  didn't have much equipment, and it looked to me like a lot of
4  work.  But I didn't quite understand what they were willing
5  to pay for this.  They ended up paying close to $2 million,
6  which nobody ever thought about in those days.  It was a lot
7  of money; you could buy research equipment.  So they ended up
8  outfitting my laboratory, which didn't have so much.  And
9  they made it a real world class lab, because the Olympics
10  wanted everything done right.

11  And I spent the next two or three years
12  learning an awful lot about mass spectrometry and drug
13  testing and reading, and I just went right straight through
14  from one end to the other and built a lab.  Frankly, I
15  thought that after the games we would stop the work and I
16  would go back to my usual work.  But I became interested in
17  it.

18  And it was quite amazing.  After the Olympic
19  games in '84, I had no business.  There was no business.
20  Nobody was buying our tests, so I kind of closed the lab.
21  The following year in '85, things began to really move, and
22  there were a number of incidents of drugs in sports and
23  names, and suddenly everybody wanted testing.  So we reopened
24  and started doing testing for the Olympic Committee.  And
25  then the following year the NCAA came to us.  And then the

7

1  following year the National Football League, and so forth and

2  so on. And it has been going every since.

3      Q.  Okay. And you sort of anticipated my next

4  question. Can you tell us who your clients currently are as

5  of 2003?

6      A.  Yes. They are, the three main clients in this

7  country are: the National Football League; the National

8  Collegiate Athletic Association; and the USOC, as represented

9  by USADA, United States Anti-Doping Agency.

10      We also do work for the US Department of

11  Defense, and we do some colleges and universities. I do

12  testing for my own university, UCLA, and a few others. But

13  our main clients, those that supply the bulk of the samples,

14  are the big three that purchase tests in the United States.

15      Q.  Can you describe for us the protocol your lab

16  uses to ensure the integrity of the samples that you receive

17  and how the testing procedure works?

18      A.  Yes. Well, if you can imagine, this is a very

19  litigenous area, and it has become more so as the years go

20  along.

21      The athlete is tested at some site -- not at

22  our lab, at the venue where the event takes place -- and the

23  athlete gives a urine sample under observation. There is an

24  observer there that actually watches the urine get into the

25  bottle. And then that bottle is divided into two portions,

8

000143

an "A" and a "B." And it is sealed, and everybody observed and signs that it was collected correctly and sealed correctly.

And then it goes into the chain of custody. It is released to someone like Federal Express, who will bring it to us. And my lab will take custody at the door. We sign for it. And then we are responsible for the bottles throughout their sojourn through our lab.

And we do testing for all the drugs on the IOC list; that is, steroids, diuretics, stimulants, and others. And we test the "A" sample. We only open the "A" sample. When we get the bottles, we get "A" and "B." The "B" we put away; the "A" we open. And if we find a drug in the "A," then we report that result to the client. And we take the "B" bottle, and put it in an ultra-safe refrigerator, because the next step is the sport that gets our report, just the number, they can break the code and find out that sample 123456 belongs to John Jones, and they then notify the athlete. And the athlete is given a date to come to my lab, and be present while we open his "B" bottle which has been preserved. It hasn't been touched throughout this whole procedure.

So, the "A" bottle we open and work with. The "B" bottle is the same urine, but it has been preserved. And so, when the athlete comes in, we can show them the "B"

1   bottle.  We can show them where they signed that the chain of
2   custody is intact, and everybody agrees that it is intact.
3   Or if for some reason when it isn't, we sort that out.  And
4   then we open the "B" bottle, and we retest it.  Now that may
5   well be done in the presence of an attorney that is hired by
6   the athlete to come and observe, or a chemist or some
7   expert.  So our lab opens its door to these experts to come
8   and witness what is called the "B" confirmation.

9                In the last few days we are going through "B"
10  confirmations at my laboratory, and because there is some
11  important names, attorneys are there and chemists are there
12  to observe us while we do our work.  And the observers are
13  able to stay all day and all night while we do our work, and
14  watch us do it, so that they can be satisfied that we
15  performed the tests properly and correctly.

16       Q.   Why is it that that system has built in so many
17  safeguards and assurances and double checks in the manner
18  that you have described?  Why have you built those into your
19  system?

