1 + 2 copies

FILED

FEB X 3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

JAN 2 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN #2040855)
   JEFFREY D. NEDROW (CSBN #161299)
5  JEFFREY R. FINIGAN (CSBN #168285)
   J. DOUGLAS WILSON (DCBN #412811)
6  Assistant United States Attorneys

7
   450 Golden Gate Avenue
8  San Francisco, California 94102
   Telephone: (415) 436-7232
9  Facsimile: (415) 436-7234
   Email: jeffrey.finigan@usdoj.gov
10
   Attorneys for Plaintiff
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16  UNITED STATES OF AMERICA,          )  Criminal No. CR 07-0732 SI
                                       )
17          Plaintiff,                 )
                                       )  **UNITED STATES' MOTION AND**
18                                     )  **[PROPOSED] ORDER FOR SEALING**
                                       )  **ITS OPPOSITION TO DEFENDANT'S**
19          v.                         )  **MOTION IN LIMINE TO EXCLUDE**
                                       )  **EVIDENCE**
20                                     )
                                       )
21  BARRY LAMAR BONDS,                 )  Date: February 5, 2009
                                       )  Time: 10:30 a.m.
22          Defendant.                 )  Judge: Honorable Susan Illston
    _____)

23

24

25         The government hereby moves the Court for an order sealing the United States'

26  Opposition to Defendant's Motion In Limine To Exclude Evidence (the Opposition) and the

27  Exhibits filed therewith. The Court issued an Order on January 28, 2009, ordering the Exhibits

28  to defendant's motion be filed and kept under seal by the Clerk until the hearing on this matter on

    U.S. MOTION AND [PROPOSED]
    ORDER TO SEAL OPPOSITION
    CR 07-0732 SI

February 5, 2009. The government's Opposition substantively references the defense exhibits throughout. Accordingly, in order to comply with the Court's Order, the government respectfully requests that the Court order the Opposition and the exhibits filed therewith be filed under seal. In making this request, the government maintains its position that none of the documents related to the defense motion or the Opposition should be filed under seal. Nevertheless, the government feels this request is necessary to comply with the Court's order.

DATED: January 29, 2009                    Respectfully submitted,

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney

                                           _____
                                           MATTHEW A. PARRELLA
                                           JEFFREY D. NEDROW
                                           JEFFREY R. FINIGAN
                                           J. DOUGLAS WILSON
                                           Assistant United States Attorneys

# ORDER

Based upon the motion of the government and this Court's previous Order Sealing Exhibits To Defendant's Motion In Limine To Exclude Evidence, IT IS HEREBY ORDERED that the United States' Opposition to Defendant's Motion In Limine To Exclude Evidence and the Exhibits filed therewith shall be filed and kept under seal by the Clerk until the hearing in this matter on February 5, 2009. per further order of the court

DATED: 2/3/05

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE