IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. CR 07-00732 SI |
| Plaintiff, | **ORDER UNSEALING DOCUMENTS** |
| v. | |
| BARRY LAMAR BONDS, | |
| Defendant. | |

The clerk is ordered to unseal the following documents and file them on the public docket:

1. Exhibits A, B, and C in support of Defendant's Motion in Limine to Exclude Evidence (Docket No. 93)

2. United States' Opposition to Defendant's Motion in Limine and exhibits in support of United States' Opposition (Docket Nos. 99 and 100)

3. United States' Motion for Sealing its Opposition to Defendant's Motion in Limine (Docket No. 101)

4. Defendant's Reply to United States' Opposition to Defendant's Motion in Limine (Docket No. 102)

5. Exhibits in support of Defendant's Reply to United States' Opposition to Motion in Limine to Exclude Evidence (Filed February 3, 2009)

**IT IS SO ORDERED.**

Dated: February 4, 2009

SUSAN ILLSTON
United States District Judge