1   ALLEN RUBY (SBN 47109)
    LAW OFFICES OF ALLEN RUBY
2   125 South Market Street #1001
    San Jose, CA 95113
3   Telephone: (408) 998-8500 ext. 204
    Facsimile: (408) 998-8503
4
    CRISTINA C. ARGUEDAS (SBN 87787)
5   TED W. CASSMAN (SBN 98932)
    ARGUEDAS, CASSMAN & HEADLEY, LLP
6   803 Hearst Avenue
    Berkeley, CA 94710
7   Telephone: (510) 845-3000
    Facsimile: (510) 845-3003
8
    DENNIS P. RIORDAN (SBN 69320)
9   DONALD M. HORGAN (SBN 121547)
    RIORDAN & HORGAN
10  523 Octavia Street
    San Francisco, CA 94102
11  Telephone: (415) 431-3472

12  Attorneys for Defendant
    BARRY LAMAR BONDS
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                  SAN FRANCISCO DIVISION

17
    UNITED STATES OF          )   Case No. CR 07 0732 SI
18  AMERICA,                  )
                              )
19                            )
                Plaintiff,    )
20                            )
         vs.                  )
21                            )   Date:  February 5, 2009
    BARRY LAMAR BONDS,        )   Time:  10:30 a.m.
22                            )   Judge: The Honorable Susan Illston
                Defendant.    )
23  _____

24          EXHIBITS IN SUPPORT OF DEFENDANT'S
            REPLY TO UNITED STATES' OPPOSITION TO
25          MOTION IN LIMINE TO EXCLUDE EVIDENCE

26

27

28

    Exhibits In Support of Defendant's Reply To United States'
    Opposition To Motion In Limine To Exclude Evidence

# EXHIBIT A

```
 1                    GRAND JURY 04-1

 2            NORTHERN DISTRICT OF CALIFORNIA

 3
                                  ORIGINAL
 4

 5 GJ INVESTIGATION NO. 2004R00608

 6

 7

 8

 9

10        REPORTER'S TRANSCRIPT OF PROCEEDINGS

11            TESTIMONY OF JAMES VALENTE

12             AT 450 GOLDEN GATE AVENUE

13          SAN FRANCISCO, CALIFORNIA 94102

14               THURSDAY, MAY 25, 2006

15

16

17 FOR THE GOVERNMENT:

18 KEVIN V. RYAN,

19 UNITED STATES ATTORNEY

20 BY:   JEFF NEDROW, AUSA

21       MATT PARRELLA, AUSA

22       JEFF FINIGAN, AUSA

23 UNITED STATES DEPARTMENT OF JUSTICE

24 450 GOLDEN GATE AVENUE

25 SAN FRANCISCO, CALIFORNIA 94102
```

```
 1       Q.    Okay.  And what would you do with the
 2  actual faxed reports that you received?
 3       A.    I created like files for the athletes or
 4  whoever it was testing.
 5       Q.    And what was your normal practice in
 6  terms of did you typically maintain those reports
 7  or did you toss them or shred them?  What would
 8  you do with them?
 9       A.    No, we just kept them in their files.
10       Q.    Okay.  With respect to your interaction
11  with Greg Anderson and Mr. Bonds, would you give
12  them copies or talk to them about what the result
13  said?
14       A.    I didn't talk about the results, but I
15  did give Greg copies.
16       Q.    Okay.  And I guess maybe now is the time
17  since he's came up.  Who was -- was Greg Anderson
18  an employee at BALCO or who was he...
19       A.    No.
20       Q.    ...in connection with?  No?
21       A.    He was a personal trainer at the gym that
22  was around the block from our office.
23       Q.    Do you recall the name of the gym?
24       A.    One time it was World's and then they
25  changed it to -- I don't know.  They changed it
```

```
 1        Q.    Okay.   Okay.   All right.   Let's move on.
 2  And, again, this is the kind of thing you would
 3  have kept in Mr. Bonds' folder as a part of your
 4  records; correct?
 5        A.    Yes.
 6        Q.    Okay.   Great.
 7        ASST. FOREPERSON:   Can I ask a question...
 8        MR. NEDROW:   Sure.
 9        ASST. FOREPERSON:   ...'cause I don't think it
10  can wait.
11        MR. NEDROW:   Okay.
12        ASST. FOREPERSON:   Nobody witnessed the -- the
13  collection of the urinalysis.   So if the
14  urinalysis was from a female, would the
15  testosterone level come out to be zero?
16        MR. NEDROW:   If -- if you know the answer.
17        THE WITNESS:   I don't know.   It could, I
18  guess.   Yeah, there was no chain of custody on the
19  urine.   I was just being -- they would send it in
20  with their names on -- on it or I would be given
21  it, given to at the time and then, you know, like
22  Greg would tell me it was Barry's urine.
23        Q.    BY MR. NEDROW:   Okay.   Well, I do want to
24  follow up, thank you, to be clear on that, that
25  when you say there's no chain of custody, you're
```

```
 1  referring specifically to formal documents that --
 2  you know, affidavits and things; correct?
 3      A.    Yes.   Correct.
 4      Q.    All right.  But, of course, when you do
 5  that, that creates a paper trail; correct?
 6      A.    Yes.
 7      Q.    Okay.  All right.  So what was your basis
 8  for putting down Barry B. and these numbers on
 9  these samples?  I mean how did you know it was
10  Barry's urine?
11      A.    'Cause Greg gave it to me and told me.
12      Q.    Greg told you specifically these were
13  Barry's urine samples.
14      A.    Yes.
15      Q.    Okay.  All right.  Let's go to the
16  next --
17      GRAND JUROR:  Mr. Nedrow.
18      MR. NEDROW:  Yes.  I'm sorry.
19      GRAND JUROR:  Can we request a bathroom break?
20      MR. NEDROW:  Oh, sure.  Yeah.  Absolutely.
21  You guys want to take like 10 minutes or something
22  or --
23      GRAND JUROR:  Five is fine.
24      GRAND JUROR:  Yeah, five is fine.
25      THE FOREPERSON:  Five is fine.
```

55

1 analysis...

 2     Q.   Okay.

 3     A.   ...or the element analysis.

 4     Q.   Okay.  And we have a date, of course.

 5 Who's listed as the consulting physician for

 6 Mr. Bonds in the first line?

 7     A.   "Dr. Goldman."

 8     Q.   And just tell us briefly who Dr. Goldman

 9 was in connection with BALCO.

10     A.   He was the medical director.  He oversaw

11 the operations at BALCO.

12     Q.   Okay.  And was he actually someone who

13 came to BALCO and got involved in dealing with

14 the -- the medical issues at BALCO?

15     A.   Yes.

16     Q.   Okay.  Did you ever hear or see him

17 consulting with Mr. Bonds?

18     A.   No.

19     Q.   Okay.  All right.  And then when we go to

20 the next few pages -- now, there's a different lab

21 indicated starting on page 26.  This is something

22 called "Specialty Laboratories."  Do you see that?

23     A.   Yes.

24     Q.   How is that different from Quest

25 Diagnostics?  Can you explain how this is used

```
 1       A.    Yeah, he just asked.    He said, "Do me a
 2  favor.    Can you switch my name for Barry's?"  and I
 3  said, "If that's what you want to do"  and he said,
 4  "Yeah"  and I said, "Okay."
 5       Q.    And -- and just so we're clear, I guess
 6  what you said earlier, was there a concern stated
 7  by Mr. Anderson that Mr. Bonds wanted some privacy
 8  or was concerned about it for some reason?
 9       A.    Yes.    He just said -- he said Barry
10  wanted, you know, some privacy, so he didn't want
11  his name on it.
12       Q.    So did that suggest to you that Mr. Bonds
13  was aware this was happening...
14       A.    I believe so, yes.
15       Q.    ...based on what Mr. Anderson said?
16       A.    Yes.
17       Q.    But did you personally talk to Mr. Bonds
18  about this particular incident?
19       A.    No.
20       Q.    And I guess I see the grand juror's
21  concern, I mean in the question.  This in theory I
22  guess would allow the identity of samples to be
23  handled without the submitting person's
24  knowledge.    I mean isn't that true?
25       A.    Yes.
```

```
 1  STATE OF CALIFORNIA        )
 2                            )        ss
 3  COUNTY OF SAN MATEO       )
 4
 5            I hereby certify that the foregoing in
 6  the within-entitled cause was taken at the time
 7  and place herein named; that the transcript is a
 8  true record of the proceedings as reported by me,
 9  a duly certified shorthand reporter and a
10  disinterested person, and was thereafter
11  transcribed into typewriting by computer.
12            I further certify that I am not
13  interested in the outcome of the said action, nor
14  connected with, nor related to any of the parties
15  in said action, nor to their respective counsel.
16            IN WITNESS WHEREOF, I have hereunto set
17  my hand this 29th day of May, 2006.
18
19
20  _____
21            VICTORIA LEE, CSR# 11547
22            STATE OF CALIFORNIA
23
24
25
```

# EXHIBIT B



**BALCO**
BAY AREA LABORATORY
CO-OPERATIVE

July 6, 2001

Dr. Victor Uralets
Quest Diagnostics Sports Testing
7470 Mission Valley Road
San Diego, CA 92108
(619) 686-3000



ID, 100321

Attention: Deliver this urine specimen to Dr. Victor Uralets

Dear Dr. Uralets:

As discussed, Dr. Goldman would like the sports panel performed for patient sample **100321** The **test code is #6015** for this sample. This is a **non forensic** sample.

The BALCO account # is 14059.

Enclosed is check #0794 in the amount of $80.00 per sample.

Please **fax the test result to (650) 697-6576 ASAP**.

Thanks

Sincerely,

Jim Valente

QD 000168

BB001069



B A L C O
BAY AREA LABORATORY
CO-OPERATIVE

October 22, 2001



ID,100404

CC

Y2893085

Dr. Victor Uralets
Quest Diagnostics Sports Testing
7470 Mission Valley Road
San Diego, CA 92108
(619) 686-3000

Attention: Deliver these urine specimens to Dr. Victor Uralets

Dear Dr. Uralets:

As discussed, Dr. Goldman would like the sports panel performed for sample patient **100402**, patient sample **100403** and sample patient **100404.** The **test code is #6015** for these samples. These are **non forensic** samples.

The BALCO account # is 14059.

Enclosed is check #0850 in the amount of $240.00 ($80.00 per sample).

Please **fax the test result to (650) 697-6576 ASAP**.

Thanks

Sincerely,

Jim Valente

QD 000226

BB001127



February 6, 2003

Dr. Victor Uralets
Quest Diagnostics Sports Testing
7470 Mission Valley Road
San Diego, CA 92108
(619) 686-3000

Attention: Deliver these urine specimens to Dr. Victor Uralets

Dear Dr. Uralets:

As discussed, Dr. Goldman would like the sports panel performed for sample patient **100552** sample, patient **100553** and sample patient **100554**. The **test code is #6816** for these samples. These are **non forensic** samples.

test code: ~~6816~~ 38289N

The BALCO account # is 41125218.

Enclosed is check # 1117 in the amount of $80.00 ($80.00 per sample).

**Please fax the test result to (650) 697-6576 ASAP**.

Thanks

*AM*
*3732 70550574006*
*exp 05/03*

Sincerely,

*[signature]*

Jim Valente

*[signature]*

QD 000370

000006
BB001271



9009147

4230 South Burnham
~~Las Vegas NV 89119~~

**BALCO**
BAY AREA LABORATORY
CO-OPERATIVE

948757H

May 30, 2003

Dr. Victor Uralets
Quest Diagnostics Sports Testing
7470 Mission Valley Road
San Diego, CA 92108
(619) 686-3000

Attention: Deliver these urine specimens to Dr. Victor Uralets

Dear Dr. Uralets:

As discussed, Dr. Goldman would ~~like the sports~~ panel performed for sample patient **100571** and sample patient **100572**. The **test code is #38289N** for these samples. These are **non ~~forensic samples~~**.

The BALCO account # is 41125218.

Please **fax the test result to (650) 697-6576 ASAP**.

Thanks

Sincerely,

Jim Valente

06 02 03 Federal Express JEREMY SHUCK Seal/Bag Intact
ID Verified

QD 000412

000006

# EXHIBIT C



**SPECIALTY LABORATORIES**
2211 Michigan Avenue    310-828-6543
Santa Monica, CA 90404-3900    800-421-4449

SPECIALTY# 098-6186805
CLIENT #    44008

NAME:    B, B

PHYSICIAN: GOLDMAN, BRIAN H
NOTES:
PATIENT ID:    00216
SPECIMEN ID:    00216

BALCO LABS
ATTN: JIM VALENTE
1520 GILBREATH ROAD

BURLINGAME    CA    94010

DOB: 07/24/64    AGE: 36 Years
SEX: Male

DRAWN:            01/19/01 15:00
RECEIVED:        01/22/01 17:09
PRINTED:         01/26/01 08:40
FINAL REPORT:    01/26/01 08:40
                 FINAL

| TEST NAME | RESULTS | | REFERENCE RANGE |
| --------- | ------- | --- | --------------- |

TESTOSTERONE, FREE & TOTAL
--------------------------

| Testosterone Total | 730 | ng/dL | (241-827) |
| Testosterone Free | > 5.00 | ng/dL | |

REFERENCE RANGES for Testosterone Free
    Males:
        20-49 yrs . . . . . 0.95-4.30 ng/dL
        > 50  yrs . . . . . 0.80-3.50 ng/dL
    Females:
        Ovulating . . . . Up to 0.38 ng/dL
        Postmenopausal . . Up to 0.13 ng/dL

% Free Testosterone                                % of total (0.32-0.50)
The percentage of total testosterone in unbound state (% free
testosterone) cannot be calculated since the free testosterone level
is greater than the highest detectable concentration.

COMPLETE BLOOD COUNT
--------------------

| WBC | 7.9 | | thou/cu mm | (4.0-11.0) |
| RBC | 5.34 | | mil/cu mm | (4.50-6.00) |
| Hgb | 14.0 | | g/dL | (13.5-18.0) |
| Hct | 44.9 | | % | (40.0-54.0) |
| MCV | 84 | | fL | (80-96) |
| MCH | 26 | | pg | (26-34) |
| MCHC | 31 | | g/dL | (31-37) |
| Platelets | 388 | | thou/cu mm | (150-400) |
| Segmented Neutrophils | 73 | H | % | (50-70) |
| Basophils | 0 | | % | (< 2) |
| Eosinophils | 3 | | % | (< 6) |
| Lymphocytes | 23 | | % | (20-40) |
| Monocytes | 0 | | % | (< 8) |
| RBC Morphology | Normal | | | |

Gilbert Robert..., MD
Albert Radmercher, M.D. PhD

-26-

BB000145

**SPECIALTY LABORATORIES**
2211 Michigan Avenue          310-826-6543
Santa Monica, CA 90404-3900   800-421-4449

SPECIALTY# 098-6186805
CLIENT #   44008

NAME:      B, B

PHYSICIAN: GOLDMAN, BRIAN H
NOTES:
PATIENT ID:  00216
SPECIMEN ID: 00216

| | |
|---|---|
| BALCO LABS | DOB: 07/24/64    AGE: 36 Years |
| ATTN: JIM VALENTE | SEX: Male |
| 1520 GILBREATH ROAD | |
| | DRAWN:            01/19/01 15:00 |
| BURLINGAME            CA   94010 | RECEIVED:         01/22/01 17:09 |
| | PRINTED:          01/26/01 08:40 |
| | FINAL REPORT:     01/26/01 08:40 |
| | FINAL |

| TEST NAME | RESULTS | | REFERENCE RANGE |
|---|---|---|---|

**AUTOANTIBODY CONFIRMATION [ IB]**

| | | |
|---|---|---|
| Ul RNP/snRNP IgG Autoabs | Not detected | Not detected |
| Sm IgG Autoabs | Not detected | Not detected |
| Scl-70 IgG Autoabs | Not detected | Not detected |

This test result or one or more of its components was developed and
its performance characteristics determined by Specialty Laboratories.
It has not been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or approval
is not necessary.

**LACTATE DEHYDROGENASE**

| | | | |
|---|---|---|---|
| Lactate Dehydrogenase (LDH) | 208 | U/L | (< 251) |

**CHOLESTEROL EVALUATION**

| | | | |
|---|---|---|---|
| Triglycerides | 195 | mg/dL | (< 200) |
| Cholesterol, Total | 178 | mg/dL | (< 200) |
| HDL-C | < 20 | L  mg/dL | (> 34) |
| LDL-C (Calc) | < 132 | H  mg/dL | (< 130) |
| Cholesterol/HDL-C Ratio | > 25.43 | H | (< 5.00) |

BB000146



LabOne

1010 _nner Boulevard
Lenexa, KS 66219-9752
(800) 646-7788

now a part of Quest Diagnostics   BARRY
CLIENT PATIENT ID: ?
REQ NUMBER: 70146002-16
ID OR ROOM NO: UNKNOWN
PAGE DOB/AGE: Jul 24 1964/37 YEARS
1 SEX: M      FASTING: YES      HRS: 12
    DATE/TIME COLL: Nov 08 2001 00:00
    DATE RECEIVED:  Nov 09 2001 06:50 AM
    DATE REPORTED:  Nov 13 2001
    DATE RE-SENT:   Nov 28 2006
    REPORT STATUS:  RESEND REPORT

ACCOUNT: J9R3
REF DR: UNKNOWN

BRIAN GOLDMAN, MD
1520 GILBRETH ROAD
BURLINGAME, CA 94010

| RESULT NAME | IN RANGE | OUT OF RANGE | REFERENCE | UNITS |
|---|---|---|---|---|
| BLOOD CHEMISTRY | | | | |
| NO HEMOLYSIS DETECTED | | | | |
| NO LIPEMIA DETECTED | | | | |
| NO ICTERUS DETECTED | | | | |
| SODIUM | 140 | | 136 - 146 | MEQ/L |
| POTASSIUM | 4.4 | | 3.6 - 5.1 | MEQ/L |
| CHLORIDE | 102 | | 98 - 109 | MEQ/L |
| GLUCOSE | 75 | | 60 - 109 | MG/DL |
| CALCIUM | 9.4 | | 8.5 - 10.5 | MG/DL |
| BUN | 20 | | 6 - 23 | MG/DL |
| CREATININE | | 1.6 | 0.3 - 1.5 | MG/DL |
| BUN/CREAT RATIO | 12.5 | | 10 - 22 | |
| TOTAL BILIRUBIN | 0.5 | | 0.2 - 1.3 | MG/DL |
| AST (SGOT) | | 67 | 10 - 45 | U/L |
| ALT (SGPT) | | 177 | 11 - 45 | U/L |
| ALKALINE PHOSPHATASE | 79 | | 40 - 115 | U/L |
| TOTAL PROTEIN | 7.5 | | 6.3 - 7.8 | G/DL |
| ALBUMIN | 4.3 | | 3.90 - 5.20 | G/DL |
| GLOBULIN | 3.2 | | 1.8 - 3.5 | G/DL |
| A/G RATIO | 1.3 | | 1 - 2.5 | |
| TRIGLYCERIDES | 102 | | 10 - 150 | MG/DL |
| CHOLESTEROL | | 222 | 140 - 199 | MG/DL |
| | | BORDERLINE HIGH CHOL | 200 - 239 | MG/DL |
| | | HIGH CHOLESTEROL | >= 240 | MG/DL |
| HDL CHOLESTEROL | 40 | | 27 - 75 | MG/DL |
| CHOL/HDL RATIO | | 5.6 | 0 - 5 | |
| LDL CHOLESTEROL, CALC | | 161 | 0 - 129 | MG/DL |
| VLDL, CALCULATED | 20 | | 5 - 35 | MG/DL |
| LDL/HDL RATIO | 4.04 | | 1.52 - 5.52 | |
| BICARBONATE | 26 | | 21 - 30 | MEQ/L |
| HEMATOLOGY | | | | |
| HGB | 15.4 | | 14.0 - 18.0 | G/DL |
| HCT | 46.4 | | 44.0 - 54.0 | % |
| RBC | 5.70 | | 4.70 - 6.10 | MILLION/MCL |
| MCV | | 81 | 83 - 103 | FL |
| MCH | 26.9 | | 26.0 - 35.0 | PG |
| MCHC | 33.2 | | 30.0 - 37.0 | G/DL |
| RDW | | 15.1 | 11.5 - 14.5 | % |
| WBC | 5.7 | | 4.0 - 11.0 | K/MCL |
| NEUTROPHILS | 48 | | 42 - 77 | % |
| LYMPHOCYTES | 43 | | 16 - 43 | % |
| MONOCYTES | 6 | | 4 - 12 | % |
| EOSINOPHILS | 3 | | 0 - 8 | % |
| BASOPHILS | 0 | | 0 - 3 | % |
| PLATELET COUNT | 231 | | 130 - 400 | K/MCL |

