JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN #2040855)
JEFFREY D. NEDROW (CSBN #161299)
JEFFREY R. FINIGAN (CSBN #168285)
J. DOUGLAS WILSON (DCBN #412811)
Assistant United States Attorneys

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

RECEIVED JAN 2 9 2009 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

FILED FEB X 3 2009 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 07-0732 SI |
| Plaintiff, | **UNITED STATES' MOTION FOR LEAVE TO FILE OVERSIZED BRIEF AND [PROPOSED] ORDER** |
| v. | Date: February 5, 2009<br>Time: 10:30 a.m.<br>Judge: Honorable Susan Illston |
| BARRY LAMAR BONDS, | |
| Defendant. | |

The government hereby moves the Court for an order granting leave to the United States to file an oversized brief in this matter in opposition to the defendant's Motion In Limine To Exclude Evidence. The government's Opposition to Defendant's Motion In Limine To Exclude Evidence is 53 pages. The reason for this request is that the defendant's motion seeks to exclude

a voluminous amount of evidence based upon multiple legal theories. Indeed, the defendant also required this Court's permission to exceed the page limit on its original motion in order to cover all of the challenged evidence. In order to address all of the defense arguments and respond in a complete and thorough manner, the United States has had to set forth all of the challenged evidence along with the various bases for admissibility for each piece of evidence. That presentation and analysis requires a lengthy brief in opposition to the defense motion.

DATED: January 29, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

MATTHEW A. PARRELLA
JEFFREY D. NEDROW
JEFFREY R. FINIGAN
J. DOUGLAS WILSON
Assistant United States Attorneys

## ORDER

In light of the government's motion, and for the reasons stated therein, the United States' motion for leave to file an oversized brief is hereby GRANTED, and the United States' Opposition to Defendant's Motion In Limine To Exclude Evidence is ordered filed.

DATED: 2/2/09

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE