## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 2/5/09

Case No.    CR-07-0732 SI              Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- BARRY L. BONDS (NC)(P)

Attorneys: M. Parella, Finigan, Nedrow. Wilson     A. Ruby, C. Arguedas, D. Riordan,
                                                  T. Cassman, D. Horgan, M. Anderson,

Deputy Clerk:  Tracy Sutton   Court Reporter: Belle Ball

## **PROCEEDINGS**

1) Defendant's Motion to Exclude Evidence  - HELD
2) 
3) 
Order to be prepared by:  (  )Pltf    (  )Deft    (X )Court

Disposition :  ( ) GRANTED, ( ) DENIED, (  ) GRANTED/DENIED IN
    ( x ) SUBMITTED                                         PART

Case continued to ___ for Further Status

Case continued to ___ for Motions
(Motion due , Opposition  Reply )

Case continued to ___ for Pretrial Conference

Case continued to ___ for Trial (Jury: ___ Days)

Category of Excludable Delay: ___
**Delay begins:       Delay ends:**
(                  )

ORDERED AFTER HEARING:
Counsel may file supplemental briefs re: blood test on 2/9/09 (govt)  and 2/13/09 (deft).
Further briefs shall be filed  re: Daubert on 2/13/09 (deft) and 2/18/09(govt).
The jury trial is estimated to last 3-4 weeks.
The court will select a 12 member jury panel with 2 alternates out of a pool of 90 available, pre-screened prospective jurors.
Counsel shall submit a proposed juror questionnaire to the Court by 2/13/09.
As indicated on the record, the government shall produce some documents to defendants on 2/6/09, pursuant to an agreed upon protective order.