1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12

13

14

15

16

17

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No: 07-0732-SI |
| ) | CR MISC. NO.: 03-271-MMC |
| Plaintiff, ) | |
| ) | UNSEALING APPLICATION AND |
| v. ) | PROPOSED ORDER |
| ) | |
| BARRY BONDS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

18    The United States, by and through Joseph P. Russoniello, United States Attorney, and

19   Jeffrey D. Nedrow, Assistant United States Attorney, hereby moves the Court for an order

20   unsealing the immunity order served upon Barry Bonds in connection with his 2003 grand jury

21   testimony in the Balco grand jury investigation.  The United States had previously requested

22   sealing of this order because at the time the immunity order was signed, disclosure of the

23   appearance of this individual before the grand jury would have been inappropriate as a grand jury

24   matter and would have substantially impaired the criminal investigation.  As the defendant's

25   appearance and testimony before the grand jury has long been public knowledge, the government

26   no longer has an investigative need in maintaining secrecy with respect to the appearance of this

27   UNITED STATES' MOTION
28   TO UNSEAL IMMUNITY ORDER
     AND PROPOSED ORDER
     CR NO.: 07-0732-SI
     CR MISC. NO.: 03-271-MMC

1  witness before the Balco grand jury.

2      The immunity order for Barry Bonds was captioned under CR MISC. NO.: 03-271.  The

3  government respectfully requests that this unsealing order pertain only to the order for Barry

4  Bonds, as other matters may have been lodged under this file number which are not, at this time,

5  appropriate for disclosure.

6  DATED: February 9, 2009                Respectfully submitted,

7                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
8

9                                          _____/s/_____
10                                         MATTHEW A. PARRELLA
                                           JEFFREY D. NEDROW
11                                         JEFFREY R. FINIGAN
                                           J. DOUGLAS WILSON
12                                         Assistant United States Attorneys

13

14                                  **ORDER**

15      In light of the government's motion, and for the reasons stated therein, the immunity order

16  for Barry Bonds filed under criminal number CR MISC. NO.: 03-271 is hereby ordered unsealed.

17  All other matters pertaining to other witnesses filed under this criminal number shall remain

18  under seal pending further order of the Court.

19

20  IT IS SO ORDERED.

21

22  DATED: ___2/9/09_____, 2009

23                                          _____

24                                         SUSAN ILLSTON
                                           United States District Judge
25

26

27  UNITED STATES' MOTION

28  TO UNSEAL IMMUNITY ORDER
    AND PROPOSED ORDER
    CR NO.: 07-0732-SI
    CR MISC. NO.: 03-271-MMC            2