1    ALLEN RUBY, (SBN 47109)
Law Offices of Alan Ruby
2    125 S Market St #1001
San Jose, CA 95113-2285
3    Phone: (408) 998-8500

4    CRISTINA C. ARGUEDAS (SBN 87787)
TED CASSMAN (SBN 98932)
5    ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
6    Berkeley, CA 94710
Phone: 510.845.3000

8    DENNIS RIORDAN (SBN 69320)
DONALD HORGAN (SBN 121547)
RIORDAN & HORGAN
9    523 Octavia St
San Francisco, CA 94102
10    Phone: (415) 431-3472

11    Attorneys for Defendant
BARRY LAMAR BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BARRY LAMAR BONDS,<br><br>    Defendants. | NO. CR 07-0732 SI<br><br>STIPULATION TO UNSEAL ALL PLEADINGS CASE NO. 04-044 SI |

It is hereby stipulated by and between the parties of record that following pleadings on file in the case of *United States v. Conte, et al.*, No. CR 04-0044 SI should be unsealed:

1

Docket Number 161, filed on October 8, 2004;

Docket Number 163, filed on October 12, 2004;

Docket Number 175, filed on October 29, 2004;

Docket Number 181, filed on November 2, 2004

Docket Numbers 191, 192, 193 and 194, all filed on November 26, 2004.

DATED: February 8, 2009

        /s/
Allen Ruby, Attorney for
Defendant Bonds

DATED: February 8, 2009

        /s/
Jeffrey Nedrow, Assistant
U.S. Attorney