ALLEN RUBY, (SBN 47109)
Law Offices of Alan Ruby
125 S Market St #1001
San Jose, CA 95113-2285
Phone: (408) 998-8500

CRISTINA C. ARGUEDAS (SBN 87787)
TED CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510.845.3000

DENNIS RIORDAN (SBN 69320)
DONALD HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia St
San Francisco, CA 94102
Phone: (415) 431-3472

Attorneys for Defendant
BARRY LAMAR BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BARRY LAMAR BONDS,<br><br>　　　　Defendants.<br>_____ / | NO. CR 07-0732 SI<br><br>[PROPOSED] ORDER UNSEALING PLEADINGS IN FILE No. 04-0044 SI |

Based upon the parties' stipulation and good cause appearing therefor, it is ORDERED that the following pleadings on file in the case of *United States v. Conte, et al.*, No. CR 04-0044 SI are hereby unsealed:

　　Docket Number 161, filed on October 8, 2004;

1

Docket Number 163, filed on October 12, 2004;

Docket Number 175, filed on October 29, 2004;

Docket Number 181, filed on November 2, 2004

Docket Numbers 191, 192, 193 and 194, all filed on November 26, 2004.

The Clerk shall immediately make these items available for review by counsel in this matter and by the public.

DATED: February __, 2009

                                          _____
                                          Susan Illston, Judge
                                          United States District Court