

U.S. Department of Justice

United States Attorney
Northern District of California

| 150 Almaden Blvd. | (408) 535-5061 |
| Suite 900 | FAX: (408) 535-5066 |
| San Jose, California 95113 | |

February 11, 2009

Hon. Susan Illston
United States District Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, California  94102

Re:    United States v. Barry L. Bonds  CR 07-0732 SI

Dear Judge Illston:

Please accept this letter brief in response to the Court's order of February 6, 2009, requesting the parties' positions on two issues.

First, the government has no objection to the implementation of an internal video feed from a stationary camera to an overflow courtroom.  We also have no objection to an audio/exhibit feed to the media room.  It is our understanding that these transmissions would not be made available for recording or rebroadcast in any way.

Second, the government also has no objection to the Court providing media representatives with copies of exhibits after their admission into evidence at trial.

Sincerely,

JOSEPH P.  RUSSONIELLO
United States Attorney

_____/s/_____
MATTHEW A. PARRELLA
JEFFREY D. NEDROW
JEFFREY R. FINIGAN
J. DOUGLAS WILSON
Assistant United States Attorneys