LAW OFFICES OF

# ALLEN RUBY

125 SOUTH MARKET STREET, SUITE 1001
SAN JOSE, CALIFORNIA 95113-2285

EMAIL: rubylaw@allenrubylaw.com
TELEPHONE: (408) 998-8500
FACSIMILE: (408) 998-8503

February 11, 2009

The Honorable Susan Illston
United States District Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:   U. S. vs. Bonds
              CR 07-0732-SI

Dear Judge Illston:

      Thank you for allowing the parties to comment on the proposed media arrangements that were explained to us on February 6.

      The defense has no objection to the Court's plans. The internal video feed to the Ceremonial Courtroom, and the audio/video feed to the media room are fine with us, understanding that they will not be transmitted outside the courthouse.

      We also look forward to working with Court staff in providing the media with copies of exhibits after they have been admitted into evidence.

                                            Yours very truly,

                                            ALLEN RUBY

AR:mg