Cristina C. Arguedas, Esq. (Cal. SB 87787)
Ted W. Cassman (Cal. SB 98932)
Michael W. Anderson, Esq. (Cal. SB 232525)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

*Counsel for Defendant Barry Bonds*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>-against-<br><br>BARRY L. BONDS<br><br>Defendant. | CR-07-00732 (SI) |
|---|---|

## **NOTICE OF ATTORNEY APPEARANCE**

I, Michael W. Anderson, of Arguedas, Cassman & Headley, LLP, 803 Hearst Avenue, Berkeley, CA 94710, (510) 845-3000, hereby enter an appearance on behalf of defendant Barry L. Bonds, in the above-titled action. I certify that I have been admitted to practice before this court and have filed a certificate of good standing from the California State Bar.

Dated: February 13, 2009

Respectfully submitted,

        ARGUEDAS, CASSMAN & HEADLEY, LLP

        By: /s/ Michael W. Anderson
        Michael W. Anderson
        803 Hearst Avenue
        Berkeley, CA 94710
        (510) 845-3000