JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CASBN 161299)
JEFFREY R. FINIGAN (CASBN 168285)
J. DOUGLAS WILSON (DCBN 412811)
Assistant United States Attorneys

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7232
    Facsimile: (415) 436-7234
    Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-0732 SI |
|     Plaintiff, | |
|     v. | **UNITED STATES' EXHIBIT LIST** |
| BARRY LAMAR BONDS, | Trial: March 2, 2009 |
|     Defendant. | Time: 8:30 a.m. |
| | Court: Hon. Susan Illston |

U.S. EXHIBIT LIST
Case No. CR 07-0732 SI

1    The United States may offer the exhibits set forth on the attached list at the trial of this
2    case. The United States reserves the right to revise the list before and/or during trial.
3
4
5    Dated: February 13, 2009                    Respectfully submitted,

                                                 JOSEPH P. RUSSONIELLO
6                                                United States Attorney

7
                                                        /s/
8                                                MATTHEW A. PARRELLA
                                                 JEFFREY D. NEDROW
9                                                JEFFREY R. FINIGAN
                                                 J. DOUGLAS WILSON
10                                               Assistant United States Attorneys

U.S. EXHIBIT LIST
Case No. CR 07-0732 SI

| | | | |
|---|---|---|---|
| 1 | | | UNITED STATES DISTRICT COURT |
| 2 | | | NORTHERN DISTRICT OF CALIFORNIA |

Case No.: CR 07-0732 SI          Date: March 2, 2009

United States of America     vs.     Barry L. Bonds

**GOVERNMENT'S EXHIBIT LIST**

**(X) Plaintiff                    ( ) Defendant**

| Exhibit Number | Date Marked for Identification | Date Admitted in Evidence | Description |
|---|---|---|---|
| 1 | | | Balco Log Sheets (26 p.) |
| 2 | | | 2 Balco Letters (5/30/03; 6/6/03) (4 p.) |
| 3 | | | BLB Quest Documents (10 reports; 38 p.) |
| 4 | | | Balco Letter (7/3/03) (2 p.) |
| 5 | | | Other Athlete Quest Documents (14 reports, 30 p.) |
| 6 | | | Specialty Lab & Fedex Documnets (2 p.) (1/19/01) |
| 7 | | | B, B Specialty Lab Results (20 p.) |

U.S. EXHIBIT LIST
Case No. CR 07-0732 SI

| Exhibit Number | Date Marked for Identification | Date Admitted in Evidence | Description |
|---|---|---|---|
| 8 | | | Balco<br>Balco Blood Test Log Books<br>2001-2003<br>(8 pgs.) |
| 9 | | | Balco<br>BLB Blood Tests<br>(1/19/01; 4/12/01; 2/5/03)<br>(13 p.) |
| 10 | | | LabOne Blood Test<br>Fedex Documents<br>(4 p.)<br>(1/8/02; 4/12/02) |
| 11 | | | BLB Nutritional Program<br>(2 p.) |
| 12 | | | Other Athlete<br>Balco & Specialty Blood Tests<br>(38 p.) |
| 13 | | | LabOne Tests (1) & BLB Calendars (11)<br>(12 p.) |
| 14 | | | Brown Portfolio |
| 15 | | | B. Santiago Invoice |
| 16 | | | A. Rios Fedex Receipts<br>(3 p.) |
| 17 | | | R. Estalella Documents<br>(11 p.) |
| 18 | | | L. Izzo Documents<br>(10 p.) |

U.S. EXHIBIT LIST
Case No. CR 07-0732 SI

| Exhibit Number | Date Marked for Identification | Date Admitted in Evidence | Description |
|---|---|---|---|
| 19 | | | Jason Giambi Documents (23 p.) |
| 20 | | | Jeremy Giambi Documents (19 p.) |
| 21 | | | Misc. Notes re Other Athletes (7 p.) |
| 22 | | | HGH Kit |
| 23 | | | Syringes |
| 24 | | | Clear & Cream Vials (8 total) |
| 25 | | | Clear & Cream (shown to BLB in GJ) |
| 26 | | | HGH Kits Syringes |
| 27 | | | BLB CDT Document (6/4/03) |
| 28 | | | Envelopes located with cash (13 p.) |
| 29 | | | Handwritten Note |
| 30 | | | HGH Vials (9 vials) |
| 31 | | | Handwritten notes & Fedex Rect-Other Athletes (3 p.) |

