JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CASBN 161299)
JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorneys

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BARRY LAMAR BONDS, <br><br> Defendant. | Case No. CR 07-0732 SI <br><br> **UNITED STATES' PROPOSED FORM OF VERDICT** <br><br> Trial: March 2, 2009 <br> Time: 8:30 a.m. <br> Court: Hon. Susan Illston |

The United States proposes the attached form of verdict.

Dated: February 13, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

 /s/
MATTHEW A. PARRELLA
JEFFREY D. NEDROW
JEFFREY R. FINIGAN
Assistant United States Attorneys

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0732 SI |
| Plaintiff, | **VERDICT FORM** |
| v. | |
| BARRY LAMAR BONDS, | |
| Defendant. | |

We, the jury, unanimously find the defendant, BARRY LAMAR BONDS, as follows:

**AS TO COUNT ONE OF THE SECOND SUPERSEDING INDICTMENT**:

_____ of a violation of Title 18 U.S.C. § 1623(a) –
(GUILTY / NOT GUILTY) False Declarations Before the Grand Jury

**AS TO COUNT TWO OF THE SECOND SUPERSEDING INDICTMENT**:

_____ of a violation of Title 18 U.S.C. § 1623(a) –
(GUILTY / NOT GUILTY) False Declarations Before the Grand Jury

**AS TO COUNT THREE OF THE SECOND SUPERSEDING INDICTMENT**:

_____ of a violation of Title 18 U.S.C. § 1623(a) –
(GUILTY / NOT GUILTY) False Declarations Before the Grand Jury


**AS TO COUNT FOUR OF THE SECOND SUPERSEDING INDICTMENT**:

_____ of a violation of Title 18 U.S.C. § 1623(a) –
(GUILTY / NOT GUILTY) False Declarations Before the Grand Jury


**AS TO COUNT FIVE OF THE SECOND SUPERSEDING INDICTMENT**:

_____ of a violation of Title 18 U.S.C. § 1623(a) –
(GUILTY / NOT GUILTY) False Declarations Before the Grand Jury


**AS TO COUNT SIX OF THE SECOND SUPERSEDING INDICTMENT**:

_____ of a violation of Title 18 U.S.C. § 1623(a) –
(GUILTY / NOT GUILTY) False Declarations Before the Grand Jury


**AS TO COUNT SEVEN OF THE SECOND SUPERSEDING INDICTMENT**:

_____ of a violation of Title 18 U.S.C. § 1623(a) –
(GUILTY / NOT GUILTY) False Declarations Before the Grand Jury


**AS TO COUNT EIGHT OF THE SECOND SUPERSEDING INDICTMENT**:

_____ of a violation of Title 18 U.S.C. § 1623(a) –
(GUILTY / NOT GUILTY) False Declarations Before the Grand Jury

**AS TO COUNT NINE OF THE SECOND SUPERSEDING INDICTMENT**:

_____  of a violation of Title 18 U.S.C. § 1623(a) –
(GUILTY / NOT GUILTY)        False Declarations Before the Grand Jury


**AS TO COUNT TEN OF THE SECOND SUPERSEDING INDICTMENT**:

_____  of a violation of Title 18 U.S.C. § 1623(a) –
(GUILTY / NOT GUILTY)        False Declarations Before the Grand Jury


**AS TO COUNT ELEVEN OF THE SECOND SUPERSEDING INDICTMENT**:

_____  of a violation of Title 18 U.S.C. § 1503 –
(GUILTY / NOT GUILTY)        Obstruction of Justice

Unanimity Finding:   The jury agrees that the following statement or statements obstructed, influenced, or impeded the grand jury, or were made for the purpose of obstructing, influencing, or impeding the grand jury.

_____ Statement contained in Count One.

_____ Statement contained in Count Two.

_____ Statement contained in Count Three.

_____ Statement contained in Count Four.

_____ Statement contained in Count Five.

_____ Statement contained in Count Six.

_____ Statement contained in Count Seven.

_____ Statement contained in Count Eight.

_____ Statement contained in Count Nine.

_____ Statement contained in Count Ten.

_____ Statement A contained in Count Eleven.

_____ Statement B contained in Count Eleven.

_____ Statement C contained in Count Eleven.

Dated:          , 2009          _____
                                Foreperson