JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CASBN 161299)
JEFFREY R. FINIGAN (CASBN 168285)
J. DOUGLAS WILSON (DCBN 412811)
Assistant United States Attorneys

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
   Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARRY LAMAR BONDS, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR 07-0732 SI <br><br> **PROPOSED JURY INSTRUCTIONS** <br><br> Trial: March 2, 2009 <br> Time: 8:30 a.m. <br> Court: Hon. Susan Illston |

The government respectfully requests that the Court charge the jury with the following jury instructions attached hereto in addition to those already identified in the Court's Second Order for Pretrial Preparation. Leave is respectfully requested to include such other additional instructions as may become appropriate during the course of the trial.

Depending on the evidence adduced at trial, some of the instructions included herein may not be appropriate, and some additional instructions may be required. The government

PROPOSED JURY INSTRUCTIONS
CR 06-0732 SI

respectfully reserve the right to request additional jury instructions or modifications of the attached instructions at trial.

DATED: February 13, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MATTHEW A. PARRELLA
JEFFREY D. NEDROW
JEFFREY R. FINIGAN
J. DOUGLAS WILSON
Assistant United States Attorneys

# TABLE OF JURY INSTRUCTIONS

## NINTH CIRCUIT
## MODEL JURY

| NO. | INSTRUCTIONS | DESCRIPTION |
| --- | --- | --- |
| 1 | 1.12 | OUTLINE OF TRIAL |
| 2 | 2.2 | BENCH CONFERENCES AND RECESSES |
| 3 | 2.3 | STIPULATED TESTIMONY |
| 4 | 2.4 | STIPULATIONS OF FACT |
| 5 | 2.5 | JUDICIAL NOTICE |
| 6 | 2.7 | TRANSCRIPT OF RECORDING IN ENGLISH |
| 7 | 3.12 | SEPARATE CONSIDERATION OF MULTIPLE COUNTS |
| 8 | 4.1 | STATEMENTS BY DEFENDANT |
| 9 | 4.3 | OTHER CRIMES, WRONGS OR ACTS OF DEFENDANT |
| 10 | 4.9 | TESTIMONY OF WITNESSES INVOLVING SPECIAL CIRCUMSTANCES – IMMUNITY, BENEFITS, ACCOMPLICE, PLEA |
| 11 | 4.17 | OPINION EVIDENCE, EXPERT WITNESS |
| 12 | 5.6 | KNOWINGLY |
| 13 | 7.6 | COMMUNICATION WITH COURT |
| 14 | 8.112 | FALSE DECLARATION BEFORE GRAND JURY |
| 15 | Special #1 | OBSTRUCTION OF JUSTICE |