ALLEN RUBY (SBN 47109)
LAW OFFICES OF ALLEN RUBY
125 South Market Street #1001
San Jose, CA 95113
Telephone: (408) 998-8500 ext. 204
Facsimile: (408) 998-8503

CRISTINA C. ARGUEDAS (SBN 87787)
TED W. CASSMAN (SBN 98932)
MICHAEL W. ANDERSON (SBN 232525)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

MICHAEL RAINS (SBN 91013)
RAINS, LUCIA & WILKINSON, LLP
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Telephone: (925) 609-1699
Facsimile: (925) 609-1690

Attorneys for Defendant
BARRY LAMAR BONDS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>BARRY L. BONDS,<br><br>            Defendant.<br>_____/ | No. CR 07-00732 SI<br><br>**DEFENDANT'S PROPOSED JUROR QUESTIONS** |

### **DEFENDANT'S PROPOSED ADDITIONS TO JUROR QUESTIONNAIRE**

Defendant proposes the following additional questions to the Jointly Proposed Juror Questionnaire. Counsel has conferred with the government, and the government objects to the inclusion of these questions.

1. Have you, an immediate family member or close personal friend ever suffered from a substance abuse problem?     ( ) Yes        ( ) No

If yes, would that experience make it difficult for you to serve as an impartial juror in this case?

_____

_____


2. How would you rate the honesty of professional athletes on a scale of 1 to 10, with 1 being not very honest and 10 being very honest?_____


3. How strongly do you agree with the following statement:

The legal system is rigged in favor of the wealthy and famous.
( ) Disagree strongly   ( ) Disagree    ( ) Neither        ( ) Agree       ( ) Agree strongly


4. Have you ever discussed this case, in person or on-line, or have you heard anyone else say anything about this case?

( ) Yes   ( ) No
IF YES, please explain:_____

_____

_____


5. Please describe what impressions, feelings, or opinions you have formed about Mr. Bonds' innocence or guilt at the present time:_____

_____

_____

_____

6. Have you heard, read or seen anything about other cases concerning accusations of steroid use by athletes?
        ( ) Yes    ( ) No

IF YES, please explain: _____

_____

_____

_____

7. Have you heard, read or seen anything about Alex Rodriguez and allegations that he used steroids?
        ( ) Yes    ( ) No

IF YES, what is your opinion of Alex Rodriguez? _____

_____

_____

_____

[TO BE ADDED TO QUESTION 43 IN THE JOINT PROPOSED QUESTIONNAIRE]:

43.

IF YES, what was your opinion of these hearings?
( ) Positive        ( ) Neutral        ( ) Negative

PLEASE EXPLAIN your answer: _____

_____

_____

_____