1   JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CSBN 163973)
3   Chief, Criminal Division

4   MATTHEW A. PARRELLA (NYSBN 2040855)
    JEFFREY D. NEDROW (CASBN 161299)
5   JEFFREY R. FINIGAN (CASBN 168285)
    J. DOUGLAS WILSON (DCBN 412811)
6   Assistant United States Attorneys

7
        450 Golden Gate Avenue
8       San Francisco, California  94102
        Telephone: (415) 436-7232
9       Facsimile: (415) 436-7234
        Email: jeffrey.finigan@usdoj.gov
10
    Attorneys for Plaintiff
11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15
    UNITED STATES OF AMERICA,          )    No. CR 07-0732 SI
16                                      )
            Plaintiff,                  )
17                                      )    **FIRST AMENDED PROPOSED JURY**
        v.                              )    **INSTRUCTIONS**
18                                      )
    BARRY LAMAR BONDS,                  )
19                                      )    Trial:      March 2, 2009
            Defendant.                  )    Time:       8:30 a.m.
20                                      )    Court:      Hon. Susan Illston
                                        )
21  _____)

22

23          The government  respectfully submits this First Amended set of proposed jury

24  instructions.  The amendments are as follows.  First, Model instruction 3.16 (corruptly) has been

25  deleted, because that term is defined within Special Instruction #1.  Second, Model instruction

26  4.3 (other crimes, wrong, or acts of defendant) has been deleted and replaced with Special

27  Instructions #2 and #3, which fit the facts of this case better than the model instruction.  Leave is

28  respectfully requested to include such other additional instructions as may become appropriate

FIRST AMENDED PROPOSED INSTRUCTIONS
CR 07-0732 SI

during the course of the trial. A copy of these proposed instructions will be delivered to the Court on a 3 ½" floppy disk in the WordPerfect 9 format.

Depending on the evidence adduced at trial, some of the instructions included herein may not be appropriate, and some additional instructions may be required. The government respectfully reserve the right to request additional jury instructions or modifications of the attached instructions at trial.


DATED:   February 18, 2009                          Respectfully submitted,

                                                    JOSEPH P. RUSSONIELLO
                                                    United States Attorney


                                                           /s/
                                                    _____
                                                    MATTHEW A. PARRELLA
                                                    JEFFREY D. NEDROW
                                                    JEFFREY R. FINIGAN
                                                    J. DOUGLAS WILSON
                                                    Assistant United States Attorneys

# TABLE OF JURY INSTRUCTIONS

## NINTH CIRCUIT
## MODEL JURY

| NO. | INSTRUCTIONS | DESCRIPTION |
|-----|-------------|-------------|
| 1 | 1.12 | OUTLINE OF TRIAL |
| 2 | 2.2 | BENCH CONFERENCES AND RECESSES |
| 3 | 2.3 | STIPULATED TESTIMONY |
| 4 | 2.4 | STIPULATIONS OF FACT |
| 5 | 2.5 | JUDICIAL NOTICE |
| 6 | 2.7 | TRANSCRIPT OF RECORDING IN ENGLISH |
| 7 | 3.12 | SEPARATE CONSIDERATION OF MULTIPLE COUNTS |
| 8 | 4.1 | STATEMENTS BY DEFENDANT |
| 9 | 4.9 | TESTIMONY OF WITNESSES INVOLVING SPECIAL CIRCUMSTANCES – IMMUNITY, BENEFITS, ACCOMPLICE, PLEA |
| 10 | 4.17 | OPINION EVIDENCE, EXPERT WITNESS |
| 11 | 5.6 | KNOWINGLY |
| 12 | 7.6 | COMMUNICATION WITH COURT |
| 13 | 8.112 | FALSE DECLARATION BEFORE GRAND JURY |
| 14 | Special #1 | OBSTRUCTION OF JUSTICE |
| 15 | Special #2 | ACTIVITIES NOT CHARGED |
| 16 | Special #3 | EVIDENCE OF OTHER ACTS OF DEFENDANT OR ACTS AND STATEMENTS OF OTHERS |