# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - San Francisco Division

## JURY REQUEST SHEET

This form is to be completed and submitted to Jury no later than

**MONDAY**, one week prior to the jury trial's date.

This trial is to begin before **JUDGE SUSAN ILLSTON.**

on March 3, 2009 at 8:30 a.m.

**CRIMINAL** Jury Trial
Case # CR-07-0732 SI   USA v. BARRY BONDS

Charge:

False declarations before Grand Jury

**CIVIL** Jury Trial
Case #    v.

Type of case

**Number of Jurors:**          Criminal - 90 pre-screened

    If **CIVIL**, how many jurors will be selected?

    Trial is estimated to last working days.

    Will there be extra challenges?

    If YES, how many?

Is this a re-trial?   Date of original trial

Is this a related case? Related case # CR-04-0044 SI
Related case's trial date N/A

Date: February 18, 2009 (2:27pm)          by: Tracy Sutton
                                  (Courtroom Deputy)

Extension: _____