USA v. Bonds                                                                                                    Doc. 135

43 minutes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: 2/17/09

Case No.   CR-07-0732  SI            Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- BARRY L. BONDS (NC)(P)

Attorneys: M. Parella, Finigan, Nedrow.     A. Ruby, C. Arguedas, D. Riordan,
                                             T. Cassman,  M. Anderson,

Deputy Clerk:  Tracy Sutton   Court Reporter: L. Zinn

## PROCEEDINGS

1) Final Pretrial Conference  - HELD
2) 
3) 
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, (  ) GRANTED/DENIED IN
   ( ) SUBMITTED                                          PART

Case continued to     for Further Status

Case continued to     for Motions
(Motion due , Opposition  Reply )

Case continued to    for Pretrial Conference

Case continued to    for Trial (Jury: ___ Days)

Category of Excludable Delay: ___
**Delay begins:        Delay ends:**
(               )

ORDERED AFTER HEARING:
14 trial jurors will be selected.
Juror questionnaires shall be distributed to the panel of prospective jurors on 3/2/09.  Jury selection will begin 3/3/09.
Counsel shall meet and confer re: providing copies of the admitted trial exhibits to the press.
See Final Pretrial Order for more details.

Dockets.Justia.com