```
 1
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                         NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,        )   Criminal No. CR 07-0732 SI
                                     )
13         Plaintiff,                )   [PROPOSED] ORDER
                                     )
14                                   )
        v.                           )   Date: February 25, 2009
15                                   )   Time: 10:00 a.m.
                                     )   Judge: Hon. Susan Illston
16  BARRY LAMAR BONDS,               )
                                     )
17         Defendant.                )
                                     )
18
19                              [PROPOSED] ORDER
20       It is hereby ordered that a hearing to determine whether Greg Anderson will testify
21  regarding the above-captioned matter shall be set for Wednesday, February 25, 2009, at 10:00
22  a.m., in Courtroom #10, 450 Golden Gate Boulevard, 19th Floor, San Francisco, California.
23       It is further ordered that Greg Anderson shall appear on that date, at that location, and at
24  that time.
25  ///
26  ///
27  ///
28
```

[PROPOSED] ORDER
CR 07-0732 SI

It is further ordered the United States Marshals Service serve a copy of this order upon Greg Anderson forthwith and provide him with transportation to the court if required.

DATE:_____                    _____

                                   SUSAN ILLSTON
                                   United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
CR 07-0732 SI                                                3