1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA,          )     Criminal No. CR 07-0732 SI
                                        )
13            Plaintiff,                )        **[PROPOSED] ORDER_**
                                        )
14                                      )
        v.                              )     Date: February 25, 2009
15                                      )     Time:10:00 a.m.
                                        )     Judge: Hon. Susan Illston
16   BARRY LAMAR BONDS,                 )
                                        )
17            Defendant.                )
                                        )
18   _____

19                          [PROPOSED] ORDER

20          It is hereby ordered that a hearing to determine whether Greg Anderson will testify

21   regarding the above-captioned matter shall be set for Wednesday, February 25, 2009, at 10:00

22   a.m., in Courtroom #10, 450 Golden Gate Boulevard, 19th Floor, San Francisco, California.

23          It is further ordered that Greg Anderson shall appear on that date, at that location, and at

24   that time.

25   ///

26   ///

27   ///

28

     [PROPOSED] ORDER
     CR 07-0732 SI

It is further ordered the United States Marshals Service serve a copy of this order upon Greg Anderson forthwith and provide him with transportation to the court if required.

DATE:___2/20/09_____                          _____

                                                SUSAN ILLSTON
                                                United States District Judge

[PROPOSED] ORDER
CR 07-0732 SI                        2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28