ALLEN RUBY, SB #47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113-2379
Telephone: 408 998-8500
Facsimile: 408-998-8503

CRISTINA C. ARGUEDAS, SB #87787
TED W. CASSMAN, SB #98932
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-845-3000
Facsimile: 510-845-3003

DENNIS P. RIORDAN, SB # 69320
DONALD M. HORGAN, SB #121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: 415-431-3472
Facsimile: 415-552-2703

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> BARRY LAMAR BONDS, <br><br> Defendants | Case No.: CR 07-0732 SI <br><br> APPLICATION TO EXCUSE DEFENDANT'S PERSONAL PRESENCE AT SPECIAL HEARING ON FEBRUARY 25, 2009 <br><br> Date: February 25, 2009 <br> Hon: Susan Illston |

Defendant, Barry Lamar Bonds respectfully asks the Court to excuse his personal presence at the Special Hearing in this matter on February 25, 2009. Because of the short time frames involved, a Special Hearing was discussed and agreed to without input from

1

Mr. Bonds concerning his prior commitments, and he will respectfully ask to be relieved from traveling from his residence in Southern California to San Francisco on February 25, 2009.

A Waiver to be signed by Mr. Bonds and his attorney accompanies this Application, along with a proposed Order for the Court's consideration.

Respectfully submitted,

DATED: February 23, 2009

LAW OFFICES OF ALLEN RUBY

_____
Allen Ruby, Attorney for
Defendant Bonds

I:\Bonds\P\Application re Appearance 2 25 09.doc

| | |
|---|---|
| 1 | ALLEN RUBY, SB #47109 |
| | LAW OFFICES OF ALLEN RUBY |
| 2 | 125 South Market Street, Suite 1001 |
| | San Jose, CA 95113-2379 |
| 3 | Telephone: 408 998-8500 |
| | Facsimile: 408-998-8503 |
| 4 | |
| | CRISTINA C. ARGUEDAS, SB #87787 |
| 5 | TED W. CASSMAN, SB #98932 |
| | ARGUEDAS, CASSMAN & HEADLEY |
| 6 | 803 Hearst Avenue |
| | Berkeley, CA 94710 |
| 7 | Telephone: 510-845-3000 |
| | Facsimile: 510-845-3003 |
| 8 | |
| | DENNIS P. RIORDAN, SB # 69320 |
| 9 | DONALD M. HORGAN, SB #121547 |
| | RIORDAN & HORGAN |
| 10 | 523 Octavia Street |
| | San Francisco, CA 94102 |
| 11 | Telephone: 415-431-3472 |
| | Facsimile: 415-552-2703 |
| 12 | |
| | Attorneys for Defendant |
| 13 | BARRY BONDS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR 07-0732 SI |
| Plaintiffs, | ) ) | WAIVER OF DEFENDANT'S RIGHT TO BE PRESENT |
| vs. | ) ) | |
| BARRY LAMAR BONDS, | ) ) | |
| Defendants | ) ) | |

I hereby waive my right to be present at the Special Hearing scheduled by the Court for February 25, 2009, at 10:00 a.m., subject to any further order of the Court. I understand that I am still required to be present for the Trial, beginning with jury selection on March 3,

1

2009.

DATED: February ___, 2009

_____
Defendant Barry Lamar Bonds

Approved:

_____
Allen Ruby, Attorney for
Defendant Bonds

I:\Bonds\P\Appearance5 waiver.doc