IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,                                                    No. C 07-00732SI

         Plaintiff,                              **NOTICE**

  v.

BONDS,

         Defendant.

_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the hearing re: Greg Anderson's testimony has been continued to Friday, February 27, 2009, at 2 p.m.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: February 24, 2009                          RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk