1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN 2040855)
   JEFFREY D. NEDROW (CASBN 161299)
5  JEFFREY R. FINIGAN (CASBN 168285)
   J. DOUGLAS WILSON (DCBN 412811)
6  Assistant United States Attorneys

7
      450 Golden Gate Avenue
8     San Francisco, California  94102
      Telephone: (415) 436-7232
9     Facsimile: (415) 436-7234
      Email: jeffrey.finigan@usdoj.gov
10
   Attorneys for Plaintiff
11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,        )   Criminal No. CR 07-0732 SI
                                    )
17        Plaintiff,                )
                                    )   **UNITED STATES' REQUEST TO RE-**
18                                  )   **SET HEARING AND [PROPOSED]**
      v.                            )   **ORDER**
19                                  )
                                    )
20 BARRY LAMAR BONDS,               )
                                    )
21        Defendant.                )
                                    )
22 _____)

23

24        On February 24, 2009, the Deputy Clerk of the Court issued a Notice advising the parties

25 that the hearing re Greg Anderson's testimony has been continued from Wednesday, February 25,

26 2009, at 10:00 a.m., to Friday, February 27, 2009, at 2:00 p.m.  The government respectfully

27 requests that the Court advance the hearing to 8:30 a.m. on Friday, February 27, 2009, so that the

28 hearing may be conducted as far in advance of the beginning of trial as possible.  The

REQUEST TO RE-SET HEARING
CR 07-0732 SI

government is mindful of the Court's Friday morning calendar at 9:00 a.m., but notes that the Court also has a calendar at 2:30 p.m. on Friday.

DATED: February 24, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MATTHEW A. PARRELLA
JEFFREY D. NEDROW
JEFFREY R. FINIGAN
J. DOUGLAS WILSON
Assistant United States Attorneys

## ORDER

The Court hereby **ORDERS** the following. The hearing re Greg Anderson's testimony is rescheduled from Friday, February 27, 2009, at 2:00 p.m. to February 27, 2009, at 8:30 a.m. The Deputy Clerk shall serve Mr. Anderson's attorney with a copy of this Order via facsimile and mail and confirm with Mr. Anderson's attorney that Mr. Anderson will appear pursuant to this Order.

DATED:

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE