```
 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)
   | United States Attorney
 2 |
   | BRIAN J. STRETCH (CASBN 163973)
 3 | Chief, Criminal Division
   |
 4 | MATTHEW A. PARRELLA (NYSBN 2040855)
   | JEFFREY D. NEDROW (CASBN 161299)
 5 | JEFFREY R. FINIGAN (CASBN 168285)
   | J. DOUGLAS WILSON (DCBN 412811)
 6 | Assistant United States Attorneys
 7 |
   |   450 Golden Gate Avenue
 8 |   San Francisco, California  94102
   |   Telephone: (415) 436-7232
 9 |   Facsimile: (415) 436-7234
   |   Email: jeffrey.finigan@usdoj.gov
10 |
   | Attorneys for Plaintiff
11 |
12 |                UNITED STATES DISTRICT COURT
13 |               NORTHERN DISTRICT OF CALIFORNIA
14 |                   SAN FRANCISCO DIVISION
15 |
16 | UNITED STATES OF AMERICA,          )   Criminal No. CR 07-0732 SI
   |                                    )
17 |         Plaintiff,                 )
   |                                    )   UNITED STATES' REQUEST TO RE-
18 |                                    )   SET HEARING AND [PROPOSED]
   |    v.                              )   ORDER
19 |                                    )
   |                                    )
20 | BARRY LAMAR BONDS,                 )
   |                                    )
21 |         Defendant.                 )
   |                                    )
22 | _____)
23 |
24 |      On February 24, 2009, the Deputy Clerk of the Court issued a Notice advising the parties
25 | that the hearing re Greg Anderson's testimony has been continued from Wednesday, February 25,
26 | 2009, at 10:00 a.m., to Friday, February 27, 2009, at 2:00 p.m.  The government respectfully
27 | requests that the Court advance the hearing to 8:30 a.m. on Friday, February 27, 2009, so that the
28 | hearing may be conducted as far in advance of the beginning of trial as possible.  The
```

REQUEST TO RE-SET HEARING
CR 07-0732 SI

government is mindful of the Court's Friday morning calendar at 9:00 a.m., but notes that the Court also has a calendar at 2:30 p.m. on Friday.

DATED: February 24, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MATTHEW A. PARRELLA
JEFFREY D. NEDROW
JEFFREY R. FINIGAN
J. DOUGLAS WILSON
Assistant United States Attorneys

## ORDER

The Court hereby **ORDERS** the following. The hearing re Greg Anderson's testimony is rescheduled from Friday, February 27, 2009, at 2:00 p.m. to February 27, 2009, at ~~8:30 a.m.~~ 10:15 a.m. The Deputy Clerk shall serve Mr. Anderson's attorney with a copy of this Order via facsimile and mail and confirm with Mr. Anderson's attorney that Mr. Anderson will appear pursuant to this Order.

DATED: _____

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

REQUEST TO RE-SET HEARING
CR 07-0732 SI                           2