1  ALLEN RUBY, SB #47109
   LAW OFFICES OF ALLEN RUBY
2  125 South Market Street, Suite 1001
   San Jose, CA 95113-2379
3  Telephone: 408 998-8500
   Facsimile:  408-998-8503
4
   CRISTINA C. ARGUEDAS, SB #87787
5  TED W. CASSMAN, SB #98932
   ARGUEDAS, CASSMAN & HEADLEY
6  803 Hearst Avenue
   Berkeley, CA 94710
7  Telephone:  510-845-3000
   Facsimile:  510-845-3003
8
   DENNIS P. RIORDAN, SB # 69320
9  DONALD M. HORGAN, SB #121547
   RIORDAN & HORGAN
10 523 Octavia Street
   San Francisco, CA 94102
11 Telephone:  415-431-3472
   Facsimile:  415-552-2703
12
   Attorneys for Defendant
13 BARRY BONDS

14

15

16                     UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

19

20 UNITED STATES OF AMERICA,          )  Case No.: CR 07-0732 SI
                                      )
21          Plaintiffs,               )  [PROPOSED] ORDER EXCUSING
                                      )  DEFENDANT'S PERSONAL
22     vs.                            )  PRESENCE AT SPECIAL HEARING
                                      )
23 BARRY LAMAR BONDS,                 )  Date:  February 25, 2009
                                      )  Hon:  Susan Illston
24          Defendants               )
   _____)

25

26     Pursuant to the Waiver signed by defendant and his counsel, and good cause

27 appearing,

28     IT IS HEREBY ORDERED that defendant Barry Lamar Bonds need not be

                                                                        1

Dockets.Justia.com

27                    10:15

1   personally present at the Special hearing scheduled for February 2̶5̶, 2009, at 1̶0̶:̶0̶0̶ a.m.,

2   provided that Mr. Bonds and his attorney sign and file the Waiver attached to the

3   Application.

4

                    2/25/09
5   DATED: _____

6

7   _____

8   SUSAN ILLSTON
    UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28