| | |
|---|---|
| 1 | ALLEN RUBY, SB #47109 |
| 2 | LAW OFFICES OF ALLEN RUBY<br>125 South Market Street, Suite 1001<br>San Jose, CA 95113-2379 |
| 3 | Telephone: 408 998-8500<br>Facsimile: 408-998-8503 |
| 4 | |
| 5 | CRISTINA C. ARGUEDAS, SB #87787<br>TED W. CASSMAN, SB #98932 |
| 6 | ARGUEDAS, CASSMAN & HEADLEY<br>803 Hearst Avenue |
| 7 | Berkeley, CA 94710<br>Telephone: 510-845-3000 |
| 8 | Facsimile: 510-845-3003 |
| 9 | DENNIS P. RIORDAN, SB # 69320<br>DONALD M. HORGAN, SB #121547 |
| 10 | RIORDAN & HORGAN<br>523 Octavia Street |
| 11 | San Francisco, CA 94102<br>Telephone: 415-431-3472 |
| 12 | Facsimile: 415-552-2703 |
| 13 | Attorneys for Defendant<br>BARRY BONDS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 07-0732 SI |
| Plaintiffs, | WAIVER OF DEFENDANT'S RIGHT TO BE PRESENT |
| vs. | |
| BARRY LAMAR BONDS, | |
| Defendants | |

　　　　I hereby waive my right to be present at the Special Hearing scheduled by the Court for February 27, 2009, at 10:15 a.m., subject to any further order of the Court. I understand that I am still required to be present for the Trial, beginning with jury selection on March 3,

1

1 | 2009.
2 | DATED: February 23, 2009

_____
Defendant Barry Lamar Bonds

Approved:

_____
Allen Ruby, Attorney for
Defendant Bonds

I:\Bonds\P\Appearance5 waiver.doc