ALLEN RUBY, SB #47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113-2379
Telephone: 408 998-8500
Facsimile: 408-998-8503

CRISTINA C. ARGUEDAS, SB #87787
TED W. CASSMAN, SB #98932
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-845-3000
Facsimile: 510-845-3003

DENNIS P. RIORDAN, SB # 69320
DONALD M. HORGAN, SB #121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: 415-431-3472
Facsimile: 415-552-2703

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>BARRY LAMAR BONDS,<br><br>Defendants | Case No.: CR 07-0732 SI<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN EQUIPMENT AND MATERIALS FOR USE DURING TRIAL |

IT IS HEREBY ORDERED:

On February 26, 2009 or March 2, 2009, with approval of courtroom staff, Defendant Barry Lamar Bonds by and through his counsel of record, may bring into the Federal

1

Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in the courtroom of the Honorable Susan Illston certain electronic equipment and other materials for use at trial set for March 2, 2009.

The equipment and materials to be brought into the courthouse will include:

a. Video projector – Sanyo Lumens LCD projector

b. Da-Lite deluxe 8' screen

c. Laptop computers and related

d. Miscellaneous cables and power cords equipment

Court staff, including assistant U. S. Marshalls on duty at the time, are directed to allow and to take such steps reasonably necessary to facilitate the foregoing activity.

IT IS SO ORDERED

DATED: _____

---

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE