KELLI L. SAGER (State Bar No. 120162)
JEFF GLASSER (State Bar No. 252596)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
kellisager@dwt.com; jeffglasser@dwt.com

THOMAS R. BURKE (CA State Bar No. 141930)
DUFFY CAROLAN (State Bar No. 154988)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 941111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
duffycarolan@dwt.com

FILED

FEB 26 PM 2:04

U.S DISTRICT COURT
DISTRICT OF CALIFORNIA

Attorneys for Non-Party Press Organizations
THE ASSOCIATED PRESS, ESPN, HEARST CORPORATION,
THE NEW YORK TIMES COMPANY, KNTV TELEVISION, INC., NBC SUBSIDIARY
(KNBC-TV), INC., LOS ANGELES TIMES COMMUNICATIONS, LLC, MEDIANEWS
GROUP and SPORTS ILLUSTRATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **CR 07-0732 SI** |
| Plaintiff(s), | ***ERRATA* TO EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO VACATE ORDER |
| vs. | SEALING COMPLETED JUROR QUESTIONNAIRES AND FOR IMMEDIATE AND CONCURRENT |
| BARRY LAMAR BONDS, | ACCESS TO COMPLETED JUROR QUESTIONNAIRES; SUPPORTING |
| Defendant(s). | MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF |
| | DUFFY CAROLAN |
| | Date:  February 27, 2009 |
| | Time:  10:15 a.m. |
| | Assigned to the Hon. Susan Illston, Courtroom 10 |

1 | TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2 | Per this *Errata*, the Press Organizations wish to amend the caption and add to the

3 | organizations moving to intervene in this action the following entities:

4 | SPORTS ILLUSTRATED (A Division of TIME INC.); and,

5 | MEDIANEWS GROUP (publishers of the *San Jose Mercury News*, *Contra Costa Times*

6 | and *Oakland Tribune*).

7 |

8 | DATED: February 26, 2009

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
THOMAS R. BURKE
DUFFY CAROLAN
JEFF GLASSER

By: Duffy Carolan

Attorneys for Non-Party News Organizations
THE ASSOCIATED PRESS, ESPN, HEARST
CORP., THE NEW YORK TIMES COMPANY,
KNTV TELEVISION, INC., NBC SUBSIDIARY
(KNBC-TV), INC., LOS ANGELES TIMES
COMMUNICATIONS, LLC, MEDIANEWS
GROUP, and SPORTS ILLUSTRATED.

# Proof of Service

I, Dann R. Rhone, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

I caused to be served the following document:

**_ERRATA_ TO _EX PARTE_ APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO VACATE ORDER SEALING COMPLETED JUROR QUESTIONNAIRES AND FOR IMMEDIATE AND CONCURRENT ACCESS TO COMPLETED JUROR QUESTIONNAIRES; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DUFFY CAROLAN**

I caused the above document to be served on each person on the attached list by the following means:

☐ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on November 21, 2008, following the ordinary business practice.
*(Indicated on the attached address list by an* [M] *next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on February 26, 2009, for guaranteed delivery on April 9, 2004, following the ordinary business practice.
*(Indicated on the attached address list by an* [FD] *next to the address.)*

☑ **I consigned a true and correct copy of said document for facsimile transmission on February 26, 2009.**
***(Indicated on the attached address list by an* [F] *next to the address.)***

☑ **I consigned a true and correct copy of said document for transmission via Electronic Mail on February 26, 2009.**
***(Indicated on the attached address list by an* [E] *next to the address.)***

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on April 7, 2004.
*(Indicated on the attached address list by an* [H] *next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on February 26, 2009, at San Francisco, California.

_____
Dann R. Rhone

1

# Service List

| Key: | [M] Delivery by Mail | [FD] | Delivery by Federal Express | [H] | Delivery by Hand |
|---|---|---|---|---|---|
| | **[F] Delivery by Facsimile** | [FM] | Delivery by Facsimile and Mail | **[E]** | **Delivery by E-Mail** |

Attorneys for

**[F]**
**[E]**
Michael Walter Anderson
Arguedas, Cassman & Headley, LLP
803 Hearst Avenue
Berkeley, CA 94710
510-845-3000
510-845-3003 (fax)
anderson@achlaw.com

**Defendant**

**[F]**
**[E]**
Cristina C. Arguedas
Arguedas, Cassman & Headley, LLP
803 Hearst Avenue
Berkeley, CA 94710
510-845-3000
510-845-3003 (fax)
arguedas@achlaw.com

**[F]**
**[E]**
Ted W. Cassman
Arguedas, Cassman & Headley, LLP
803 Hearst Avenue
Berkeley, CA 94710
510-845-3000
510-845-3003 (fax)
cassman@achlaw.com

**[F]**
**[E]**
Donald Meredith Horgan
Riordan & Horgan
523 Octavia Street
San Francisco, CA 94102
415-431-3472
415-552-2703 (fax)
don@riordan-horgan.com

**[F]**
**[E]**
Michael Logan Rains
Rains, Lucia & Wilkinson LLP
2300 Contra Costa Blvd.
Suite 230
Pleasant Hill, CA 94523
925-609-1699
925-609-1690 (fax)
mrains@rlwlaw.com

2

| | |
|---|---|
| **[F]**<br>**[E]** | Dennis Patrick Riordan<br>Riordan & Horgan<br>523 Octavia Street<br>San Francisco, CA 94102<br>415/431-3472<br>415/552-2703 (fax)<br>dennis@Riordan-Horgan.com |
| **[F]**<br>**[E]** | Allen Ruby<br>Law Offices of Allen Ruby<br>125 South Market Street, Suite 1001<br>San Jose, CA 95113<br>408-998-8500<br>408-998-8503 (fax)<br>ruby@allenrubylaw.com |
| **[F]**<br>**[E]** | Jeffrey R. Finigan          **USA**<br>U.S. Attorney's Office<br>450 Golden Gate Avenue<br>11th floor<br>San Francisco, CA 94102<br>(415) 436-7200<br>(415) 436-7234 (fax)<br>jeffrey.finigan@usdoj.gov |
| **[F]**<br>**[E]** | Jeffrey David Nedrow<br>United States Attorney's Office<br>NDCA, San Jose Division<br>150 Almaden Blvd., Suite 900<br>San Jose, CA 95113<br>408-535-5045<br>408) 535-5066 (fax)<br>jeff.nedrow@usdoj.gov |
| **[F]**<br>**[E]** | Matthew A. Parrella<br>US Attorney's Office<br>150 Almaden Blvd., Suite 900<br>San Jose, CA 95113<br>408-535-5061<br>408-535-5066 (fax)<br>matthew.parrella@usdoj.gov |
| **[F]**<br>**[E]** | J. Douglas Wilson<br>United States Attorney<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>415-436-6885<br>415-436-7234<br>Doug.Wilson@usdoj.gov |

3