<div style="vertical-text">United States District Court / For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 07-00732SI |
| Plaintiff, | **NOTICE** |
| v. | |
| BONDS, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the government has filed a notice of appeal. The jury selection will not proceed until further notice.

Dated: February 27, 2009

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk