23 minutes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 2/27/09

Case No.   CR-07-0732  SI            Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- BARRY L. BONDS (NC)(NP)

Attorneys: M. Parella, Finigan, Nedrow. Wilson     A. Ruby, C. Arguedas, D. Riordan,
                                                  T. Cassman, M. Anderson, Horgan,

ANDERSON'S ATTY: M. Geragos

Deputy Clerk: Tracy Sutton   Court Reporter: S. McVickar

## PROCEEDINGS

1) Hrg. Re: Anderson's Testimony  - HELD
2) 
3) 

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN
     (  ) SUBMITTED                                    PART

Case continued to __ for Further Status

Case continued to __ for Motions
(Motion due , Opposition  Reply )

Case continued to __ for Pretrial Conference

Case continued to __ for Trial (Jury: ___ Days)

Category of Excludable Delay: ___
**Delay begins:        Delay ends:**
(              )

ORDERED AFTER HEARING:
The government will obtain a new immunity order for Mr. Anderson.
The govt. indicated that it may appeal the Court's 2/19/09 order.