PROPOSED ORDER/COVER SHEET

TO: Honorable Susan Illston
U.S. District Judge

RE: Barry Lamar Bonds

FROM: Roy Saenz, Chief
U.S. Pretrial Services Officer

Docket No.: CR07-0732 SI

Date: February 3, 2012

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Silvio Lugo

(415) 436-7514

Deputy Chief U.S. Pretrial Services Officer

**TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

- (A.) The defendant shall not possess any firearm, ammunition, destructive device, or other dangerous weapon (except baseball bats).

- B. Click here to enter text
Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____     2/6/12
**JUDICIAL OFFICER**              **DATE**

Cover Sheet (06/02/08)