1 | ALLEN RUBY (SBN 47109)
SKADDEN, ARPS, MEAGHER & FLOM, LLP
2 | 525 University Avenue, Ste. 1100
Palo Alto, CA 94301
3 | Telephone: (650) 470-4500
Facsimile: (650) 470-4570

CRISTINA C. ARGUEDAS (SBN 87787)
TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

Attorneys for Defendant
BARRY LAMAR BONDS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 07 0732 SI |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** <br> ) **ORDER TO VACATE STAY** |
| vs. | ) |
| BARRY LAMAR BONDS, | ) |
| Defendant. | ) |

Pending further appellate proceedings in this matter, IT IS HEREBY STIPULATED by the parties that the Court shall vacate the stay of the probationary sentence, imposed on the

1

defendant on December 16, 2011, consisting of a thirty day term of home confinement, 250 hours of community service, and a $4,000 fine. The defendant is ordered to confer with the Probation Office forthwith to make arrangements to begin serving his sentence.

Dated: September 19, 2013

/s/ Dennis P. Riordan
DENNIS P. RIORDAN
Attorney for Defendant
BARRY LAMAR BONDS

Dated: September 19, 2013

/s/ Matthew Parrella
MATTHEW PARRELLA
Assistant U. S. Attorney

Dated: September 19, 2013

/s/ /Jeff Nedrow
JEFF NEDROW
Assistant U. S. Attorney

IT IS SO ORDERED.

Dated: 9/16/13

HONORABLE SUSAN ILLSTON
United States District Court Judge