20       A.   We built it into the system -- it is not just
21  me, it is the International Olympic Committee and people
22  concerned with this -- it is the basic rights of an athlete,
23  because actually the "A" and "B" sample goes back to the
24  early day in sports when there was the old Soviet Block and
25  the East Germans, and versus the Americans, if you will.  And

1   the "A" bottle and the "B" bottle were created so that you

2   could have a separate analysis and everybody could be around

3   and watch it. You could have an East German and an American

4   and an Asian all watching the "B" analysis and all being able

5   to say that it's a true and truthful record of what went on,

6   and the bottle was intact and clean.

7             So, it starts back with the old days of the

8   Cold War. And it has just been preserved because there are

9   features of it that is useful. It is a very airtight

10   system. And there has been many, many attempts by attorneys

11   to break it down, and it doesn't break down. It works. It

12   is expensive, but it works.

13         Q.   And when you say it works, in your experience

14   it has been accurate?

15         A.   Yes.

16         Q.   A couple of other questions about the evolution

17   of your lab. At the time you took on this assignment of

18   starting the UCLA Olympic Lab, were you aware or were you

19   informed at the time what problems were associated with the

20   Olympic movement that led to the need in the United States to

21   create this kind of lab?

22         A.   No. I was aware just -- I really wasn't aware

23   much of drugs in sport. I went to the library and read about

24   it, and got a little bit. I had been told that there were

25   such labs. There was one in Germany and one in the United

1 | Kingdom, but never one in the United States. And I had been
2 | told that a lot of the sport federations didn't want to have
3 | major competitions in the United States because there was no
4 | testing. And sport people wanted testing. So, it was time,
5 | if you will, for the US to have a lab. And I just happened
6 | to be in the right place at the right time, if you want to
7 | call it that, to be at a university and able to get it
8 | started and doing it.

9 | As I say, I really thought I would just do it
10 | and go back to being a doctor. It didn't work that way.

11 | Q. And at that time, were there any other labs in
12 | the United States doing this kind of work?

13 | A. No.

14 | Q. And now, 21 years later and in 2003, you are
15 | still doing this work; correct?

16 | A. Yes. The lab has been there. It has been
17 | growing or, if you will, our business side has really
18 | developed. It is just because the drug and sport movement
19 | has developed. We used to do 2,000 samples a day -- a year.
20 | Now we do about 22,000. And the list of drugs has grown.
21 | And it is more varied list, Erythropoietin and growth
22 | hormones and other things are added to the list. So, we have
23 | grown with the drug and sport industry, if you will.

24 | Q. As of 2003, how would you summarize or
25 | characterize the mission of the lab?

1  you have seen picture of men with giant muscles and things.
2  Those are from steroids.

3      Q.    Okay.  And are the matters you have described,
4  the proof of these effects, are these anecdotal observations
5  by you or are these matters that have been studied clinically
6  or through research over the past several decades?

7      A.    Oh, yes, these effects are well known.  They
8  are described in many scientific articles.  The mechanism of
9  how they happen is known.  There are pictures.  And the full
10 pharmacology of these agents is pretty well known.  It is
11 very well known.  There is no question about it.

12     Q.    Okay.  Have you had the opportunity to research
13 or read any effects specifically on what can happen to
14 juveniles or young people, anyway, who have contact with
15 these types of steroids?

16     A.    Yes.  With juveniles, before their bones --
17 their bones close before they reach their full height.  If
18 they take anabolic steroids, it stunts their growth.  Their
19 bones don't close normally.  Once their bones close and they
20 become in their teens, then it doesn't change their final
21 height.  And young men and young women are susceptible to the
22 same kinds of effect.  Some people feel that they are more
23 likely to get tumors and nasty side effects than full adults,
24 but that is not all together perfectly clear.

25              You don't give these to young men or young

1    A.    They had a steroid in them, which we called
2    THG, tetrahydrogestrinone. And we had been working on this
3    with USADA. I was working with USADA and had for three
4    years.

5            I also had a relationship with Mr. Novitzky
6    which I was sworn not to speak about. And it was USADA that
7    handed me the syringe. This time I had no idea that they
8    came from BALCO or there was any connection between these
9    cases.

10           So, when I got the syringe from USADA, I
11   started to work on it. And it was only after a few weeks --
12   I knew there was a federal investigation, and I knew it was
13   in Northern California. And then it became clear from the
14   USADA side that BALCO was involved. I knew BALCO. I knew
15   the name Conte, because I follow sport. And suddenly one day
16   last summer I realized that the federal investigation and the
17   USADA investigation were really one and the same, but they
18   didn't know it.