- REPORT CONTINUED ON NEXT PAGE -

CONFIDENTIAL

LABONE_00087

BB001585



**LabOne**

now a part of Quest Diagnostics

1010 Renner Boulevard
Lenexa, KS 66219-9752
(800) 646-7788

PATIENT: BONDS, BARRY
CLIENT PATIENT ID: ?
REQ NUMBER: 70145977-16
ID OR ROOM NO: UNKNOWN
PAGE DOB/AGE: Jul 24 1964/37 YEARS
1 SEX: M    FASTING: YES    HRS:
DATE/TIME COLL: Apr 12 2002 10:00 AM
DATE RECEIVED:  Apr 15 2002 06:05 AM
DATE REPORTED:  Apr 15 2002
DATE RE-SENT:   Nov 28 2006
REPORT STATUS:  RESEND REPORT

ACCOUNT: J9R3
REF DR: UNKNOWN

BRIAN GOLDMAN, MD
1520 GILBRETH ROAD
BURLINGAME, CA 94010

| RESULT NAME | IN RANGE | OUT OF RANGE | REFERENCE | UNITS |
|---|---|---|---|---|
| **BLOOD CHEMISTRY** | | | | |
| NO HEMOLYSIS DETECTED | | | | |
| NO LIPEMIA DETECTED | | | | |
| NO ICTERUS DETECTED | | | | |
| SODIUM | 139 | | 136 - 146 | MEQ/L |
| POTASSIUM | 4.1 | | 3.6 - 5.1 | MEQ/L |
| CHLORIDE | 105 | | 98 - 109 | MEQ/L |
| GLUCOSE | 104 | | 60 - 109 | MG/DL |
| CALCIUM | 9.1 | | 8.5 - 10.5 | MG/DL |
| BUN | | 26 | 6 - 23 | MG/DL |
| CREATININE | | 1.7 | 0.3 - 1.5 | MG/DL |
| BUN/CREAT RATIO | 15.3 | | 10 - 22 | |
| TOTAL BILIRUBIN | 0.3 | | 0.2 - 1.3 | MG/DL |
| AST (SGOT) | | 51 | 10 - 45 | U/L |
| ALT (SGPT) | | 57 | 11 - 45 | U/L |
| ALKALINE PHOSPHATASE | 84 | | 40 - 115 | U/L |
| TOTAL PROTEIN | 6.5 | | 6.3 - 7.8 | G/DL |
| ALBUMIN | | 3.8 | 3.90 - 5.20 | G/DL |
| GLOBULIN | 2.7 | | 1.8 - 3.5 | G/DL |
| A/G RATIO | 1.4 | | 1 - 2.5 | |
| BICARBONATE | 23 | | 21 - 30 | MEQ/L |
| **HEMATOLOGY** | | | | |
| HGB | 14.6 | | 14.0 - 18.0 | G/DL |
| HCT | 49.1 | | 44.0 - 54.0 | % |
| RBC | 5.40 | | 4.70 - 6.10 | MILLION/MCL |
| MCV | 91 | | 83 - 103 | FL |
| MCH | 27.1 | | 26.0 - 35.0 | PG |
| MCHC | | 29.7 | 30.0 - 37.0 | G/DL |
| RDW | | 16.4 | 11.5 - 14.5 | % |
| WBC | 7.6 | | 4.0 - 11.0 | K/MCL |
| NEUTROPHILS | 60 | | 42 - 77 | % |
| LYMPHOCYTES | 36 | | 16 - 43 | % |
| MONOCYTES | | 3 | 4 - 12 | % |
| EOSINOPHILS | 1 | | 0 - 8 | % |
| BASOPHILS | 1 | | 0 - 3 | % |
| PLATELET COUNT | 239 | | 130 - 400 | K/MCL |

REMARKS: RESULTS MAY BE AFFECTED BY SPECIMEN AGE.

END OF REPORT FOR BONDS, BARRY

**CONFIDENTIAL**

LABONE_00120

BB001595



LabOne
1010, .nner Boulevard
Lenexa, KS 66219-9752
(800) 646-7788

now a p PATIENT DIAGNOST BONDS, BARRY
CLIENT PATIENT ID: ?
REQ NUMBER: 70146002-16
ID OR ROOM NO: UNKNOWN
PAGE DOB/AGE: Jul 24 1964/37 YEARS
1 SEX: M    FASTING: YES    HRS: 12
DATE/TIME COLL: Nov 08 2001 00:00
DATE RECEIVED:  Nov 09 2001 06:50 AM
DATE REPORTED:  Nov 13 2001
DATE RE-SENT:   Nov 28 2006
REPORT STATUS:  RESEND REPORT

ACCOUNT: J9R3
REF DR: UNKNOWN

BRIAN GOLDMAN, MD
1520 GILBRETH ROAD
BURLINGAME, CA 94010

| RESULT NAME | IN RANGE | OUT OF RANGE | REFERENCE | UNITS |
|---|---|---|---|---|
| BLOOD CHEMISTRY | | | | |
| NO HEMOLYSIS DETECTED | | | | |
| NO LIPEMIA DETECTED | | | | |
| NO ICTERUS DETECTED | | | | |
| SODIUM | 140 | | 136 - 146 | MEQ/L |
| POTASSIUM | 4.4 | | 3.6 - 5.1 | MEQ/L |
| CHLORIDE | 102 | | 98 - 109 | MEQ/L |
| GLUCOSE | 75 | | 60 - 109 | MG/DL |
| CALCIUM | 9.4 | | 8.5 - 10.5 | MG/DL |
| BUN | 20 | | 6 - 23 | MG/DL |
| CREATININE | | 1.6 | 0.3 - 1.5 | MG/DL |
| BUN/CREAT RATIO | 12.5 | | 10 - 22 | |
| TOTAL BILIRUBIN | 0.5 | | 0.2 - 1.3 | MG/DL |
| AST (SGOT) | | 67 | 10 - 45 | U/L |
| ALT (SGPT) | | 177 | 11 - 45 | U/L |
| ALKALINE PHOSPHATASE | 79 | | 40 - 115 | U/L |
| TOTAL PROTEIN | 7.5 | | 6.3 - 7.8 | G/DL |
| ALBUMIN | 4.3 | | 3.90 - 5.20 | G/DL |
| GLOBULIN | 3.2 | | 1.8 - 3.5 | G/DL |
| A/G RATIO | 1.3 | | 1 - 2.5 | |
| TRIGLYCERIDES | 102 | | 10 - 150 | MG/DL |
| CHOLESTEROL | | 222 | 140 - 199 | MG/DL |
| | | BORDERLINE HIGH CHOL | 200 - 239 | MG/DL |
| | | HIGH CHOLESTEROL | >= 240 | MG/DL |
| HDL CHOLESTEROL | 40 | | 27 - 75 | MG/DL |
| CHOL/HDL RATIO | | 5.6 | 0 - 5 | |
| LDL CHOLESTEROL, CALC | | 161 | 0 - 129 | MG/DL |
| VLDL, CALCULATED | 20 | | 5 - 35 | MG/DL |
| LDL/HDL RATIO | 4.04 | | 1.52 - 5.52 | |
| BICARBONATE | 26 | | 21 - 30 | MEQ/L |
| HEMATOLOGY | | | | |
| HGB | 15.4 | | 14.0 - 18.0 | G/DL |
| HCT | 46.4 | | 44.0 - 54.0 | % |
| RBC | 5.70 | | 4.70 - 6.10 | MILLION/MCL |
| MCV | | 81 | 83 - 103 | FL |
| MCH | 26.9 | | 26.0 - 35.0 | PG |
| MCHC | 33.2 | | 30.0 - 37.0 | G/DL |
| RDW | | 15.1 | 11.5 - 14.5 | % |
| WBC | 5.7 | | 4.0 - 11.0 | K/MCL |
| NEUTROPHILS | 48 | | 42 - 77 | % |
| LYMPHOCYTES | 43 | | 16 - 43 | % |
| MONOCYTES | 6 | | 4 - 12 | % |
| EOSINOPHILS | 3 | | 0 - 8 | % |
| BASOPHILS | 0 | | 0 - 3 | % |
| PLATELET COUNT | 231 | | 130 - 400 | K/MCL |

- REPORT CONTINUED ON NEXT PAGE -

**CONFIDENTIAL**

LABONE_00087

BB001585



LabOne

now a part of Quest Diagnostics

1010, .nner Boulevard
Lenexa, KS 66219-9752
(800) 646-7788

PATIENT: BONDS, BARRY
CLIENT PATIENT ID: ?
REQ NUMBER: 70146002-16
ID OR ROOM NO: UNKNOWN
PAGE DOB/AGE: Jul 24 1964/37 YEARS
2 SEX: M    FASTING: YES    HRS: 12
DATE/TIME COLL: Nov 08 2001 00:00
DATE RECEIVED: Nov 09 2001 06:50 AM
DATE REPORTED: Nov 13 2001
DATE RE-SENT: Nov 28 2006
REPORT STATUS: RESEND REPORT

ACCOUNT: J9R3
REF DR: UNKNOWN

BRIAN GOLDMAN, MD
1520 GILBRETH ROAD
BURLINGAME, CA 94010

| RESULT NAME | IN RANGE | OUT OF RANGE | REFERENCE | UNITS |
|---|---|---|---|---|

SEND OUT TESTS PERFORMED AT:
QUEST DIAGNOSTICS AMD
14225 NEWBROOK DRIVE
NICHOLS INSTITUTE                    800-336-3718
CHANTILLY, VA 20153
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Free and Total Testosterone

Free and Total Testosterone

| | | | | |
|---|---|---|---|---|
| Free Testosterone | 11.2 | | 9.5-29.7 | pg/mL |
| Total Testosterone | 336 | | 240-980 | ng/dL |
| % Free Testosterone | 0.3 | | 0.2-0.7 | % |

SEND OUT TESTS PERFORMED AT:
ARUP LABORATORIES
500 CHIPETA WAY
                                    800-522-2787
SALT LAKE CITY, UT 84108
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
IGF-1 (INSULIN-LIKE GROWTH I)
FROZEN AT LABONE.

IGF-1 (INSULIN-LIKE GROWTH I)
                                    100 .    114-492 ng/mL
REFERENCE INTERVAL: IGF-1 (Insulin-Like Growth I)

| AGE | MALE | FEMALE |
|---|---|---|
| 2 mos-5 yrs | 17-248 ng/mL | 17-248 ng/mL |
| 6-8 yrs | 88-474 ng/mL | 88-474 ng/mL |
| 9-11 yrs | 110-565 ng/mL | 117-771 ng/mL |
| 12-15 yrs | 202-957 ng/mL | 261-1096 ng/mL |
| 16-24 yrs | 182-780 ng/mL | 182-780 ng/mL |
| 25-39 yrs | 114-492 ng/mL | 114-492 ng/mL |
| 40-54 yrs | 90-360 ng/mL | 90-360 ng/mL |
| 55 yrs and over | 71-290 ng/mL | 71-290 ng/mL |

Values by Tanner Stage:

| TANNER STAGE | MALE | FEMALE |
|---|---|---|
| I | 109-485 ng/mL | 128-470 ng/mL |
| II | 174-512 ng/mL | 186-695 ng/mL |
| III | 230-818 ng/mL | 292-883 ng/mL |
| IV | 396-776 ng/mL | 394-920 ng/mL |
| V | 402-839 ng/mL | 308-1138 ng/mL |

CONFIDENTIAL

LABONE_00088

BB001586



now a part of Quest Diagnostics

1010, .iner Boulevard
Lenexa, KS 66219-9752
(800) 646-7788

PATIENT: BONDS, BARRY
CLIENT PATIENT ID: ?
REQ NUMBER: 70146002-16
ID OR ROOM NO: UNKNOWN
PAGE DOB/AGE: Jul 24 1964/37 YEARS
3 SEX: M      FASTING: YES      HRS: 12
DATE/TIME COLL: Nov 08 2001 00:00
DATE RECEIVED:  Nov 09 2001 06:50 AM
DATE REPORTED:  Nov 13 2001
DATE RE-SENT:   Nov 28 2006
REPORT STATUS:  RESEND REPORT

ACCOUNT: J9R3
REF DR: UNKNOWN

BRIAN GOLDMAN, MD
1520 GILBRETH ROAD
BURLINGAME, CA 94010

RESULT NAME                    IN RANGE      OUT OF RANGE        REFERENCE   UNITS

                     END OF REPORT FOR BONDS, BARRY

CONFIDENTIAL

LABONE_00089

BB001587

# EXHIBIT D

| 1 | GRAND JURY 04-1 |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | |
| 4 | ORIGINAL |
| 5 | GJ INVESTIGATION NO. 2004R00608 |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | REPORTER'S TRANSCRIPT OF PROCEEDINGS |
| 11 | TESTIMONY OF LARRY BOWERS |
| 12 | AT 450 GOLDEN GATE AVENUE |
| 13 | SAN FRANCISCO, CALIFORNIA 94102 |
| 14 | THURSDAY, JUNE 29, 2006 |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | FOR THE GOVERNMENT: |
| 20 | KEVIN V. RYAN, |
| 21 | UNITED STATES ATTORNEY |
| 22 | BY: JEFF NEDROW, AUSA |
| 23 | UNITED STATES DEPARTMENT OF JUSTICE |
| 24 | 450 GOLDEN GATE AVENUE |
| 25 | SAN FRANCISCO, CALIFORNIA 94102 |

```
 1                          INDEX

 2  LARRY BOWERS                                    PAGE

 3     Examination by MR. NEDROW                       4

 4

 5                         -o0o-

 6

 7  ALSO PRESENT (A.M. SESSION ONLY):

 8     MATT A. PARRELLA, AUSA

 9     JEFF FINIGAN, AUSA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1 steroids?

 2      A.    I am.

 3      Q.    And of these three classes, are any of

 4 those three classes prohibited as a controlled

 5 substance under federal law?

 6      A.    Right.   Anabolic steroids are -- are part

 7 of the Controlled Substance Act, yes.

 8      Q.    But corticosteroids and the estrogen

 9 steroids are not actually under that act; correct?

10      A.    They're -- they're certainly not under

11 Category III, yeah.   That's right.   You -- you

12 need a prescription for getting glucocortic --

13 some glucocorticoids, others you can get over the

14 counter.   So, yeah, that -- that's correct.

15      Q.    Okay.   You've referred to some of the

16 effects of anabolic steroids, but let me -- let me

17 go into that a little bit more.   You referred to

18 the -- the increased hair and the muscle mass.

19 Are there other physical characteristics that can

20 occur when one takes anabolic steroids?

21      A.    Yes.   There are -- there are a number of

22 other things.   I mean the -- the weight gain

23 certainly would be something that -- that -- that

24 would be apparent.   Steroids also have an effect

25 on -- on your sweat glands and -- and tend to have
```

13

1 people develop acne; especially in the upper back
2 is a characteristic of taking steroids. There are
3 a number of other side effects that are negative.
4     I don't know whether you want me to do those,
5 but those are two physical characteristics that
6 you'd certainly see with -- with anabolic
7 steroids.
8     Q.    In men specifically, would there be any
9 impact perceptible on the male genitalia in
10 connection with taking steroids?
11     A.    Correct.  You'd definitely have a
12 decrease in testicular size as a result of taking
13 anabolic steroids, and that has to do with
14 haltering your hormones in your body that control
15 the production of sperm.  So, yes, that's another
16 effect that's almost universal.
17     Q.    What about the impact on -- I guess from
18 a physiological perspective, on a person's
19 emotions or ability to control one's emotions?  Is
20 there a common term associated with that type of
21 problem?
22     A.    There's -- when you're on steroids, some
23 people exhibit something that's called "roid
24 rage," and, again, people tend to feel somewhat
25 invincible, they tend to be much more aggressive

14

1  when they're on steroids, and so that's definitely
 2  a -- a mental thing.
 3      When you go off of steroids, frequently
 4  because your body isn't making any and you've
 5  stopped taking them, you -- you actually
 6  experience a depression and that can have a lot
 7  of -- of effects on -- on your lifestyle and other
 8  things also.
 9      Q.  Has the research -- we've talked about, I
10  guess, side effects.  Has the research suggested
11  other possible or even documented negative
12  consequences for parts of the body from the use or
13  abuse of steroids?
14      A.  Yeah, absolutely.  One of the things,
15  their effects on muscle, the heart muscle in
16  particular and so people develop heart -- a
17  weakness in their heart.  There's the potential
18  for hypertension, so you get elevated blood
19  pressure from some steroids more so than others.
20  There's an effect on the liver.  I use the term
21  "insult," meaning it's -- it -- it hurts the liver
22  temporarily, but -- but some people are
23  susceptible to longer-term effects like hepatic
24  cancer.
25      That's rare, but it's definitely been linked

                                               15

1  to steroids, and we don't know -- one of the areas
2  of -- of great concern that no one knows the
3  answer to is long-term exposure of the prostate
4  to -- to synthetic steroids; whether or not that
5  might relate to prostate cancer, longer term, but
6  there are not good studies on that.

7      Q.   And what's the reason why there are some
8  areas of a -- a lack of knowledge or ignorance as
9  to what the effects might be in people over the
10 long term?  Is there a fairly apparent scientific
11 reason why that is?

12     A.   Yeah.  I mean it -- one of the things
13 that really hamstrungs -- strings those of us that
14 follow the -- the rules of -- of both research and
15 other things is that you would not be permitted to
16 give the kinds of doses that we're talking about
17 to -- to a human subject.  Even with informed
18 consent, you wouldn't get the permission to give
19 those kinds of doses to people over a long period
20 of time; so there's a real gap in what we can
21 learn about long-term steroid abuse.

22     Q.   And why aren't you permitted to give
23 people large doses over long periods of time of
24 steroids?

25     A.   Well, it's because of the side effects

16

```
 1  that are known.  There's -- it's felt that it's an
 2  un -- unreasonable risk to expose someone to that
 3  kind of steroid dose; especially if -- if it would
 4  be a woman, for example.  There would be no way
 5  that you would -- that you would expose them to
 6  anabolic steroids for a long period of time.
 7      Q.    Because there's a concern of significant
 8  or possibly even fatal problems; correct?
 9      A.    Correct.  Correct.  Health problems, yes.
10      Q.    Okay.  Now, there are some reasons for
11  which one can legitimately get a prescription for
12  anabolic steroids; correct?
13      A.    Correct.
14      Q.    And you're not, of course, a -- though
15  you obviously have a lot of academic experience
16  from the research side.  You're not a -- a doctor
17  or a medical doctor.
18      A.    I'm not a physician.
19      Q.    A physician.  Thank you.  So, however,
20  your research does give you some basis to
21  understand the medical reasons a doctor might
22  prescribe anabolic steroids.
23      A.    Absolutely.
24      Q.    Okay.  So what might those be?
25      A.    Any -- any disease that would -- that
```

17

1    A.    It's a protein hormone; and just to back
2  up a step and explain a bit, proteins are chains
3  of amino acids that are put together.  They then
4  fold up into kind of a ball or a three-dimensional
5  structure which then has an effect on different
6  tissues.  Growth hormone is secreted naturally in
7  all of us.  It has a lot of different metabolic
8  effects.  It interacts with the way you handle
9  glucose, for example.  It causes bone growth and
10 cartilage growth.  It causes muscle growth.  It
11 changes lipid metabolism in fat tissue.
12      So it -- it really is a very potent and
13 far-reaching hormone in your body.
14      Q.    And some of the same questions we asked
15 earlier here.  What are the effects of human
16 growth hormone on the human body?
17      A.    Obviously the -- the biggest one is
18 growth.  In -- before you're mature, before your
19 long bones grow -- close at the ends, the growth
20 hormone is responsible for height or stature.
21 After that it has a whole series of effects.  I
22 mean it's -- again, it known to interact with --
23 with glucose, it affects your sleep, it affects a
24 number of different kinds of behaviors as -- as
25 part of its normal activity, but the main thing

23

```
 1  would be controlled bone growth, muscle growth.
 2       Again, it would -- it would tend to make you
 3  leaner because it -- it tends to burn fat instead
 4  of accumulating it.
 5       Q.   Are there possible adverse side effects,
 6  for an adult anyway, with using human growth
 7  hormone without appropriate medical supervision?
 8       A.   Yeah, absolutely.  A little bit different
 9  from steroids, which have some pretty acute or
10  quick effects, the effects of growth hormone or
11  the side effects of growth hormone tend to -- to
12  occur over months or years instead of weeks let's
13  say like they would for steroids.  Obviously
14  the -- the thing that usually -- there is a
15  disease that you can sort of compare abuse of
16  growth hormone to, and that's a disease called
17  acromegaly which is -- which is simply an
18  overproduction of growth hormone.
19       Those people are usually initially diagnosed
20  by a physician because of growth of the fingers,
21  hands, feet and also a change in ring size or
22  maybe a change in hat size would be something that
23  you would notice that would -- would lead a
24  physician towards thinking you might have
25  acromegaly.
```

```
 1        Q.    Again, with the caveat that you're not
 2   a -- a physician, is it normal for an adult's head
 3   or feet or hands after they've reached adulthood
 4   to -- to grow?
 5        A.    Not normally.  No.
 6        Q.    And is -- that is something that with
 7   excessive human growth hormone in the body can
 8   occur?
 9        A.    Correct.  Those bones -- I should make a
10   distinction, perhaps, between two types of bones.
11   The long bones like the ones in your legs and arms
12   have growth plates at the ends of them and so once
13   you finish puberty and you're mature, those plates
14   close and your -- the bones in your arms and legs
15   can't grow any longer at that point.  The bones,
16   for example, in your skull have two thin, hard
17   layers on the outside and then sort of a spongy
18   layer of bone on the inside.
19        The same is true for your fingers and -- and
20   your toes and the small bones of your feet and
21   hands.  That spongy material is actually very
22   stimulated by growth hormone and so your -- if you
23   can think of it, your -- your skull bones actually
24   swell if you want to think of it that way as
25   opposed to, you know, growing together at the --
```

```
 1  what are called the sutures where the bones come
 2  together.  The -- the bones actually get thicker.
 3       Q.   So the head doesn't grow in the sense of
 4  adding inches up, but it would actually kind of
 5  swell or expand outward basically.
 6       A.   Correct.
 7       Q.   And on the hands and the feet can you use
 8  the same description?  How does that work?  Is
 9  there swelling outwards or just an extension or
10  how does that work?
11       A.   It's -- it's -- it's both.  You grow a
12  little bit longer in the -- in the bones, but you
13  also get much bigger-boned in -- in your hands.
14  Another place that's pretty typical of, again,
15  making the analogy between acromegaly, which is a
16  natural exposure, versus abuse, your jaw is
17  another bone that tends to grow, again, because it
18  doesn't have an end to it that -- that seals shut.
19       So your jaw would grow and your teeth, the
20  spacing between your teeth would tend to change
21  significantly if you're abusing growth hormone.
22       Q.   What are the recognized -- and with human
23  growth hormone, it's not classified under this
24  anabolic or the federal Controlled Substances Act.
25       A.   Correct.
```

1  of oxygen and your body turning into a different
2  kind of metabolism that produces lactic acid,
3  and -- and that's what burns. So that -- that
4  would be EPO. Steroids and growth hormone both
5  affect muscle mass and in the case of growth
6  hormone, it also would make you -- it affects your
7  fat tissue, so you would -- you would end up
8  losing fat and putting on muscle as well.