| Exhibit Number | Date Marked for Identification | Date Admitted in Evidence | Description |
|---|---|---|---|
| 32 | | | BLB Handwritten Note |
| 33 | | | Calendars, BLB Tests, Quest, and LabOne in folder labeled "B" (37 p. & Folder) |
| 34 | | | A. Rios File (22 p. & Folder) |
| 35 | | | Home Run List & Floppy Disc (4 p.) |
| 36 | | | BLB Article (3 p.) |
| 37 | | | R. Velarde File (11 p. & Folder) |
| 38 | | | "Greg Anderson 25" File - Lab One & Quest Documents w/ BLB DOB (4 p. & Folder) |
| 39 | | | B. Estalella File (15 p. & Folder) |
| 40 | | | B. Santiago File (26 p. & Folder) |
| 41 | | | Jason Giambi Document & Fedex Rect. (4 p.) |
| 42 | | | Valente Plea Agreement |
| 43 | | | Dr. Ting Steroid Research Document (6 p.) |

| Exhibit Number | Date | | Description |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| 44 | | | Recording of conversation (Hoskins-Anderson) Transcript (7 p.) |
| 45 | | | Quest Documents 100121 (58 p.) |
| 46 | | | Quest Documents 100145 (2 p.) |
| 47 | | | Quest Documents 100155 (104 p.) |
| 48 | | | Quest Documents 100321 (58 p.) |
| 49 | | | Quest Documents 100404 (59 p.) |
| 50 | | | Quest Documents 100424 (43 p.) |
| 51 | | | Quest Documents 100545 (39 p.) |
| 52 | | | Quest Documents 100552 (41 p.) |
| 53 | | | Quest Documents 100572 (41 p.) |

| Exhibit Number | Date Marked for Identification | Date Admitted in Evidence | Description |
|---|---|---|---|
| 54 | | | Quest Documents<br>100573<br>(38 p.) |
| 55 | | | Quest Documents & Vials<br>51015032 - 0085157<br>(2 vials, 2 p.) |
| 56 | | | Quest/IRS/UCLA<br>Documents 51015032 - 0085157<br>(2 p.) |
| 57 | | | UCLA Documents<br>51015032 - 0085157<br>(22 p.) |
| 58 | | | UCLA Documents<br>51015032 - 0085157<br>(28 p.) |
| 59 | | | LabOne Blood Tests<br>Barry Bonds<br>(44 p.) |
| 60 | | | Specialty Lab Tests |
| 61 | | | Photo-Balco Ext |
| 62 | | | Photo Log Sheets-Balco |
| 63 | | | Photo - HGH Kit-Anderson Residence |
| 64 | | | Photo Athlete Folders From Closet-Anderson Residence |

U.S. EXHIBIT LIST
Case No. CR 07-0732 SI            -6-

| Exhibit Number | Date Marked for Identification | Date Admitted in Evidence | Description |
|---|---|---|---|
| 65 | | | Photos - drawer w/ Barry note & drugs-Anderson Residence |
| 66 | | | Photo - Safe open-Anderson Residence |
| 67 | | | Photo - Safe w/ $ & note-Anderson Residence |
| 68 | | | Photo - Quest form<br>re BLB MLB-Anderson Residence<br>Urine Collection<br>6/4/03 |
| 69 | | | Photo - box w/ syringes & pills-Anderson Vehicle |
| 70 | | | Photo - Brown Portfolio-Anderson Vehicle |
| 71 | | | Magazine Article - Anderson, Conte, and BLB- Located in BALCO trash |
| 72 | | | Magazine Article - BONDS and Balco - Located in BALCO trash |
| 73 | | | Magazine Article - Anderson-Conte and BLB - Located at Conte Residence |
| 74 | | | Bonds GJ Transcript w/ exhibits |
| 75 | | | Bonds Immunity Order |
| 76 | | | Player Testing Protocol Acknowledgment, (4 p.) |
| | | | |