19           Q.    And let me -- let me pause and ask you
20   something, because we kind of went back, before Agent
21   Novitzky sent you these samples you actually received -- this
22   is Grand Jury Exhibit 10 we introduced last week -- you
23   received actually a syringe from USADA which they had asked
24   you to test; is that correct?

25           A.    Correct.

1    Q.    And does this appear to be actually the syringe
2  you received from USADA?

3      A.    Yes.

4      Q.    And just briefly, did you learn from USADA how
5  they came to get in possession of this syringe?

6      A.    Yes.  At that time we knew that it was -- that
7  a coach, not by name but we knew a coach had told USADA.  And
8  somehow, I don't know, somehow the syringe was given to USADA
9  and the coach was involved.  And USADA, of course, gave the
10 syringe to us.

11               And to us, it was an unknown.  We didn't know
12 what it was.  That was our job to find out.  Nobody says what
13 it is in it.  And it took us some some weeks, months to
14 figure out the chemistry of what was in it.  And finally, we
15 figured out that it was THG.

16               So, by the time I got Mr. Novitzky's liquids,
17 which was many weeks later, I was of course wondering whether
18 it was THG.  So when we analyzed Mr. Novitzky's liquids and
19 they were THG, suddenly, you know, it was obvious that THG
20 was coming from BALCO, made its way into the syringe and
21 wherever else it was making its way.

22      Q.    Okay.  And you've described THG as a steroid.
23 Can you please -- well, let me ask a couple of questions at
24 the outset.

25               There is actually a list promulgated in the

37

| | |
|---|---|
| 1 | Federal Criminal Code of several steroids which are outright |
| 2 | prohibited; is that correct? |
| 3 | A. Yes. |
| 4 | Q. And testosterone is one of them? |
| 5 | A. Yes. |
| 6 | Q. Prohibited without, unless you have got a |
| 7 | doctor's prescription or a valid medical purpose; correct? |
| 8 | A. Correct. |
| 9 | Q. Is THG on that list in the Federal Code? |
| 10 | A. No. |
| 11 | Q. Why not? |
| 12 | A. Well, it's a designer steroid. It is brand |
| 13 | new. It has never been made before. It is not in any book. |
| 14 | You cannot find it in any reference source. |
| 15 | When we finally figured out its structure, I |
| 16 | was able to go to these mammoth libraries of chemistry and |
| 17 | search for it by its chemical structure. Nothing came up. |
| 18 | Never before had it been reported or described or pictured or |
| 19 | published. Nothing, absolutely nothing was known about it. |
| 20 | I knew I could draw a picture of it, and I had |
| 21 | made some in my own lab. |
| 22 | My first job was to take that material and do |
| 23 | a lot of work -- really, six or eight works of hard chemistry |
| 24 | -- and I could finally draw the molecule, I was pretty sure, |
| 25 | on a piece of paper. And I knew that I was drawing the right |

38

1    molecule.

2         But to prove it beyond a shadow of a doubt, I
3    had to make it. So we went into our lab and we synthesized
4    it from scratch. And now I had one vial of THG that I made.
5    And I had the THG in this material -- in this test tube. And
6    I could show they were identical. That proved that they were
7    one and the same material.

8         Then I had to develop a urine test so that I
9    could detect it in urine, because THG was not detectable on
10   our regular urine test. So that took another month or so.
11   Finally, then, we tested some urine and found some.

12        So, by then the story was complete. THG was
13   being made somewhere. It was somehow being distributed to
14   some athletes. USADA and others were collecting their
15   urine. And we were then able to test for it and reported
16   some out as positive.

17        Q.   And okay. So actually is it fair to say to
18   your knowledge were you the first person to actually research
19   and break down the substance and be able to define this
20   substance called THG?

21        A.   Oh, yes, I am sure we are. Well, somebody made
22   it before us. I don't know who. But, so, and in that sense,
23   no.

24        We are the first people to see it, and we will
25   write about it when we get a minute. And we'll write a

39

000174

1    scientific article about what we did and how we did it.

2         Q.    Now, can you tell from the composition of THG

3    whether or not it even, if it is not previously identified,

4    it has steroid-type effects?

5         A.    Well, I can tell you what I know.  The steroid

6    known as gestrinone has been on the IOC list as a banned

7    prohibited steroid.  It has been on the list.  It was put on

8    the list some time ago.  And that means that a committee of

9    people decided that A, it was a steroid; and B, it enhanced

10   performance; and C, it should be on the prohibited list.  So,

11   it was put on the list.

12              THG is a tetrahydro.  That means four hydrogen

13   has been added to gestrinone.  So it is closely related.  It

14   is a small step away.