9      There have been some other reports, for
10  example, of -- of people actually having their
11  eyesight improve from taking growth hormone, and
12  that's thought to have something to do with the
13  muscles that control your eye focus. So there are
14  all kinds of ways and, again, not everyone gets
15  every one of the benefits or the same amount of
16  every benefit; but those are all things that would
17  improve your performance athletically.

18      Q.   Okay. And I think you addressed this,
19  but I guess in a most obvious level, especially
20  with a sport like football and potentially
21  baseball and other sports, just having greater
22  strength or a greater muscle response in terms of
23  speed, those are the types of things that could
24  assist; correct?

25      A.   Yeah, absolutely. Again, some people

36



**EXHIBIT E**

# The New England
# Journal of Medicine

© Copyright, 1996, by the Massachusetts Medical Society

VOLUME 335      JULY 4, 1996      NUMBER 1



## THE EFFECTS OF SUPRAPHYSIOLOGIC DOSES OF TESTOSTERONE ON MUSCLE SIZE AND STRENGTH IN NORMAL MEN

SHALENDER BHASIN, M.D., THOMAS W. STORER, PH.D., NANCY BERMAN, PH.D., CARLOS CALLEGARI, M.D., BRENDA CLEVENGER, B.A., JEFFREY PHILLIPS, M.D., THOMAS J. BUNNELL, B.A., RAY TRICKER, PH.D., AIDA SHIRAZI, R.PH., AND RICHARD CASABURI, PH.D., M.D.

## ABSTRACT

*Background* Athletes often take androgenic steroids in an attempt to increase their strength. The efficacy of these substances for this purpose is unsubstantiated, however.

*Methods* We randomly assigned 43 normal men to one of four groups: placebo with no exercise, testosterone with no exercise, placebo plus exercise, and testosterone plus exercise. The men received injections of 600 mg of testosterone enanthate or placebo weekly for 10 weeks. The men in the exercise groups performed standardized weight-lifting exercises three times weekly. Before and after the treatment period, fat-free mass was determined by underwater weighing, muscle size was measured by magnetic resonance imaging, and the strength of the arms and legs was assessed by bench-press and squatting exercises, respectively.

*Results* Among the men in the no-exercise groups, those given testosterone had greater increases than those given placebo in muscle size in their arms (mean [±SE] change in triceps area, 424±104 vs. −81±109 mm²; P<0.05) and legs (change in quadriceps area, 607±123 vs. −131±111 mm²; P<0.05) and greater increases in strength in the bench-press (9±4 vs. −1±1 kg, P<0.05) and squatting exercises (16±4 vs. 3±1 kg, P<0.05). The men assigned to testosterone and exercise had greater increases in fat-free mass (6.1±0.6 kg) and muscle size (triceps area, 501±104 mm²; quadriceps area, 1174±91 mm²) than those assigned to either no-exercise group, and greater increases in muscle strength (bench-press strength, 22±2 kg; squatting-exercise capacity, 38±4 kg) than either no-exercise group. Neither mood nor behavior was altered in any group.

*Conclusions* Supraphysiologic doses of testosterone, especially when combined with strength training, increase fat-free mass and muscle size and strength in normal men. (N Engl J Med 1996;335:1-7.)
©1996, Massachusetts Medical Society.

ANABOLIC–ANDROGENIC steroids are widely abused by athletes and recreational bodybuilders because of the perception that these substances increase muscle mass and strength,[1-9] but this premise is unsubstantiated. Testosterone replacement increases nitrogen retention and fat-free mass in castrated animals and hypogonadal men,[10-15] but whether supraphysiologic doses of testosterone or other anabolic–androgenic steroids augment muscle mass and strength in normal men is unknown.[1-9] Studies of the effects of such steroids on muscle strength have been inconclusive,[16-33] and several reviews have emphasized the shortcomings of the studies.[1,5,8-10] Some of the studies were not randomized; most did not control for intake of energy and protein; the exercise stimulus was often not standardized; and some studies included competitive athletes whose motivation to win may have kept them from complying with a standardized regimen of diet and exercise.

We sought to determine whether supraphysiologic doses of testosterone, administered alone or in conjunction with a standardized program of strength-training exercise, increase fat-free mass and muscle size and strength in normal men. To overcome the pitfalls of previous studies, the intake of energy and protein and the exercise stimulus were standardized. Because some previous studies had demonstrated significant increases in muscle strength and hyper-

From the Department of Medicine, Charles R. Drew University of Medicine and Science, Los Angeles (S.B., C.C., B.C.); the Exercise Science Laboratory, El Camino College, Torrance, Calif. (T.W.S., T.J.B.); the Department of Medicine, Harbor–UCLA Medical Center, Torrance, Calif. (N.B., J.P., R.C.); and the Department of Public Health, Oregon State University, Corvallis (R.T., A.S.). Address reprint requests to Dr. Bhasin at the Division of Endocrinology, Metabolism and Molecular Medicine, Charles R. Drew University of Medicine and Science, 1621 E. 120th St., MP #2, Los Angeles, CA 90059.

Downloaded from www.nejm.org on December 29, 2008 . For personal use only. No other uses without permission.
Copyright © 1996 Massachusetts Medical Society. All rights reserved.

trophy in experienced athletes but not in sedentary subjects, we studied men who had weight-lifting experience.

## METHODS

### Study Design

This study was approved by the institutional review boards of the Harbor–UCLA Research and Education Institute and the Charles R. Drew University of Medicine and Science. All the study subjects gave informed written consent. The subjects were normal men weighing 90 to 115 percent of their ideal body weights; they were 19 to 40 years of age and had experience with weight lifting. They were recruited through advertisements in local newspapers and community colleges. None had participated in competitive sports in the preceding 12 months. Men who had ever taken anabolic agents or recreational drugs or had had a psychiatric or behavioral disorder were excluded from the study.

Of 50 men who were recruited, 7 dropped out during the control period because of problems with scheduling or compliance. The remaining 43 men were randomly assigned to one of four groups: placebo with no exercise, testosterone with no exercise, placebo plus exercise, and testosterone plus exercise. The study was divided into a 4-week control period, a 10-week treatment period, and a 16-week recovery period. During the four-week control period, the men were asked not to lift any weights or engage in strenuous aerobic exercise.

Of the 43 men, 3 dropped out during the treatment phase: 1 because of problems with compliance, 1 because illicit-drug use was detected by routine drug screening, and 1 because of an automobile accident. Forty men completed the study: 10 in the placebo, no-exercise group; 10 in the testosterone, no-exercise group; 9 in the placebo-plus-exercise group; and 11 in the testosterone-plus-exercise group.

### Standardization of Protein and Energy Intake

Two weeks before day 1, the men were instructed to begin following a standardized daily diet containing 36 kcal per kilogram of body weight, 1.5 g of protein per kilogram, and 100 percent of the recommended daily allowance of vitamins, minerals, and trace elements. Compliance with the diet was verified every four weeks by three-day records of food consumption. The dietary intake was adjusted every two weeks on the basis of changes in body weight.

### Treatment

The men received either 600 mg of testosterone enanthate in sesame oil or placebo intramuscularly each week for 10 weeks in the Clinical Research Center. This dose is six times higher than the dose usually given as replacement therapy in men with hypogonadism and is therefore supraphysiologic. Doses as high as 300 mg per week have been given to normal men for 16 to 24 weeks without major toxic effects.[34]

### Training Stimulus

The men in the exercise groups received controlled, supervised strength training three days per week during the treatment period. All the men trained at equivalent intensities in relation to their strength scores before the training. The training consisted of a cycle of weight lifting at heavy intensity (90 percent of the maximal weight the man lifted for one repetition before the start of training), light intensity (70 percent of the pretraining one-repetition maximal weight), and medium intensity (80 percent of this maximal weight) on three nonconsecutive days each week.[35] Regardless of the actual weights lifted, the training was held constant at four sets with six repetitions per set (a set is the number of complete repetitions of an exercise followed by rest). Because previous research had demonstrated increases in strength of ap-

proximately 7 percent for the bench-press exercise and 12 percent for the squatting exercise after four to five weeks of training,[35] the weights were increased correspondingly during the final five weeks of training in relation to the initial intensity. The number of sets was also increased from four to five, but the number of repetitions per set remained constant. The men were advised not to undertake any resistance exercise or moderate-to-heavy endurance exercise in addition to the prescribed regimen.

### Evaluation and Outcome Measures

The primary end points were fat-free mass, muscle size as measured by magnetic resonance imaging (MRI), and muscle strength as based on the one-repetition maximal weight lifted during the bench-press and squatting exercises before and after the 10-week treatment period. Serum concentrations of total and free testosterone, luteinizing hormone, follicle-stimulating hormone, and sex hormone–binding globulin were measured on days 14 and 28 of the control period and days 2, 3, 7, 14, 28, 42, 56, and 70 of the treatment period. Blood counts, blood chemistry (including serum aminotransferases), serum concentrations of prostate-specific antigen, and plasma concentrations of total cholesterol, low-density lipoprotein (LDL) cholesterol, high-density lipoprotein (HDL) cholesterol, and triglycerides were measured at the start of the control period and on day 4; on days 28, 56, and 70 of the treatment period; and four months after the discontinuation of treatment. Periodic evaluations to identify adverse effects were performed by examiners unaware of the study-group assignments on days 1 and 28 of the control period; days 28, 56, and 70 of the treatment period; and four months after the discontinuation of treatment. Mood and behavior were evaluated during the first week of the control period and after 6 and 10 weeks of treatment. Sexual function and semen characteristics were not assessed.

### Assessment of Muscle Size

Muscle size was measured by MRI of the arms and legs at the humeral or femoral mid-diaphyseal level, the junction of the upper third and middle third of the bone, and the junction of the middle third and lower third. The cross-sectional areas of the arms and legs, the subcutaneous tissue, the muscle compartment, and the quadriceps and triceps muscles were computed, and the areas at the three levels were averaged.

### Analysis of Body Composition

Fat-free mass was estimated on the basis of measurements of body density obtained by underwater weighing. During weighing, the men were asked to exhale to the residual volume, as measured by helium dilution.

### Measures of Muscle Strength

The effort-dependent performance of muscle was assessed on the basis of the maximal weight lifted for one repetition during the bench-press and squatting exercises.[36] Each man completed increasingly more difficult lifts with the same weights and bars that he used during training; in each exercise, the maximal weight lifted (the one-repetition maximum) was recorded as a measure of muscle strength.

### Hormone Measurements

Serum concentrations of luteinizing hormone and follicle-stimulating hormone were measured by immunofluorometric assays,[36] each with a sensitivity of 0.05 IU per liter. Serum testosterone was measured by immunoassay,[37] and free testosterone was measured by equilibrium dialysis.[37] Serum concentrations of sex hormone–binding globulin and prostate-specific antigen were measured by immunoassays using reagents purchased from Delphia–Wallac (Turku, Finland) and Hybritech (San Diego, Calif.), respectively.

Downloaded from www.nejm.org on December 29, 2008 . For personal use only. No other uses without permission.
Copyright © 1996 Massachusetts Medical Society. All rights reserved.

**TABLE 1.** BASE-LINE CHARACTERISTICS
OF THE STUDY SUBJECTS.*

| GROUP | AGE | WEIGHT | HEIGHT | BODY-MASS INDEX† |
|---|---|---|---|---|
| | yr | kg | cm | |
| No exercise | | | | |
| Placebo | $27\pm5$ | $79.5\pm13.6$ | $177.5\pm7.7$ | $25.1\pm2.9$ |
| Testosterone | $26\pm6$ | $82.2\pm6.0$ | $177.1\pm7.2$ | $26.4\pm3.1$ |
| Exercise | | | | |
| Placebo | $26\pm6$ | $85.5\pm9.7$ | $181.0\pm5.8$ | $26.2\pm3.2$ |
| Testosterone | $30\pm7$ | $76.0\pm10.0$ | $175.6\pm6.4$ | $24.6\pm2.9$ |

*Plus–minus values are means ±SD.

†Calculated as the weight in kilograms divided by the square of the height in meters.

### Assessment of Mood and Behavior

A standardized Multidimensional Anger Inventory[38] that includes 38 questions to measure the frequency, duration, magnitude, and mode of expression of anger, arousal of anger, hostile outlook, and anger-eliciting situations and a Mood Inventory that includes questions pertaining to general mood, emotional stability, and angry behavior were administered before, during (week 6), and after the treatment (unpublished data). For each man a live-in partner, spouse, or parent answered the same questions about the man's mood and behavior.

### Statistical Analysis

The Shapiro and Wilk test was used to test whether the outcome variables had a normal distribution. Changes were computed for each subject as the difference between the values for each variable at the beginning and end of the treatment period (from day 0 to day 70). These values were averaged among the subjects in each group to obtain the group means. Analysis of variance was used to determine whether there were base-line differences among

the four groups. Two-tailed, paired t-tests were used to test for changes in each outcome variable in each group. If there was a change, an analysis of variance was used to test for differences between groups in the amount of change, and then Scheffé's test was used to assess pairwise differences. This test adjusts for multiple comparisons, but it does not yield exact P values for pairwise comparisons between groups.

## RESULTS

The four groups were similar with respect to age and weight, height, and body-mass index before treatment (Table 1). Acne developed in three men receiving testosterone and one receiving placebo, and two men receiving testosterone reported breast tenderness, but no other side effects were noted. The serum liver-enzyme concentrations, hemoglobin concentrations, hematocrits, and red-cell counts did not change in any study group (Table 2). Serum creatinine concentrations did not change, except in the testosterone-plus-exercise group, in which the mean (±SE) serum creatinine concentration increased from 1.0 mg per deciliter (88 $\mu$mol per liter) to 1.1 mg per deciliter (97 $\mu$mol per liter) (P=0.02). Plasma concentrations of total and LDL cholesterol and triglycerides did not change in any study group; plasma HDL cholesterol decreased significantly in the placebo-plus-exercise group. There was no change in the serum concentration of prostate-specific antigen in any group.

### Endocrine Responses

The base-line serum concentrations of total and free testosterone in the four groups were similar. The serum concentrations of total and free testosterone increased significantly in the two testosterone

**TABLE 2.** HEMOGLOBIN AND PLASMA LIPID CONCENTRATIONS
BEFORE AND AFTER THE 10 WEEKS OF TREATMENT.*

| VARIABLE | NO EXERCISE | | EXERCISE | |
|---|---|---|---|---|
| | PLACEBO | TESTOSTERONE | PLACEBO | TESTOSTERONE |
| Hemoglobin (g/dl) | | | | |
| Base line | $14.9\pm0.2$ | $15.1\pm0.2$ | $14.5\pm0.3$ | $15.3\pm0.4$ |
| 10 wk | $15.0\pm0.3$ | $15.5\pm0.2$ | $14.3\pm0.4$ | $15.7\pm0.2$ |
| HDL cholesterol (mg/dl) | | | | |
| Base line | $39\pm2$ | $37\pm3$ | $42\pm3$ | $40\pm2$ |
| 10 wk | $36\pm3$ | $34\pm3$ | $37\pm3$† | $36\pm3$ |
| LDL cholesterol (mg/dl) | | | | |
| Base line | $113\pm10$ | $133\pm7$ | $117\pm6$ | $128\pm12$ |
| 10 wk | $116\pm11$ | $133\pm9$ | $115\pm7$ | $121\pm10$ |
| Triglycerides (mg/dl) | | | | |
| Base line | $155\pm36$ | $147\pm25$ | $105\pm14$ | $146\pm15$ |
| 10 wk | $139\pm27$ | $111\pm13$ | $104\pm21$ | $125\pm15$ |

*Plasma lipid concentrations were measured in 9 men assigned to placebo with no exercise, 8 men assigned to testosterone with no exercise, 8 men assigned to placebo plus exercise, and 10 men assigned to testosterone plus exercise. HDL denotes high-density lipoprotein, and LDL low-density lipoprotein. To convert values for hemoglobin to millimoles per liter, multiply by 0.62; to convert values for cholesterol to millimoles per liter, multiply by 0.02586; and to convert values for triglycerides to millimoles per liter, multiply by 0.0113. Plus–minus values are means ±SE.

†P = 0.04 for the comparison with the base-line value.

Downloaded from www.nejm.org on December 29, 2008 . For personal use only. No other uses without permission.
Copyright © 1996 Massachusetts Medical Society. All rights reserved.

**TABLE 3.** SERUM CONCENTRATIONS OF ENDOCRINE HORMONES IN THE STUDY SUBJECTS BEFORE AND AFTER THE 10 WEEKS OF TREATMENT.*

| HORMONE | NO EXERCISE | | EXERCISE | |
|---|---|---|---|---|
| | PLACEBO | TESTOSTERONE | PLACEBO | TESTOSTERONE |
| Total testosterone (ng/dl) | | | | |
| Base line | 516±58 | 502±63 | 557±45 | 431±38 |
| 10 wk | 453±35 | 2828±417†‡ | 667±117 | 3244±305†‡ |
| Free testosterone (pg/ml) | | | | |
| Base line | 74±7 | 79±7 | 83±7 | 90±6 |
| 10 wk | 74±13 | 497±62†‡ | 81±9 | 572±53†‡ |
| Luteinizing hormone (mIU/ml) | | | | |
| Base line | 3.3±0.4 | 3.8±0.6 | 4.0±0.7 | 3.3±0.5 |
| 10 wk | 4.3±0.9 | 0.4±0.2†‡ | 4.4±1.1 | 0.4±0.2†‡ |
| Follicle-stimulating hormone (mIU/ml) | | | | |
| Base line | 3.1±0.3 | 3.1±0.4 | 3.2±0.6 | 3.0±0.6 |
| 10 wk | 2.7±0.3 | 0.3±0.2†‡ | 4.4±1.1 | 0.10±0.03†‡ |
| Sex hormone–binding globulin (ng/dl) | | | | |
| Base line | 224±33 | 256±34 | 353±41 | 271±43 |
| 10 wk | 244±53 | 176±24‡§ | 320±31 | 201±34‡¶ |

*Values at 10 weeks were obtained 1 week after the final injection. To convert values for total testosterone to nanomoles per liter, multiply by 0.0347; to convert values for free testosterone to picomoles per liter, multiply by 3.47; to convert values for sex hormone–binding globulin to nanomoles per liter, multiply by 0.12. Plus–minus values are means ±SE.

†P<0.001 for the comparison with the corresponding base-line value.

‡P<0.05 for the comparison of the difference between this value and the base-line value with the corresponding difference in either placebo group.

§P=0.008 for the comparison with the corresponding base-line value.

¶P=0.05 for the comparison with the corresponding base-line value.

groups, but not in the placebo groups (Table 3). The base-line serum concentrations of luteinizing hormone, follicle-stimulating hormone, and sex hormone–binding globulin were similar in the four groups, and the concentrations decreased significantly in the two testosterone groups.

### Body Weight and Composition

Body weight did not change significantly in the men in either placebo group (Table 4). The men given testosterone without exercise had a significant mean increase in total body weight, and those in the testosterone-plus-exercise group had an average increase of 6.1 kg in body weight — a greater increase than in the other three groups.

Fat-free mass did not change significantly in the group assigned to placebo but no exercise (Table 4 and Fig. 1). The men treated with testosterone but no exercise had an increase of 3.2 kg in fat-free mass, and those in the placebo-plus-exercise group had an increase of 1.9 kg. The increase in the testosterone-plus-exercise group was substantially greater (averaging 6.1 kg). The percentage of body fat did not change significantly in any group (data not shown).