15              In a sport context, it could be an anabolic-

16   related substance and it definitely would be banned.

17              It's anabolic effect, it has never been tested

18   so nobody can tell you that.  But somebody who has an

19   understanding of pharmacology and drugs can look at it and

20   say obviously it is a steroid.  We would expect it to have

21   this, this, this and this effect.  There is no question in

22   the minds of pharmacologists that it is a steroid.

23              There is no way you can go to a scientific

24   publication and prove that.  In fact, only one steroid has

25   ever been proven to be performance enhancing and that is

                                                         40

000175

# EXHIBIT 5

1          GRAND JURY 04-1

2     NORTHERN DISTRICT OF CALIFORNIA

3
                              ORIGINAL
4

5  GJ INVESTIGATION NO. 2004R00608

6

7

8

9

10     REPORTER'S TRANSCRIPT OF PROCEEDINGS

11          TESTIMONY OF DON H. CATLIN

12          AT 450 GOLDEN GATE AVENUE

13     SAN FRANCISCO, CALIFORNIA 94102

14          THURSDAY, JUNE 29, 2006

15

16

17

18  FOR THE GOVERNMENT:

19  KEVIN V. RYAN,

20  UNITED STATES ATTORNEY

21  BY:  MATT A. PARRELLA, AUSA

22       JEFF NEDROW, AUSA

23  UNITED STATES DEPARTMENT OF JUSTICE

24  450 GOLDEN GATE AVENUE

25  SAN FRANCISCO, CALIFORNIA 94102

```
 1              THURSDAY, JUNE 29, 2006; 4:39 P.M.
 2
 3         THE FOREPERSON:  Good afternoon.
 4         THE WITNESS:  Good afternoon.
 5
 6              (The witness was duly sworn.)
 7
 8         THE FOREPERSON:  Thank you.  Please be seated,
 9    and would you please state and -- state your name
10    and spell your last name for the record.
11         THE WITNESS:  I am Don H. Catlin, C-a-t-l-i-n.
12         THE FOREPERSON:  Thank you.
13
14                        DON H. CATLIN,
15    a witness called on behalf of the United States
16    Grand Jury in and for the Northern District of
17    California, having been duly sworn, testified as
18    follows:
19
20                        EXAMINATION
21    BY MR. PARRELLA:
22         Q.   Thank you.  Dr. Catlin, can you tell us
23    how you're presently employed.
24         A.   I work for the University of California
25    at Los Angeles, UCLA.
```

3

```
 1        Q.    And what is your position there?
 2        A.    I am a professor of medical and molecular
 3   pharmacology, and I'm director of the UCLA Olympic
 4   Analytical Laboratory.
 5        Q.    Can you tell us what your educational
 6   background is, and could you include any
 7   certifications and licenses you hold...
 8        A.    I --
 9        Q.    ...in brief.
10        A.    In brief.  I went to Yale University and
11   received a bachelor of arts degree.  From there I
12   went to the University of Rochester and received a
13   medical degree and then I had five years of
14   post-graduate training, internship and residency
15   and focusing on internal medicine.  I then
16   received my board certification to practice
17   medicine and a number of other certifications and
18   then I went into the U.S. Army and Walter Reed
19   Army Institute of Research and did three years of
20   service as a major.
21        I then had completed my background and
22   training and I took the position at UCLA as an
23   assistant professor and eventually became a full
24   professor as I am today.
25        Q.    Thank you, sir.  Is the UCLA Olympic
```

4

1 Analytical Laboratory certified in any way by any
2 organizations?

3 A. Yes. It is certified to do drug testing
4 of urine and blood for athletes by the WADA...
5 That's the World Anti-Doping Agency, which was
6 formed by the IOC. ...and it's certified by the
7 A2LA, which is an accrediting body that inspects
8 and looks at how we actually do our business; and
9 we have some other lesser accreditations.

10 Q. And some of those accreditations deal
11 with the -- the handling of specimens and your
12 chains of custody and paperwork and things like
13 that?

14 A. Yes. The WADA accreditation pays a great
15 deal of attention to that.

16 Q. Okay.

17 A. There's a great big book that we have to
18 follow.

19 Q. Okay. Very well. And can you tell us
20 whether you have had to appear and testify and/or
21 give information if not under test -- under oath
22 regarding the testing of biological samples taken
23 from athletes in, say, for example a suspension
24 hearing or something.

25 A. Yes. Since my laboratory does testing

5

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201