### Muscle Size

The mean cross-sectional areas of the arm and leg muscles did not change significantly in the placebo groups, whether the men had exercise or not (Table 4 and Fig. 1). The men in the testosterone groups had significant increases in the cross-sectional areas of the triceps and the quadriceps (Table 4); the group assigned to testosterone without exercise had a significantly greater increase in the cross-sectional area of the quadriceps than the placebo-alone group, and the testosterone-plus-exercise group had greater increases in quadriceps and triceps area than either the testosterone-alone or the placebo-plus-exercise group (P<0.05).

### Muscle Strength

Muscle strength in the bench-press and the squatting exercises did not change significantly over the 10-week period in the group assigned to placebo with no exercise. The men in the testosterone-alone and placebo-plus-exercise groups had significant increases in the one-repetition maximal weights lifted in the squatting exercises, averaging 19 percent and 21 percent, respectively (Table 4 and Fig. 1). Similarly, mean bench-press strength increased in these two groups by 10 percent and 11 percent, respectively. In the testosterone-plus-exercise group, the increase in muscle strength in the squatting exercise (38 percent) was greater than that in any other group, as was the increase in bench-press strength (22 percent).

Downloaded from www.nejm.org on December 29, 2008 . For personal use only. No other uses without permission.
Copyright © 1996 Massachusetts Medical Society. All rights reserved.

TABLE 4. BODY WEIGHT, FAT-FREE MASS, AND MUSCLE SIZE AND STRENGTH
BEFORE AND AFTER THE 10 WEEKS OF TREATMENT.*

| VARIABLE | NO EXERCISE | | EXERCISE | |
|---|---|---|---|---|
| | PLACEBO | TESTOSTERONE | PLACEBO | TESTOSTERONE |
| Body weight (kg) | | | | |
| Base line | 79.5±4.3 | 82.2±1.9 | 85.5±3.3 | 76.0±3.0 |
| 10 wk | 80.8±4.4 | 85.7±1.5 | 86.4±2.9 | 82.0±2.8† |
| P value | — | 0.004 | — | <0.001 |
| Fat-free mass (kg) | | | | |
| Base line | 65.1±2.5 | 69.9±1.3 | 72.1±2.3 | 65.3±1.8 |
| 10 wk | 65.9±2.7 | 73.1±2.2 | 74.1±2.2 | 71.4±1.8† |
| P value | — | — | 0.017 | <0.001 |
| Triceps area (mm²) | | | | |
| Base line | 3621±213 | 3579±260 | 4,052±262 | 3483±217 |
| 10 wk | 3539±226 | 4003±229§ | 4,109±230 | 3984±239§ |
| P value | — | 0.003 | — | <0.001 |
| Quadriceps area (mm²) | | | | |
| Base line | 8796±561 | 9067±398 | 9,920±569 | 8550±353 |
| 10 wk | 8665±481 | 9674±472§ | 10,454±474§ | 9724±348¶ |
| P value | — | <0.001 | — | <0.001 |
| Bench-press exercise (kg lifted) | | | | |
| Base line | 88±5 | 96±8 | 109±12 | 97±6 |
| 10 wk | 88±5 | 105±8§ | 119±11§ | 119±6‡ |
| P value | — | — | 0.005 | <0.001 |
| Squatting exercise (kg lifted) | | | | |
| Base line | 102±6 | 103±8 | 126±13 | 102±5 |
| 10 wk | 105±6 | 116±5 | 151±13§ | 140±5¶ |
| P value | — | 0.004 | <0.001 | <0.001 |

*P values are shown for the comparison of the 10-week values with the base-line values when
P≤0.05. Plus–minus values are means ±SE.

†P<0.05 for the comparison of the change from base line with that in either placebo group.

‡P<0.05 for the comparison of the change from base line with that in either no-exercise group.

§P<0.05 for the comparison of the change from base line with that in the group assigned to placebo with no exercise.

¶P<0.05 for the comparison of the change from base line with that in the other three groups.

## Mood and Behavior

No differences were found between the exercise groups and the no-exercise groups or between the placebo groups and the testosterone groups in any of the five subcategories of anger assessed by the Multidimensional Anger Inventory. No significant changes in mood or behavior were reported by the men on the Mood Inventory or by their live-in partners, spouses, or parents on the Observer Mood Inventory.

## DISCUSSION

Our results show that supraphysiologic doses of testosterone, especially when combined with strength training, increase fat-free mass, muscle size, and strength in normal men when potentially confounding variables, such as nutritional intake and exercise stimulus, are standardized. The combination of strength training and testosterone produced greater increases in muscle size and strength than were achieved with either intervention alone. The combined regimen of testosterone and exercise led to an increase of 6.1 kg in fat-free mass over the course of

10 weeks; this increase entirely accounted for the changes in body weight.

The exercise was standardized in all the men, and therefore the effects of testosterone on muscle size and strength cannot be attributed to more intense training in the groups receiving the treatment. Careful selection of experienced weight lifters, the exclusion of competitive athletes, and close follow-up ensured a high degree of compliance with the regimens of exercise, treatment, and diet, which was verified by three-day food records (data not shown) and the values obtained for serum testosterone, luteinizing hormone, and follicle-stimulating hormone. Except for one man who missed one injection, all the men received all their scheduled injections. It has been argued that studies in which large doses of androgens are used cannot be truly blinded because of the occurrence of acne or other side effects. In this study, neither the investigators nor the personnel performing the measurements knew the study-group assignments. Three men receiving testosterone and one man receiving placebo had acneiform eruptions; these men may have assumed themselves to be receiving testosterone. Thus, it cannot be stated with certainty

Downloaded from www.nejm.org on December 29, 2008 . For personal use only. No other uses without permission.
Copyright © 1996 Massachusetts Medical Society. All rights reserved.



**Figure 1.** Changes from Base Line in Mean (±SE) Fat-free Mass, Triceps and Quadriceps Cross-Sectional Areas, and Muscle Strength in the Bench-Press and Squatting Exercises over the 10 Weeks of Treatment.

The P values shown are for the comparison between the change indicated and a change of zero. The asterisks indicate $P<0.05$ for the comparison between the change indicated and that in either no-exercise group; the daggers, $P<0.05$ for the comparison between the change indicated and that in the group assigned to placebo with no exercise; and the double daggers, $P<0.05$ for the comparison between the change indicated and the changes in all three other groups.

that the men were completely unaware of the nature of their treatments.

The doses of androgenic steroids used in previous studies were low,[1,5,11,12] mostly because of concern about potential toxic effects. In contrast, to our knowledge the dose of testosterone enanthate administered in this study (600 mg per week) is the highest administered in any study of athletic performance. Undoubtedly, some athletes and bodybuilders take even higher doses than those we gave. Furthermore, athletes often "stack" androgenic and anabolic steroids, taking multiple forms simultaneously. We do not know whether still higher doses of testosterone or the simultaneous administration of several steroids would have more pronounced effects. The absence of systemic toxicity during tes-

tosterone treatment was consistent with the results of studies of the contraceptive efficacy of that hormone.[34]

The method used in this study to evaluate muscle performance on the basis of the one-repetition maximal weight lifted is dependent on effort. Although the men receiving testosterone did have increases in muscle size, some of the gains in strength may have resulted from the behavioral effects of testosterone.

The dose dependency of the action of testosterone on fat-free mass and protein synthesis has not been well studied. Forbes[39] proposed a single dose-response curve extending from the hypogonadal to the supraphysiologic range. Others have suggested that there may be two dose–response curves: one in the hypogonadal range, with maximal responses corresponding to the serum testosterone concentrations at the lower end of the range in normal men, and the second in the supraphysiologic range, presumably representing a separate mechanism of action — that is, a pathway of independent androgen receptors.[1,40]

Supraphysiologic doses of testosterone, with or without exercise, did not increase the occurrence of angry behavior by these carefully selected men in the controlled setting of this experiment. Our results, however, do not preclude the possibility that still higher doses of multiple steroids may provoke angry behavior in men with preexisting psychiatric or behavioral problems.

Our results in no way justify the use of anabolic-androgenic steroids in sports, because, with extended use, such drugs have potentially serious adverse effects on the cardiovascular system, prostate, lipid metabolism, and insulin sensitivity. Moreover, the use of any performance-enhancing agent in sports raises serious ethical issues. Our findings do, however, raise the possibility that the short-term administration of androgens may have beneficial effects in immobilized patients, during space travel, and in patients with cancer-related cachexia, disease caused by the human immunodeficiency virus, or other chronic wasting disorders.

Supported by a grant (1 RO1 DK 45211) from the National Institutes of Health, by a General Clinical Research Center grant (MO-00543), and by grants (P20RR11145-01, a Clinical Research Infrastructure Initiative; and G12RR03026) from the Research Centers for Minority Institutions.

*We are indebted to Dr. Indrani Sinha-Hikim for the serum hormone assays, to Dr. Paul Fu for the plasma lipid measurements, to the staff of the General Clinical Research Center for conducting the studies, and to BioTechnology General Corporation, Iselin, New Jersey, for providing testosterone enanthate.*

Downloaded from www.nejm.org on December 29, 2008 . For personal use only. No other uses without permission.
Copyright © 1996 Massachusetts Medical Society. All rights reserved.

## REFERENCES

1. Wilson JD. Androgen abuse by athletes. Endocr Rev 1988;9:181-99.
2. Strauss RH, Yesalis CE. Anabolic steroids in the athlete. Annu Rev Med 1991;42:449-57.
3. Haupt HA, Rovere GD. Anabolic steroids: a review of the literature. Am J Sports Med 1984;12:469-84.
4. Cowart V. Steroids in sports: after four decades, time to return these genies to bottle? JAMA 1987;257:421-3.
5. Elashoff JD, Jacknow AD, Shain SG, Braunstein GD. Effects of anabolic-androgenic steroids on muscular strength. Ann Intern Med 1991;115: 387-93.
6. Wade N. Anabolic steroids: doctors denounce them, but athletes aren't listening. Science 1972;176:1399-403.
7. Buckley WE, Yesalis CE III, Friedl KE, Anderson WA, Streit AL, Wright JE. Estimated prevalence of anabolic steroid use among male high school seniors. JAMA 1988;260:3441-5.
8. Casaburi R, Storer T, Bhasin S. Androgen effects on body composition and muscle performance. In: Bhasin S, Gabelnick HL, Spieler JM, Swerdloff RS, Wang C, eds. Pharmacology, biology, and clinical applications of androgens: current status and future prospects. New York: Wiley-Liss, 1996:283-8.
9. American College of Sports Medicine. Position stand on the use of anabolic-androgenic steroids in sports. Med Sci Sports Exerc 1987;19:534-9.
10. Mooradian AD, Morley JE, Korenman SG. Biological actions of androgens. Endocr Rev 1987;8:1-28.
11. Kochakian CD. Comparison of protein anabolic property of various androgens in the castrated rat. Am J Physiol 1950;160:53-67.
12. Kenyon AT, Knowlton K, Sandiford I, Koch FC, Lotwin G. A comparative study of the metabolic effects of testosterone propionate in normal men and women and in eunuchoidism. Endocrinology 1940;26:26-45.
13. Bhasin S, Casaburi R, Berman N, et al. Replacement doses of testosterone increase lean body mass, muscle size and strength in hypogonadal men. Presented at the American Society of Andrology Meeting, Springfield, Ill., April 4-6, 1994. abstract.
14. Katznelson L, Finkelstein J, Baressi C, Klibanski A. Increase in trabecular bone density and altered body composition in androgen replaced hypogonadal men. In: Program and abstracts of the 76th Annual Meeting of the Endocrine Society, Anaheim, Calif., June 15-18, 1994. Bethesda, Md.: Endocrine Society Press, 1994:581. abstract.
15. Griggs RC, Kingston W, Jozefowicz RF, Herr BE, Forbes G, Halliday D. Effect of testosterone on muscle mass and muscle protein synthesis. J Appl Physiol 1989;66:498-503.
16. Ward P. The effect of an anabolic steroid on strength and lean body mass. Med Sci Sports 1973;5:277-82.
17. Johnson LC, Fisher G, Silvester LJ, Hofheins CC. Anabolic steroid: effects on strength, body weight, oxygen uptake, and spermatogenesis upon mature males. Med Sci Sports 1972;4:43-5.
18. Ariel G. The effect of anabolic steroid upon skeletal muscle contractile force. J Sports Med Phys Fitness 1973;13:187-90.
19. Hervey GR, Knibbs AV, Burkinshaw L, et al. Effects of methandienone on the performance and body composition of men undergoing athletic training. Clin Sci 1981;60:457-61.
20. Stamford BA, Moffatt R. Anabolic steroid: effectiveness as an ergogenic aid to experienced weight trainers. J Sports Med Phys Fitness 1974;14: 191-7.
21. Win-May M, Mya-Tu M. The effect of anabolic steroids on physical fitness. J Sports Med Phys Fitness 1975;15:266-71.
22. Tahmindjis AJ. The use of anabolic steroids by athletes to increase body weight and strength. Med J Aust 1976;1:991-3.
23. Freed DLJ, Banks AJ, Longson D, Burley DM. Anabolic steroids in athletics: crossover double-blind trial on weightlifters. BMJ 1975; 2:471-3.
24. Johnson LC, O'Shea JP. Anabolic steroid: effects on strength development. Science 1969;164:957-9.
25. Bowers RW, Reardon JP. Effects of methandostenolone (Dianabol) on strength development and aerobic capacity. Med Sci Sports 1972;4:54. abstract.
26. Golding LA, Freydinger JE, Fishel SS. Weight, size, and strength — unchanged with steroids. Physician Sports Med 1974;2(6):39-43.
27. Stromme SB, Meen HD, Aakvaag A. Effects of an androgenic-anabolic steroid on strength development and plasma testosterone levels in normal males. Med Sci Sports 1974;6:203-8.
28. Fahey TD, Brown CH. The effects of an anabolic steroid on the strength, body composition, and endurance of college males when accompanied by a weight training program. Med Sci Sports 1973;5:272-6.
29. Casner SW Jr, Early RG, Carlson BR. Anabolic steroid effects on body composition in normal young men. J Sports Med Phys Fitness 1971;11:98-103.
30. Samuels LT, Henschel AF, Keys A. Influence of methyl testosterone on muscular work and creatine metabolism in normal young men. J Clin Endocrinol 1942;2:649-54.
31. Loughton SJ, Ruhling RO. Human strength and endurance responses to anabolic steroid and training. J Sports Med Phys Fitness 1977;17:285-96.
32. Crist DM, Stackpole PJ, Peake GT. Effects of androgenic-anabolic steroids on neuromuscular power and body composition. J Appl Physiol 1983; 54:366-70.
33. O'Shea JP, Winkler W. Biochemical and physical effects of an anabolic steroid in competitive swimmers and weightlifters. Nutr Rep Int 1970;2: 351-62.
34. Matsumoto AM. Is high dosage testosterone an effective male contraceptive agent? Fertil Steril 1988;50:324-8.
35. Practical testing and progress evaluation. In: Stone MH, O'Bryant HS. Weight training: a scientific approach. Edina, Minn.: Burgess International Group, 1987.
36. Tom L, Bhasin S, Salameh W, et al. Male contraception: induction of azoospermia in normal men with combined gonadotropin-releasing hormone antagonist and testosterone enanthate. J Clin Endocrinol Metab 1992;75:476-83.
37. Bhasin S, Swerdloff RS, Steiner BS, et al. A biodegradable testosterone microcapsule formulation provides uniform eugonadal levels of testosterone for 10-11 weeks in hypogonadal men. J Clin Endocrinol Metab 1992; 74:75-83.
38. Siegel JM. The Multidimensional Anger Inventory. J Pers Soc Psychol 1986;51:191-200.
39. Forbes GB. The effect of anabolic steroids on lean body mass: the dose response curve. Metabolism 1985;34:571-3.
40. Byerley LO, Lee WP, Buena F, et al. Effect of modulating serum testosterone in the normal male range on protein dynamics, carbohydrate and lipid metabolism. Endocr J 1993;1:253-9.

Downloaded from www.nejm.org on December 29, 2008 . For personal use only. No other uses without permission.
Copyright © 1996 Massachusetts Medical Society. All rights reserved.



**EXHIBIT F**

# Systematic Review: The Effects of Growth Hormone on Athletic Performance

Hau Liu, MD, MBA, MPH; Dena M. Bravata, MD, MS; Ingram Olkin, PhD; Anne Friedlander, PhD; Vincent Liu, MD; Brian Roberts, MD; Eran Bendavid, MD, MPH; Olga Saynina, MA, MBA; Shelley R. Salpeter, MD; Alan M. Garber, MD, PhD; and Andrew R. Hoffman, MD

Background: Human growth hormone is reportedly used to enhance athletic performance, although its safety and efficacy for this purpose are poorly understood.

Purpose: To evaluate evidence about the effects of growth hormone on athletic performance in physically fit, young individuals.

Data Sources: MEDLINE, EMBASE, SPORTDiscus, and Cochrane Collaboration databases were searched for English-language studies published between January 1966 and October 2007.

Study Selection: Randomized, controlled trials that compared growth hormone treatment with no growth hormone treatment in community-dwelling healthy participants between 13 and 45 years of age.

Data Extraction: 2 authors independently reviewed articles and abstracted data.

Data Synthesis: 44 articles describing 27 study samples met inclusion criteria; 303 participants received growth hormone, representing 13.3 person-years of treatment. Participants were young (mean age, 27 years [SD, 3]), lean (mean body mass index, 24 kg/m² [SD, 2]), and physically fit (mean maximum oxygen uptake, 51 mL/kg of body weight per minute [SD, 8]). Growth hormone dosage (mean, 36 μg/kg per day [SD, 21]) and treatment duration (mean, 20 days [SD, 18] for studies giving growth hormone for >1 day) varied. Lean body mass increased in growth hormone recipients compared with participants who did not receive growth hormone (increase, 2.1 kg [95% CI, 1.3 to 2.9 kg]), but strength and exercise capacity did not seem to improve. Lactate levels during exercise were statistically significantly higher in 2 of 3 studies that evaluated this outcome. Growth hormone–treated participants more frequently experienced soft tissue edema and fatigue than did those not treated with growth hormone.

Limitations: Few studies evaluated athletic performance. Growth hormone protocols in the studies may not reflect real-world doses and regimens.

Conclusion: Claims that growth hormone enhances physical performance are not supported by the scientific literature. Although the limited available evidence suggests that growth hormone increases lean body mass, it may not improve strength; in addition, it may worsen exercise capacity and increase adverse events. More research is needed to conclusively determine the effects of growth hormone on athletic performance.

*Ann Intern Med.* 2008;148:747-758.                              www.annals.org
For author affiliations, see end of text.

The use of human growth hormone to improve athletic performance has recently received worldwide attention. This practice, often called *sports doping*, is banned by most professional sports leagues and associations, including the International Olympic Committee, Major League Baseball, and the National Football League (1–3). However, a wide range of athletes, including those from baseball (4–6), cycling (7, 8), and track and field (5, 9), have been implicated in or have confessed to illicit growth hormone use. The Mitchell report (10) recently identified 89 Major League Baseball players who allegedly used performance-enhancing drugs, and some of these players have subsequently admitted to using growth hormone (11, 12).

Part of the attraction of using growth hormone as a performance enhancer has been that its use is difficult to detect. The World Anti-Doping Agency, whose formation stemmed from the widely publicized doping scandal of the 1998 Tour de France (13), first used a blood test to detect exogenous growth hormone during the 2004 Olympic Games in Athens. However, according to the World Anti-Doping Agency, there have been no test-confirmed positive cases for growth hormone doping in professional or Olympic athletes (14), probably because of the limited availability and implementation of this test.

Although growth hormone is reportedly used to enhance athletic performance and has been called the "most

anabolic substance known" (15), its efficacy for this purpose is not well established. Some have suggested that growth hormone is a "wonder drug" (16) that results in "ripped muscle" (17) and provides "stamina-increasing properties" (18). Exogenous growth hormone therapy in growth hormone–deficient adults (that is, those with growth hormone deficiency due to hypothalamic or pituitary defects) results in increased lean mass and decreased fat mass (19), and comparable body composition changes are seen in healthy elderly adults who receive growth hormone (20). Some experts, however, have suggested that the strength-enhancing properties of growth hormone among healthy adults have been exaggerated (15). Serious side effects, including diabetes, hepatitis, and acute renal failure, may occur in athletes using high-dose growth hormone (21). Furthermore, the use of growth hormone

*See also:*

**Web-Only**
Appendix Tables
Appendix Figures
CME quiz
Conversion of graphics into slides

for athletic enhancement is not approved by the U.S. Food and Drug Administration, and the distribution of growth hormone for this purpose is illegal in the United States (22).

We performed a systematic review of randomized, controlled trials to determine the effects of growth hormone therapy on athletic performance in healthy, physically fit, young adults. Our primary aim was to evaluate the effects of growth hormone on body composition, strength, basal metabolism, and exercise capacity. In addition, we sought to synthesize the evidence on adverse events associated with growth hormone in the healthy young and assess the quality of the published literature.

## METHODS

### Literature Searches

In consultation with 2 research librarians, we developed individual search strategies to identify potentially relevant studies from the MEDLINE, EMBASE, SPORT-Discus, and Cochrane Collaboration databases. We sought English-language reports indexed through 11 October 2007 with keywords including *growth hormone* and *randomized controlled trial* (Appendix Table 1, available at www.annals.org). We searched bibliographies of retrieved articles for additional studies.

### Study Selection

We sought randomized, controlled trials, including crossover trials, that compared growth hormone therapy with no growth hormone therapy. We included studies that 1) evaluated at least 5 participants, 2) enrolled only community-dwelling participants, 3) assessed participants with a mean or median age between 13 and 45 years, and 4) provided data on at least 1 clinical outcome of interest. We excluded studies that 1) focused solely on evaluating growth hormone secretagogues, 2) explicitly included patients with any comorbid medical condition, or 3) evaluated growth hormone as treatment for a specific illness (for example, adult growth hormone deficiency or fibromyalgia).

### Data Abstraction

One author reviewed the titles and abstracts of articles identified through our search and retrieved potentially relevant studies. An endocrinologist and a physician with training in meta-analytic techniques separately reviewed the retrieved studies and abstracted data independently onto pretested abstraction forms. We resolved abstraction differences by repeated review and consensus. If a study did not present data necessary for analysis or mentioned results but did not present data, we requested additional data from study authors. If data were presented graphically, we used the graph-digitizing program DigitizeIt, version 1.5 (Share It, Braunschweig, Germany), to abstract data from the graph (23). If multiple studies presented findings from the same cohort, we used these data only once in our analysis.

We abstracted 4 types of data from each study: participant characteristics (for example, age, sex, body mass index, baseline maximum oxygen uptake [$VO_2max$]), study interventions (for example, dose, route, frequency, and duration of growth hormone therapy), study quality (for example, quality of randomization and blinding) (24, 25), and clinical outcomes. We included studies that provided data on at least 1 of the following clinical outcomes: body composition (for example, body weight, lean body mass, fat mass), strength (for example, biceps or quadriceps strength), basal metabolism (for example, resting energy expenditure, basal metabolic rate, heart rate, respiratory exchange ratio, or respiratory quotient), exercise capacity (for example, exercising lactate levels, exercising respiratory exchange ratio or respiratory quotient, maximum inspiratory pressure, bicycling speed, and $VO_2max$), or adverse events. Because the terms *lean body mass* and *fat-free mass* are typically used interchangeably in the literature, we report fat-free mass and lean body mass data as a single category of lean body mass. Similarly, we report resting energy expenditure and basal metabolic rate as a single category of basal metabolic rate.

### Quantitative Data Synthesis

To describe key study characteristics, we computed mean values weighted by the number of participants in the trial. To evaluate the effects of growth hormone on body composition and strength, we computed a change score for each clinical outcome for both the treatment and control groups as the value of the outcome at trial end minus the value of the outcome at trial start. We used these change scores to calculate the weighted mean difference and standard mean difference (26) effect sizes. The weighted mean difference is reported in the same units as the clinical outcome of interest, thereby facilitating clinical interpretation. Because our outcomes were similar for both methods, we present only the outcomes from the weighted mean difference method. For studies that did not report the variance of an outcome at trial end minus the value at trial start, we calculated it as the sum of the trial-start and trial-end variances minus twice the covariance (20, 27). Because trial-start data were not available for most of the studies reporting basal metabolic outcomes, we compared trial-end results between treatment and control groups for these outcomes. We combined studies by using random-effects models (26–28) because of potential interstudy heterogeneity.

The considerable variability in exercise protocols used in the included studies reporting exercise capacity outcomes made pooling these results inappropriate. Instead, we provide a narrative, qualitative assessment of exercise capacity outcomes and report their associated published $P$ values.

The variability in reporting adverse events among included studies also made a quantitative meta-analysis of these outcomes inappropriate. Instead, we calculated the

proportions of adverse events among participants who received and did not receive growth hormone in studies that reported or evaluated for each adverse event.

We performed sensitivity analyses and assessed interstudy heterogeneity to evaluate the robustness of our results. We removed each study individually to evaluate that study's effect on the summary estimates. We assessed publication bias by constructing funnel plots and calculated the number of unpublished studies required to statistically significantly change our results (28). We assessed heterogeneity among study results for each of the summary effects by calculating the $Q$ statistic (and associated $P$ value) and $I^2$ statistic (26, 28–30). We evaluated heterogeneity through predetermined subgroup analysis that stratified studies by duration of treatment. We performed analyses by using Stata software, version 9.1 (Stata, College Station, Texas); SPSS, version 15.0 (SPSS, Chicago); and Comprehensive Meta-Analysis, version 2 (Biostat, Englewood, New Jersey). We considered $P$ values less than 0.05 (2-tailed) to indicate statistically significant differences.

### Role of the Funding Source

The authors were supported in part or fully by the Agency for Healthcare Research and Quality, Santa Clara Valley Medical Center, the U.S. Department of Veteran Affairs, Stanford University Medical Center, Stanford University, Genentech, the National Science Foundation, and the Evidence-Based Medicine Center of Excellence of Pfizer. These funding sources had no role in the design and conduct of the study; the collection, management, analysis, and interpretation of the data; the preparation, review, or approval of the manuscript; or the decision to submit the manuscript for publication.

### RESULTS

The Figure summarizes the results of our literature searches. We reviewed 7599 titles from the MEDLINE, EMBASE, SPORTDiscus, and the Cochrane Collaboration databases. From our search, we reviewed 252 abstracts in detail and retrieved 56 articles for full-text evaluation. We identified 3 additional studies through searches of bibliographies. Multiple articles were often published on the same study sample: 44 articles representing 27 study samples met our inclusion criteria (Table 1) (31–74).

### Participant Characteristics

Study participants were predominantly male (85%), young (mean age, 27 years [SD, 3]), lean (mean body mass index, 24 kg/m$^2$ [SD, 2]), and physically fit (mean VO$_2$max, 51 mL/kg per minute [SD, 8]; range, 38 to 65 mL/kg per minute) (Table 1).

### Study Characteristics

The included studies enrolled 440 participants. Of these, 303 received growth hormone treatment, representing 13.3 person-years of treatment (Table 1). Study sizes were generally small (mean number of participants at enrollment, 15), and dropout rates were low (98% of participants completed the study protocols).



*Figure.* Study flow diagram.

```
Potentially relevant articles identified and
title/abstract screened for retrieval (n = 7599)
    MEDLINE: 4466
    EMBASE: 2745
    SPORTDiscus: 44
    Cochrane Collaboration: 344
                                          →    Articles excluded*
                                               Patients not healthy/GH used for illness: 4020
                                               Participants not given GH: 3325
                                               Not clinical study/other: 496
                                               Participants not correct age: 322
                                               Non–English-language report: 3

Abstracts reviewed (n = 252)
Manuscripts retrieved for more
    detailed evaluation (n = 56)
Additional articles identified from
    bibliography mining (n = 3)
                                          →    Articles excluded*
                                               No relevant outcomes: 13
                                               Not clinical study/other: 3
                                               Participants not correct age: 1

Articles included in meta-analysis (n = 44)
Included populations
    GH duration, 1 d: 7
    GH duration >1 d: 20
    Total: 27
```

GH = growth hormone. *Sum may be greater than total number excluded because some studies had multiple reasons for exclusion.

## Table 1. Baseline Characteristics of Participants and Study Intervention*

| Study, Year (Reference) | Mean Age (SD), y | | Men, % | | Sample Size at Start and End of Study, n/n† | |
|---|---|---|---|---|---|---|
| | Growth Hormone Group | Control Group | Growth Hormone Group | Control Group | Growth Hormone Group | Control Group |
| **Single-dose growth hormone** | | | | | | |
| Gravholt et al., 1999 (34)‡ | 25.5 (3.7) | 25.5 (3.7) | 100 | 100 | 8/8 | 8/8 |
| Hansen et al., 2005 (1 d) (35)‡ | 25.1 (5.7) | 25.1 (5.7) | 100 | 100 | 8/7 | 8/7 |
| Hashimoto et al., 2000 (36) | 20–31‖ | 20–31‖ | 100 | 100 | 24/24 | 8/8 |
| Irving et al., 2004 (37)‡ | 23.7 (5.7) | 23.7 (5.7) | 100 | 100 | 9/9 | 9/9 |
| Lange et al., 2002 (38)‡ | 26.0 (2.6) | 26.0 (2.6) | 100 | 100 | 7/5** | 7/7 |
| Møller et al., 1990 (39)‡ | 29.0 (2.4) | 29.0 (2.4) | 100 | 100 | 6/6 | 6/6 |
| Napoli et al., 2003 (40)‡ | 22.0 (2.8) | 22.0 (2.8) | 75 | 75 | 8/8 | 8/8 |
| **Multiple-dose growth hormone** | | | | | | |
| Brixen et al., 1990, 1992, 1995 (41–43) | 26.0 (NA) [22–31‖] | 27.0 (NA) [22–30‖] | 100 | 100 | 10/9 | 10/10 |
| Crist et al., 1988, 1990, 1991 (44–46)‡ | 27.9 (3.7) | 27.9 (3.7) | 63 | 63 | 8/8 | 8/8 |
| Deyssig et al., 1993 (47) | 23.4 (2.8)‡‡ | 23.4 (2.8)‡‡ | 100 | 100 | 11/8 | 11/10 |
| Ehrnborg et al., 2005 (33, 48) | 25.6 (4.2) | 27.0 (4.4) | 50 | 50 | 20/20 | 10/10 |
| Giannoulis et al., 2005, 2002, 2000, 2000 (49–52) | 25.0 (9.8)/26.3 (9.8)§§ | 24.9 (5.6)/24.0 (5.6)§§ | 51 | 53 | 39/39‖‖ | 30/30‖‖ |
| Graham et al., 2007 (72–74) | 32 (9) | 32 (11) | 100 | 100 | 24/24 | 24/24 |
| Hansen et al., 2001 (53)‡ | 26.1 (NA) [23–31‖] | 26.1 (NA) [23–31‖] | 100 | 100 | 8/8 | 8/8 |
| Hansen et al., 2005 (32) | 24.0 (4.0) | 25.0 (4.0) | 100 | 100 | 8/8 | 8/8 |
| Healy et al., 2006, 2003 (54, 55) | 31 (NA) [23–40‖] | 33 (NA) [27–42‖] | 100 | 100 | 6/6 | 6/6 |
| Horber et al., 1993, 1991 (31, 56) | 18–36‖‡‡ | 18–36‖‡‡ | 100††† | 100††† | 8/8 | 8/8 |
| Kniess et al., 2003 (57) | 24 (NA) [21–33‖]¶¶ | 24 (NA) [21–33‖]¶¶ | 100 | 100 | 10/10 | 5/5 |
| Møller et al., 1991 (58)‡ | 27.1 (NA) [21–33‖] | 27.1 (NA) [21–33‖] | 100 | 100 | 8/8 | 8/8 |
| Møller et al., 1992 (59)‡ | 26 (NA) [21–33‖] | 26 (NA) [21–33‖] | 57 | 57 | 14/14 | 14/14 |
| Møller et al., 1993 (60)‡ | 28.0 (2.4) | 28.0 (2.4) | 0 | 0 | 6/6 | 6/6 |
| Møller et al., 1995, 1996 (61, 62)‡ | 26.5 (2.7) | 26.5 (2.7) | 100 | 100 | 8/8 | 8/8 |
| Wallace et al., 2001, 2001, 1999 (63–65) | 28.3 (11.2) | 25.5 (6.0) | 100 | 100 | 8/8 | 8/8 |
| Wolthers et al., 1999, 1996, 1996 (66–68)‡ | 19–29‖ | 19–29‖ | 100 | 100 | 8/8 | 8/8 |
| Wolthers et al., 1998 (69)‡ | 22–28‖ | 22–28‖ | 100 | 100 | 8/8 | 8/8 |
| Yarasheski et al., 1992 (70) | 27.0 (4.2)‡‡ | 27.0 (4.2)‡‡ | 100 | 100 | 9/7 | 9/9 |
| Yuen et al., 2004 (71)‡ | 19–29‖ | 19–29‖ | 58 | 58 | 12/12 | 12/12 |

* The section on single-dose growth hormone includes studies that provided 1 dose of growth hormone therapy; the section on multiple-dose growth hormone includes studies that provided growth hormone for >1 day. In each section, references are arranged in alphabetical order. BMI = body mass index; NA = not available/unclear; $VO_2$max = maximum oxygen uptake.
† Total does not add up to 440 participants because some studies had crossover designs, and the same participant served as treated and control participant.
‡ Crossover design.
§ Based on average body weight or height presented in article.
‖ Range.
¶ Multiple dosages provided.
** Two participants were unable to complete exercise protocol while receiving growth hormone.
†† Each dose is an average of the range of published doses.
‡‡ Data from growth hormone and non–growth hormone groups aggregated.
§§ Male data/female data.
‖‖ Data obtained from reference 49.
¶¶ High-dose group.
*** Assumed height and body weight for male participants: 5 feet, 11 inches, and/or 75 kg; assumed body weight for female participants, 60 kg.
††† Presumed male.
‡‡‡ Assumed mean body weight, 65 kg.

Growth hormone dosing regimens varied considerably among the included studies (Table 1). The studies could be divided into 2 principal types: those that evaluated the physiologic effects of a single dose of growth hormone and those that assessed the effects of longer-term dosing regimens. Seven studies evaluated the use of a single dose of growth hormone. Of these, 3 studies provided growth hormone subcutaneously (35, 36, 38) and 4 studies provided growth hormone intravenously (34, 37, 39, 40). Twenty studies provided growth hormone for more than 1 day (mean treatment duration, 20 days [SD, 18]) (Table 1).

All of these studies provided growth hormone subcutaneously. Only 3 studies evaluated growth hormone for longer than 30 days (44–47, 70), and no study evaluated its use for more than 3 months. The mean daily dose of growth hormone was 36 μg/kg (SD, 21) among the included studies.

### Study Quality

No study fulfilled all of the evaluated quality criteria, although 2 studies fulfilled 7 of 8 criteria (Table 2). No

**Table 1—Continued**

| Mean BMI (SD), kg/m² | | Mean Baseline V̇O₂max (SD), mL/kg per min | | Study Intervention | |
|---|---|---|---|---|---|
| Growth Hormone Group | Control Group | Growth Hormone Group | Control Group | Duration of Growth Hormone Therapy, d | Initial Growth Hormone Dosage, µg/kg per d |
| 23.6 (1.7) | 23.6 (1.7) | NA | NA | – | 3§ |
| 22.6 (1.7) | 22.6 (1.7) | 62.0 (2.8) | 62 (2.8) | – | 33§ |
| NA | NA | NA | NA | – | 10, 25, 50, 100¶ |
| 23.6 (2.4) | 23.6 (2.4) | 37.9 (8.7) | 37.9 (8.7) | – | 10 |
| 23.0 (1.3) | 23.0 (1.3) | 65.0 (2.6) | 65.0 (2.6) | – | 33§ |
| 23.2 (1.7) | 23.2 (1.7) | NA | NA | – | 5 |
| 23.0 (2.8) | 23.0 (2.8) | NA | NA | – | 5 |
| | | | | | |
| 22.5 (NA)§ | 22.1 (NA)§ | NA | NA | 7 | 67 |
| NA | NA | NA | NA | 42 | 17, 34¶†† |
| NA | NA | NA | NA | 42 | 30 |
| 23.1 (2.6) | 23.2 (3.9) | 42.8 (7.2) | 45.2 (7.2) | 28 | 33, 67¶ |
| 22.2 (7.6)/22.5 (2.2)§§‡ | 23.3 (5.8)/20.7 (7.2)§§‡ | 55.1 (7.2)¶¶ | 54.3 (6.3)¶¶ | 28 | 67 |
| 27.5 (3.0) | 28.0 (3.1) | 41.8 (9.8) | 44.8 (7.9) | 6 | 19 |
| NA | NA | NA | NA | 6 | 50‖¶¶*** |
| 22.2 (2.0) | 21.4 (1.6) | 60.1 (9.6) | 57.8 (7.2) | 14 | 28§ |
| 24.0 (NA) [23–26‖] | 25.0 (NA) [24–26‖] | 54.2 (NA) [50.1–60.0‖] | 53.4 (NA) [49.4–60.0] | 28 | 67 |
| NA | NA | NA | NA | 7 | 100 |
| 23–27‖‡‡ | 23–27‖‡‡ | NA | NA | 14 | 20 |
| NA | NA | NA | NA | 14 | 53¶¶ |
| 23 (NA) 19–24‖ | 23 (NA) 19–24‖ | NA | NA | 10 | 62§‡‡‡ |
| 22.7 (1.5) | 22.7 (1.5) | NA | NA | 14 | 67¶¶ |
| 22.8 (1.7) | 22.8 (1.7) | NA | NA | 14 | 26, 52§¶ |
| 22.6 (2.8) | 24.2 (3.6) | 57.0 (6.4) | 56.0 (6.0) | 7 | 50 |
| 22.5–27.0‖ | 22.5–27.0‖ | NA | NA | 10 | 33 |
| 21.6–26.3‖ | 21.6–26.3‖ | NA | NA | 4 | 33 |
| 23.5 (NA)§ | 23.5 (NA)§ | NA | NA | 84 | 40 |
| 22.9 (13.2) | 22.9 (13.2) | NA | NA | 14 | 2 |

study clearly documented adequate concealment of treatment allocation at study enrollment.

## Quantitative Data Synthesis

Many studies provided data on body composition and basal metabolism outcomes; however, limited data were available on strength and exercise capacity (Appendix Table 2, available at www.annals.org). Sixteen studies evaluated adverse events. We compared the incremental change from trial start to trial end between growth hormone–treated and non–growth hormone–treated groups to determine a summary effect size (weighted mean difference) for body composition and strength measures and compared trial-end data between groups to determine the weighted mean difference for basal metabolism outcomes.

## Effects of Growth Hormone on Body Composition

Lean body mass increased significantly in growth hormone–treated groups compared with groups not treated with growth hormone (increase in lean body mass, 2.1 kg [95% CI, 1.3 to 2.9 kg]) (Table 3 and Appendix Figure 1, available at www.annals.org). The decrease in fat mass approached statistical significance (change in fat mass, −0.9 kg [CI, −1.8 to −0.0 kg]). Weight increased, although the difference was not statistically significant (change in weight, 0.3 kg [CI, −0.5 to 1.1 kg]).

## Effects of Growth Hormone on Strength Outcomes

Two studies evaluated change in strength (47, 70). These studies treated participants with growth hormone for 42 days (47) and 84 days (70), the longest treatment durations of all included studies. With 1-repetition maximum voluntary strength testing, growth hormone use did not improve biceps strength (change, −0.2 kg [CI, −1.5 to 1.1 kg]) or quadriceps strength (change, −0.1 kg [CI, −1.8 to 1.5 kg]) (Table 3 and Appendix Figure 2, available at www.annals.org). One study evaluated 7 other muscle groups for change in maximum strength and assessed 4 measures of change in muscle circumference (70)—none of these changes significantly differed between growth hormone–treated and non–growth hormone–treated groups.

## Effect of Growth Hormone on Basal Metabolism

Daily basal metabolic rate was higher in growth hormone–treated participants than in those not treated with growth hormone (basal metabolic rate, 141 kcal/d [CI, 69 to 213 kcal/d]) (Table 3 and Appendix Figure 3, available

## Table 2. Study Quality*

| Study, Year (Reference) | Trial Quality Measures | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Were Growth Hormone- and Non-Growth Hormone-Treated Participants Similar at Baseline? | Was a Placebo Offered? | Was Treatment Allocation Concealed? | Were Eligibility Criteria Specified? | Were Study Participants Blinded? | Were Clinicians Blinded? | Were Point Estimates and Variability Presented? | Was an Intention-to-Treat Analysis Performed? |
| **Single-dose growth hormone** | | | | | | | | |
| Gravhølt et al., 1999 (34) | ● | NA | NA | ○ | NA | NA | ● | ● |
| Hansen et al., 2005 (1 d) (35) | ● | ● | NA | ● | ● | ● | ● | ○ |
| Hashimoto et al., 2000 (36) | NA | ● | NA | ⊙ | ● | ● | ● | ● |
| Irving et al., 2004 (37) | ● | ○ | NA | ● | ○ | ○ | ● | ● |
| Lange et al., 2002 (38) | ● | ● | NA | ● | ● | ● | ● | ⊙ |
| Møller et al., 1990 (39) | ● | ● | NA | ⊙ | ● | ● | ● | ● |
| Napoli et al., 2003 (40) | ● | ● | NA | ⊙ | ● | ○ | ● | ● |
| **Multiple-dose growth hormone** | | | | | | | | |
| Brixen et al., 1990, 1992, 1995 (41–43) | ● | ● | NA | ⊙ | ● | ● | ● | ○ |
| Crist et al., 1988, 1990, 1991 (44–46) | ● | ● | NA | ⊙ | ● | ● | ● | ● |
| Deyssig et al., 1993 (47) | NA | ● | NA | ● | ● | ● | ● | ○ |
| Ehrnborg et al., 2005 (33, 48) | ● | ● | NA | ● | ● | ● | ● | ● |
| Giannoulis et al., 2005, 2002, 2000, 2000 (49–52) | ● | ● | NA | ● | ● | ● | ● | ⊙ |
| Graham et al., 2007 (72–74) | ⊙ | ○ | NA | ● | ○ | ○ | ● | ● |
| Hansen et al., 2001 (53) | ● | ○ | NA | ○ | ○ | ○ | ● | ● |
| Hansen et al., 2005 (32) | ● | ● | NA | ● | ● | ● | ● | ● |
| Healy et al., 2006, 2003 (54, 55) | ● | ● | NA | ● | ● | ● | ● | ○ |
| Horber et al., 1993, 1991 (31, 56) | NA | ● | NA | ● | ● | NA | ● | ● |
| Kniess et al., 2003 (57) | NA | ● | NA | ⊙ | ● | NA | ⊙ | NA |
| Møller et al., 1991 (58) | ● | ● | NA | ⊙ | ● | ● | ● | ● |
| Møller et al., 1992 (59) | ● | ● | NA | ⊙ | ● | ● | ● | NA |

*Table 2*—Continued

| Study, Year (Reference) | Trial Quality Measures | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Were Growth Hormone– and Non–Growth Hormone–Treated Participants Similar at Baseline? | Was a Placebo Offered? | Was Treatment Allocation Concealed? | Were Eligibility Criteria Specified? | Were Study Participants Blinded? | Were Clinicians Blinded? | Were Point Estimates and Variability Presented? | Was an Intention-to-Treat Analysis Performed? |
| Møller et al., 1993 (60) | ● | ● | NA | ⊙ | ● | ● | ● | ● |
| Møller et al., 1995, 1996 (61, 62) | ● | ● | NA | ○ | ● | ● | ● | ● |
| Wallace et al., 2001, 2001, 1999 (63–65) | ⊙ | ● | NA | ● | ● | ● | ● | ● |
| Wolthers et al., 1999, 1996, 1996 (66–68) | ● | ● | NA | ⊙ | ● | ● | ⊙ | ● |
| Wolthers et al., 1998 (69) | ● | ● | NA | ⊙ | ● | ● | ⊙ | ● |
| Yarasheski et al., 1992 (70) | NA | ● | NA | ⊙ | ● | ● | ● | ○ |
| Yuen et al., 2004 (71) | ● | ● | NA | ⊙ | ● | ● | ● | ● |

* The section on single-dose growth hormone includes studies that provided 1 dose of growth hormone therapy; the section on multiple-dose growth hormone includes studies that provided growth hormone for >1 day. In each section, references are arranged in alphabetical order. NA = not available/unclear; ○ = quality measure not fulfilled; ⊙ = quality measure partially fulfilled; ● = quality measure fulfilled.

at www.annals.org). Resting respiratory exchange ratio or respiratory quotient was lower in growth hormone–treated participants (−0.02 [CI, −0.03 to −0.01]; mean among all participants, 0.78 [SD, 0.03]), reflecting the preferential use of lipids rather than carbohydrates for fuel at rest during growth hormone therapy. Resting heart rate was also significantly higher in growth hormone–treated participants (3.8 beats/min [CI, 0.2 to 7.4 beats/min]).

### Effect of Growth Hormone on Exercise Capacity

Six studies measured exercise capacity outcomes (**Appendix Table 2**, available at www.annals.org). Given the variability in exercise interventions, we present a narrative summary rather than pooling their exercise capacity results. In growth hormone–treated participants compared with those not treated with growth hormone, lactate levels during exercise trended higher in all 3 studies evaluating this outcome, although this finding was statistically significantly higher in only 2 studies (**Table 4**). Exercising levels of plasma free fatty acids and glycerol were significantly increased in growth hormone–treated participants in all studies that evaluated these outcomes, reflecting the lipolytic properties of growth hormone. However, the exercising respiratory exchange ratio or respiratory quotient was not significantly different (35, 38, 72–74, 54, 55) in growth hormone–treated participants compared with that in those not treated with growth hormone. Exercising

*Table 3.* **Summary Effect Sizes for Body Composition, Strength, and Basal Metabolism***

| Clinical Area and Clinical Outcome | Study Samples, n† | Weighted Mean Difference (95% CI)‡ |
|---|---|---|
| **Body composition** | | |
| Change in body weight | 9 | 0.3 kg (−0.5 to 1.1 kg) |
| Change in fat mass | 10 | −0.9 kg (−1.9 to −0.0 kg) |
| Change in lean body mass | 11 | 2.1 kg (1.3 to 2.9 kg)§ |
| **Strength** | | |
| Change in biceps 1RM | 2 | −0.2 kg (−1.5 to 1.1 kg) |
| Change in quadriceps 1RM | 2 | −0.1 kg (−1.8 to 1.5 kg) |
| **Basal metabolism** | | |
| End basal metabolic rate | 7 | 141 kcal/d (69 to 213 kcal/d)‖ |
| End resting respiratory exchange ratio or respiratory quotient | 7 | −0.02 (−0.03 to −0.01)‖ |
| End resting heart rate | 11 | 3.8 beats/min (0.2 to 7.4 beats/min)¶ |

* 1RM = 1 repetition maximum.
† Includes subsamples based on sex and dose.
‡ Growth hormone–treated group minus non–growth hormone–treated group. The weighted mean difference provides summary effect sizes in the same units as the outcome of interest. A positive value indicates that the weighted mean value in the growth hormone–treated group was higher than the value in the group not treated with growth hormone.
§ $P < 0.01$.
‖ $P < 0.001$.
¶ $I^2 > 50\%$; $P < 0.05$.

Table 4. Qualitative Summary for Exercise Capacity*

| Clinical Outcome (during Exercise) In Study, Year (Reference) | Comparison of Values in Growth Hormone–Treated Group vs. Non–Growth Hormone–Treated Group | Published P Value (Comparison between Groups) |
|---|---|---|
| **Plasma lactate level** | | |
| Hansen et al., 2005 (1 d) (35) | + | <0.001 |
| Irving et al., 2004 (37)† | + | 0.07, 0.7–1.0 |
| Lange et al., 2002 (38) | + | <0.001 |
| **Heart rate** | | |
| Hansen et al., 2005 (1 d) (35) | + | <0.02 |
| Irving et al., 2004 (37)† | + | 0.12–1.0 |
| Lange et al., 2002 (38) | + | <0.001 |
| Ehrnborg et al., 2005 (33, 48) | + | 0.08 |
| **Plasma free fatty acid level** | | |
| Hansen et al., 2005 (1 d) (35) | + | <0.0 |
| Lange et al., 2002 (38) | + | <0.001 |
| Healy et al., 2006, 2003 (54, 55) | + | <0.05 |
| **Plasma glycerol level** | | |
| Hansen et al., 2005 (1 d) (35) | + | <0.01 |
| Lange et al., 2002 (38) | + | <0.001 |
| Healy et al., 2006, 2003 (54, 55) | + | <0.05 |
| **Respiratory exchange ratio or respiratory quotient** | | |
| Hansen et al., 2005 (1 d) (35) | = | 0.64 |
| Lange et al., 2002 (38) | = | >0.76 |
| Healy et al., 2006, 2003 (54, 55) | = | –‡ |
| Graham et al., 2007 (72–74) | – | >0.05‡ |
| **Bicycling speed** | | |
| Lange et al., 2002 (38) | + | 0.39 |
| Lange et al., 2002 (38) | – | 0.44 |
| **V̇o₂max** | | |
| Ehrnborg et al., 2005 (33, 48) | + | 0.76, 1.0 |
| Graham et al., 2007 (72–74) | + | >0.05‡ |
| **Power output** | | |
| Ehrnborg et al., 2005 (33, 48) | + | 0.84 |
| **Energy expenditure** | | |
| Healy et al., 2006, 2003 (54, 55) | = | –‡ |
| **Maximum inspiratory pressure (nonexercising)** | | |
| Graham et al., 2007 (72–74) | + | <0.05 |

* + indicates that value in growth hormone–treated group seemed higher or consistently higher than that in the non–growth hormone–treated group; – indicates that value in growth hormone–treated group seemed lower or consistently lower than that in the non–growth hormone–treated group; = indicates that values in both groups seemed similar. $V\dot{o}_2max$ = maximum oxygen uptake.
† Comparison of control group with multiple growth hormone treatment groups.
‡ Comparison not reported to be significantly different between groups ($P > 0.05$) or $P$ value not reported.

heart rate was significantly increased in 2 of 4 studies that evaluated this outcome (35, 38). Maximum inspiratory pressure (at rest) increased in growth hormone–treated participants compared with those not treated with growth

hormone in 1 study (72–74). Groups did not differ in bicycling speed, exercising energy expenditure, and power output (1 study each) (38, 54, 55). Similarly, $VO_2max$ was not significantly different between growth hormone–treated and non–growth hormone–treated groups (2 studies) (33, 48, 72–74).

## Safety of Growth Hormone

Growth hormone–treated participants reported higher rates of adverse events than those not treated with growth hormone (Table 5). The former group reported more soft tissue edema and fatigue than the latter group (44% vs. 1% and 35% vs. 0%, respectively). Growth hormone–treated participants also experienced arthralgias and carpal tunnel syndrome more often than did those not treated with growth hormone.

## Sensitivity Analyses

We recalculated summary effect sizes after removing each study per iteration. Removing the study by Wolthers and colleagues (66–68) resulted in a statistically significant increase in weight among growth hormone recipients. Removing 1 of 5 studies that evaluated fat mass (32, 33, 44–46, 48, 70, 72–74) or 1 of 4 studies that evaluated resting heart rate (33, 48, 53, 69, 72–74) resulted in nonsignificant differences between participants who received and those who did not receive growth hormone. The results of other clinical outcomes were robust to this analysis.

We found little evidence for statistical heterogeneity among the included studies for body composition, strength outcomes, resting respiratory exchange ratio or respiratory quotient, and resting energy expenditure (Appendix Figures 1 to 3, available at www.annals.org). However, the summary results for resting heart rate were statistically heterogeneous ($P$ for $Q$ statistic = 0.01; $I^2$ = 55%) (Table 3). Part of this heterogeneity could be explained by duration of growth hormone treatment. When we recalculated the resting heart rate from studies that provided growth hormone for at least 14 days, we found no evidence for heterogeneity ($P$ for $Q$ statistic = 0.26; $I^2$ = 22%). We found little evidence of publication bias through visual inspection of funnel plots.

## DISCUSSION

Growth hormone is reported to be extensively used for illicit enhancement of athletic performance (5, 8, 75), both for its anabolic and endurance effects. However, our review of the limited published literature suggests that although growth hormone may alter body composition, it has minimal effect on key athletic performance outcomes and may, in fact, be associated with worsened exercise capacity. Our conclusions are consistent with the findings reported in the recent Mitchell report on illegal drug use in Major League Baseball, which noted the lack of evidence supporting growth hormone use and enhancement of athletic performance (10).

Table 5. Key Adverse Events

| Adverse Event* | Studies Reporting Outcome, n | Events in Growth Hormone–Treated Group, n (%) | Events in Non–Growth Hormone–Treated Group, n (%) |
|---|---|---|---|
| Soft tissue edema | 8 | 33 (44) | 1 (1) |
| Fatigue | 4 | 11 (35) | 0 (0) |
| Arthralgias | 2 | 4 (25) | 0 (0) |
| Carpal tunnel syndrome | 2 | 3 (15) | 0 (0) |
| Sweating | 1 | 3 (30) | 2 (20) |

* Participants may have reported more than 1 adverse event.

Athletes, in particular bodybuilders, reportedly use growth hormone to increase strength and improve muscle definition (5, 17, 76). We found that although growth hormone significantly increased lean body mass and was associated with a near-significant trend toward decreased fat mass, it did not result in gains in biceps and quadriceps strength. How can increases in lean body mass not translate into strength improvements? Because methods for evaluation of lean body mass do not reliably distinguish lean solid tissue from fluid mass (77) and because the included studies evaluated only short-term changes, we suspect that much of the increase in lean body mass from growth hormone is due to fluid retention rather than muscle hypertrophy (77–79). A nonrandomized study in experienced weightlifters supports this view. Yarasheski and colleagues (80) provided high-dose growth hormone to college football players and weightlifters and found that it did not increase muscle protein synthesis or decrease protein breakdown, suggesting that an increase in muscle mass from growth hormone use in such athletes is unlikely.

We found that growth hormone did not improve and, in fact, may worsen exercise capacity. Exercising lactate levels were significantly higher in growth hormone–treated participants than in non–growth hormone–treated participants in 2 of 3 studies that evaluated this outcome. Increased exercising lactate levels are associated with decreased exercise stamina and physical exhaustion (81). In the double-blind study by Lange and colleagues (38), 2 of 7 cyclists could complete the exercise protocol after receiving placebo but not growth hormone; this finding was replicated on repeated testing in 1 cyclist. It is not clear how growth hormone treatment increases exercising lactate levels, but it may be associated with increased action of uncoupling proteins in mitochondria or selective inhibition of pyruvate dehydrogenase (38). In addition, elevated glycerol concentrations observed during the growth hormone trials could provide an alternate gluconeogenic precursor, thus increasing blood lactate levels by reducing lactate clearance by the liver. However, our exercise capacity results must be interpreted with caution because all 3 studies evaluated exercising lactate levels after only 1 dose of growth hormone, a dosing protocol unlikely to mirror real-world regimens. Nonetheless, this finding merits further research because it suggests that endurance athletes who

use growth hormone may actually be harming their athletic performance.

One recent study (72–74) included in our analysis reported respiratory function improvements (including maximum inspiratory and expiratory pressures) in participants treated with growth hormone compared with those not treated with growth hormone, although $VO_2$max was not reported to statistically significantly differ. Whether these findings translate into improved athletic performance is unclear. In healthy people at sea level, pulmonary function is typically not considered to be limiting to performance (82). Even during maximal exercise, participants could increase ventilation (82), suggesting an existing ventilatory reserve. Additional studies evaluating the effects of pulmonary function change on athletic performance are needed to evaluate these authors' findings.

While growth hormone therapy resulted in increased use of lipids for fuel during rest (as noted by a statistically significantly lower resting respiratory exchange ratio and respiratory quotient), this improvement did not seem to persist during exercise. Although growth hormone therapy resulted in higher exercising serum free fatty acid and glycerol levels, exercising respiratory exchange ratio and respiratory quotient levels were not reported to significantly differ in growth hormone–treated versus non–growth hormone–treated participants. Free fatty acid availability can affect free fatty acid uptake at rest and during low-intensity exercise, but exercise intensity remains the predominant determinant of substrate selection and can override other influences, especially at high rates of work output. As is the case after endurance training, a lower respiratory exchange ratio and respiratory quotient, signifying increased lipid rather than carbohydrate oxidation, are thought to contribute to improved exercise endurance due to glycogen preservation (83). The observation that respiratory exchange decrements with growth hormone did not persist during exercise suggests that short-term growth hormone treatment may not enhance endurance, at least through a mechanism of altered substrate selection. This conclusion cannot be considered definitive given the small number of included studies, but it suggests that additional research is needed to further delineate growth hormone's effects on endurance.

We found higher rates of adverse events in growth

hormone–treated participants than in non–growth hormone–treated participants. Consistent with studies in growth hormone–deficient patients (84, 85) and healthy elderly participants (20), we found higher proportions of soft tissue edema, joint pain, and carpal tunnel syndrome in participants receiving growth hormone, although variability in reporting adverse events precluded us from performing statistical analyses on these results. Adverse events related to fluid retention have been well described in growth hormone–treated patients (86, 87) and are thought to be due to growth hormone's effect on fluid homeostasis. Of note, growth hormone–treated participants reported higher rates of fatigue, consistent with our finding that growth hormone may in fact worsen exercise capacity.

Our study reflects the limitations of the included studies. First, our review highlights the lack of published evidence about the physiologic effects of growth hormone among athletic young adults. Although we reviewed thousands of studies, only 8 studies assessed strength and exercise capacity for growth hormone treatment in a randomized manner. Thus, our analysis may not have detected small but clinically relevant differences in outcomes and adverse events. Because no studies evaluated growth hormone for longer than 3 months, there is no evidence with which to evaluate the long-term use of growth hormone for athletic enhancement. In addition, because only a small percentage of participants were women, there is almost no evidence with which to evaluate the effect of growth hormone in physically fit young women. Second, published data on real-world doping regimens are limited, and growth hormone dosing regimens used in research settings may be lower than or otherwise differ from those used by athletes who engage in sports doping. Saugy and colleagues (75) reported that athletes may be using growth hormone in dosages ranging from approximately 15 to 180 $\mu$g/kg per day (75), which may be higher than dosages used in most of our included studies. Whether a graded dose response exists for growth hormone is unclear (15), and future research should evaluate growth hormone regimens used in real-world settings. Finally, anecdotal reports of sports doping regimens suggest that growth hormone is not typically used as a single agent (5), but rather is often combined with other drugs, including androgenic steroids, insulin, and antiestrogens (76). Real-world sports doping regimens may have different benefits and risks from those noted in our analyses.

Claims regarding the performance-enhancing properties of growth hormone are premature and are not supported by our review of the literature. The limited published data evaluating the effects of growth hormone on athletic performance suggest that although growth hormone increases lean body mass in the short term, it does not seem to improve strength and may worsen exercise capacity. In addition, growth hormone use in healthy young persons is frequently associated with adverse events. More research, including an identification and evaluation

of real-world growth hormone doping protocols, is warranted to definitively determine the effects of growth hormone on athletic performance.

From Santa Clara Valley Medical Center, San Jose, California; Stanford University, Stanford, California; and Veterans Affairs Palo Alto Health Care System, Palo Alto, California.

Acknowledgment: The authors thank Rikke Ogawa, MLIS, and Christopher Stave, MLS, Information Services Librarians, Lane Medical Library, Stanford University, for their assistance with the literature searches. They also thank Arthur Weltman, PhD, University of Virginia, for his insight and expertise in growth hormone and exercise physiology. Ms. Ogawa, Mr. Stave, and Dr. Weltman did not receive compensation for their contributions.

Grant Support: In part or fully by the Agency for Healthcare Research and Quality (National Research Service Award, grant no. HS000028-19), the U.S. Department of Veteran Affairs, Stanford University Medical Center, Stanford University, Genentech (fellowship stipend), the National Science Foundation, and the Evidence-Based Medicine Center of Excellence of Pfizer.

Potential Financial Conflicts of Interest: Consultancies: A.M. Garber (Blue Cross and Blue Shield Association), A.R. Hoffman (Genentech, Teva, LG Life Sciences, Ambrx). Honoraria: A.R. Hoffman (Genentech). Stock ownership or options (other than mutual funds): A.R. Hoffman (Ambrx). Expert testimony: A.R. Hoffman (U.S. Attorney, regarding off-label growth hormone use). Grants received: A.R. Hoffman (Genentech, Pfizer).

Requests for Single Reprints: Hau Liu, MD, MBA, MPH, Santa Clara Valley Medical Center, 751 South Bascom Avenue, 4th Floor Medicine, San Jose, CA 95128; e-mail, hauliu@stanford.edu.

Current author addresses are available at www.annals.org.

### References

1. World Anti-Doping Agency. The 2006 Prohibited List. Accessed at http://multimedia.olympic.org/pdf/en_report_1037.pdf on 23 May 2007.
2. Major League Baseball. Joint drug prevention and treatment program. Attachment 18. 2005. Accessed at http://news.findlaw.com/hdocs/docs/sports/mlbdrugpolicy05.pdf on 22 May 2007.
3. National Football League. Policy on anabolic steroids and related substances 2007. Accessed at www.nflpa.org/pdfs/RulesAndRegs/BannedSubstances.pdf on 23 May 2007.
4. Curry J. Pitcher used human growth hormone, document says. New York Times. 7 June 2006. Accessed at www.nytimes.com/2006/06/07/sports/baseball/07cnd-drug.html?ex=1307332800&en=c069fb8b6a533131&ei=5088&partner=rssnyt&emc=rss on 23 May 2007.
5. Fainaru-Wada M, Williams L. Game of Shadows. New York: Gotham; 2006.
6. Fainaru-Wada M, Williams L. Giambi admitted taking steroids. San Francisco Chronicle. 2 December 2004. Accessed at www.sfgate.com/cgi-bin/article.cgi?file=/c/a/2004/12/02/MNG80A523H1.DTL on 23 May 2007.
7. Austen I. 1996 Danish cyclist admits doping in tour victory. New York Times. 26 May 2007. Accessed at www.nytimes.com/2007/05/26/sports/othersports/26cycling.html?ex=1180756800&en=a966c9e4e2c7c65d&ei=5070&emc=eta1 on 25 May 2007.
8. Ruibal S. Spanish scandal not limited to cycling. USA Today. 2 July 2006. Accessed at www.usatoday.com/sports/cycling/2006-07-02-doping-focus_x.htm on 23 May 2007.
9. Janofsky M. Track star admits to use of steroids. New York Times. 14 March 1989. Accessed at http://query.nytimes.com/gst/fullpage.html?res=950DE1D61F3FF937A25750C0A96F948260&sec=&spon= on 23 May 2007.
10. Mitchell G. Office of the Commissioner of Baseball, Major League Baseball.

Report to the Commissioner of Baseball of an independent investigation into the illegal use of steriods and other performance enhancing substances by players in Major League Baseball. 13 December 2007. Accessed at http://files.mlb.com/mitchrpt.pdf on 9 March 2008.

11. Fitzpatrick M. Fernando Vina admits HGH use. Associated Press. 17 December 2007. Accessed at www.wtopnews.com/?nid=126&sid=1312037 on 6 January 2008.

12. Schmidt MS. Pettitte admits he used H.G.H. 'for two days'. New York Times. 16 December 2007. Accessed at www.nytimes.com/2007/12/16/sports/baseball/16pettitte.html on 6 January 2008.

13. World Anti-Doping Agency. A brief history of anti-doping. Accessed at www.wada-ama.org/en/dynamic.ch2?pageCategory.id=312 on 23 May 2007.

14. World Anti-Doping Agency. Q&A: Human Growth Hormone Testing. Accessed at www.wada-ama.org/en/dynamic.ch2?pageCategory.id=627 on 23 May 2007.

15. Rennie MJ. Claims for the anabolic effects of growth hormone: a case of the emperor's new clothes? Br J Sports Med. 2003;37:100-5. [PMID: 12663349]

16. Human growth hormone—somatropin. Accessed at www.pharmaeurope.com/hgh.php on 5 April 2007.

17. The continuous cycle. Accessed at www.fizogen.com/press_070703.php on 5 April 2007.

18. Human growth hormone (HGH) side effects. Accessed at www.buzzle.com/articles/human-growth-hormone-hgh-side-effects.html on 5 April 2007.

19. Baum HB, Biller BM, Finkelstein JS, Cannistraro KB, Oppenhein DS, Schoenfeld DA, et al. Effects of physiologic growth hormone therapy on bone density and body composition in patients with adult-onset growth hormone deficiency. A randomized, placebo-controlled trial. Ann Intern Med. 1996;125:883-90. [PMID: 8967668]

20. Liu H, Bravata DM, Olkin I, Nayak S, Roberts B, Garber AM, et al. Systematic review: the safety and efficacy of growth hormone in the healthy elderly. Ann Intern Med. 2007;146:104-15. [PMID: 17227934]

21. Young J, Anwar A. Strong diabetes. Br J Sports Med. 2007;41:335-6; discussion 336. [PMID: 17324962]

22. Perls TT, Reisman NR, Olshansky SJ. Provision or distribution of growth hormone for "antiaging": clinical and legal issues. JAMA. 2005;294:2086-90. [PMID: 16249424]

23. Bravata DM, Gienger AL, McDonald KM, Sundaram V, Perez MV, Varghese R, et al. Systematic review: the comparative effectiveness of percutaneous coronary interventions and coronary artery bypass graft surgery. Ann Intern Med. 2007;147:703-16. [PMID: 17938385]

24. Verhagen AP, de Vet HC, de Bie RA, Kessels AG, Boers M, Bouter LM, et al. The Delphi list: a criteria list for quality assessment of randomized clinical trials for conducting systematic reviews developed by Delphi consensus. J Clin Epidemiol. 1998;51:1235-41. [PMID: 10086815]

25. West S, King V, Carey TS, Lohr KN, McKoy N, Sutton SF, et al. Systems to rate the strength of scientific evidence. Rockville, MD: Agency for Healthcare Research and Quality; 2002. Evidence Report/Technology Assessment no. 47.

26. RevMan 4.2 User Guide. The Cochrane Collaboration. 2004. Accessed at www.cc-ims.net/download/revman/Documentation on 22 August 2006.

27. Hedges L, Olkin I. Statistical Methods in Meta-Analysis. New York: Academic Pr; 1985.

28. Cooper H, Hedges L, eds. The Handbook of Research Synthesis. New York: Russell Sage Foundation; 1994.

29. Huedo-Medina TB, Sanchez-Meca J, Marin-Martinez F, Botella J. Assessing heterogeneity in meta-analysis: Q statistic or $I^2$ index? Psychol Methods. 2006;11:193-205. [PMID: 16784338]

30. Higgins JP, Thompson SG. Quantifying heterogeneity in a meta-analysis. Stat Med. 2002;21:1539-58. [PMID: 12111919]

31. Kahn SE, Horber FF, Prigeon RL, Haymond MW, Porte D Jr. Effect of glucocorticoid and growth hormone treatment on proinsulin levels in humans. Diabetes. 1993;42:1082-5. [PMID: 8513975]

32. Hansen M, Morthorst R, Larsson B, Flyvbjerg A, Rasmussen MH, Orskov H, et al. Effects of 2 wk of growth hormone administration on 24-h indirect calorimetry in young, healthy, lean men. Am J Physiol Endocrinol Metab. 2005;289:E1030-8. [PMID: 16046455]

33. Berggren A, Ehrnborg C, Rosén T, Ellegård L, Bengtsson BA, Caidahl K. Short-term administration of supraphysiological recombinant human GH (growth hormone) does not increase maximum endurance exercise capacity in healthy, active young men and women with normal GH-insulin-like growth factor I axes. J Clin Endocrinol Metab. 2005;90:3268-73. [PMID: 15784718]

34. Gravholt CH, Schmitz O, Simonsen L, Bülow J, Christiansen JS, Møller N. Effects of a physiological growth hormone pulse on interstitial glycerol in abdominal and femoral adipose tissue. Am J Physiol. 1999;277:E848-54. [PMID: 10567011]

35. Hansen M, Morthorst R, Larsson B, Dall R, Flyvbjerg A, Rasmussen MH, et al. No effect of growth hormone administration on substrate oxidation during exercise in young, lean men. J Physiol. 2005;567:1035-45. [PMID: 16002451]

36. Hashimoto Y, Kamioka T, Hosaka M, Mabuchi K, Mizuchi A, Shimazaki Y, et al. Exogenous 20K GH (growth hormone) suppresses endogenous 22K GH secretion in normal men. J Clin Endocrinol Metab. 2000;85:601-6. [PMID: 10690862]

37. Irving BA, Patrie JT, Anderson SM, Watson-Winfield DD, Frick KI, Evans WS, et al. The effects of time following acute growth hormone administration on metabolic and power output measures during acute exercise. J Clin Endocrinol Metab. 2004;89:4298-305. [PMID: 15328062]

38. Lange KH, Larsson B, Flyvbjerg A, Dall R, Bennekou M, Rasmussen MH, et al. Acute growth hormone administration causes exaggerated increases in plasma lactate and glycerol during moderate to high intensity bicycling in trained young men. J Clin Endocrinol Metab. 2002;87:4966-75. [PMID: 12414860]

39. Møller N, Jørgensen JO, Alberti KG, Flyvbjerg A, Schmitz O. Short-term effects of growth hormone on fuel oxidation and regional substrate metabolism in normal man. J Clin Endocrinol Metab. 1990;70:1179-86. [PMID: 2318938]

40. Napoli R, Guardasole V, Angelini V, D'Amico F, Zarra E, Matarazzo M, et al. Acute effects of growth hormone on vascular function in human subjects. J Clin Endocrinol Metab. 2003;88:2817-20. [PMID: 12788893]

41. Brixen K, Nielsen HK, Mosekilde L, Flyvbjerg A. A short course of recombinant human growth hormone treatment stimulates osteoblasts and activates bone remodeling in normal human volunteers. J Bone Miner Res. 1990;5:609-18. [PMID: 2382586]

42. Brixen K, Nielsen HK, Bouillon R, Flyvbjerg A, Mosekilde L. Effects of short-term growth hormone treatment on PTH, calcitriol, thyroid hormones, insulin and glucagon. Acta Endocrinol (Copenh). 1992;127:331-6. [PMID: 1449044]

43. Hansen PS, Kassem M, Brixen K, Klausen IC, Mosekilde L, Faergerman O. Effect of short-term treatment with recombinant human growth hormone on lipids and lipoproteins in women and men without growth hormone disturbances. Metabolism. 1995;44:725-9. [PMID: 7783656]

44. Crist DM, Peake GT, Egan PA, Waters DL. Body composition response to exogenous growth hormone during training in highly conditioned adults. J Appl Physiol. 1988;65:579-84. [PMID: 3170408]

45. Crist DM, Kraner JC. Supplemental growth hormone increases the tumor cytotoxic activity of natural killer cells in healthy adults with normal growth hormone secretion. Metabolism. 1990;39:1320-4. [PMID: 2246974]

46. Crist DM, Peake GT, Loftfield RB, Kraner JC, Egan PA. Supplemental growth hormone alters body composition, muscle protein metabolism and serum lipids in fit adults: characterization of dose-dependent and response-recovery effects. Mech Ageing Dev. 1991;58:191-205. [PMID: 1875728]

47. Deyssig R, Frisch H, Blum WF, Waldhör T. Effect of growth hormone treatment on hormonal parameters, body composition and strength in athletes. Acta Endocrinol (Copenh). 1993;128:313-8. [PMID: 7684551]

48. Ehrnborg C, Ellegård L, Bosaeus I, Bengtsson BA, Rosén T. Supraphysiological growth hormone: less fat, more extracellular fluid but uncertain effects on muscles in healthy, active young adults. Clin Endocrinol (Oxf). 2005;62:449-57. [PMID: 15807876]

49. Giannoulis MG, Boroujerdi MA, Powrie J, Dall R, Napoli R, Ehrnborg C, et al. Growth Ghormone-2000 Study Group. Gender differences in growth hormone response to exercise before and after rhgrowth hormone administration and the effect of rhgrowth hormone on the hormone profile of fit normal adults. Clin Endocrinol (Oxf). 2005;62:315-22. [PMID: 15730413]

50. Cittadini A, Berggren A, Longobardi S, Ehrnborg C, Napoli R, Rosén T, et al. Supraphysiological doses of growth hormone induce rapid changes in cardiac morphology and function. J Clin Endocrinol Metab. 2002;87:1654-9. [PMID: 11932297]

51. Longobardi S, Keay N, Ehrnborg C, Cittadini A, Rosén T, Dall R, et al. Growth hormone (GH) effects on bone and collagen turnover in healthy adults and its potential as a marker of GH abuse in sports: a double blind, placebo-controlled study. The GH-2000 Study Group. J Clin Endocrinol Metab. 2000;85:1505-12. [PMID: 10770189]

52. Dall R, Longobardi S, Ehrnborg C, Keay N, Rosén T, Jørgensen JO, et al. The effect of four weeks of supraphysiological growth hormone administration

on the insulin-like growth factor axis in women and men. GH-2000 Study Group. J Clin Endocrinol Metab. 2000;85:4193-200. [PMID: 11095453]

53. Hansen TK, Møller J, Thomsen K, Frandsen E, Dall R, Jørgensen JO, et al. Effects of growth hormone on renal tubular handling of sodium in healthy humans. Am J Physiol Endocrinol Metab. 2001;281:E1326-32. [PMID: 11701449]

54. Healy ML, Gibney J, Pentecost C, Croos P, Russell-Jones DL, Sönksen PH, et al. Effects of high-dose growth hormone on glucose and glycerol metabolism at rest and during exercise in endurance-trained athletes. J Clin Endocrinol Metab. 2006;91:320-7. [PMID: 16263834]

55. Healy ML, Gibney J, Russell-Jones DL, Pentecost C, Croos P, Sönksen PH, et al. High dose growth hormone exerts an anabolic effect at rest and during exercise in endurance-trained athletes. J Clin Endocrinol Metab. 2003;88: 5221-6. [PMID: 14602753]

56. Horber FF, Marsh HM, Haymond MW. Differential effects of prednisone and growth hormone on fuel metabolism and insulin antagonism in humans. Diabetes. 1991;40:141-9. [PMID: 2015969]

57. Kniess A, Ziegler E, Kratzsch J, Thieme D, Müller RK. Potential parameters for the detection of hGH doping. Anal Bioanal Chem. 2003;376:696-700. [PMID: 12750868]

58. Møller J, Jørgensen JO, Møller N, Hansen KW, Pedersen EB, Christiansen JS. Expansion of extracellular volume and suppression of atrial natriuretic peptide after growth hormone administration in normal man. J Clin Endocrinol Metab. 1991;72:768-72. [PMID: 1826008]

59. Møller J, Jørgensen JO, Møller N, Christiansen JS, Weeke J. Effects of growth hormone administration on fuel oxidation and thyroid function in normal man. Metabolism. 1992;41:728-31. [PMID: 1619991]

60. Møller N, Møller J, Jørgensen JO, Ovesen P, Schmitz O, Alberti KG, et al. Impact of 2 weeks high dose growth hormone treatment on basal and insulin stimulated substrate metabolism in humans. Clin Endocrinol (Oxf). 1993;39: 577-81. [PMID: 8252748]

61. Møller J, Jorgensen JO, Frandsen E, Laursen T, Christiansen JS. Body fluids, circadian blood pressure and plasma renin during growth hormone administration: a placebo-controlled study with two growth hormone doses in healthy adults. Scand J Clin Lab Invest. 1995;55:663-9. [PMID: 8903836]

62. Skjaerbaek C, Frystyk J, Møller J, Christiansen JS, Orskov H. Free and total insulin-like growth factors and insulin-like growth factor binding proteins during 14 days of growth hormone administration in healthy adults. Eur J Endocrinol. 1996;135:672-7. [PMID: 9025711]

63. Wallace JD, Cuneo RC, Bidlingmaier M, Lundberg PA, Carlsson L, Boguszewski CL, et al. Changes in non-22-kilodalton (kDa) isoforms of growth hormone (GH) after administration of 22-kDa recombinant human GH in trained adult males. J Clin Endocrinol Metab. 2001;86:1731-7. [PMID: 11297610]

64. Wallace JD, Cuneo RC, Bidlingmaier M, Lundberg PA, Carlsson L, Boguszewski CL, et al. Changes in non-22-kilodalton (kDa) isoforms of growth hormone (GH) after administration of 22-kDa recombinant human GH in trained adult males. J Clin Endocrinol Metab. 2001;86:1731-7. [PMID: 11297610]

65. Wallace JD, Cuneo RC, Baxter R, Orskov H, Keay N, Pentecost C, et al. Responses of the growth hormone (GH) and insulin-like growth factor axis to exercise, GH administration, and GH withdrawal in trained adult males: a potential test for GH abuse in sport. J Clin Endocrinol Metab. 1999;84:3591-601. [PMID: 10523001]

66. Wolthers T, Lechuga A, Grøfte T, Nørrelund H, Møller N, Christiansen JS, et al. Serum leptin concentrations during short-term administration of growth hormone and triiodothyronine in healthy adults: a randomised, double-blind placebo-controlled study. Horm Metab Res. 1999;31:37-40. [PMID: 10077348]

67. Wolthers T, Grøftne T, Møller N, Christiansen JS, Orskov H, Weeke J, et al. Calorigenic effects of growth hormone: the role of thyroid hormones. J Clin Endocrinol Metab. 1996;81:1416-9. [PMID: 8636344]

68. Wolthers T, Lemming L, Grøfte T, Møller N, Christiansen JS, Klausen IC, et al. Effects of growth hormone on serum lipids and lipoproteins: possible significance of increased peripheral conversion of thyroxine to triiodothyronine. Metabolism. 1996;45:1016-20. [PMID: 8769362]

69. Wolthers T, Grøfte T, Nørrelund H, Poulsen PL, Andreasen F, Christiansen JS, et al. Differential effects of growth hormone and prednisolone on energy metabolism and leptin levels in humans. Metabolism. 1998;47:83-8. [PMID: 9440482]

70. Yarasheski KE, Campbell JA, Smith K, Rennie MJ, Holloszy JO, Bier DM. Effect of growth hormone and resistance exercise on muscle growth in young men. Am J Physiol. 1992;262:E261-7. [PMID: 1550219]

71. Yuen K, Frystyk J, Umpleby M, Fryklund L, Dunger D. Changes in free rather than total insulin-like growth factor-I enhance insulin sensitivity and suppress endogenous peak growth hormone (GH) release following short-term low-dose GH administration in young healthy adults. J Clin Endocrinol Metab. 2004;89:3956-64. [PMID: 15292333]

72. Graham MR, Baker JS, Evans P, Kicman A, Cowan D, Hullin D, et al. Short-term recombinant human growth hormone administration improves respiratory function in abstinent anabolic-androgenic steroid users. Growth Horm IGF Res. 2007;17:328-35. [PMID: 17512232]

73. Graham MR, Davies B, Kicman A, Cowan D, Hullin D, Baker JS. Recombinant human growth hormone in abstinent androgenic-anabolic steroid use: psychological, endocrine and trophic factor effects. Curr Neurovasc Res. 2007;4: 9-18. [PMID: 17311540]

74. Graham MR, Baker JS, Evans P, Kicman A, Cowan D, Hullin D, et al. Evidence for a decrease in cardiovascular risk factors following recombinant growth hormone administration in abstinent anabolic-androgenic steroid users. Growth Horm IGF Res. 2007;17:201-9. [PMID: 17324600]

75. Saugy M, Robinson N, Saudan C, Baume N, Avois L, Mangin P. Human growth hormone doping in sport. Br J Sports Med. 2006;40 Suppl 1:i35-9. [PMID: 16799101]

76. Spellwin G. Chemical wizardry. Accessed at www.elitefitness.com/reports /chemwiz on 23 May 2006.

77. de Boer H, Blok GJ, Van der Veen EA. Clinical aspects of growth hormone deficiency in adults. Endocr Rev. 1995;16:63-86. [PMID: 7758433]

78. Deray G, Rieu M, Devynck MA, Pernollet MG, Chanson P, Luton JP, et al. Evidence of an endogenous digitalis-like factor in the plasma of patients with acromegaly. N Engl J Med. 1987;316:575-80. [PMID: 3027557]

79. Bengtsson BA, Edén S, Lönn L, Kvist H, Stokland A, Lindstedt G, et al. Treatment of adults with growth hormone (GH) deficiency with recombinant human GH. J Clin Endocrinol Metab. 1993;76:309-17. [PMID: 8432773]

80. Yarasheski KE, Zachweija JJ, Angelopoulos TJ, Bier DM. Short-term growth hormone treatment does not increase muscle protein synthesis in experienced weight lifters. J Appl Physiol. 1993;74:3073-6. [PMID: 8366011]

81. Billat VL, Sirvent P, Py G, Koralsztein JP, Mercier J. The concept of maximal lactate steady state: a bridge between biochemistry, physiology and sport science. Sports Med. 2003;33:407-26. [PMID: 12744715]

82. Brooks G, Fahey T, Baldwin K. Exercise Physiology: Human Bioenergetics and Its Applications. 4th ed. New York: McGraw-Hill; 2006:283-91.

83. Phillips SM, Green HJ, Tarnopolsky MA, Heigenhauser GF, Hill RE, Grant SM. Effects of training duration on substrate turnover and oxidation during exercise. J Appl Physiol. 1996;81:2182-91. [PMID: 9053394]

84. Ezzat S, Fear S, Gaillard RC, Gayle C, Landy H, Marcovitz S, et al. Gender-specific responses of lean body composition and non-gender-specific cardiac function improvement after GH replacement in GH-deficient adults. J Clin Endocrinol Metab. 2002;87:2725-33. [PMID: 12050241]

85. Kehely A, Bates PC, Frewer P, Birkett M, Blum WF, Mamessier P, et al. Short-term safety and efficacy of human GH replacement therapy in 595 adults with GH deficiency: a comparison of two dosage algorithms. J Clin Endocrinol Metab. 2002;87:1974-9. [PMID: 11994327]

86. Carroll PV, Christ ER, Bengtsson BA, Carlsson L, Christiansen JS, Clemmons D, et al. Growth hormone deficiency in adulthood and the effects of growth hormone replacement: a review. Growth Hormone Research Society Scientific Committee. J Clin Endocrinol Metab. 1998;83:382-95. [PMID: 9467546]

87. Abs R, Bengtsson BA, Hernberg-Ståhl E, Monson JP, Tauber JP, Wilton P, et al. GH replacement in 1034 GH deficient hypopituitary adults: demographic and clinical characteristics, dosing and safety. Clin Endocrinol (Oxf). 1999;50:703-13. [PMID: 10468941]

Current Author Addresses: Drs. H. Liu and Salpeter: Santa Clara Valley Medical Center, 751 South Bascom Avenue, San Jose, CA 95128.
Drs. Bravata, Bendavid, and Garber and Ms. Saynina: 117 Encina Commons, Stanford, CA 94305.
Dr. Olkin: Department of Statistics, Stanford University, Sequoia Hall, 390 Serra Mall, Stanford, CA 94305.

Dr. Friedlander: Stanford Center on Longevity, Encina Hall, East Wing–5th Floor, 616 Serra Street, Stanford, CA 94305.
Dr. V. Liu: Division of Pulmonary and Critical Care Medicine, Stanford University, 300 Pasteur Drive, Room H3143, Stanford, CA 94305.
Drs. Roberts and Hoffman: Division of Endocrinology and Metabolism, Stanford University, 300 Pasteur Drive, Stanford, CA 94305.

| Search Number (Date) | Search Terms | Articles Returned, n |
|---|---|---|
| **MEDLINE** | | |
| (31 August 2006) | | |
| 1 | ("Growth Hormone"[MeSH] OR growth hormone*[tw]) | 53 732 |
| 2 | ("Adult"[MeSH] OR "Adolescent"[MeSH]) | 4 143 448 |
| 3 | (randomized controlled trial[pt] OR randomized controlled trials[mh] OR random allocation[mh] OR random allocat*[tw] OR randomly allocat*[tw] OR double-blind method [mh] OR single-blind method [mh] OR double blind*[tw] OR single blind*[tw] OR triple blind*[tw] OR clinical trial [pt] OR clinical trials [mh]) NOT (animal[mh] NOT human[mh]) | 591 966 |
| 4 | "Middle Aged"[MeSH] OR "Aged"[MeSH] | 2 585 607 |
| 5 | "Child"[MeSH] OR "Child, Preschool"[MeSH] OR "Infant"[MeSH] OR "Infant, Newborn"[MeSH] | 1 510 685 |
| 6 | #1 AND #2 AND #3 | 3382 |
| 7 | #1 AND #3 | 4202 |
| 8 | #7 NOT #6 | 820 |
| 9 | #1 AND #3 AND #4 | 1552 |
| 10 | #1 AND #3 AND #5 | 1013 |
| 11 | #8 NOT #9 | 820 |
| 12 | #8 NOT #10 | 387 |
| 13 | #8 NOT (#9 OR #10) | 387 |
| 14 | #8 NOT #13 | 433 |
| Updated: 7 September 2006 | | |
| 1 | ("Growth Hormone"[MeSH] OR growth hormone*[tw]) | 53 755 |
| 2 | (randomized controlled trial[pt] OR randomized controlled trials[mh] OR random allocation[mh] OR random allocat*[tw] OR randomly allocat*[tw] OR double-blind method [mh] OR single-blind method [mh] OR double blind*[tw] OR single blind*[tw] OR triple blind*[tw] OR clinical trial [pt] OR clinical trials [mh]) NOT (animal[mh] NOT human[mh]) | 592 629 |
| 3 | #1 AND #2 Limits: Entrez Date from 2006/07/13 [to present] | 7 |
| Summary | Total titles identified from MEDLINE search | 4180 |
| Updated: 11 October 2007 | | |
| | Additional studies identified from MEDLINE search | 286 |
| Summary | Total titles identified from MEDLINE search | 4466 |
| **EMBASE** | | |
| (7 September 2006) | | |
| S1 | Human Growth Hormone! OR growth hormone! OR growth hormone? | 89 040 |
| S3 | randomi?(W)controlled(W)trial? OR DT=randomized controlled trial | 385 891 |
| S4 | random?(W)alloc? OR random allocation! OR double(W)blind? OR single(W)blind? | 284 456 |
| S5 | trip?(W)blind? OR clinical trials! OR clinical trial! OR DT=clinical trial | 948 086 |
| S6 | S3 OR S4 OR S5 | 1 064 129 |
| S7 | S6 AND S1 | 7634 |
| S8 | S (LT = animal or animals/df) NOT (humans/df OR human/df) | 6 094 879 |
| S9 | S7 NOT S8 | 7245 |
| S10 | RD S9 Unique Embase records | 2325 |
| Updated: 11 October 2007 | | |
| | Additional studies identified from EMBASE search | 420 |
| Summary | Total titles identified from EMBASE search | 2745 |
| **SPORTDiscus** | | |
| (7 September 2006) | | |
| 1 | exp somatotropin/ | 725 |
| 2 | growth hormone$.mp. | 711 |
| 3 | 1 or 2 | 953 |
| 4 | limit 3 to (article or book analytic or "book review" or microform or monograph or serial publication or "thesis or dissertation" or url) | 953 |
| 5 | exp ANIMAL/ | 10 028 |
| 6 | 4 not 5 | 925 |
| 7 | 4 not 6 | 28 |
| 8 | exp clinical trial/ | 1084 |
| 9 | double-blind method/ | 0 |
| 10 | random$ controlled trial$.mp | 976 |
| 11 | double blind$.mp. | 732 |
| 12 | single blind$.mp. | 91 |
| 9 | double-blind method/ | 0 |
| 10 | random$ controlled trial$.mp | 976 |
| 11 | double blind$.mp. | 732 |

*Continued on following page*

| Search Number (Date) | Search Terms | Articles Returned, n |
|---|---|---|
| 12 | single blind$.mp. | 91 |
| 13 | triple blind$.mp | 1 |
| 14 | random$ alloc$.mp | 82 |
| 15 | 8 or 9 or 10 or 11 or 12 or 13 or 14 | 1979 |
| 16 | 3 and 15 | 23 |
| | Unique titles (2 eliminated, identified in prior search) | 21 |
| Updated: 11 October 2007 | | |
| | Additional studies identified from SPORTDiscus search | 23 |
| Summary | Total titles identified from SPORTDiscus search | 44 |
| **Cochrane Collaboration** (7 September 2006) | | |
| 1 | growth hormone$.mp. [mp=ti, ot, ab, sh, hw, kw, tx, ct] | 3422 |
| | EBM Reviews - Cochrane Central Register of Controlled Trials <3rd Quarter 2006> (3371) | |
| | EBM Reviews - Cochrane Database of Systematic Reviews <3rd Quarter 2006> (36) | |
| | EBM Reviews - Database of Abstracts of Reviews of Effects <3rd Quarter 2006> (15) | |
| 2 | limit 2 to medline records [Limit not valid in: CDSR,DARE; records were retained] | 2642 |
| | EBM Reviews Cochrane Central Register of Controlled Trials <3rd Quarter 2006> (2591) | |
| | EBM Reviews Cochrane Database of Systematic Reviews <3rd Quarter 2006> (36) | |
| | EBM Reviews Database of Abstracts of Reviews of Effects <3rd Quarter 2006> (15) | |
| 3 | 1 not 2 | 780 |
| 4 | limit 3 to Embase records [Limit not valid in: CDSR,DARE; records were retained] | 503 |
| 5 | 3 not 4 | 328 |
| | EBM Reviews Cochrane Central Register of Controlled Trials <3rd Quarter 2006> (328) | |
| | EBM Reviews Cochrane Database of Systematic Reviews <3rd Quarter 2006> (0) | |
| | EBM Reviews Database of Abstracts of Reviews of Effects <3rd Quarter 2006> (0) | |
| Updated: 11 October 2007 | | |
| | Additional studies identified from Cochrane Collaboration search | 26 |
| Summary | Total titles identified from Cochrane Collaboration search | 344 |

* Searches current through 11 October 2007.

*Appendix Table 2.* Key Outcomes Available for Analysis*

Column groups: **Body Composition** (Body Weight, LBM or FFM, FM) · **Strength Outcomes** (Biceps 1RM, Quadriceps 1RM) · **Basal Metabolism (Nonexercising)** (EE or BMR, Heart Rate, RER or RQ) · **Exercise Capacity (Exercising)** (Heart Rate, Lactate Level, FFA or Glycerol, RER or RQ, $\dot{V}O_2$max, Power Output, Cycling Speed, EE, MIP [Nonexercising]) · **Adverse Events Reported**

| Study, Year (Reference) | Body Weight | LBM or FFM | FM | Biceps 1RM | Quadriceps 1RM | EE or BMR | Heart Rate (basal) | RER or RQ (basal) | Heart Rate (ex) | Lactate Level | FFA or Glycerol | RER or RQ (ex) | $\dot{V}O_2$max | Power Output | Cycling Speed | EE | MIP (Nonexercising) | Adverse Events Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Single-dose growth hormone** | | | | | | | | | | | | | | | | | | |
| Gravholt et al., 1999 (34) | | | | | | ✓ | | ✓ | | | | | | | | | | |
| Hansen et al., 2005 (1 d) (35) | | | | | | | | | ✓ | ✓ | ✓ | ✓ | | | | | | ✓ |
| Hashimoto et al., 2000 (36) | | | | | | | | | | | | | | | | | | ✓ |
| Irving et al., 2004 (37) | | | | | | | ✓ | ✓ | | | | | | | | | | |
| Lange et al., 2002 (38) | | | | | | | ✓ | ✓ | | | ✓ | ✓ | | | ✓/† | | | ✓ |
| Møller et al., 1990 (39) | | | | | | ✓ | | ✓ | | | | | | | | | | |
| Napoli et al., 2003 (40) | | | | | | | | ✓ | | | | | | | | | | |
| **Multiple-dose growth hormone** | | | | | | | | | | | | | | | | | | |
| Brixen et al., 1990, 1992, 1995 (41–43) | ✓ | | | | | | | | | | | | | | | | | ✓ |
| Crist et al., 1988, 1990, 1991 (44–46) | | ✓/† | ✓/† | | | | | | | | | | | | | | | ✓ |
| Deyssig et al., 1993 (47) | | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | ✓ |
| Ehrnborg et al., 2005 (33, 48) | ✓‡ | ✓‡ | ✓‡ | | | | | | ✓/‡ | | | | ✓ | ✓ | | | | ✓ |
| Giannoulis et al., 2005, 2002, 2000, 2000 (49–52) | | | | | | | | | | ✓/†§ | | | | | | | | ✓/† |
| Graham et al., 2007 (72–74) | ✓ | | ✓ | | | | ✓ | | | | ✓ | | ✓ | | | ✓ | | ✓ |
| Hansen et al., 2001 (53) | | | | | | | ✓ | | | | | | | | | | | |
| Hansen et al., 2005 (32) | ✓ | ✓ | ✓ | | | ✓ | | | | | | | | | | | | ✓ |
| Healy et al., 2006, 2003 (54, 55) | ✓ | ✓ | ✓ | | | | | ✓ | | | ✓ | ✓ | | | | ✓ | | ✓ |
| Horber et al., 1993, 1991 (31, 56) | | | | | | ✓ | | ✓ | | | | | | | | | | |
| Kniess et al., 2003 (57) | | | | | | | | | | | | | | | | | | ✓ |
| Møller et al., 1991 (58) | | | | | | | | | | | | | | | | | | ✓ |
| Møller et al., 1992 (59) | | | | | | | | ✓ | | | | | | | | | | ✓ |
| Møller et al., 1993 (60) | | | | | | ✓ | | ✓ | | | | | | | | | | |
| Møller et al., 1995 (61, 62) | | | | | | | ✓/† | | | | | | | | | | | |
| Wallace et al., 2001, 2001, 1999 (63–65) | | | | | | | | | | | | | | | | | | ✓ |
| Wolthers et al., 1999, 1996, 1996 (66–68) | ✓ | ✓ | | | | ✓ | | | | | | | | | | | | |
| Wolthers et al., 1998 (69) | | ✓ | | | | ✓ | ✓ | ✓ | | | | | | | | | | |
| Yarasheski et al., 1992 (70) | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | ✓ |
| Yuen et al., 2004 (71) | ✓ | ✓ | ✓ | | | | | ✓ | | | | | | | | | | |

* Upper section includes studies that provided 1 dose of growth hormone therapy; lower section includes studies that provided growth hormone for >1 day. In each section, references are arranged in alphabetical order. Check mark indicates that data were available for and are included in analysis. 1RM = 1 repetition maximum; BMR = basal metabolic rate; EE = energy expenditure; FFA = free fatty acids; FFM = fat-free mass; FM = fat mass; LBM = lean body mass; MIP = maximum inspiratory pressure; RER = respiratory exchange rate; RQ = respiratory quotient; $\dot{V}O_2$max = maximum oxygen uptake.
† Includes separate data for low-dose and high-dose growth hormone treatment.
‡ Includes separate data for men and women.
§ Data obtained from reference 50.

| Study (Reference) | Difference in Means | Lower Limit | Upper Limit | P Value | GH Group | Control Group | |
|---|---|---|---|---|---|---|---|
| **Weight, kg** | | | | | | | |
| Wolthers et al. (66–68) | −0.190 | −1.120 | 0.740 | 0.689 | 8 | 8 | |
| Yuen et al. (71) | 0.200 | −9.043 | 9.443 | 0.966 | 12 | 12 | |
| Graham et al. (72–74) | 0.800 | −5.451 | 7.051 | 0.802 | 24 | 24 | |
| Hansen et al. (32) | 0.900 | −6.311 | 8.111 | 0.807 | 8 | 8 | |
| Ehrnborg et al. (33, 48)* | 1.500 | −8.473 | 11.473 | 0.768 | 10 | 5 | |
| Brixen et al. (41–43) | 1.800 | −4.080 | 7.680 | 0.549 | 10 | 10 | |
| Yarasheski et al. (70) | 1.800 | −0.074 | 3.674 | 0.060 | 7 | 9 | |
| Ehrnborg et al. (33, 48)† | 2.000 | −6.134 | 10.134 | 0.630 | 10 | 5 | |
| Healy et al. (54, 55) | 3.700 | −2.310 | 9.710 | 0.228 | 6 | 5 | |
| Total | 0.337 | −0.458 | 1.133 | 0.406 | 95 | 86 | |
| **Fat mass, kg** | | | | | | | |
| Crist et al. (44–46)‡ | −1.770 | −5.206 | 1.666 | 0.313 | 8 | 8 | |
| Ehrnborg et al. (33, 48)* | −1.500 | −7.945 | 4.945 | 0.648 | 10 | 5 | |
| Yarasheski et al. (70) | −1.200 | −2.609 | 0.209 | 0.095 | 7 | 9 | |
| Hansen et al. (32) | −1.200 | −4.088 | 1.688 | 0.415 | 8 | 8 | |
| Graham et al. (72–74) | −0.800 | −3.291 | 1.691 | 0.529 | 24 | 24 | |
| Crist et al. (44–46)§ | −0.350 | −3.045 | 2.345 | 0.799 | 8 | 8 | |
| Healy et al. (54, 55) | −0.100 | −4.471 | 4.271 | 0.964 | 6 | 5 | |
| Deyssig et al. (47) | 0.110 | −5.468 | 5.688 | 0.969 | 8 | 10 | |
| Yuen et al. (71) | 0.600 | −8.242 | 9.442 | 0.894 | 12 | 12 | |
| Ehrnborg et al. (33, 48)† | 0.600 | −4.448 | 5.648 | 0.816 | 10 | 5 | |
| Total | −0.927 | −1.852 | −0.001 | 0.050 | 101 | 94 | |
| **Lean body mass, kg** | | | | | | | |
| Yuen et al. (71) | −0.400 | −9.242 | 8.442 | 0.929 | 12 | 12 | |
| Wolthers et al. (69) | −0.300 | −3.086 | 2.486 | 0.833 | 8 | 8 | |
| Ehrnborg et al. (33, 48)† | 1.600 | −2.449 | 5.649 | 0.439 | 10 | 5 | |
| Crist et al. (44–46)§ | 1.730 | −8.628 | 12.088 | 0.743 | 8 | 8 | |
| Wolthers et al. (66–68) | 2.000 | 1.020 | 2.980 | 0.000 | 8 | 8 | |
| Hansen et al. (32) | 2.400 | −3.207 | 8.007 | 0.402 | 8 | 8 | |
| Yarasheski et al. (70) | 2.900 | 1.026 | 4.774 | 0.002 | 7 | 9 | |
| Healy et al. (54, 55) | 3.200 | −1.263 | 7.663 | 0.160 | 6 | 5 | |
| Crist et al. (44–46)‡ | 3.330 | −7.254 | 13.914 | 0.537 | 8 | 8 | |
| Ehrnborg et al. (33, 48)* | 3.400 | 4.933 | 11.733 | 0.424 | 10 | 5 | |
| Deyssig et al. (47) | 4.100 | 0.358 | 7.842 | 0.032 | 8 | 10 | |
| Total | 2.092 | 1.328 | 2.855 | 0.000 | 93 | 86 | |



We used a random-effects model and a weighted mean difference effect size to compare GH-treated and non–GH-treated participants. The black diamond represents the summary effect size for the outcome of interest. Values greater than 0 indicate that results with GH treatment were higher than those without GH treatment. The studies are ordered by mean effect size. *Male. †Female. ‡High-dose group. §Low-dose group.

*Appendix Figure 2.* Effect of growth hormone *(GH)* on strength.

| Study (Reference) | Difference in Means | Lower Limit | Upper Limit | P Value | GH Group | Control Group |
|---|---|---|---|---|---|---|
| **Biceps 1RM,*kg*** | | | | | | |
| Deyssig et al. (47) | −0.900 | −13.554 | 11.754 | 0.889 | 11 | 11 |
| Yarasheski et al. (70) | −0.200 | −1.515 | 1.115 | 0.766 | 9 | 9 |
| Total | −0.207 | −1.515 | 1.100 | 0.756 | 20 | 20 |
| **Quadriceps 1RM,*kg*** | | | | | | |
| Deyssig et al. (47) | −1.800 | −14.114 | 10.514 | 0.774 | 11 | 11 |
| Yarasheski et al. (70) | −0.100 | −1.786 | 1.586 | 0.907 | 9 | 9 |
| Total | −0.131 | −1.802 | 1.539 | 0.878 | 20 | 20 |

We used a random-effects model and a weighted mean difference effect size to compare GH-treated and non–GH-treated participants. The black diamond represents the summary effect size for the outcome of interest. Values greater than 0 indicate that results with GH treatment were higher than those without GH treatment. The studies are ordered by mean effect size. 1RM = 1 repetition maximum.

*Appendix Figure 3.* Effect of growth hormone (*GH*) on basal metabolism.



| Study (Reference) | Difference in Means | Lower Limit | Upper Limit | P Value | GH Group | Control Group |
|---|---|---|---|---|---|---|
| **Basal metabolic rate, *kcal/d*** | | | | | | |
| Møller et al. (39) | 7.000 | −250.472 | 264.472 | 0.958 | 6 | 6 |
| Gravhølt et al. (34) | 79.000 | −55.497 | 213.497 | 0.250 | 8 | 8 |
| Wolthers et al. (69) | 135.000 | −45.508 | 315.508 | 0.143 | 8 | 8 |
| Horber et al. (31, 56) | 141.000 | −99.246 | 381.246 | 0.250 | 8 | 8 |
| Wolthers et al. (66–68) | 209.000 | 36.056 | 381.944 | 0.018 | 8 | 8 |
| Møller et al. (60) | 210.000 | −18.569 | 438.569 | 0.072 | 6 | 6 |
| Hansen et al. (32) | 239.000 | 19.589 | 458.411 | 0.033 | 8 | 8 |
| **Total** | 140.984 | 68.765 | 213.204 | 0.000 | 52 | 52 |
| **Resting RER or RQ** | | | | | | |
| Møller et al. (60) | −0.050 | −0.094 | −0.006 | 0.025 | 6 | 6 |
| Møller et al. (59) | −0.500 | −0.191 | 0.091 | 0.488 | 14 | 14 |
| Møller et al. (39) | −0.029 | −0.046 | −0.012 | 0.001 | 6 | 6 |
| Healy et al. (54, 55) | −0.020 | −0.048 | 0.008 | 0.161 | 6 | 5 |
| Wolthers et al. (69) | −0.020 | −0.048 | 0.008 | 0.157 | 8 | 8 |
| Gravhølt et al. (34) | −0.020 | −0.048 | 0.008 | 0.157 | 8 | 8 |
| Horber et al. (31, 56) | −0.010 | −0.038 | 0.018 | 0.480 | 8 | 8 |
| **Total** | −0.024 | −0.034 | −0.013 | 0.000 | 56 | 55 |
| **Resting heart rate, *beats/min*** | | | | | | |
| Giannoulis et al. (49–52)*† | −4.000 | −8.569 | 0.569 | 0.086 | 17 | 25 |
| Ehrnborg et al. (33, 48)* | −2.300 | −12.895 | 8.295 | 0.671 | 10 | 10 |
| Napoli et al. (40) | 0.000 | −8.315 | 8.315 | 1.000 | 8 | 8 |
| Yuen et al. (71) | 0.200 | −10.125 | 10.525 | 0.970 | 12 | 12 |
| Giannoulis et al. (49–52)†‡ | 4.000 | −0.538 | 8.538 | 0.084 | 18 | 25 |
| Møller et al. (61, 62)* | 5.000 | −19.811 | 29.811 | 0.693 | 8 | 8 |
| Møller et al. (61, 62)‡ | 5.300 | −13.410 | 24.010 | 0.579 | 8 | 8 |
| Ehrnborg et al. (33, 48)‡ | 5.300 | −2.385 | 12.985 | 0.176 | 10 | 10 |
| Wolthers et al. (69) | 7.000 | 1.456 | 12.544 | 0.013 | 8 | 8 |
| Graham et al. (72–74) | 11.000 | 3.232 | 18.768 | 0.006 | 24 | 24 |
| Hansen et al. (53) | 13.000 | 4.091 | 21.909 | 0.004 | 8 | 8 |
| **Total** | 3.806 | 0.213 | 7.398 | 0.038 | 131 | 146 |

We used a random-effects model and a weighted mean difference effect size to compare GH-treated and non–GH-treated participants. The black diamonds represents the summary effect size for the outcome of interest. Values greater than 0 indicate that results with GH treatment were higher than those without GH treatment. The studies are ordered by mean effect size. RER = respiratory exchange rate; RQ = respiratory quotient. *Low-dose group; data obtained from reference 50. †Low-dose GH. ‡High-dose GH. Data obtained from reference 50. §High-dose GH.